

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

May 9, 2019

**By ECF and Hand Delivery**

The Honorable Colleen McMahon
Chief Judge, United States District Court, Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: *Espiritu Santo Holdings, LP v. L1bero Partners, LP and Espiritu Santo Technologies, LLC*, No. 19 Civ. 3930 (CM)

Dear Chief Judge McMahon:

Please find enclosed a courtesy copy of Petitioner Espiritu Santo Holdings, LP's Supplemental Memorandum of Law in Support of its Emergency Motion for a Preliminary Injunction and Temporary Restraining Order in Aid of Arbitration, and the exhibits thereto.

Respectfully submitted,

Benjamin A. Fleming

T: +1 212 918 3283
benjamin.fleming@hoganlovells.com

cc: Respondents (via email)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb