UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**19 CV 03930**

-------------------------------------------------------------x
                                    :

ESPIRITU SANTO HOLDINGS, LP,          :

                    Petitioner,     :

      -against-                :     No.

LIBERO PARTNERS, LP,            :

      and                    :

ESPIRITU SANTO TECHNOLOGIES, LLC  :

                  Respondents.   :

-------------------------------------------------------------x

## DECLARATION OF DAVID DUNN IN SUPPORT OF
## PETITONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER

I, David Dunn, declare under penalty of perjury as follows:

1.      I am a member of the bar of this Court, and a partner in Hogan Lovells US LLP, counsel for Petitioner Espiritu Santo Holdings, LP ("ES Holdings" or "Petitioner"), in the above-referenced action.  I make this declaration in support of Petitioner's motion for a temporary restraining order (the "Motion"), described more fully in the accompanying Emergency Petition for Injunctive Relief in Aid of Arbitration (the "Petition"), the proposed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, Petitioner's supporting memorandum of law, and the supporting declaration of Santiago Léon Aveleyra (collectively, the "Motion Papers").

2.      I make this declaration to provide the Court with various documents relevant to the Motion, and to inform the Court about efforts Petitioner has made to inform Respondents Libero Partners, LP ("Libero Partners"), and Espiritu Santo Technologies, LLC ("ES

Technologies," and, together with L1bero Partners, "Respondents"), about the filing of this Motion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of ES Holdings' Request for Arbitration, filed with the International Court of Arbitration of the International Chamber of Commerce on May 1, 2019.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Petition.

5.      On May 1, 2019, attorneys working under my supervision sent emails to several representatives of and attorneys for Respondents whose identity had been made known to them or to the Plaintiff, advising them that the Motion would be filed on May 2, 2019, and attaching a copy of the Petition.  A Spanish-language translation of that email was sent to each of these persons.  A true and correct copy of the notice email and the Spanish translation thereto is attached as **Exhibit 3**.  The email was sent to:

| Name/Firm | Role | Email Address |
|---|---|---|
| Francisco J. Flores | Listed as recipient of notice to L1bero Partners in the Partners Agreement | francisco.flores@ romericainvestments.com |
| Fabio Covarrubias | President, L1bero Partners; CEO, ES Technologies | fcovarrubias@l1bre.com |
| Jorge Cervantes Trejo, Gonzalez Calvillo, S.C. | Mexican counsel for L1bero Partners | jcervantes@gcsc.com.mx |
| Jaime Cortés Álvarez, Gonzalez Calvillo, S.C. | Mexican counsel for L1bero Partners | jcortes@gcsc.com.mx |
| Carlos Villasante Santoyo, Villasante y Freyman Abogados | Mexican counsel for L1bero Partners | cvillasante@villasante-freyman.com |
| Tomas Freyman Valenzuela, Villasante y Freyman Abogados | Mexican counsel for L1bero Partners | tfreyman@villasante-freyman.com |
| Carlos Malpica Hernández, Malpica, Iturbe, But y Paredes | Mexican counsel for L1bero Partners | cmalpica@mibp.com.mx |
| Horacio Paredes Vázquez, Malpica, Iturbe, But y Paredes | Mexican counsel for L1bero Partners | hparedes@mibp.com.mx |
| Rodrigo Núñez Sarrapy, Nuñez Sarrapy Abogados | Mexican counsel for L1bero Partners | rnunez@nsa.com.mx |

6.      No previous request for the relief sought in the Motion has been made  to this or any other court or tribunal.

Executed by me this 2d day of May, 2019, at New York, New York.

David Dunn