# EXHIBIT 2

# L1bre : The guiding principle of its business model is prioritizing social responsibility  English ▾

NEWS PROVIDED BY
**L1bre** →
Dec 13, 2018, 11:00 ET

SHARE THIS ARTICLE

NEW YORK, Dec. 13, 2018 /PRNewswire/ -- *United Nations* -- L1bre, a Mexican company that offers a mobility solution to the 138.000 taxis in Mexico City, has been invited to participate in the panel "Sustainable Development in Mexico: challenges and opportunities" as part of the Latino Impact Summit at the United Nations Headquarters, in New York on the 11th and 12th of December.



This summit presents a great opportunity to share how our solution aims to create a positive impact by putting emphasis on social responsibility and helping mitigate the inequality taxi drivers are suffering, a sector that historically has been forgotten and neglected, but it represents an important part of the economy and we have a social debt with them.

A key part of this model is to dignify taxi drivers by generating conditions of equality and competitiveness between the traditional taxi service against the disruptive model created by hailing apps generating higher incomes, promoting better service by providing greater security for users as well as drivers.

It is a great example of how the successful model of a cross-cutting alliance between government, private initiative and drivers and taxi users throughout Latin America can be replicated.

Our Chairman of the Board, Santiago Leon Aveleyra, took part in this forum where he shared his passion for mobility and vision as a founder of L1bre.

He shared his experience as to how through the "L1bre" model, the government can provide security, efficiency and generate revenue while helping taxi drivers increase their income at no extra cost for the users.

To learn more about L1BRE, please visit our website www.l1bre.com

To learn more about the summit, visit www.latinoimpactsummit.org

SOURCE L1bre

A key part of this model is to dignify taxi drivers by generating conditions of equality and competitiveness between the traditional taxi service against the disruptive model created by hailing apps generating higher incomes, promoting better service by providing greater security for users as well as drivers.

It is a great example of how the successful model of a cross-cutting alliance between government, private initiative and drivers and taxi users throughout Latin America can be replicated.

Our Chairman of the Board, Santiago Leon Aveleyra, took part in this forum where he shared his passion for mobility and vision as a founder of L1bre.

He shared his experience as to how through the "L1bre" model, the government can provide security, efficiency and generate revenue while helping taxi drivers increase their income at no extra cost for the users.

To learn more about L1BRE, please visit our website www.l1bre.com

To learn more about the summit, visit www.latinoimpactsummit.org

SOURCE L1bre

Related Links

http://www.l1bre.com

## Also from this source

L1bre es reconocida por priorizar la responsabilidad social como... 

## Explore

More news releases in similar topics

All Automotive & Transportation

Automotive

General Business

---

You just read:

# L1bre : The guiding principle of its business model is prioritizing social responsibility

NEWS PROVIDED BY
L1bre →
Dec 13, 2018, 11:00 ET

SHARE THIS ARTICLE

https://www.prnewswire.com/news-releases/l1bre--the-guiding-principle-of-its-business-model-is-prioritizing-social-r

**Contact PR Newswire**
888-776-0942
from 8 AM - 10 PM ET
Chat Online with an Expert
Contact Us

**Products**
Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**
About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers

Global Sites

**My Services**
All New Releases
Online Member Center
ProfNet℠

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings    Copyright © 2019 PR Newswire Association LLC. All Rights Reserved. A Cision company.

Document title: L1bre : The guiding principle of its business model is prioritizing social responsibility
Capture URL: https://www.prnewswire.com/news-releases/l1bre--the-guiding-principle-of-its-business-model-is-prioritizing-social-responsibility-300764704.html
Capture timestamp (UTC): Fri, 26 Apr 2019 19:30:58 GMT                                                                                                                    Page 2 of 2