# EXHIBIT 3

## RESOLUCIONES UNÁNIMES DEL CONSEJO DE GERENTES
## SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.

14 de diciembre de 2018

Siendo las 9:00 horas del 14 de Diciembre de 2018, con fundamento en la cláusula Vigésimo Segunda de los estatutos sociales de SERVICIOS DIGITALES LUSAD, S. de R.L. de C.V. (la "Sociedad"), se reunieron en el domicilio social los señores Santiago León Aveleyra, Eduardo Zayas Dueñas, Fabio Massimo Covarrubias Piffer y Julio Alberto Belmont Garibay, en su carácter de miembros propietarios del Consejo de Gerentes de la Sociedad y el señor Rodrigo Nuñez Sarrapy en su carácter de Secretario de dicho Consejo, con el fin de celebrar una Sesión Extraordinaria del Consejo de Gerentes de la Sociedad de conformidad con el siguiente

### ORDEN DEL DÍA

I. Contratación de un auditor especial independiente, para efecto de revisar ciertas partidas del activo y pasivo de la Sociedad a nivel consolidado, incluyendo, entre otros, la contratación y aplicación de recursos bajo los créditos intercompañías y con los socios de la Sociedad.

II. Aprobación de plan de contingencia y presupuesto "Plan de Choque".

III. Propuesta para llevar a cabo un aumento al capital social para fondear presupuesto de "Plan de Choque".

IV. Informe sobre acuerdo en principio alcanzado con Ingram Micro, SA de CV.

V. Informe sobre acuerdo en principio alcanzado con Kichink.

VI. Informe sobre propuesta de Banco Azteca, S.A. para reestructura de crédito por US$18,000,000.00

VII. Autorización para incorporación de una sociedad subsidiaria para licitar por la Concesión para operar en Monterrey y municipios conurbados.

VIII. Discusión sobre estrategia de acercamiento con nueva administración de la Ciudad de México y discusión sobre estrategia legal a seguir para recuperar o renegociar, en su caso, la Concesión otorgada por SEMOVI en 2016 a la Sociedad, así como aprobación de contratación de asesores externos.

IX. Autorización al Director General de la Sociedad para negociar con proveedores de la Sociedad y sus sociedades subsidiarias, los adeudos de las mismas y para implementar los acuerdos tomados en esta Sesión.

Los miembros del Consejo de Gerentes, por unanimidad, adoptaron las siguientes

## RESOLUCIONES

**PRIMERA.** Contratación de un auditor especial independiente, para efecto de revisar ciertas partidas del activo y pasivo de la Sociedad a nivel consolidado, incluyendo, entre otros, la contratación y aplicación de recursos bajo los créditos intercompañías y con los socios de la Sociedad.

1.1 A solicitud del socio Espiritu Santo Holdings, se aprueba la contratación de un auditor especial independiente, para efecto de revisar ciertas partidas del activo y pasivo de la Sociedad a nivel consolidado, incluyendo, entre otros, la contratación y aplicación de recursos bajo los créditos intercompañías y con los socios de la Sociedad, bajo las siguientes condiciones: (i) el auditor independiente será la firma Galaz, Yamazaki y Ruiz Urquiza, S.C. (Deloitte México); (ii) los resultados y recomendaciones que arroje dicha auditoria serán de carácter vinculante para la Sociedad; (iii) los resultados y recomendaciones de la auditoria deberán ser reportados directamente a este Consejo y (iv) el costo de dicha auditoría, será cubierta directamente por el socio que la solicita.

