

# EXHIBIT 5



– Firma electrónica SICOR/TSJDF Inicio ---------- Instancia: Trigésimo de lo Civil Expediente: 191/2019 Secretaria: A Documento: acuerdo publicado: 2019-02-22 Firmante: JC30SA NAS: 5110-6057-7364-6899-445

– Firma electrónica SICOR/TSJDF Inicio ---------- Instancia: Trigésimo de lo Civil Expediente: 191/2019 Secretaria: A Documento: acuerdo publicado: 2019-02-22 Firmante: JC30J NAS: 5110-6057-7364-6899-445

**191/2019**

**CIUDAD DE MÉXICO A VEINTINUNO DE FEBRERO DE DOS MIL DIECINUEVE.**

Con el escrito de cuenta, documentos y copias simples que se acompañan fórmese expediente y regístrese en el libro de gobierno bajo el número **191/2019** por lo tanto se procede a proveer el escrito inicial de demanda en los siguientes términos:

Se tiene por presentada a **SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** por conducto de su apoderado **TOMÁS ANTONIO FREYMAN VALENZUELA, personería que acredita y se le reconoce en términos del testimonio notarial número treinta y un mil ochocientos diecisiete, de fecha diecisiete de julio del dos mil dieciocho, ante la fe del Licenciado EDUARDO GARDUÑO VILLALOBOS, titular de la Notaría número ciento treinta y cinco de la Ciudad de México, documento del cual** se ordena la devolución por conducto de persona autorizada, previa copia certificada y razón que de su recibo obre en autos.

Señalando como domicilio para oír y recibir notificaciones el ubicado en el PentHouse del edificio "Petellier", marcado con el número 237 de la calle de Torcuato Tasso, en la Colonia Polanco V Sección, C.P. 11560, Ciudad de México; **asimismo** se autorizan en términos del artículo 1069 tercer párrafo del Código de Comercio a los Licenciados CARLOS DAVID VILLASANTE SANTOYO, TORRES LÁZARO ANGÉLICA JANET, ORTEGA ARELLANES MIGUEL ÁNGEL y MARTÍNEZ GOMEZ MIREYA, quienes cuentan con registro de su cédula profesional ante la Primera Secretaría de Acuerdos y del Pleno de este Tribunal con número de folio **132, 14208, 37392 y 47242,** respectivamente; **de igual manera,** se autorizan para oír y recibir notificaciones, recoger documentos y valores a los CC. RAFAEL ALEJANDRO CORONA SÁNCHEZ, CYNTHIA COROMOTO SÁNCHEZ MOLINA, IVONNE SALGADO ONOFREM SALVADOR VELAZQUEZ PARIS, SANTIAGO QUIROZ PIMIENTA, ALEJANDRO SÁNCHEZ FITZ, HUGO SÁNCHEZ LÓPEZ e IVÁN GENARO DE LA CRUZ PONCE, a éste último se le autoriza en dichos términos hasta en tanto exhiba copia simple del registro de su cédula profesional. Por otra parte, se ordena guardar en el

1377, 1378, 1379 y demás relativos y aplicables del Código de Comercio, se da trámite a la demanda en la vía y forma propuesta.

Bajo ese orden de ideas, se ordena la elaboración de las cédulas de notificación correspondientes y emplácense a los codemandados para que dentro del plazo de **QUINCE DÍAS HÁBILES** contesten la demanda y oponga sus excepciones y defensas si tuvieren; así como para que **ofrezcan sus pruebas en términos del artículo 1378 fracción VIII del Código de Comercio**, previniendo a los codemandados para que señalen domicilio para oír y recibir notificaciones dentro de esta competencia territorial, apercibidos que en caso de no hacerlo, ésta y las subsecuentes notificaciones, aún las de carácter personal, les surtirán efectos por medio del Boletín Judicial, con fundamento en el artículo 1069 del Código de Comercio; asimismo, se le hace saber a los enjuiciados **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA** que en caso de no contestar la demanda dentro del término concedido para ello, se presumirán confesos los hechos de la demanda que se dejen de contestar. Asimismo, de conformidad con el artículo 1378 del Código de Comercio, se tienen por ofrecidas las pruebas que indica la parte actora **SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, reservándose su admisión para el momento procesal oportuno.

