# EXHIBIT 7



*Lic. José María Morera González*

NOTARÍA PÚBLICA NÚM. 102
PRADO NORTE NÚM. 312,
COL. LOMAS DE CHAPULTEPEC,
DELEGACIÓN MIGUEL HIDALGO,
C.P. 11000, MÉXICO, DF.

*prevista en el plan de negocios anual y/o en el presupuesto anual.* ---------------------------------------------------------

*(u) El ejercicio de cualesquiera derechos de voto o corporativos expedidos por las afiliadas y la designación de cualquier apoderado o representante autorizado para votar y aprobar cualquiera de los actos y/o asuntos descritos en los párrafos (a) a (s) de las presentes por cada una de las afiliadas, de ser el caso...".* ---------------------------------

**IV.- ACTA QUE CONTIENE LAS RESOLUCIONES ADOPTADAS FUERA DE ASAMBLEA QUE SE PROTOCOLIZA.-** Los socios de **"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, adoptaron fuera de Asamblea las siguientes resoluciones por votación unánime, con efectos a partir del día veintidós de febrero del año dos mil diecinueve, cuya acta que al efecto se levantó el compareciente me exhibe en tres fojas útiles y me solicita protocolice, la cual en unión de las cartas poder del representante de los socios en las resoluciones, agrego al apéndice de este instrumento con la letra **"B"** y transcribo íntegramente lo que es del tenor literal siguiente: ------------------------------------------

----- ***"RESOLUCIONES UNÁNIMES POR ESCRITO DE LOS SOCIOS DE*** ---

------- ***SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.*** -------

------------ *22 de febrero de 2019. 12:00 horas.* ------------

*Con fundamento en la cláusula Décima Octava de los estatutos sociales de SERVICIOS DIGITALES LUSAD, S. de R.L. de C.V. (la "Sociedad"), los suscritos L1BRE HOLDING, LLC, y L1BRE, LLC, ambas representadas en este acto por el señor José Guillermo García Granados Torres, en su carácter de socios únicos de la Sociedad, en forma unánime y fuera de asamblea general de socios, adoptamos las resoluciones que a continuación se transcriben:* ---------------------------------------------------

***I. Discusión y, en su caso aprobación de la remoción de los señores Santiago León Aveleyra y Eduardo Zayas Dueñas como miembros del Consejo de Gerentes de la Sociedad, en virtud de que mediante diversas resoluciones adoptadas el 14 de febrero de 2019, se determinó fincarles responsabilidad por unanimidad de los socios en términos de la fracción VII del artículo 78 de Ley General de Sociedades Mercantiles, y por lo tanto en términos del segundo párrafo del artículo 162 de la Ley General de Sociedades Mercantiles, cesaron inmediatamente en sus funciones, tal y como resolvió el C. Juez Trigésimo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México mediante resolución de fecha 21 de febrero de 2019, dictada en el expediente 191/2019.*** ----------

*En relación con este primer punto y considerando que efectivamente los socios, mediante resoluciones unánimes adoptadas el 14 de febrero de 2019, determinaron fincar responsabilidad ante las autoridades competentes en contra de los señores Santiago León Aveleyra y Eduardo Zayas Dueñas como miembros del Consejo de Gerentes de la Sociedad, y que se ha presentado la demanda correspondiente la cual por cuestiones de turno le ha tocado conocer al C. Juez Trigésimo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México, quien mediante resolución dictada el 21 de febrero de 2019, dentro del juicio ordinario mercantil seguido por Servicios Digitales Lusad, S. de R.L. de C.V., en contra de Santiago León Aveleyra y Eduardo Zayas Dueñas como miembros del Consejo de Gerentes de la Sociedad, expediente 191/2019, reconoció que en términos del segundo párrafo del artículo 162 de la Ley General de Sociedades Mercantiles, desde la fecha en que dichas resoluciones fueron adoptadas por los socios, esto es, desde el 14 de febrero de 2019, estos individuos cesaron en su encargo, se les tiene por removidos*



*Lic. José María Morera González*

NOTARÍA PÚBLICA NÚM. 102
PRADO NORTE NÚM. 312,
COL. LOMAS DE CHAPULTEPEC,
DELEGACIÓN MIGUEL HIDALGO,
C.P. 11000, MÉXICO, DF.

