# EXHIBIT 8

Boletín

# Busca Agencia Estatal del Transporte nueva tecnología en Taxímetros

🏠 / Noticias / Busca Agencia Estatal del Transporte nueva tecnología en Taxímetros

Imprimir 🖶

✉
Comparte este contenido

**Redacción de Staff**
Viernes 12 de Abril de 2019

**Será a través de una aplicación móvil donde los usuarios podrán solicitar el servicio de una manera rápida y segura.**



Con el objetivo de brindar un servicio moderno, con monitoreo en tiempo real y que ayude a mantener la seguridad de los usuarios, la Agencia Estatal del Transporte anunció una convocatoria pública para la implementación de taxímetros digitales.

"Queremos dotar al taxista de un nivel competitivo que hoy le permita ser más rentable y que ahora va a poder ser llamado a través de una aplicación, la cual le va a permitir evidentemente un ahorro de combustible, lo que significa que habrá menos contaminación a través de este tipo de vehículos", dijo Jorge Longoria, titular de la Agencia.

El funcionario informó que esta convocatoria no tendrá costo, por lo que se solicitó a las empresas presentar su programa de financiamiento, automatización y cuáles serían los beneficios en los que podrían verse recompensados los taxistas.

Quienes soliciten su participación dentro del presente programa, deberán proponer un proyecto con inversión directa, ser mexicano o estar constituidos conforme a las leyes mexicanas y comprometerse a desarrollar el proyecto con sus propios recursos además de cumplir con ciertos requisitos entre los cuales destacan:

1. Contar con plataformas y dispositivos digitales
2. Contar con un programa software debidamente registrado y certificado conforme a la NOM-007-SCFI-2003
3. Que la plataforma y los dispositivos cuenten con un localizador vía satélite que permitan su conectividad con los sistemas de emergencia de Nuevo León
4. Que los dispositivos sean confiables y garanticen su funcionamiento continuo y en caso de no contar con conectividad por zonas sin conexión, ser capaz de funcionar y determinar la tarifa de recorrido de manera offline (sin conexión).

Los interesados en participar en esta convocatoria deberán presentar su documentación en las oficinas generales de la AET, ubicada en Avenida Alfonso Reyes #1000 de la Colonia Regina en un horario de 8:00am a 3:00pm de lunes a viernes a partir del 2 de mayo y hasta el 15 de mayo del presente año.

## Más noticias

### DE ESTA DEPENDENCIA

 1 mes | Presenta AET alternativas de movilidad para el usuario del transporte público

 2 meses | Implementa AET operativos para prevenir y detectar cobros irregulares en tarifas

🕐 2 meses | Estado no permitirá cobros irregulares en el transporte vigentes



**GOBIERNO Y ACCIONES**

**Gobierno**
Gobernador
Dependencias
Gabinete

**Planeación**
Plan estatal de desarrollo
Plan estratégico para Nuevo León
Informes de gobierno

**Acciones**
Noticias
Revistas y publicaciones
Eventos y convocatorias

**Transparencia**
Consulta la información pública
Consulta las respuestas a solicitudes

**SERVICIOS E INFORMACIÓN**

Educación y aprendizaje
Nacimientos, matrimonios, divorcios y defunciones
Empleo, capacitación y contratos de trabajo
Negocios e inversión extranjera
Impuestos y contribuyentes
Tenencia, licencias y transporte público
Cuidado de la salud
Protección, derechos y consejos para la familia
Personas con discapacidad

Terrenos, construcciones y catastro
Agua, drenaje, basura, contaminación y calidad del aire
Denuncias, personas desaparecidas y representación legal
Migrantes, pasaporte y visas
Ciudadanía, sociedad civil e información pública
Parques, museos y exposiciones
Vida silvestre y áreas naturales protegidas
Campo
Deportistas y torneos

Aviso de privacidad | Dinos tu opinión sobre este sitio web

Document title: Busca Agencia Estatal del Transporte nueva tecnología en Taxímetros | nl.gob.mx
Capture URL: http://www.nl.gob.mx/noticias/busca-agencia-estatal-del-transporte-nueva-tecnologia-en-taximetros
Capture timestamp (UTC): Mon, 22 Apr 2019 17:43:03 GMT

Page 1 of 1

# State Transportation Agency seeks new Taximeters technology

Editorial Staff

Friday, April 12, 2019

**It will be through a mobile application where users can request the service quickly and safely.**



In order to provide a modern service, with real-time monitoring that will help maintain user safety, the State Transportation Agency announced a public call for the implementation of digital taximeters.

"We want to provide taxi drivers with a competitive level that will allow them to be more profitable on this day and age, now making it possible for them to be hailed through an application, which will clearly result in fuel savings, which means that there will be less pollution caused by this type of vehicle," said Jorge Longoria, head of the Agency.

The official informed that this call will have no cost, so the companies were asked to submit their financing program, automation, and the benefits that would be afforded to taxi drivers.

All those interested in applying to this program must propose a project with direct investment, be Mexican or be organized in accordance with Mexican laws, and commit to develop the project with their own resources in addition to meeting certain other requirements, including:

1. Must have digital platforms and devices
2. Must have a software program duly registered and certified according to NOM-007-SCFI-2003
3. The platform and devices must have a satellite locator that will allow their connectivity with the Nuevo León emergency systems
4. The devices must be reliable and guarantee their ongoing operation and, in the event of lack of connectivity due to areas that have no connection, be able to operate and determine the trip fare offline (with no connection).

Those interested in participating in this call must submit their documentation to the main offices of the State Transportation Agency, located at Avenida Alfonso Reyes # 1000 of Colonia Regina, from 8:00 a.m. to 3:00 p.m., Monday through Friday from May 2 through May 15 of this year.


## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service firm with a track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Busca Agencia Estatal del Transporte nueva tecnologia en Taximetros"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: April 22, 2019

_____
Wolf Markowitz

_____
Signature of Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No  01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

