# EXHIBIT 2

**RESOLUCIONES UNÁNIMES DEL CONSEJO DE GERENTES**
**SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.**

14 de diciembre de 2018

Siendo las 9:00 horas del 14 de Diciembre de 2018, con fundamento en la cláusula Vigésimo Segunda de los estatutos sociales de SERVICIOS DIGITALES LUSAD, S. de R.L. de C.V. (la "Sociedad"), se reunieron en el domicilio social los señores Santiago León Aveleyra, Eduardo Zayas Dueñas, Fabio Massimo Covarrubias Piffer y Julio Alberto Belmont Garibay, en su carácter de miembros propietarios del Consejo de Gerentes de la Sociedad y el señor Rodrigo Nuñez Sarrapy en su carácter de Secretario de dicho Consejo, con el fin de celebrar una Sesión Extraordinaria del Consejo de Gerentes de la Sociedad de conformidad con el siguiente

**ORDEN DEL DÍA**

I.   Contratación de un auditor especial independiente, para efecto de revisar ciertas partidas del activo y pasivo de la Sociedad a nivel consolidado, incluyendo, entre otros, la contratación y aplicación de recursos bajo los créditos intercompañías y con los socios de la Sociedad.

II.  Aprobación de plan de contingencia y presupuesto "Plan de Choque".

III. Propuesta para llevar a cabo un aumento al capital social para fondear presupuesto de "Plan de Choque".

IV.  Informe sobre acuerdo en principio alcanzado con Ingram Micro, SA de CV.

V.   Informe sobre acuerdo en principio alcanzado con Kichink.

VI.  Informe sobre propuesta de Banco Azteca, S.A. para reestructura de crédito por US$18,000,000.00

VII. Autorización para incorporación de una sociedad subsidiaria para licitar por la Concesión para operar en Monterrey y municipios conurbados.

VIII. Discusión sobre estrategia de acercamiento con nueva administración de la Ciudad de México y discusión sobre estrategia legal a seguir para recuperar o renegociar, en su caso, la Concesión otorgada por SEMOVI en 2016 a la Sociedad, así como aprobación de contratación de asesores externos.

IX.  Autorización al Director General de la Sociedad para negociar con proveedores de la Sociedad y sus sociedades subsidiarias, los adeudos de las mismas y para implementar los acuerdos tomados en esta Sesión.

Los miembros del Consejo de Gerentes, por unanimidad, adoptaron las siguientes

**R E S O L U C I O N E S**

**PRIMERA.** Contratación de un auditor especial independiente, para efecto de revisar ciertas partidas del activo y pasivo de la Sociedad a nivel consolidado, incluyendo, entre otros, la contratación y aplicación de recursos bajo los créditos intercompañías y con los socios de la Sociedad.

1.1  A solicitud del socio Espiritu Santo Holdings, se aprueba la contratación de un auditor especial independiente, para efecto de revisar ciertas partidas del activo y pasivo de la Sociedad a nivel consolidado, incluyendo, entre otros, la contratación y aplicación de recursos bajo los créditos intercompañías y con los socios de la Sociedad, bajo las siguientes condiciones: (i) el auditor independiente será la firma Galaz, Yamazaki y Ruiz Urquiza, S.C. (Deloitte México); (ii) los resultados y recomendaciones que arroje dicha auditoria serán de carácter vinculante para la Sociedad; (iii) los resultados y recomendaciones de la auditoria deberán ser reportados directamente a este Consejo y (iv) el costo de dicha auditoría, será cubierta directamente por el socio que la solicita.