1.2 Como parte de los trabajos de auditoría aprobados, el Consejo instruye a los Lics. Rodrigo Nuñez y Francisco Flores para llevar a cabo los actos necesarios con el fin de redocumentar los créditos intercompañía otorgados por los socios de L1bero Partners LP, en los términos contenidos en el Partners Agreement firmado por dicha sociedad con Espíritu Santo Holdings LP.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

2

**SEGUNDA.** <u>Aprobación de plan de contingencia y presupuesto "Plan de Choque".</u>

2.1 Se tiene por presentado el plan de contingencia y presupuesto de emergencia para enfrentar las obligaciones de la Sociedad y subsidiarias, mismos que se aprueban en los términos del documento que se agrega al expediente de la presente acta como <u>Anexo "A"</u>. Este presupuesto estará sujeto a revisión y aprobación por este Consejo al término del primer trimestre de 2019. El Anexo "A" será modificado para prever la permanencia en la plantilla laboral de Eduardo Herrera y Manuel Tabuenca. Igualmente, se detallará que, tratándose de las oficinas, se desocupará la mayor parte del área del 7° piso de Montes Urales 455 y la Sociedad cubrirá la renta del 60% del 6° piso, así como la parte que actualmente ocupa el "war room" en el 7° piso; Inversiones Cova ocupará y rentará el 40% restante del 6° piso.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

3

**TERCERA.** <u>Propuesta para llevar a cabo un aumento al capital social para fondear presupuesto de "Plan de Choque".</u>

3.1 Se tienen por presentada la propuesta para llevar a cabo un aumento al capital social de la Sociedad, en una cantidad en moneda nacional equivalente a US$3'000,000.00 (Tres millones de dólares 00/100), con el fin de que ésta cuente con los recursos suficientes para enfrentar el plan de emergencia aprobado conforme a la Resolución 2.1 anterior. Este aumento se implementaría directamente en la sociedad afiliada Espíritu Santo Technologies, LLC. a través de una aportación de capital hecha por su socios L1bero Partners LP y Espíritu Santo Holdings, LLC, por partes iguales, de ser el caso. Por su parte, Espíritu Santo Technologies LLC, suscribirá un aumento al capital social en la misma cantidad en la sociedad afiliada L1bre Holding, LLC quien, por último, suscribirá un aumento al capital social en la Sociedad.

3.2 En relación a esta propuesta, el socio Espíritu Santo Holdings LLC, solicita presentar una contrapropuesta para atender los requerimientos de capital necesarios para la Sociedad en este momento. Esta propuesta será presentada al Consejo dentro de los siguientes 8 días.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

_____
**Julio Belmont Garibay**

4

**CUARTA. <u>Informe sobre acuerdo en principio alcanzado con Ingram Micro, SA de CV.</u>**

4.1    Se tiene por presentado y aprobado el acuerdo alcanzado con el proveedor Ingram Micro, S.A. de C.V. para liquidar el adeudo que a la fecha la Sociedad mantiene con él, el cual se detalla en el documento que se agrega como <u>Anexo "B"</u> a la presente acta.

4.2    Se autoriza al Director General de la Sociedad para negociar y cerrar el acuerdo con Ingram Micro, S.A. de C.V. en el entendido de que el Director General informará al Consejo sobre los términos financieros de cada venta de cada lote de tabletas que lleve a cabo este proveedor en términos de lo descrito en el <u>"Anexo "B"</u>.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

Santiago León Aveleyra

Eduardo Zayas Dueñas

Fabio Massimo Covarrubias Piffer

Julio Belmont Garibay

5

**QUINTA. <u>Informe sobre acuerdo en principio alcanzado con Kichink.</u>**

5.1 Se tiene por presentado y aprobado el acuerdo alcanzado con el proveedor Kichink para liquidar el adeudo que a la fecha la Sociedad mantiene con él, el cual se detalla en el documento que se agrega como <u>Anexo "C"</u> a la presente acta.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

_____
**Julio Belmont Garibay**

**SEXTA.** <u>Informe sobre propuesta de Banco Azteca, S.A. para reestructura de crédito por US$18,000,000.00</u>

6.1   Se autoriza al Sr. Julio Belmont para que, como Consejero Delegado de este Consejo, negocie con Banco Azteca S.A. los términos de una reestructura del crédito que se tiene firmado por US$18'000,000.00. en los términos más favorables para la sociedad acreedora, debiendo informar al Consejo los resultados de dicha negociación antes de la firma de los mismos.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