Ahora bien, con fundamento en el artículo 89 del Código Federal de Procedimientos Civiles, aplicado supletoriamente a la materia mercantil, **requiérase** a los codemandados **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA** para que, al momento de dar contestación a la demanda instaurada en su contra, exhiban el original o copias certificadas de las documentales marcadas en el escrito inicial de demanda con los apartados **cuatro y cinco**, **consistentes en:**

- **EL TÍTULO DE CONCESIÓN SEMOVI/DGSTPI/001/2016 OTORGANDO A LUSAD "EL DERECHO Y LA OBLIGACIÓN DE MANERA PREFERENCIAL PARA LA SUSTITUCIÓN, INSTALACIÓN Y MANTENIMIENTO D ETAXÍMETROS DEL SERVICIO DE TRANSPORTE DE PASAJEROS PÚBLICO INDIVIDUAL (TAXI) DE LA CIUDAD DE MÉXICO, CON SISTEMA DE GEOLOCALIZACIÓN SATELITAL; ASÍ COMO DEL DISEÑO, OPERACIÓN Y EXPLOTACIÓN DE LA APLICACIÓN DE CONTRATACIÓN REMOTA DEL TAXI EN LA CIUDAD DE MÉXICO.**

- **EL "NUEVO" TÍTULO DE CONCESIÓN QUE FIRMÓ DE CONFORMIDAD EL SEÑOR EDUARDO ZAYAS DUEÑAS EN REPRESENTACIÓN DE LUSAD EL DÍA SIETE DE NOVIEMBRE DEL DOS**

En cuanto a la petición contenida en el capítulo titulado "SOLICITUD DE APERCIBIMIENTO A LOS DEMANDADOS", y por así proceder conforme a derecho, con fundamento en los artículos 1067 bis, fracción IV y 1077 del Código de Comercio en relación con el numeral 162 de la Ley General de Sociedades Mercantiles, **requiérase** a los codemandados **EDUARDO ZAYAS DUEÑAS y SANTIAGO LEÓN AVELEYRA** para que se abstengan de ejercer cualquier acto en ejercicio del cargo de miembros del consejo de gerentes de **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.,** toda vez que en términos de dicho precepto legal, al haber resuelto favorablemente los socios de la persona moral antes señalada fincarles responsabilidad, cesaron en su encargo desde la fecha en que se adoptó tal determinación, por lo que se les apercibe para que se abstengan de participar en la sesión del Consejo de Gerentes de dicha sociedad a celebrarse el veintiuno de febrero de dos mil diecinueve, apercibidos que de no hacerlo, con independencia de las responsabilidades penales y civiles en que puedan incurrir, así como de la nulidad absoluta de la que estaría viciada dicha sesión, se les impondrá como medida de apremio un ARRESTO por **el término de TREINTA Y SEIS HORAS.**

Del mismo modo, **requiérase a los señores FABIO MASSIMO COVARRUBIAS PIFFER Y JULIO ALEJANDRO BELMONT**, como miembros el consejo de gerentes de **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V., así como al señor RODRIGO NÚÑEZ SARRAPY**, en su carácter de secretario del consejo de gerentes de dicha sociedad, en los domicilios que proporciona el ocursante, para que se abstengan en participar o intervenir en cualquier acto en ejercicio del cargo que les ha sido conferido en el que intervengan los señores **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA** ostentándose como miembros del Consejo de Administración, apercibidos que de no hacerlo, con independencia de las responsabilidades penales y civiles en que puedan incurrir, así como de la nulidad absoluta de la que estaría viciada dicha sesión, se les impondrá como mediada de apremio un **ARRESTO** por el término de **TREINTA Y SEIS HORAS**, lo anterior con fundamento en lo dispuesto por el artículo 1067 bis, fracción IV, del Código de Comercio.

**Asimismo**, atento al principio de expedites que rige la función Judicial, así como a lo dispuesto por el artículo 1065 del Código antes invocado, se habilitan días y horas inhábiles para la diligencia ordenada en autos, así como las subsecuentes.