23

*desde esa fecha de su encargo y por lo tanto, carecen de facultad alguna para actuar bajop (así) dicha encomienda, por lo tanto se resuelve:* ---

--- **PRIMERA RESOLUCIÓN** ---

*Se resuelve tener por removidos como miembros del Consejo de Gerentes de la Sociedad, desde el 14 de febrero de 2019 a los señores Eduardo Zayas Dueñas y Santiago León Aveleyra, desconociendo desde esa fecha cualquier representación que de la Sociedad dichas personas pudieran ostentar.* ---

***II. Revocación de poderes generales y especiales que se hubieren otorgado a los señores Santiago León Aveleyra y Eduardo Zayas Dueñas como miembros del Consejo de Gerentes de la Sociedad, o en cualquier otro carácter por parte de la Sociedad.*** ---

*Toda vez que se resolvió por unanimidad de los socios de la Sociedad fincar responsabilidad ante las autoridades competentes en contra de los señores Santiago León Aveleyra y Eduardo Zayas Dueñas como miembros del Consejo de Gerentes de la Sociedad, y que la Sociedad presentó la demanda correspondiente en la vía ordinaria mercantil, la cual quedó radicada ante el Juzgado Trigésimo Civil del Tribunal Superior de Justicia de la Ciudad de México bajo el número de expediente 191/2019, quien mediante resolución dictada el 21 de febrero de 2019, reconoció que en términos del segundo párrafo del artículo 162 de la Ley General de Sociedades Mercantiles, desde la fecha en que dichas resoluciones fueron adoptadas por los socios, esto es, desde el 14 de febrero de 2019, estos individuos cesaron en su encargo, se les tiene por removidos desde esa fecha de su encargo y por lo tanto, carecen de facultad alguna para actuar bajop (así) dicha encomienda; por lo tanto se resuelve:* ---

-------------------- **SEGUNDA RESOLUCIÓN** --------------------

*Se resuelve revocar todos y cada uno de los poderes y/o mandatos que la Sociedad, como miembros del Consejo de Gerentes de la Sociedad, o bajo cualquier otro encargo, les hubiere otorgado, lo anterior con fundamento en lo dispuesto por los artículos 2595 y 2596 del Código Civil para el Distrito Federal.* --------------------

-------------------- **TERCERA RESOLUCIÓN.** *(así)* --------------------

*En virtud de lo anterior, con fundamento en lo dispuesto por los artículos 2597 del Código Civil para el Distrito Federal, se resuelve que se notifique a dichas personas la revocación de todos y cada uno de los poderes y o mandatos que se les hubieran otorgado, lo anterior para los efectos legales a que haya lugar.* --------------------

-------------------- **CUARTA RESOLUCIÓN.** *(así)* --------------------

*Por último, en cuanto a la revocación de los poderes y/o mandatos que se les hubieren otorgado a los (así) Santiago León Aveleyra y Eduardo Zayas Dueñas como miembros del Consejo de Gerentes de la Sociedad o bajo cualquier otro encargo, se resuelve, requerir a dicha personas, con fundamento en lo dispuesto por el artículo 2598 del Código Civil para el Distrito Federal, para que hagan entrega inmediata de los documentos y/o instrumentos que tengan en su poder en donde consten los poderes y/o mandatos que se les hubieren otorgado, así como la devolución de todos y cada uno de los documentos que tengan en posesión y que sean relativos al negocio o negocios en los que hayan participado con motivo del ejercicio de su encargo y/o poderes y/o mandatos que la sociedad les hubiere otorgado y que en representación de ésta hubieren realizado.* --------------------

***III. Ratificación de los Señores Fabio Massimo Covarrubias Piffer y Julio A. Belmont Garibay como miembros del Consejo***


*Lic. José María Morera González*

NOTARÍA PÚBLICA NÚM. 102
PRADO NORTE NÚM. 312,
COL. LOMAS DE CHAPULTEPEC,
DELEGACIÓN MIGUEL HIDALGO,
C.P. 11000, MÉXICO, DF.