1.2  Como parte de los trabajos de auditoría aprobados, el Consejo instruye a los Lics. Rodrigo Nuñez y Francisco Flores para llevar a cabo los actos necesarios con el fin de redocumentar los créditos intercompañía otorgados por los socios de L1bero Partners LP, en los términos contenidos en el Partners Agreement firmado por dicha sociedad con Espíritu Santo Holdings LP.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
**Santiago León Aveleyra**

_____
**Fabio Massimo Covarrubias Piffer**

_____
**Eduardo Zayas Dueñas**

_____
**Julio Belmont Garibay**

2

**SEGUNDA.**   <u>**Aprobación de plan de contingencia y presupuesto "Plan de Choque".**</u>

2.1 Se tiene por presentado el plan de contingencia y presupuesto de emergencia para enfrentar las obligaciones de la Sociedad y subsidiarias, mismos que se aprueban en los términos del documento que se agrega al expediente de la presente acta como <u>Anexo "A"</u>. Este presupuesto estará sujeto a revisión y aprobación por este Consejo al término del primer trimestre de 2019. El Anexo "A" será modificado para prever la permanencia en la plantilla laboral de Eduardo Herrera y Manuel Tabuenca. Igualmente, se detallará que, tratándose de las oficinas, se desocupará la mayor parte del área del 7º piso de Montes Urales 455 y la Sociedad cubrirá la renta del 60% del 6º piso, así como la parte que actualmente ocupa el "war room" en el 7º piso; Inversiones Cova ocupará y rentará el 40% restante del 6º piso.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

**Julio Belmont Garibay**

**TERCERA.    Propuesta para llevar a cabo un aumento al capital social para fondear presupuesto de "Plan de Choque".**

3.1    Se tienen por presentada la propuesta para llevar a cabo un aumento al capital social de la Sociedad, en una cantidad en moneda nacional equivalente a US$3'000,000.00 (Tres millones de dólares 00/100), con el fin de que ésta cuente con los recursos suficientes para enfrentar el plan de emergencia aprobado conforme a la Resolución 2.1 anterior. Este aumento se implementaría directamente en la sociedad afiliada Espíritu Santo Technologies, LLC. a través de una aportación de capital hecha por su socios L1bero Partners LP y Espiritu Santo Holdings, LLC, por partes iguales, de ser el caso. Por su parte, Espíritu Santo Technologies LLC, suscribirá un aumento al capital social en la misma cantidad en la sociedad afiliada L1bre Holding, LLC quien, por último, suscribirá un aumento al capital social en la Sociedad.

3.2    En relación a esta propuesta, el socio Espíritu Santo Holdings LLC, solicita presentar una contrapropuesta para atender los requerimientos de capital necesarios para la Sociedad en este momento. Esta propuesta será presentada al Consejo dentro de los siguientes 8 días.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

4

**CUARTA.** **Informe sobre acuerdo en principio alcanzado con Ingram Micro, SA de CV.**

4.1    Se tiene por presentado y aprobado el acuerdo alcanzado con el proveedor Ingram Micro, S.A. de C.V. para liquidar el adeudo que a la fecha la Sociedad mantiene con él, el cual se detalla en el documento que se agrega como Anexo "B" a la presente acta.

4.2    Se autoriza al Director General de la Sociedad para negociar y cerrar el acuerdo con Ingram Micro, S.A. de C.V. en el entendido de que el Director General informará al Consejo sobre los términos financieros de cada venta de cada lote de tabletas que lleve a cabo este proveedor en términos de lo descrito en el "Anexo "B".


EL CONSEJO DE GERENTES DE LA SOCIEDAD


_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**


_____
**Fabio Massimo Covarrubias Piffer**

_____
**Julio Belmont Garibay**


5

**QUINTA. <u>Informe sobre acuerdo en principio alcanzado con Kichink.</u>**

5.1     Se tiene por presentado y aprobado el acuerdo alcanzado con el proveedor Kichink para liquidar el adeudo que a la fecha la Sociedad mantiene con él, el cual se detalla en el documento que se agrega como <u>Anexo "C"</u> a la presente acta.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