**SEPTIMA.** **Autorización para incorporación de una sociedad subsidiaria para licitar por la Concesión para operar en Monterrey y municipios conurbados.**

7.1    Se resuelve proceder a la constitución de una sociedad subsidiaria de nacionalidad Mexicana de la sociedad afiliada L1bre Holding LLC, con el fin de que dicha nueva sociedad pueda participar en la licitación de una concesión para instalar y operar taxímetros digitales en los taxis concesionados de la ciudad de Monterrey, Nuevo León y sus municipios conurbados. Previa autorización de este Consejo, ésta nueva sociedad deberá contar con una participación de L1bre Holding LLC de no menos del 51%, pudiéndose ofrecer una participación de hasta 49% a uno o varios socios inversionistas que estén interesados en participar en el proyecto.

7.2    Se resuelve proceder a la constitución de una sociedad subsidiaria de nacionalidad Mexicana de la sociedad afiliada L1bre Holding LLC, con el fin de que dicha nueva sociedad pueda participar en la licitación de una concesión para instalar y operar taxímetros digitales en los taxis concesionados en el estado de Hidalgo. Previa autorización de este Consejo, ésta nueva sociedad deberá contar con una participación de L1bre Holding LLC de no menos del 51%, pudiéndose ofrecer una participación de hasta 49% a uno o varios socios inversionistas que estén interesados en participar en el proyecto.

7.3    Se instruye que la sociedad de nueva creación, denominada L1bre Jalisco, S.A. de C.V. reestructure su tenencia accionaria para incorporar a L1bre Holding LLC como accionista de control.


EL CONSEJO DE GERENTES DE LA SOCIEDAD


_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**


_____
**Fabio Massimo Covarrubias Piffer**

_____
**Julio Belmont Garibay**

**OCTAVA.** <u>Discusión sobre estrategia de acercamiento con nueva administración de la Ciudad de México y discusión sobre estrategia legal a seguir para recuperar o renegociar, en su caso, la Concesión otorgada por SEMOVI en 2016 a la Sociedad, así como aprobación de contratación de asesores externos.</u>

8.1 Se autoriza a los Sres. Julio Belmont y Fabio Covarrubias para que, como Consejeros Delegados de este Consejo, busquen un acercamiento con el gobierno de la Ciudad de México para renegociar la Concesión otorgada por la Secretaría de Movilidad en 2016, en los términos más favorables para la Sociedad, debiendo informar a este Consejo sobre los resultados de su gestión.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias

_____
Julio Belmont Garibay

**NOVENA. <u>Autorización al Director General de la Sociedad para negociar con proveedores de la Sociedad y sus sociedades subsidiarias, los adeudos de las mismas y para implementar los acuerdos tomados en esta Sesión.</u>**

9.1 Se autoriza al Director General de la Sociedad, Lic. Fabio Covarrubias Piffer para negociar e implementar las acciones en los términos aprobados en las Resoluciones Primera a Séptima, inclusive, aprobadas en esta Sesión.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

Se autoriza indistintamente a los señores Santiago León Aveleyra, Eduardo Zayas Dueñas, Fabio Covarrubias Piffer, Rodrigo Núñez Sarrapy y Francisco José Flores Meléndez para que, en forma conjunta o separada, como delegados del Consejo de Gerentes de la Sociedad, para que en caso de considerarlo necesario, comparezcan ante el notario público de su elección, a fin de solicitar y otorgar la protocolización de la presente acta, y para expedir las copias simples o certificadas, ya sea en su integridad o en lo conducente, que de la presente acta les fueren solicitadas.