AVISOS

por lo que las partes quedarán obligadas a solicitar la devolución de sus documentos, pruebas y muestras dentro de los **NOVENTA DÍAS NATURALES** contados a partir de la respectiva notificación, ello para los efectos legales a que haya lugar.

**B)** Se hace del conocimiento de las partes que el Tribunal Superior de Justicia de la Ciudad de México, motivado por el interés de que las personas que tienen algún litigio cuenten con otra opción para solucionar su conflicto, proporciona los servicios de mediación a través de su Centro de Justicia Alternativa, donde se les atenderá en forma gratuita, la mediación no es asesoría jurídica. El centro se encuentra ubicado en Av. Niños Héroes 133, Colonia Doctores Delegación Cuauhtémoc, de la Ciudad de México, Código postal 06500, con el teléfono 51-34-11-00 Exts. 1460 y 2362. Servicio de Mediación Civil Mercantil: 52-07-25-84 y 52-08-33-49. mediación.civil.mercantil@tsjdf.gob.mx. Servicio de Mediación Familiar: 55-14-28-60 y 55-14-58-22 mediación.familiar@tsjdf.gob.mx; lo anterior en cumplimiento al Acuerdo 12-28/2018 emitido por el Pleno del Consejo de la Judicatura de la Ciudad de México. **NOTIFÍQUESE.** Lo proveyó y firma el C. Juez Trigésimo de lo Civil **Maestro SILVESTRE CONSTANTINO MENDOZA GONZÁLEZ** ante su Secretario de Acuerdos Licenciado **ADÁN ARTURO LEDESMA ÁLVAREZ**, que autoriza y da fe. Doy fe.

**SCMG/**rasf

-- Firma electrónica SICOR/TSJDF Fin ---------- iF4EABEIAAYFAlxvADwACgkQWymFedlheZO6TwEAunRC3RBEl8Y0FyjbQ4wltlaP elkzesXbpml62HIQieEBAlIVAZ+SC8zkTzTl2aCNV6Pbly5oYhWUz73OzluHMsJK9 =Btxa

-- Firma electrónica SICOR/TSJDF Fin ---------- iF4EABEIAAYFAlxvAEQACgkQWymFedlheZM85QEAtCEnBhOeR2sNwOCn4aeu2vRY CFJMbQ9rg6N4FKjvLvcBAKXJYPEO0pSlcyjm/VJupqNesKAFx/NsDJGhxcxGDFo9 =FBY7

En el ***Boletín Judicial*** No. 34 correspondiente al día 22 de Febrero de 2019 se hizo la publicación de Ley.— Conste.
El 25 de Febrero del 2019, surtió efectos la notificación anterior.— Conste.



**SUPERIOR COURT OF JUSTICE OF MEXICO CITY**

*THE JUDICIARY OF MEXICO CITY*

*DEMOCRATIC GOVERNMENT BODY*

***THIRTIETH COURT FOR CIVIL MATTERS***

Electronic signature SICOR/TSJDF Beginning ----------- Instance: Thirtieth Court for Civil Matters. Case File: 191/2019. Office of the Secretary: A Document: agreement published: 2019-02-22. Signatory: JC30SA NAS: 5110-6057-7364-6899-445

Electronic signature SICOR/TSJDF Beginning ----------- Instance: Thirtieth Court for Civil Matters. Case File: 191/2019. Office of the Secretary: A Document: agreement published: 2019-02-22. Signatory: JC30SA NAS: 5110-6057-7364-6899-445

**191/2019**

**MEXICO CITY, FEBRUARY 21, 2019.**

It is hereby ordered that a case file be opened with the case summary, documents, and simple copies attached hereto and registered in the docket book under number **191/2019**. Therefore, we hereby proceed to provide the initial draft of the Complaint under the following terms:

**SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE** is acknowledged as having entered an appearance through its legal representative, **TOMÁS ANTONIO FREYMAN VALENZUELA, a legal capacity that he accredits and that is recognized in the terms of notarial certificate number thirty-one thousand eight hundred seventeen, dated July 17, 2018, issued before Mr. EDUARDO GARDUÑO VILLALOBOS, head of Notary Public office number one hundred thirty-five of Mexico City.** It is hereby ordered that said document be returned through an authorized person, after having produced a certified copy thereof and confirmation that its receipt has been included as part of the case record.