25

**de Administración de la Sociedad, con todas las facultades que establecen para su encargo los estatutos sociales.** -------

*En relación este tercer punto, se resuelve:* ------------------

--------------------- ***QUINTA RESOLUCIÓN*** ---------------------

*Se resuelve ratificar a los señores Fabio Massimo Covarrubias Piffer y Julio A. Belmont Garibay, como miembros del Consejo de Administración de la Sociedad, con todas y cada una de las facultades previstas en los estatutos sociales.* -------------

--------------------- ***SEXTA RESOLUCIÓN.*** *(así)* ---------------

*En virtud de lo anterior, se resuelve que la actual integración del Consejo de Gerentes de la Sociedad, es la siguiente:* ------------------------------------------

*Fabio Massimo Covarrubias Piffer* ---------- *Consejero.* -------

*Julio A. Belmont Garibay* ------------------ *Consejero.* -------

*Francisco José Flores Meléndez* ------------ *Suplente.* --------

*Oscar Jesús Saitz Zazueta* ----------------- *Suplente.* --------

***IV. Designación de los delegados para formalizar los acuerdos adoptados en esta Asamblea.*** ------------------------------

--------------------- ***SEPTIMA RESOLUCIÓN*** ---------------------

*Se designan indistintamente a los señores Fabio Massimo Covarrubias Piffer, Julio A. Belmont Garibay, Rodrigo Nuñez Sarrapy o Francisco José Flores Meléndez, como Delegados Especiales de la presente Asamblea, quedando autorizados a efecto de que, conjunta o individualmente, comparezcan ante el Notario Público de su elección para que, en caso de considerarlo necesario, protocolicen el acta de la presente Asamblea, para que por sí o por la persona que designen inscriban, de ser necesario, el testimonio correspondiente en el Registro Público de la Propiedad y del Comercio del domicilio social de la sociedad, y en general para que adopten las medidas que resulten necesarias para la ejecución de las resoluciones aquí adoptadas.* -------------------------

---------------- ***ASÍ LO CONFIRMAN LOS SOCIOS*** -------------

----- ***L1BRE HOLDING, LLC*** ----- --------- ***L1BRE LLC*** ----------

---- *José Guillermo García* --- ---- *José Guillermo García* ---

------ *Granados Torres* ------- ------ *Granados Torres* ------

-------- *Su: Apoderado* ------- -------- *Su: Apoderado".* -----

Siguen firmas ilegibles. -------------------------------------

**EXPUESTO LO ANTERIOR**, el compareciente otorga las siguientes:

------------------- **C L A U S U L A S** ---------------------

**PRIMERA.-** Queda protocolizada el acta que contiene las resoluciones adoptadas fuera de Asamblea por votación unánime de los socios de **"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, con efectos a partir del día veintidós de febrero del año dos mil diecinueve, para que surta todos los efectos legales a que haya lugar. --------------------------------------------------

**SEGUNDA.-** Queda formalizada la remoción de los señores **SANTIAGO LEON AVELEYRA** y **EDUARDO ZAYAS DUEÑAS**, como miembros del Consejo de Gerentes de **"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, en los términos del acta antes transcrita. ---------------------

**TERCERA.-** Queda formalizada la revocación de los poderes otorgados por **"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, a los señores **SANTIAGO LEON AVELEYRA** y **EDUARDO ZAYAS DUEÑAS**, en los términos del acta antes transcrita. -----------------------

**CUARTA.-** Queda formalizada la ratificación de los miembros del Consejo de Gerentes de **"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, quedando el mismo integrado por las siguientes personas y con los cargos que se indican: -----------------------------------

FABIO MASSIMO COVARRUBIAS PIFFER ---------- CONSEJERO. ------

JULIO A. BELMONT GARIBAY ------------------ CONSEJERO. ------