_____
**Julio Belmont Garibay**

6

**SEXTA. Informe sobre propuesta de Banco Azteca, S.A. para reestructura de crédito por US$18,000,000.00**

6.1    Se autoriza al Sr. Julio Belmont para que, como Consejero Delegado de este Consejo, negocie con Banco Azteca S.A. los términos de una reestructura del crédito que se tiene firmado por US$18'000,000.00. en los términos más favorables para la sociedad acreedora, debiendo informar al Consejo los resultados de dicha negociación antes de la firma de los mismos.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

7

**SEPTIMA. Autorización para incorporación de una sociedad subsidiaria para licitar por la Concesión para operar en Monterrey y municipios conurbados.**

7.1   Se resuelve proceder a la constitución de una sociedad subsidiaria de nacionalidad Mexicana de la sociedad afiliada L1bre Holding LLC, con el fin de que dicha nueva sociedad pueda participar en la licitación de una concesión para instalar y operar taxímetros digitales en los taxis concesionados de la ciudad de Monterrey, Nuevo León y sus municipios conurbados. Previa autorización de este Consejo, ésta nueva sociedad deberá contar con una participación de L1bre Holding LLC de no menos del 51%, pudiéndose ofrecer una participación de hasta 49% a uno o varios socios inversionistas que estén interesados en participar en el proyecto.

7.2   Se resuelve proceder a la constitución de una sociedad subsidiaria de nacionalidad Mexicana de la sociedad afiliada L1bre Holding LLC, con el fin de que dicha nueva sociedad pueda participar en la licitación de una concesión para instalar y operar taxímetros digitales en los taxis concesionados en el estado de Hidalgo. Previa autorización de este Consejo, ésta nueva sociedad deberá contar con una participación de L1bre Holding LLC de no menos del 51%, pudiéndose ofrecer una participación de hasta 49% a uno o varios socios inversionistas que estén interesados en participar en el proyecto.

7.3   Se instruye que la sociedad de nueva creación, denominada L1bre Jalisco, S.A. de C.V. reestructure su tenencia accionaria para incorporar a L1bre Holding LLC como accionista de control.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

8

**OCTAVA.** <u>**Discusión sobre estrategia de acercamiento con nueva administración de la Ciudad de México y discusión sobre estrategia legal a seguir para recuperar o renegociar, en su caso, la Concesión otorgada por SEMOVI en 2016 a la Sociedad, así como aprobación de contratación de asesores externos.**</u>

8.1 Se autoriza a los Sres. Julio Belmont y Fabio Covarrubias para que, como Consejeros Delegados de este Consejo, busquen un acercamiento con el gobierno de la Ciudad de México para renegociar la Concesión otorgada por la Secretaría de Movilidad en 2016, en los términos más favorables para la Sociedad, debiendo informar a este Consejo sobre los resultados de su gestión.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias

_____
Julio Belmont Garibay

9

**NOVENA.** **Autorización al Director General de la Sociedad para negociar con proveedores de la Sociedad y sus sociedades subsidiarias, los adeudos de las mismas y para implementar los acuerdos tomados en esta Sesión.**

9.1 Se autoriza al Director General de la Sociedad, Lic. Fabio Covarrubias Piffer para negociar e implementar las acciones en los términos aprobados en las Resoluciones Primera a Séptima, inclusive, aprobadas en esta Sesión.

EL CONSEJO DE GERENTES DE LA SOCIEDAD

_____
Santiago León Aveleyra

_____
Eduardo Zayas Dueñas

_____
Fabio Massimo Covarrubias Piffer

_____
Julio Belmont Garibay

Se autoriza indistintamente a los señores Santiago León Aveleyra, Eduardo Zayas Dueñas, Fabio Covarrubias Piffer, Rodrigo Núñez Sarrapy y Francisco José Flores Meléndez para que, en forma conjunta o separada, como delegados del Consejo de Gerentes de la Sociedad, para que en caso de considerarlo necesario, comparezcan ante el notario público de su elección, a fin de solicitar y otorgar la protocolización de la presente acta, y para expedir las copias simples o certificadas, ya sea en su integridad o en lo conducente, que de la presente acta les fueren solicitadas.