**UNANIMOUS RESOLUTIONS OF THE BOARD OF MANAGERS**
**SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.**

December 14, 2018

At 9:00 a.m. on December 14, 2018, in accordance with Clause Twenty-Two of the bylaws of SERVICIOS DIGITALES LUSAD, S. de R.L. de C.V. (the "Company"), the following individuals met at the registered office: Mr. Santiago León Aveleyra, Mr. Eduardo Zayas Dueñas, Mr. Fabio Massimo Covarrubias Piffer and Mr. Julio Alberto Belmont Garibay, in their capacity as regular members of the Board of Managers of the Company, and Mr. Rodrigo Nuñez Sarrapy, in his capacity as Secretary of said Board, for the purpose of holding a Special Meeting of the Board of Managers of the Company pursuant to the following

**AGENDA**

I.     Hiring of a special independent auditor to review several of the Company's asset and liability entries at the consolidated level, including, inter alia, signing of contracts for and application of funds under intercompany and Company member loans.

II.    Approval of contingency plan and "Emergency Plan" budget.

III.   Proposal to carry out a capital increase to fund  "Emergency Plan" budget.

IV.    Report on agreement in principle reached with Ingram Micro, SA de CV.

V.     Report on agreement in principle reached with Kichink.

VI.    Report on proposal of Banco Azteca, S.A. for restructuring of loan for US$18,000,000.00.

VII.   Authorization to incorporate a subsidiary to bid for the Concession to operate in Monterrey and surrounding municipalities.

VIII.  Discussion on engagement strategy with the new administration in Mexico City and discussion on legal strategy to be implemented in order to recover or renegotiate, as applicable, the Concession granted to the Company by the Federal District Department of Transportation (SEMOVI) in 2016, as well as approval for hiring external advisors.

IX.    Authorization for the Managing Director of the Company to negotiate debts with the Company's suppliers and subsidiaries and to implement the resolutions adopted at this Meeting.

The members of the Board of Managers unanimously adopted the following

## RESOLUTIONS

**ONE.** Hiring of a special independent auditor to review several of the Company's asset and liability entries at the consolidated level, including, inter alia, signing of contracts for and application of funds under intercompany and Company member loans.

1.1 At the request of member Espíritu Santo Holdings, approval is given to hire a special independent auditor to review several of the Company's asset and liability entries at the consolidated level, including, inter alia, signing of contracts for and application of funds under intercompany and Company member loans, under the following terms: (i) the independent auditor will be the firm Galaz, Yamazaki y Ruiz Urquiza, S.C. (Deloitte México); (ii) the results and recommendations of the audit will be binding on the Company; (iii) the results and recommendations of the audit must be reported directly to this Board and (iv) the cost of said audit will be paid directly by the requesting member.

1.2 As part of the approved audit work, the Board instructs B.A. Rodrigo Nuñez and Francisco Flores to carry out the necessary actions to refinance the intercompany loans granted by the members of L1bero Partners LP, under the terms contained in the Partners Agreement signed by said partnership with Espíritu Santo Holdings LP.

THE BOARD OF MANAGERS OF THE COMPANY

| _____[Signature]_____ | _____ |
|---|---|
| **Santiago León Aveleyra** | **Eduardo Zayas Dueñas** |

| _____ | _____[Signature]_____ |
|---|---|
| **Fabio Massimo Covarrubias Piffer** | **Julio Belmont Garibay** |

**TWO. <u>Approval of contingency plan and "Emergency Plan" budget</u>.**

2.1 The Board acknowledges submission of the contingency plan and emergency budget to fulfill the obligations of the Company and subsidiaries, and it approves them in the terms of the document attached to the file of these minutes as <u>Appendix "A".</u> This budget will be subject to review and approval by this Board at the end of the first quarter of 2019. Appendix "A" will be modified to provide for permanence on the staff of Eduardo Herrera and Manuel Tabuenca. It will also be detailed that, with respect to the offices, most of the area of the 7th floor of Montes Urales 455 will be vacated, and the Company will pay the rent of 60% of the 6th floor, as well as the part currently occupied by the "war room" on the 7th floor; Inversiones Cova will occupy and rent the remaining 40% of the 6th floor.