They indicate the Penthouse of the “Petellier” building, located at 237 of the Torcuato Tasso street, in Colonia Polanco, Section V, C.P. 11560, Mexico City, as their domicile to hear and receive notifications. **Likewise**, the following individuals have been authorized in the terms of article 1069 paragraph three of the Code of Commerce: CARLOS DAVID VILLASANTE SANTOYO, TORRES LÁZARO ANGÉLICA JANET, ORTEGA ARALLANES MIGUEL ÁNGEL, AND MARTÍNEZ GÓMEZ MIREYA, all of whom have registered their professional license with the First Office of the Clerk and of the Plenary of this Court with folios number **132, 14208, 37392, and 47242**, respectively. **Likewise**, the following individuals have been authorized to hear and receive notifications, and to pick up documents and securities: RAFAEL ALEJANDRO CORONA SÁNCHEZ, CYNTHIA COROMOTO SÁNCHEZ MOLINA, IVONNE SALGADO ONOFREM, SALVADOR VELAZQUEZ PARIS, SANTIAGO QUIROZ PIMIENTA, ALEJANDRO SÁNCHEZ FITZ, HUGO SÁNCHEZ LÓPEZ, and IVÁN GENARO DE LA CRUZ PONCE. The latter is authorized in such terms once he shows a simple copy of his professional license registration. On the other hand, it is hereby ordered to save in the [cut off]

1377, 1378, 1379 and all other related and applicable articles of the Code of Commerce, the complaint is processed as filed.

Along this train of thought, we hereby order that the corresponding service of summons be prepared and that the codefendants be summoned so that within **FIFTEEN BUSINESS DAYS** they may answer the complaint and raise their defenses, if any, as well as **submit their evidence under the terms of article 1378 paragraph VIII of the Code of Commerce**, advising the codefendants to indicate a domicile to hear and receive notifications within this territorial jurisdiction, and warning them that failure to do so will result in this and any subsequent notifications—including those of a personal nature—becoming effective via publication in the Legal Gazette, based on article 1069 of the Code of Commerce. Likewise, defendants **EDUARDO ZAYAS DUEÑAS AND SANTIAGO LEÓN AVELEYRA** are hereby notified that, should they fail to answer the complaint within the term granted to do so, any facts of the complaint not answered shall be presumed as confessed. Likewise, in accordance with article 1378 of the Code of Commerce, we hereby acknowledge as submitted the evidence indicated by the plaintiff, **SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, which will be admitted in due course at the appropriate procedural time.

Now then, based on article 89 of the Federal Code of Civil Procedure, applied in a subsidiary manner to the commercial matter, it is hereby **ordered** that, at the time of answering the complaint filed against them, codefendants **EDUARDO ZAYAS DUEÑAS AND SANTIAGO LEÓN AVELEYRA** must submit the original or a certified copy of the documents marked with sections **four and five** in the initial draft of the Complaint, **consisting of:**

- **CONCESSION TITLE SEMOVI/DGSTPI/001/2016 GRANTING LUSAD "THE PREFERENTIAL RIGHT AND OBLIGATION FOR THE REPLACEMENT, INSTALLATION AND MAINTENANCE OF TAXIMETERS OF INDIVIDUAL PUBLIC PASSENGER TRANSPORT SERVICES (TAXIS) OF MEXICO CITY, WITH SATELLITE GEOLOCATION SYSTEM; AS WELL AS THE DESIGN, OPERATION AND EXPLOITATION OF THE APPLICATION FOR REMOTE TAXI HIRING IN MEXICO CITY.**

- **THE "NEW" CONCESSION TITLE SIGNED IN AGREEMENT BY MR. EDUARDO ZAYAS DUEÑAS ACTING FOR AND ON BEHALF OF LUSAD ON NOVEMBER 7, TWO** [cut off]