10

**UNANIMOUS RESOLUTIONS OF THE MANAGEMENT BOARD OF
SERVICIOS DIGITALES LUSAD, S. DE R. L. DE C.V.**

December 14, 2018

At 9:00 am, on December 14, 2018, pursuant to the Twenty-second Clause of the Bylaws of SERVICIOS DIGITALES LUSAD, S. de R. L. de C.V. (the "Company"), Messrs. Santiago León Aveleyra, Eduardo Zayas Dueñas, Fabio Massimo Covarrubias Piffer and Julio Alberto Belmont Garibay, acting in their capacity as owning members of the Management Board of the Company and Mr. Rodrigo Núñez Sarrapy, acting in his capacity as Secretary of such Board, gathered at the corporate address of the Company for the purpose of holding a special meeting of the Management Board of the Company, in accordance with the following

**AGENDA**

I. Hiring of a special independent auditor, for the purpose of reviewing certain items of the Company's consolidated assets and debts, including, among others, the hiring and application of resources under the inter-company credits and with the Company's shareholders.

II. Approval of a contingency plan and "Action Plan" budget.

III. Proposal to implement a share capital increase for the purpose of funding the "Action Plan".

IV. Report on initial agreement reached with Ingram Micro, SA de CV.

V. Report on initial agreement reached with Kichink.

VI. Report on Banco Azteca, S.A. proposal for the restructuring of credit in the amount of US$18,000,000.00

VII. Authorization to incorporate a subsidiary company for the purpose of bidding on the Concession to operate in Monterrey and surrounding municipalities.

VIII. Discussion on the strategy to approach the new City of Mexico administration, and discussion on a legal strategy to recover or renegotiate, as the case may be, the Concession granted to the Company by SEMOVI in 2016, as well as approval for the hiring of external consultants.

IX. Authorization of the Company's General Director to negotiate with Company providers and their subsidiary companies regarding the indebtedness of same and implement the agreements reached during this Meeting.

The members of the Management Board unanimously adopted the following

**RESOLUTIONS**

**FIRST.** Hiring of a special independent auditor, for the purpose of reviewing certain items of the Company's consolidated assets and debts, including, among others, the hiring and application of resources under inter-company credits and with the Company's shareholders.

1.1 At the request of shareholder Espíritu Santo Holdings, we hereby approve the hiring of a special independent auditor, for the purpose of reviewing certain items of the Company's consolidated assets and debts, including, among others, the hiring and application of resources under the inter-company credits and with the Company's shareholders. (i) the firm Galaz, Yamazaki and Ruiz Urquiza, S.C. (Deloitte México) shall be the independent auditor; (ii) any results and recommendations form such audit shall be binding for the Company; (iii) the results and recommendations of the audit must be directly reported to this Board and (iv) the cost of such audit shall be borne directly by the requesting shareholder.

1.2 As part of the approved auditing work, the Board hereby instructs Messrs. Rodrigo Núñez and Francisco Flores to perform any actions necessary for the purpose of re-documenting the inter-company credits granted by the L1bero Partners LP shareholders, pursuant to the terms contained in the Partners Agreement executed by such company with Espíritu Santo Holdings LP.

THE COMPANY MANAGEMENT BOARD

_____[SIGNATURE]_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

_____[SIGNATURE]_____
**Julio Belmont Garibay**

2

**SECOND.**       <u>Approval of a contingency plan and "Action Plan" budget.</u>

2.1 The contingency plan and emergency budget to fulfill the obligations of the Company and its subsidiaries is hereby fully recognized, and these are approved under the terms of the document attached to the file of these minutes as <u>Addendum "A"</u>.  This budget shall be subject to the review and approval of this Board at the end of the first quarter of 2019. Addendum "A" shall be modified to provide for Mr. Eduardo Herrera's and Mr. Manuel Tabuenca's continuation in the workforce. Likewise, it shall be itemized that, in regards to the offices, most of the 7th floor at Montes Urales 455 shall be vacated, and the Company shall pay60% of the rent for the 6th floor, as well as the part currently occupied by the "war room" on the 7th floor. Inversiones Cova shall occupy and rent the remaining 40% of the 6th floor.