THE BOARD OF MANAGERS OF THE COMPANY

_____[Signature]_____                    _____

**Santiago León Aveleyra**                    **Eduardo Zayas Dueñas**

_____                    _____[Signature]_____

**Fabio Massimo Covarrubias
Piffer**                                    **Julio Belmont Garibay**

**THREE.** **Proposal to carry out a capital increase to fund "Emergency Plan" budget.**

3.1    The Board acknowledges submission of the proposal to carry out a capital increase of the Company in the Mexican peso amount equivalent to US $3,000,000.00 (three million and 00/100 dollars), so that the Company has sufficient resources to carry out the emergency plan approved according to Resolution 2.1 above. This increase would be implemented directly in the affiliate company Espíritu Santo Technologies, LLC through equal capital contributions made by its members L1bero Partners LP and Espiritu Santo Holdings, LLC, as appropriate. For its part, Espíritu Santo Technologies LLC will subscribe a capital increase in the same amount in the affiliate company L1bre Holding, LLC, which, finally, will subscribe a capital increase in the Company.

3.2    In relation to this proposal, the member Espíritu Santo Holdings LLC asks to present a counterproposal to meet the Company's current capital requirements. This proposal will be presented within the next eight days.

THE BOARD OF MANAGERS OF THE COMPANY

_____[Signature]_____          _____

**Santiago León Aveleyra**                                    **Eduardo Zayas Dueñas**


_____          _____[Signature]_____

**Fabio Massimo Covarrubias
Piffer**                                                          **Julio Belmont Garibay**

**FOUR. <u>Report on agreement in principle reached with Ingram Micro, SA de CV.</u>**

4.1  The Board acknowledges and approves the agreement reached with the supplier Ingram Micro, S.A. de C.V. to settle the Company's current debt to said company, which is detailed in the document attached to these minutes as <u>Appendix "B".</u>

4.2  The Company's Managing Director is authorized to negotiate and finalize the agreement with Ingram Micro, S.A. de C.V. in the understanding that the Managing Director will inform the Board of the financial terms of each sale of each lot of tablets by this supplier in the terms described in <u>Appendix "B".</u>


THE BOARD OF MANAGERS OF THE COMPANY


_____[Signature]_____          _____

**Santiago León Aveleyra**                    **Eduardo Zayas Dueñas**


_____                _____[Signature]_____

**Fabio Massimo Covarrubias Piffer**          **Julio Belmont Garibay**

**FIVE. <u>Report on agreement in principle reached with Kichink.</u>**

5.1   The Board acknowledges and approves the agreement reached with the supplier Kichink to settle the Company's current debt to said company, which is detailed in the document attached to these minutes as <u>Appendix "C".</u>

THE BOARD OF MANAGERS OF THE COMPANY

_____[Signature]_____          _____

**Santiago León Aveleyra**                                    **Eduardo Zayas Dueñas**

_____                          _____[Signature]_____

**Fabio Massimo Covarrubias Piffer**                     **Julio Belmont Garibay**

**SIX. <u>Report on proposal of Banco Azteca, S.A. for restructuring of loan for US $18,000,000.00.</u>**

6.1  Mr. Julio Belmont is authorized to negotiate with Banco Azteca S.A., as Deputy Director of this Board, the terms to restructure a loan signed for US $18,000,000.00 in the most favorable terms for the company, and he must inform the Board of the results of said negotiation before signing the terms.