Regarding the petition contained in the chapter titled "REQUEST FOR WARNING TO THE DEFENDANTS," since it is appropriate under the law, based on articles 1067 bis paragraph IV, and 1077 of the Code of Commerce in relation to numeral 162 of the General Corporations Law, codefendants **EDUARDO ZAYAS DUEÑAS AND SANTIAGO LEÓN AVELEYRA** are hereby **ordered** to abstain from exercising any acts as members of the board of directors of **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V**., since under the terms of said legal precept, and having the partners of the aforementioned moral person resolved in favor of assigning to them liability, their mandate ceased as of the date in which said resolution was adopted; therefore, they are warned to refrain from participating in that company's Board of Directors meeting to be held on February 21, 2019, and are warned that if they fail to obey the order, independently of any criminal and civil liabilities they may incur, as well as the fact that the meeting in question would be null and void; as enforcement measure, they will have imposed an ARREST for **a period of THIRTY-SIX HOURS.**

Likewise, **Messrs. FABIO MASSIMO COVARRUBIAS PIFFER AND JULIO ALEJANDRO BELMONT**, in their capacity as members of the board of directors of **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.**, **as well as Mr. RODRIGO NÚÑEZ SARRAPY**, in his capacity as secretary of the board of directors of said company, at the addresses provided by the petitioner, **are hereby ordered** to abstain from participating or intervening in the capacity that has been conferred upon them, in any acts where Messrs. **EDUARDO ZAYAS DUEÑAS AND SANTIAGO LEÓN AVELEYRA** may intervene acting as members of the Board of Directors, and are warned that if they fail to obey the order, independently of any criminal and civil liabilities they may incur, as well as the fact that the meeting in question would be null and void, as enforcement measure, they will have imposed an **ARREST** for **a period of THIRTY-SIX HOURS.** The foregoing is based on the provisions of article 1067 bis paragraph IV of the Code of Commerce.

**Likewise**, pursuant to the principle of celerity that governs the Judiciary, as well as the provisions of article 1065 of the aforementioned Code, non-working days and hours are hereby enabled so that the procedure ordered in the case record, as well as any subsequent procedures, may be carried out.

**NOTICES**

[…] therefore, the parties will be required to request the return of their documents, evidences, and samples within **NINETY CALENDAR DAYS** from the respective notification, for all legal purposes.

**B)** The parties are hereby informed that, motivated by the interest that people who are involved in litigation may have another option to solve their conflicts, the Superior Court of Justice of Mexico City offers mediation services through its Alternative Justice Center, where they will be served free of charge. Mediation is not legal advice. The center is located at Av. Niños Héroes 133, Colonia Doctores, Delegación Cuauhtémoc, Mexico City, Postal Code 06500, telephone number 51-34-11-00, Extensions 1460 and 2362. Commercial Civil Mediation Service: 52-07-25-84 and 52-08-33-49, mediacion.civil.mercantil@tsjdf.gob.mx. Family Mediation Service: 55-14-28-60 and 55-14-58-22, mediacion.familiar@tsjdf.gob.mx. The foregoing is in compliance with Agreement 12-28/2018 issued by the Plenary Session of the Council of the Judicature of Mexico City. **NOTIFY IT.** Rendered and signed by the Judge of the Thirtieth Court for Civil Matters, **Magister SILVESTER CONSTANTINO MENDOZA GONZÁLEZ,** before his Clerk of Court, Mr. **ADÁN ARTURO LEDESMA ÁLVAREZ**, who authorizes and attests. I so attest.

**SCMG/rasf** [signature] [signature]

Electronic signature SICOR/TSJDF End ----------- [illegible string of letters and numbers]

Electronic signature SICOR/TSJDF End ----------- [illegible string of letters and numbers]

The legal publication was made in ***Judicial Gazette*** No. *34,* corresponding to *February 22, 2019*.- Note for the record.
The above notification became effective on *February 25, 2019*.- Note for the record.



T 718 384 8040
F 718 388 3516
E info@targemtranslations.com
W TargemTranslations.com

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service firm with a track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Temporary Order – 21 February 2019"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: April 23, 2019

Wolf Markowitz

Signature of Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021