THE COMPANY MANAGEMENT BOARD

_____[SIGNATURE]_____              _____
**Santiago León Aveleyra**                              **Eduardo Zayas Dueñas**

_____              _____[SIGNATURE]_____
**Fabio Massimo Covarrubias Piffer**              **Julio Belmont Garibay**

3

**THIRD.** **Proposal to implement a share capital increase for the purpose of funding the "Action Plan".**

3.1     The proposal to implement a share capital increase in national currency equivalent to US$3,000,000.00 (Three Million Dollars 00/100), for the purpose of providing the Company sufficient resources to implement the emergency plan approved as per Resolution 2.1, above, is hereby fully recognized. This increase would be implemented directly in the affiliated company, Espíritu Santo Technologies, LLC. By means of a contribution of share capital made by its partners L1bero Partners LP and Espíritu Santo Holdings, LLC in equal parts, if required. In addition, Espíritu Santo Technologies LLC, shall subscribe a share capital increase in the same amount to the affiliated company, L1bre Holding, LLC, which, in turn, shall subscribe a capital share increase to the Company.

3.2     Regarding this proposal, partner Espíritu Santo Holdings LLC, hereby requests to present a counter-proposal to fulfill the needed share capital requirements for the Company at this time. This proposal shall be presented to the Board within the following 8 days.

THE COMPANY MANAGEMENT BOARD

[SIGNATURE]
**Santiago León Aveleyra**

**Eduardo Zayas Dueñas**

**Fabio Massimo Covarrubias Piffer**

[SIGNATURE]
**Julio Belmont Garibay**

4

**FOURTH. <u>Report on initial agreement reached with Ingram Micro, SA de CV.</u>**

4.1  The agreement reached with provider Ingram Micro, S.A. de C.V. Is hereby fully recognized. to settle the indebtedness currently held by the Company in connection to same, which is set forth in the document attached hereto as <u>Addendum "B"</u> of the present minutes.

4.2  The Company's General Director is hereby authorized to negotiate and settle the agreement with Ingram Micro, S.A. de C.V., with the understanding that the General Director shall inform the Board regarding the financial terms of each sale of each tablet lot performed by this provider pursuant to the terms set forth in <u>Addendum "B".</u>

THE COMPANY MANAGEMENT BOARD

_____[SIGNATURE]_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

_____[SIGNATURE]_____
**Julio Belmont Garibay**

**FIFTH. <u>Report on initial agreement reached with Kichink</u>.**

5. l   The agreement reached with provider to liquidate the indebtedness currently held by the Company with such provider, detailed in the document attached hereto as <u>Addendum "C"</u> is hereby fully recognized and approved.


THE COMPANY MANAGEMENT BOARD


_____[SIGNATURE]_____          _____
**Santiago León Aveleyra**                                  **Eduardo Zayas Dueñas**


_____          _____[SIGNATURE]_____
**Fabio Massimo Covarrubias Piffer**                 **Julio Belmont Garibay**

6

**SIXTH. <u>Report on Banco Azteca, S.A. proposal for the restructuring of the credit in the amount of US$18,000,000.00</u>**

6.1    Mr. Julio Belmont, acting as Managing Director of this Board, is hereby authorized to negotiate the terms of restructuring the credit signed for US$18,000,000.00 with Banco Azteca S.A. in accordance with the terms most favorable to the creditor company, with the duty to report on the outcome of such negotiations to the Board before their signing.