THE BOARD OF MANAGERS OF THE COMPANY

_____[Signature]_____          _____

**Santiago León Aveleyra**                      **Eduardo Zayas Dueñas**

_____          _____[Signature]_____

**Fabio Massimo Covarrubias Piffer**            **Julio Belmont Garibay**

**SEVEN.** **Authorization to incorporate a subsidiary to bid for the Concession to operate in Monterrey and surrounding municipalities.**

7.1 The Board resolves to constitute a Mexican subsidiary of the affiliate L1bre Holding LLC, so that said new company can participate in the bidding process for a concession to install and operate digital taximeters in the taxis holding concessions to operate in the city of Monterrey, Nuevo León and its surrounding municipalities. Subject to authorization of this Board, L1bre Holding LLC must have a stake in this new company of not less than 51%, and a stake of up to 49% may be offered to one or several investment partners that are interested in participating in the project.

7.2 The Board resolves to organize a Mexican subsidiary of the affiliate L1bre Holding LLC, so that said new company can participate in the bidding process for a concession to install and operate digital taximeters in the taxis holding concessions to operate in the state of Hidalgo. Subject to authorization of this Board, L1bre Holding LLC must have a stake in this new company of not less than 51%, and a stake of up to 49% may be offered to one or several investment partners that are interested in participating in the project.

7.3 The instruction is given for the newly created company, called L1bre Jalisco, S.A. de C.V., to restructure its shareholding structure to incorporate L1bre Holding LLC as a controlling shareholder.

THE BOARD OF MANAGERS OF THE COMPANY


_____[Signature]_____

**Santiago León Aveleyra**


_____

**Eduardo Zayas Dueñas**


_____

**Fabio Massimo Covarrubias Piffer**


_____[Signature]_____


**Julio Belmont Garibay**

**EIGHT. <u>Discussion on engagement strategy with the new administration in Mexico City and discussion on legal strategy to be implemented in order to recover or renegotiate, as applicable, the Concession granted to the Company by the Federal District Department of Transportation (SEMOVI) in 2016, as well as approval for hiring external advisors.</u>**

8.1 Authorization is given to Mr. Julio Belmont and Mr. Fabio Covarrubias so that, as Deputy Directors of this Board, they may seek to engage with the Mexico City government to renegotiate the Concession granted by the Department of Transportation in 2016, in the most favorable terms for the Company, and they must inform this Board of the results of their work.

THE BOARD OF MANAGERS OF THE COMPANY

<br>

_____[Signature]_____      _____

**Santiago León Aveleyra**      **Eduardo Zayas Dueñas**

<br>

_____      _____[Signature]_____

**Fabio Massimo Covarrubias Piffer**      **Julio Belmont Garibay**

**NINE. <u>Authorization for the Managing Director of the Company to negotiate debts with the Company's suppliers and subsidiaries and to implement the resolutions adopted at this Meeting.</u>**

9.1 The Managing Director of the Company, Fabio Covarrubias Piffer, is authorized to negotiate and implement the actions in the terms approved in Resolutions One to Seven, inclusive, adopted at this Meeting.

THE BOARD OF MANAGERS OF THE COMPANY

|  |  |
|---|---|
| _____[Signature]_____ | _____ |
| **Santiago León Aveleyra** | **Eduardo Zayas Dueñas** |

|  |  |
|---|---|
| _____ | [Signature] |
| _____ | _____ |
| **Fabio Massimo Covarrubias Piffer** | **Julio Belmont Garibay** |

Mr. Santiago León Aveleyra, Mr. Eduardo Zayas Dueñas, Mr. Fabio Covarrubias Piffer, Mr. Rodrigo Núñez Sarrapy and Mr. Francisco José Flores Meléndez are hereby authorized to act jointly or separately as delegates of the Board of Managers of the Company, so that, if deemed necessary, they may appear before the civil law notary public of their choice in order to request and execute the formal notarial registration of these minutes, and for issuance of any uncertified or certified copies of these minutes that are requested from them, whether full copies or copies of certain relevant parts.



T 718 384 8040
F 718 388 3516
E info@targemtranslations.com
W TargemTranslations.com

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service firm with a track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Lusad Board Resolution 14 December 2018"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: April 22, 2019

_____

Wolf Markowitz

_____

Signature of Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No  01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