THE COMPANY MANAGEMENT BOARD


_____[SIGNATURE]_____          _____
**Santiago León Aveleyra**                    **Eduardo Zayas Dueñas**


_____          _____[SIGNATURE]_____
**Fabio Massimo Covarrubias Piffer**          **Julio Belmont Garibay**

**SEVENTH. <u>Authorization to incorporate a subsidiary company for the purpose of bidding on the Concession to operate in Monterrey and surrounding municipalities.</u>**

7.1     It is hereby resolved to constitute a subsidiary company of Mexican nationality for the affiliate company L1bre Holding LLC for the purpose of allowing such new company to participate in the bidding process for a concession to install and operate digital taximeters in licensed taxis in the City of Monterey, Nuevo León and its surrounding municipalities. With prior authorization from this Board, L1bre Holding LLC shall be required to have an equity interest equal to at least 51% in this new company, and the remaining 49% of such interest may be offered to one or several investment partners interested in participating in the project.

7.2     It is hereby resolved to constitute a subsidiary company of Mexican nationality for the affiliate company L1bre Holding LLC, for the purpose of allowing such new company to participate in the bidding process for a concession to install and operate digital taximeters in licensed taxis in the State of Hidalgo. With prior authorization from this Board, L1bre Holding LLC shall be required to have an equity interest equal to at least 51% in this new company, and the remaining 49% of such interest may be offered to one or several investment partners interested in participating in the project.

7.3     The newly created company, named L1bre Jalisco, S.A. de C.V. is hereby ordered to restructure its shareholding to incorporate L1bre Holding LLC as its controlling shareholder.


THE COMPANY MANAGEMENT BOARD


_____[SIGNATURE]_____          _____
**Santiago León Aveleyra**                          **Eduardo Zayas Dueñas**



_____          _____[SIGNATURE]_____
**Fabio Massimo Covarrubias Piffer**                **Julio Belmont Garibay**

8

**EIGHTH. <u>Discussion on the strategy to approach the new City of Mexico administration, and discussion on legal strategy to recover or renegotiate, as the case may be, the Concession granted to the Company by SEMOVI in 2016, as well as approval for the hiring of external consultants.</u>**

8.1 Messrs. Julio Belmont and Fabio Covarrubias, acting as Managing Directors of this Board, are hereby authorized to seek an approach to the government of the City of Mexico for the purpose of renegotiating the Concession granted by the Secretary of Mobility (Secretaría de Movilidad) in 2016, under the terms most favorable to the Company, with the duty to report on the outcome of such activities to the Board.

THE COMPANY MANAGEMENT BOARD

_____[SIGNATURE]_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias**

_____[SIGNATURE]_____
**Julio Belmont Garibay**

**NINTH. <u>Authorization of the Company's General Director to negotiate with Company providers and their subsidiary companies regarding the indebtedness of same and implement the agreements reached during this Meeting.</u>**

9.1 The General Director of the Company, Mr. Fabio Covarrubias Piffer is hereby authorized to negotiate and implement the actions set forth in the terms approved in the First to the Seventh Resolutions inclusively, approved during this Meeting.

THE COMPANY MANAGEMENT BOARD

_____[SIGNATURE]_____
**Santiago León Aveleyra**

_____
**Eduardo Zayas Dueñas**

_____
**Fabio Massimo Covarrubias Piffer**

_____[SIGNATURE]_____
**Julio Belmont Garibay**

Messrs. Santiago León Aveleyra, Eduardo Zayas Dueñas, Fabio Covarrubias Piffer, Rodrigo Núñez Sarrapy and Francisco Jose Flores Meléndez, acting as representatives of the Company's Management Board, are hereby equally authorized, jointly or separately, to appear before a notary public of their choice for the purpose of requesting and granting the recording of these minutes and issuing any requested simple or certified copies of same, either in their entirety or of pertinent sections, if considered necessary.

**THE STATE OF TEXAS**    }
                                }
**COUNTY OF  HARRIS**    }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ana Cristina Didoné</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations.  I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: "December 14, 2018 Unanimous Resolutions of Servicios Digitales Lusad S. de R.L. de C..V Partners" is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

_____
Notary Public in and for the State of Texas
My commission expires: _____

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929