# EXHIBIT 3

----NÚMERO: 14420 CATORCE MIL CUATROCIENTOS VEINTE.------------

----TOMO: LXXXI OCTOGÉSIMO PRIMERO.------------

----LIBRO: 7 SIETE.------------

----En la ciudad de **Guadalajara, Jalisco, México**, el día **31 treinta y uno** del mes de **enero de 2019 dos mil**

**diecinueve**, ante mí, Licenciado **RODOLFO RAMOS MENCHACA**, Notario Público Titular Número 117 ciento

diecisiete, de ésta Municipalidad, comparece el señor **FABIO MASSIMO COVARRUBIAS PIFFER** en su

carácter de Apoderado de **"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD**

**LIMITADA DE CAPITAL VARIABLE** y de **"SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD**

**DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE.** ------------



-----Expone que comparece a celebrar la **CONSTITUCIÓN** de una **SOCIEDAD DE RESPONSABILIDAD**

**LIMITADA DE CAPITAL VARIABLE** que formalizan en esta escritura, de acuerdo con los siguientes estatutos

de la sociedad:------------

---------------------------**CAPÍTULO PRIMERO:** ------------

--------------------- **CONSTITUCIÓN:** ------------

------------------------- **NOMBRE, DOMICILIO, OBJETO Y DURACIÓN.** ------------

-----**ARTÍCULO PRIMERO.** La denominación de la Sociedad será **Libre Nuevo León**, la cual deberá ir siempre

seguida de las palabras Sociedad de Responsabilidad Limitada de Capital Variable o de su abreviatura S. de R.L. de

C.V.------------

-----**ARTÍCULO SEGUNDO.** El objeto de la Sociedad será: ------------

-----a) La compra, venta, importación, exportación y en general la comercialización por cuenta propia o de terceros,

ya sea en territorio nacional o en el extranjero, de toda clase de bienes que se encuentren dentro del comercio.---------

-----(b) La adquisición, utilización, uso, y/o disposición, bajo cualquier título, por cuenta propia o de terceros, ya sea

en territorio nacional o en el extranjero, de toda clase de bienes muebles o inmuebles, así como de derechos

personales y/o reales que puedan ser necesarios o recomendables para la realización del objeto social antes

mencionado. ------------

-----(c) La presentación y/o contrataciones de toda clase de servicios consultivos, de supervisión, administrativos,

técnicos, por cuenta propia o de terceros relacionadas con su objeto social. ------------

-----(d) Actuar como representante, apoderado, agente, mediador, intermediario, distribuidor, administrador y, en

general realizar cualesquiera de las actividades antedichas en nombre propio o de terceros. ------------

-----(e) Para organizar, incorporar, y adquirir o enajenar partes sociales o intereses en cualquier clase de sociedades

mercantiles o de entidades locales.------------

-----(f) Establecer, arrendar, operar y poseer plantas, talleres, bodegas, instalaciones, oficinas y agencias en México

o en el extranjero. ------------

-----(g) Actuar como comisionista y mediador y aceptar el desempeño de representación de negocios de toda

especie. ------------

-----(h) Otorgar garantías en cualquier forma permitida por la Ley, en relación con obligaciones contraídas por la

Sociedad o por sociedades en las cuales la Sociedad sea titular de la mayoría de las acciones o partes sociales o por

terceros en general. ------------





-----(i) Celebrar directamente o a través de terceros la compraventa y arrendamiento de derechos derivados de operaciones de fideicomisos, aunque estas actividades se efectúen dentro o fuera de la República Mexicana.-----------

-----(j) Obtener todo tipo de préstamos y financiamientos otorgando garantías específicas, emitir obligaciones, certificados bursátiles y pagares, aceptar, girar, endosar, o avalar toda clase de títulos de crédito y otros documento que amparen derechos de crédito y otorgar fianzas o garantías de cualquier clase, respecto de las obligaciones contraídas o de los títulos emitidos o aceptados por sociedades de las cuales la Sociedad sea la titular de la mayoría de las acciones o partes sociales o por terceros en general. -----------------------------------------------------------------

-----(k) Otorgar crédito, financiamiento y/o facilidades de pago de tipo comercial respecto de sus derechos de cobro a su clientela, Subsidiarias, Afiliadas o de otras empresas comerciales, pactando al respecto las garantías e intereses aplicables.-----------------------------------------------------------------------------------------------------------

-----(l) Promover la obtención de recursos financieros de toda clase de instituciones de crédito, tanto avió como refaccionarios proporcionados por el Gobierno Federal, Estatal, Municipal, Delegacional y de otras instituciones públicas o privadas a nivel nacional o internacional.--------------------------------------------------------------------



-----(m) La representación como agente comisionista, consignarla, intermediario, factor, mediador o representante en la República Mexicana o en extranjero de empresas industriales o comerciales o de servicio, ya sean nacionales o extranjeras.------------------------------------------------------------------------------------------------------------

-----(n) Patentar invenciones, registrar marcas, modelos de diseños industriales, derechos de autor, avisos y nombres especiales así como solicitar autorizaciones para el usos de denominaciones de origen, explotar los derechos propios o que le sean conferidos respecto de todos los anteriores o negociar con todo tipo de derechos de propiedad intelectual, industrial y derechos de autor; recibir u otorgar licencias, sub licencias, franquicias, sub franquicias o autorizaciones en general para el uso y explotación de cualesquiera derechos de propiedad intelectual, industrial o derechos de autor. --------------------------------------------------------------------------------------------

-----(o) Participar en todo tipo de licitaciones o concursos convocados por autoridades federales, estatales o municipales. -------------------------------------------------------------------------------------------------------

-----(p) Adquirir, operar, enajenar, traspasar, arrendar, subarrendar, ceder concesiones otorgadas por autoridades federales, estatales o municipales de México o de cualquiera de sus entidades federativas , licenciar, sub licenciar, franquiciar o sub franquiciar, importar, exportar, otorgar, adquirir, explotar o ceder por cualquier titulo legal el uso, goce, disposición o en general a la explotación de toda clase de bienes muebles o inmuebles, propiedad intelectual, industrial o de derechos de autor. --------------------------------------------------------------------------------------

-----(q) La operación, utilización y administración de aplicaciones, plataformas informáticas y de tecnología en lo general, relacionadas, entre otros, con el control, geolocalización y contratación remota a través de dispositivos fijos o móviles, del servicio de transporte privado bajo la modalidad de chofer, o del servicio público de transporte bajo la modalidad de "taxi" por parte de terceros, y la operación de plataformas de bases de datos para dichos efectos; así como la obtención de cualquier registro, autorización o permiso relacionado con lo anterior en términos de las disposiciones legales aplicables. --------------------------------------------------------------------------------------

-----(r) Celebrar todo tipo de contratos, convenios o acuerdos con el Gobierno Federal, con Gobiernos Estatales y Municipales, con Gobiernos Extranjeros, con las entidades públicas y privadas, personas físicas y morales, nacionales y extranjeras.-------------------------------------------------------------------------------------------

2

-----(s) Celebrar y/o llevar a cabo, toda clase de actos (incluyendo actos de dominios, y/o contratos civiles, mercantiles, y de cualquier otra clase necesarios para cumplir con el objeto de la Sociedad.-----------------------------

-----(t) En general, ofrecer soluciones financieras y asesorías de negocios a terceros para generar oportunidades de crecimiento sostenibles para alcanzar una cierta estabilidad patrimonial. ------------------------------------------

-----El objeto de la Sociedad no tendrá más límites que las señaladas por las leyes y en los tratados internacionales. --

-----**ARTÍCULO TERCERO.** La duración de la Sociedad será de 99 noventa y nueve años contados a partir de la fecha de la firma de este instrumento. --------------------------------------------------------------------

-----**ARTÍCULO CUARTO.** El domicilio de la Sociedad es la Ciudad de Monterrey, Nuevo León, Estados Unidos Mexicanos. La Sociedad podrá establecer oficinas, agencias, sucursales y domicilios convencionales en cualquier lugar dentro de los Estados Unidos Mexicanos o en el extranjero sin que por ello se considere cambiado el domicilio social. -----------------------------------------------------------------------------------------------

------------------------------------ **CAPÍTULO SEGUNDO** -----------------------------

------------------------ **CAPITAL SOCIAL Y PARTES SOCIALES** -----------------------------

-----**ARTÍCULO QUINTO.** El capital social será variable. El capital social mínimo fijo sin derecho a retiro de la Sociedad será la cantidad de $10,000.00 M.N. (Diez Mil Pesos 00/100 Moneda Nacional). El capital social variable de la Sociedad será ilimitado.-----------------------------------------------------------------------------

-----**ARTÍCULO SEXTO.** El capital social de la Sociedad estará dividido en tantas partes sociales como socios haya en la Sociedad. Las partes sociales podrán ser suscritas y adquiridas por personas físicas o morales, nacionales o extranjeras. Las partes sociales que representan el capital social de la Sociedad conferirán a sus titulares los mismos derechos y obligaciones. No obstante lo anterior, cada socio podrá tener más de una parte social en caso de que la Sociedad emita, por resolución de la Asamblea de Socios, distintos tipos o categorías de partes sociales que otorguen a sus titulares derechos diferentes, de conformidad con disposiciones legales aplicables. Dichas partes sociales representarán la participación de los socios en el capital social de la Sociedad. Los socios serán responsables únicamente hasta por el monto de sus respectivas participaciones en el capital social de la Sociedad. ----

-----**ARTÍCULO SÉPTIMO.** Los aumentos o disminuciones al capital social mínimo fijo o variable de la Sociedad, así como la división o amortización de las partes sociales de la Sociedad, deberán ser discutidos y resueltos exclusivamente por una Asamblea General de Socios. Dichas Asambleas Generales de Socios serán legalmente convocadas y celebradas en virtud de una primera o ulterior convocatoria si el 51% (cincuenta y uno por ciento) del capital social de la Sociedad se encuentra representado en las mismas y sus resoluciones serán válidas únicamente cuando se adopten por mayoría de votos de los socios presentes o representados en la misma.--------------

-----Los socios de la Sociedad tendrán el derecho de preferencia para suscribir las partes sociales representativas de los aumentos al capital social mínimo fijo o variable de la Sociedad, en proporción a sus respectivas participaciones en el capital social de la Sociedad. Se estará siempre a lo dispuesto en el segundo párrafo del Artículo 72 (setenta y dos) de la Ley General de Sociedades Mercantiles. ----------------------------------------------------------



-----Los aumentos o disminuciones al capital social mínimo fijo de la Sociedad siempre requerirán la modificación de los Estatutos Sociales de la Sociedad. Los aumentos o disminuciones al capital social variable de la Sociedad no requerirán dicha modificación. --------------------------------------------------------------------------

-----Las disminuciones al capital social mínimo fijo o variable de la Sociedad se deberán llevar a cabo de la

3

siguiente manera: -------------------------------------------------------------------------

-----(a) la Asamblea General de Socios deberá determinar las condiciones para llevar a cabo la disminución propuesta para calcular en prorrata las participaciones de los socios y la fecha de amortización de las partes sociales correspondientes; y, -------------------------------------------------------------------------

-----(b) en el caso de que los socios retiren todo o parte de sus respectivas participaciones en el capital social variable de la Sociedad, se aplicará lo dispuesto en los Artículos 220 (doscientos veinte) y 221 (doscientos veintiuno) de la Ley General de Sociedades Mercantiles. -------------------------------------------------------------

-----**ARTÍCULO OCTAVO.** La Asamblea General de Socios no podrá resolver sobre aumentos al capital social mínimo fijo o al capital social variable a menos que las partes sociales de los socios de la Sociedad relacionadas con aumentos anteriores al capital social hayan sido íntegramente pagadas. -------------------------------------------

-----**ARTÍCULO NOVENO.** Todos los aumentos o reducciones al capital social mínimo fijo o al capital social variable de la Sociedad deberán registrarse en el Libro de Registro de Variaciones de Capital a que se refiere el Artículo 219 (doscientos diecinueve) de la Ley General de Sociedades Mercantiles. Asimismo, la Sociedad deberá llevar un Libro Especial de Socios, el cual deberá contener el nombre, nacionalidad, domicilio, en su caso, la clave del Registro Federal de Contribuyentes de los socios y número y valor de las partes sociales de cada uno de los socios, representativas del capital social de la Sociedad, así como el registro de cualesquiera transmisiones de partes sociales de conformidad con lo previsto en el Artículo Décimo Segundo de estos Estatutos Sociales. Los asientos del Libro de Registro de Variaciones de Capital y del Libro Especial de Socios deberán ser firmados por el Secretario o el Prosecretario de la Sociedad, de haberlos, el Gerente o la persona designada por el Consejo de Gerentes de la Sociedad, según corresponda.-------------------------------------------------------------------------



-----**ARTÍCULO DÉCIMO.** La Sociedad únicamente considerará como socios a aquéllos que estén inscritos en el Libro Especial de Socios. El Secretario o el Prosecretario de la Sociedad, de haberlos, el Gerente o la persona designada por el Consejo de Gerentes de la Sociedad, según corresponda, podrá expedir copias certificadas de los asientos respectivos. -------------------------------------------------------------------------

-----La Sociedad podrá expedir Certificados de Participación, los que deberán contener: -----------------------

-----a) nombre, nacionalidad y domicilio del socio correspondiente;-------------------------------------------

-----b) denominación social, domicilio social y duración de la Sociedad; -------------------------------------

-----c) fecha de constitución de la Sociedad, modificaciones a los Estatutos Sociales y datos de inscripción en el Registro Público de Comercio de su domicilio social;--------------------------------------------------------

-----d) monto del capital social y valor de la parte social correspondiente; ---------------------------------

-----e) el monto de la parte social que ha sido pagada por el socio respectivo o una declaración en el sentido de que dicha parte social ha sido totalmente pagada; y-------------------------------------------------------------

-----f) un resumen de los principales derechos y obligaciones de los socios, así como de los derechos específicos que correspondan al tipo o categoría de la parte social, y las limitaciones existentes al derecho de voto. ----------------

-----Los Certificados de Participación deberán ser firmados por el Gerente, dos miembros del Consejo de Gerentes, el Secretario o Prosecretario de la Sociedad o por la persona designada por el Consejo de Gerentes de la Sociedad. ---

-----Por definición de ley, los Certificados de Participación no son títulos de crédito, y no pueden ser usados para transmitir el carácter y los derechos de los socios de la Sociedad. -------------------------------------------

4

-----**ARTÍCULO DÉCIMO PRIMERO.** Sin perjuicio de alguna otra disposición en contrario contenida en estos Estatutos Sociales, la transmisión de partes sociales en favor de otros socios de la Sociedad o de terceros, únicamente será válida por virtud de cesión ordinaria, ya sea por su valor total o en múltiplos de $1.00 (Un Peso 00/100 Moneda Nacional), con la previa aprobación de la mayoría de los socios de la Sociedad en los términos del Artículo 65 (sesenta y cinco) de la Ley General de Sociedades Mercantiles. Los socios de la Sociedad tendrán en todo momento el derecho de tanto para adquirir las partes sociales que se transmitan. Dichos socios deberán ejercitar su derecho de tanto dentro de los 15 (quince) días naturales siguientes a la fecha en que los socios de la Sociedad hayan aprobado la transmisión de partes sociales correspondiente.-------------------------------------------------------------

-----**ARTÍCULO DÉCIMO SEGUNDO.** Las transmisiones de partes sociales de la Sociedad deberán siempre registrarse en el Libro Especial de Socios. El Secretario de la Sociedad o el Prosecretario, de haberlos, el Gerente o la persona designada por el Consejo de Gerentes de la Sociedad, según corresponda, deberá asentar en dicho Libro todas las transmisiones de partes sociales, pero en ningún caso hará dichos asientos si no tiene evidencia de que se ha observado el derecho de tanto otorgado a los socios de la Sociedad de conformidad con lo dispuesto por el Artículo Décimo Primero anterior y el Artículo 66 (sesenta y seis) de la Ley General de Sociedades Mercantiles. -----

-------------------------------------**CAPÍTULO TERCERO** ------------------------------------------

-------------------------------------**ASAMBLEAS GENERALES DE SOCIOS** -------------------------------------

-----**ARTICULO DÉCIMO TERCERO.** La Asamblea General de Socios será el órgano supremo de la Sociedad. La Asamblea General de Socios tendrá los más amplios poderes y facultades para determinar y ratificar toda clase de actos y operaciones de la Sociedad, pero en todo caso se deberá convocar y celebrar una Asamblea General de Socios para discutir, según sea necesario, los asuntos señalados en el Artículo 78 (setenta y ocho) de la Ley General de Sociedades Mercantiles. Las resoluciones adoptadas por la Asamblea General de Socios deberán ejecutarse por la o las personas designadas para ello por la Asamblea General de Socios respectiva. Dichas resoluciones serán obligatorias para todos los socios, incluso para aquéllos que hayan estado ausentes en las respectivas Asambleas Generales de Socios o que hayan votado en contra de dichas resoluciones. -------------------------------------------------------------

-----Las Asambleas Generales de Socios se considerarán válidamente convocadas y celebradas en virtud de primera o ulterior convocatoria si el 51% (cincuenta y uno por ciento) del capital social de la Sociedad se encuentra representado en las mismas y sus resoluciones serán válidas únicamente cuando se adopten por mayoría de votos de los socios presentes o representados en la misma, salvo por los asuntos específicamente señalados en estos Estatutos Sociales.-------------------------------------------------------------



-----Todas las reformas a estos Estatutos Sociales deberán ser discutidas y resueltas por una Asamblea General de Socios, la cual será válidamente convocada y celebrada en virtud de primera o ulterior convocatoria si el 75% (setenta y cinco por ciento) de las partes sociales representativas del capital social de la Sociedad se encuentra representado en la misma y sus resoluciones serán válidas únicamente cuando se adopten por el voto favorable de los socios presentes o representados que representen el 75% (setenta y cinco por ciento) del capital social de la Sociedad, excepto cuando se trate de la modificación al objeto social y/o a las reglas que determinen un aumento en las obligaciones de los socios, en cuyo caso la Asamblea General de Socios será válidamente convocada y celebrada en virtud de primera o ulterior convocatoria si el 100% (cien por ciento) de las partes sociales representativas del capital social de la Sociedad se encuentra representado en la misma y sus resoluciones serán válidas únicamente



5

cuando se adopten por el voto favorable de los socios presentes o representados que representen el 100% (cien por ciento) del capital social de la Sociedad. ---------------------------------------------------------------------------------

-----**ARTÍCULO DÉCIMO CUARTO.** Los socios de la Sociedad siempre tendrán el derecho a participar en las Asambleas Generales de Socios, gozando de 1 (un) voto por cada $1.00 (Un Peso 00/100 Moneda Nacional) representado por sus respectivas partes sociales. Para ser admitidos a las Asambleas Generales de Socios, éstos deberán estar inscritos en el Libro Especial de Socios. Los socios podrán comparecer personalmente o podrán ser representados por uno o más apoderados. La representación en las Asambleas Generales de Socios podrá acreditarse mediante poder general o especial o mediante una simple carta poder otorgada ante dos testigos. -----------------------

-----De conformidad con el Artículo 82 (ochenta y dos) de la Ley General de Sociedades Mercantiles, los socios podrán tomar resoluciones sin necesidad de celebrar Asambleas Generales de Socios. En dicho caso, las resoluciones deberán ser adoptadas por escrito por unanimidad de votos de todos los socios de la Sociedad, los que deberán enviar su voto al domicilio social por correo certificado con acuse de recibo, porte pagado por anticipado o por mensajería especializada. Para todos los efectos legales a que haya lugar, las resoluciones así adoptadas serán igualmente válidas a aquellas adoptadas en una Asamblea General de Socios. Dichas resoluciones deberán transcribirse en el Libro de Actas de Asambleas de la Sociedad, y el Secretario o Prosecretario de la misma, de haberlos, o la persona designada para tales efectos en el documento, deberá certificar que la transcripción es copia fiel de su original.------------------------------------------------------------------------------------------------------



-----**ARTÍCULO DÉCIMO QUINTO.** Las Asambleas Generales de Socios deberán celebrarse en el domicilio social de la Sociedad de conformidad con lo previsto en la convocatoria correspondiente, cuando sean convocadas por el Gerente o Consejo de Gerentes, según corresponda, o por el Secretario o Prosecretario de la Sociedad, si los hubiere, el Vigilante de la Sociedad o por cualquier socio de la Sociedad. -----------------------------------------------

-----Las convocatorias para las Asambleas Generales de Socios deberán ser firmadas por la o las personas que las hagan y deberán especificar el lugar, día y hora de la Asamblea General de Socios, así como el Orden del Día. La convocatoria deberá especificar si la Asamblea General de Socios es celebrada en virtud de primera o ulterior convocatoria. Las convocatorias se harán por medio del sistema de convocatorias habilitado por la Secretaría de Economía, pudiéndose realizar a su vez mediante envió por lo menos 15 (quince) días de anticipación a la fecha de la Asamblea a cada uno de los socios de la Sociedad registrados en el Libro Especial de Socios, por facsímile confirmado por escrito enviado por correo certificado con acuse de recibo, porte pagado por anticipado o por mensajería especializada, al domicilio que los socios tengan registrado con la Sociedad. --------------------------------

-----No habrá necesidad de convocatoria cuando todos los socios de la Sociedad estén presentes o representados en la Asamblea General de Socios correspondiente, ni cuando se trate de la continuación de una Asamblea General de Socios legalmente convocada y celebrada, en la inteligencia de que cuando dicha Asamblea haya sido interrumpida, el lugar, el día y la hora de su continuación hayan sido fijados. ---------------------------------------------------------------

-----**ARTÍCULO DÉCIMO SEXTO.** Las Asambleas Generales de Socios deberán ser presididas por el Gerente o por el Presidente del Consejo de Gerentes de la Sociedad, según corresponda, o en su ausencia, por la persona designada por la Asamblea General de Socios respectiva. La persona que actúe como Secretario o Prosecretario de la Sociedad, de haberlos, o la persona designada por la Asamblea General de Socios respectiva, deberá actuar como Secretario en las Asambleas Generales de Socios. -----------------------------------------------------------------------------

-----Se deberán preparar Actas de todas las Asambleas Generales de Socios que se celebren, incluso de aquéllas que no lleguen a celebrarse por falta de quórum y deberán transcribirse en el correspondiente Libro de Actas de Asambleas de la Sociedad.  Las Actas de las Asambleas Generales de Socios deberán ser firmadas por quienes hayan actuado como Presidente y Secretario, así como por los socios presentes o representados que desearan hacerlo. Deberán anexarse al expediente que se abra de cada Asamblea General de Socios que se celebre, según corresponda, copia de la o las convocatorias, los documentos que hayan sido sometidos a la consideración de la Asamblea de que se trate, una Lista de Asistencia debidamente firmada por los socios presentes o representados en la misma, así como los poderes o cartas poder que acrediten la representación de los socios en las mismas. Cuando por cualquier razón el Acta de una Asamblea General de Socios no pueda ser transcrita en el Libro de Actas de Asambleas de la Sociedad, dicha Acta deberá ser protocolizada ante Notario Público. -----------------------------------

-----------------------------------------------  **CAPÍTULO CUARTO** ---------------------------------------------

---------------------------------  **ADMINISTRACIÓN DE LA SOCIEDAD** ---------------------------------------

-----**ARTÍCULO DÉCIMO SÉPTIMO.**  La administración de la Sociedad estará confiada a 1 (uno) o más Gerentes Propietarios designados por la Asamblea General de Socios. En el caso de que se designen 2 (dos) o más Gerentes Propietarios deberán actuar siempre conjuntamente constituyendo el Consejo de Gerentes de la Sociedad. Se podrá nombrar un número correspondiente de Gerentes Suplentes que sustituirán a los Gerentes Propietarios en caso de ausencia o incapacidad de los mismos. El Gerente o las personas que formen el Consejo de Gerentes, según corresponda, Propietarios o Suplentes, ocuparán sus cargos según lo resuelva la Asamblea General de Socios que los designe, podrán ser reelectos cuantas veces se estime conveniente y continuarán en el desempeño de sus funciones hasta que su o sus sucesores, según corresponda, hayan sido designados y hayan tomado posesión de sus cargos. -----

-----El Consejo de Gerentes o la Asamblea General de Socios, en su caso, designará a un Presidente del Consejo de Gerentes. La Asamblea General de Socios o el Gerente o el Consejo de Gerentes, según corresponda, podrán designar a un Secretario y un Prosecretario de la Sociedad, quien no podrá ser el Gerente pero no requerirá ser miembro del Consejo de Gerentes, en su caso. También se podrá nombrar un Secretario Suplente. ----------------------

-----La Asamblea General de Socios, el Gerente o el Consejo de Gerentes, según corresponda, podrán designar a uno o más funcionarios de la Sociedad, a quienes se les conferirán los poderes y facultades que sean necesarios o convenientes dentro del ámbito de facultades y limitaciones que tenga el Gerente o el Consejo de Gerentes, según corresponda, en los términos de estos Estatutos Sociales, para administrar la Sociedad en asuntos cotidianos. Los poderes que se les otorguen a dichos funcionarios estarán limitados a no celebrar actos o tomar decisiones que estén exclusivamente reservadas a la Asamblea General de Socios, al Gerente o al Consejo de Gerentes, según corresponda, o de conformidad con lo señalado en estos Estatutos Sociales. Dichos funcionarios ocuparán sus cargos indefinidamente hasta que renuncien a sus cargos o sus poderes y facultades sean revocados por la Asamblea General de Socios o por el Consejo de Gerentes. --------------------------------------------------------------

-----**ARTÍCULO DÉCIMO OCTAVO.**  La remuneración del Gerente o de los miembros del Consejo de Gerentes de la Sociedad, Propietarios o Suplentes, según corresponda, será fijada por la Asamblea General de Socios que los designe. La remuneración de los funcionarios de la Sociedad será fijada por quien los designe, en su caso. -------------

-----**ARTÍCULO DÉCIMO NOVENO.**  Se deberán celebrar sesiones del Consejo de Gerentes cuando sean convocadas por cualquiera de los miembros que lo integren o por el Secretario o Prosecretario de la Sociedad, de




7

haberlos. Las convocatorias deberán ser firmadas por quien las haga y deberán especificar el lugar, día y hora de la Sesión del Consejo de Gerentes que corresponda, así como el Orden del Día. Las convocatorias deberán ser enviadas por facsímile, confirmadas por escrito enviado por correo certificado con acuse de recibo, porte pagado por anticipado o por mensajería especializada, a cada uno de los miembros del Consejo de Gerentes, Propietarios o Suplentes, con por lo menos 15 (quince) días naturales de anticipación a la fecha de celebración de la correspondiente Sesión del Consejo de Gerentes, a los números de facsímile y direcciones que los miembros del Consejo de Gerentes de la Sociedad tengan registrados con la misma. -------------------------------------------------

-----No habrá necesidad de convocatoria cuando: (i) la totalidad de los miembros del Consejo de Gerentes, Propietarios o Suplentes, estén presentes, siempre y cuando los miembros presentes convengan en el Orden del Día de la correspondiente Sesión de Consejo; y (ii) los miembros del Consejo de Gerentes adopten resoluciones del Consejo por teléfono o facsímile, confirmado por escrito enviado por correo certificado y con acuse de recibo, porte pagado por anticipado o por mensajería especializada, al domicilio de la Sociedad. Para todos los efectos legales a que haya lugar, las resoluciones así adoptadas serán igualmente válidas a aquéllas adoptadas en una Sesión del Consejo de Gerentes y los documentos que contengan dichas resoluciones serán transcritos en el Libro de Actas de Sesiones del Consejo de Gerentes de la Sociedad y el Secretario o Prosecretario de la Sociedad, de haberlos, o la persona designada para tal efecto en dicho documento, deberá certificar que la trascripción es copia fiel de su original. ----------------------------------------------------------



-----**ARTÍCULO VIGÉSIMO.** Las Sesiones del Consejo de Gerentes, de haberlo, serán presididas por su Presidente y, en su ausencia, por la persona designada por el Consejo de Gerentes. El Secretario o Prosecretario de la Sociedad, de haberlos, deberá actuar como Secretario en cualquier Asamblea de Gerentes y, en su ausencia, actuará como Secretario la persona designada por el Consejo de Gerentes. --------------------------------------

-----El Presidente del Consejo de Gerentes, o las personas designadas para ello, deberán ejecutar las resoluciones adoptadas por el Consejo de Gerentes. -------------------------------------------------

-----**ARTÍCULO VIGÉSIMO PRIMERO.** Para que el Consejo de Gerentes sesione válidamente por virtud de primera o ulterior convocatoria, siempre deberá estar presente, cuando menos, la mayoría de sus miembros, propietarios o suplentes. Para que los acuerdos o resoluciones adoptadas en una Sesión del Consejo de Gerentes sean válidos, deberán ser adoptados por el voto favorable de la mayoría de los consejeros, propietarios o suplentes, que hubieren asistido a la sesión de que se trate. En caso de empate, el Presidente tendrá voto de calidad.---------------

-----**ARTÍCULO VIGÉSIMO SEGUNDO.** Se deberán preparar Actas de todas las Sesiones del Consejo de Gerentes que se celebren, incluso de aquéllas que no lleguen a celebrarse por falta de quórum, las cuales deberán transcribirse en el Libro de Actas de Sesiones del Consejo de Gerentes que se abra para tal efecto. Las Actas de las Sesiones del Consejo de Gerentes deberán ser firmadas por las personas que comparezcan a las mismas.---------------

-----**ARTÍCULO VIGÉSIMO TERCERO.** El Gerente o el Consejo de Gerentes de la Sociedad, según corresponda, tendrán los siguientes poderes y facultades:-------------------------------------------------

-----(a) Poder General para Pleitos y Cobranzas, de conformidad con lo dispuesto en el primer párrafo del Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con todas las facultades generales y especiales conforme a la Ley, entre las que, enunciativa y no limitativamente, se encuentran las

8

siguientes: Ejercitar toda clase de derechos y acciones en nombre y representación de la Sociedad ante cualesquiera

autoridades de la Federación, de los Estados, del Distrito Federal y de los Municipios, ya sea en jurisdicción

voluntaria, contenciosa o mixta y se trate de autoridades civiles, judiciales, administrativas, fiscales o del trabajo,

sean éstas Juntas de Conciliación o Tribunales de Arbitraje, Locales o Federales; contestar demandas, oponer

excepciones y reconvenciones; someterse a cualquier jurisdicción; articular y absolver posiciones; recusar

magistrados, jueces, secretarios, peritos y demás personas recusables en Derecho; desistirse de lo principal, de sus

incidentes, de cualquier recurso y del Amparo, el que podrán promover cuantas veces lo estimen conveniente; rendir

toda clase de pruebas; reconocer firmas y documentos, objetar éstos y redargüirlos de falsos; asistir a juntas,

diligencias y almonedas; hacer posturas, pujas y mejoras y obtener para la Sociedad mandante adjudicación de toda

clase de bienes y, por cualquier título, hacer cesión de derechos; formular acusaciones, denuncias y querellas;

otorgar el perdón y constituirse en parte en causas criminales o coadyuvante del Ministerio Público, causas en las

cuales podrán ejercer las más amplias facultades que el caso requiera. El Gerente o Consejo de Gerentes, según

corresponda, podrá asimismo representar a la Sociedad para los efectos de los Artículos 11 (once), 46 (cuarenta y

seis), 47 (cuarenta y siete), 134 (ciento treinta y cuatro) fracción III tercera, 523 (quinientos veintitrés), 692

(seiscientos noventa y dos) fracciones I, primera II segunda y III tercera, 786 (setecientos ochenta y seis), 873

(ochocientos setenta y tres), 874 (ochocientos setenta y cuatro), 876 (ochocientos setenta y seis), 878 (ochocientos

setenta y ocho), 880 (ochocientos ochenta), 883 (ochocientos ochenta y tres), 884 (ochocientos ochenta y cuatro) y

demás Artículos aplicables de la Ley Federal del Trabajo;-------------------------------------------------------------

-----(b) Poder General para Actos de Administración, de conformidad con lo dispuesto en el segundo párrafo del

Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos

y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con facultades

para realizar todas las operaciones inherentes al objeto de la Sociedad, entre las que, enunciativa y no

limitativamente, se encuentran las de celebrar contratos de arrendamiento, de subarrendamiento, de comodato, de

crédito, de obra, de prestación de servicios y de cualquier otra índole; -----------------------------------------------

-----(c) Poder General para Actos de Dominio, de conformidad con lo dispuesto en el tercer párrafo del Artículo

2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada

uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con todas las facultades

de dueño, entre las que, enunciativa y no limitativamente, se encuentran las de celebrar toda clase de contratos y

realizar cualesquier actos, aun cuando impliquen disposición o gravamen de bienes muebles o inmuebles de la

Sociedad;------------------------------------------------------------------------------------------------------------------



-----(d) Poder para otorgar, suscribir, aceptar, emitir, endosar y avalar todo tipo de títulos de crédito en nombre de la

Sociedad, de conformidad con el Artículo Noveno de la Ley General de Títulos y Operaciones de Crédito;----------

-----(e) Poder para abrir, manejar y cancelar cuentas bancarias y de inversión, así como para hacer depósitos y girar

contra ellas y designar otras personas físicas o morales para girar en contra de las mismas; y------------------------

-----(f) Poder para otorgar y revocar poderes generales y especiales, con o sin facultades de sustitución, dentro del

ámbito de los poderes y facultades otorgados por estos Estatutos Sociales. ----------------------------------------------

-----En el caso de que la Sociedad sea administrada por un Gerente, dicho Gerente no tendrá la facultad de ejercer el

poder para actos de dominio a que se refiere el inciso c) arriba mencionado, a menos que dicha facultad le sea



9

conferida específicamente por la Asamblea General de Socios.------------------------------------------

---------------------------------------- **CAPÍTULO QUINTO** ------------------------------------------

-------------------------------- **VIGILANCIA DE LA SOCIEDAD** --------------------------------

-----**ARTÍCULO VIGÉSIMO CUARTO.** Si la Asamblea General de Socios lo considera conveniente, la

vigilancia de las operaciones de la Sociedad estará encomendada a 1 (uno) o más Vigilantes, quienes conformarán el

Consejo de Vigilancia. El Vigilante o los miembros del Consejo de Vigilancia de la Sociedad podrán o no ser socios

de la misma. El Vigilante o los miembros del Consejo de Vigilancia de la Sociedad deberán desempeñar sus

funciones según lo determine la Asamblea General de Socios que los designe, podrán ser reelectos cuantas veces se

estime conveniente y continuarán en el desempeño de sus funciones hasta que sus sucesores hayan sido designados

y hayan tomado posesión de sus cargos. -----------------------------------------------------------

---------------------------------------- **CAPÍTULO SEXTO** ------------------------------------------

-------------------------------- **OBLIGACIONES ADICIONALES DE LOS SOCIOS** --------------------------------

-----**ARTÍCULO VIGÉSIMO QUINTO.** Los socios de la Sociedad no tendrán obligación alguna de hacer

contribuciones complementarias a la Sociedad o de prestar servicios a la misma, salvo que la Asamblea General de

Socios acuerde lo contrario de conformidad con el Artículo 70 (setenta) de la Ley General de Sociedades

Mercantiles.--------------------------------------------------------------------------------

---------------------------------------- **CAPÍTULO SÉPTIMO** ------------------------------------------

-------------------------------- **EJERCICIOS SOCIALES, ESTADOS FINANCIEROS,** --------------------------------

-------------------------------- **UTILIDADES Y PÉRDIDAS** --------------------------------



-----**ARTÍCULO VIGÉSIMO SEXTO.** Los ejercicios sociales de la Sociedad nunca excederán de 12 (doce)

meses y correrán conforme al año calendario, o según lo requieran las leyes mexicanas aplicables. ----------------------

-----**ARTÍCULO VIGÉSIMO SÉPTIMO.** Dentro de los 3 (tres) meses siguientes a la terminación de cada

ejercicio social, se prepararán los estados financieros correspondientes a dicho ejercicio social bajo la

responsabilidad del Gerente o del Consejo de Gerentes, según corresponda para su presentación a la Asamblea

General de Socios que los deba discutir, aprobar o modificar en los términos del Artículo 78 (setenta y ocho) de la

Ley General de Sociedades Mercantiles. A discreción de la Asamblea General de Socios o de que la ley aplicable lo

requiera, se podrá solicitar a un despacho de auditores externos que practiquen una auditoría anual a los estados

financieros y estado de pérdidas y ganancias de la Sociedad.-------------------------------------------

-----**ARTÍCULO VIGÉSIMO OCTAVO.** Las utilidades netas que arrojen los estados financieros de la Sociedad,

una vez que éstos hayan sido aprobados por la Asamblea General de Socios, se aplicarán de la siguiente manera: -----

-----a) un 5% (cinco por ciento) como mínimo deberá separarse para constituir el fondo de reserva legal, hasta que

dicho fondo alcance el 20% (veinte por ciento) del capital social de la Sociedad, conforme a lo dispuesto por el

Artículo 20 (veinte) de la Ley General de Sociedades Mercantiles; y ---------------------------------------

-----b) el remanente de utilidades, menos las cantidades separadas para crear reservas especiales y/o reinversiones

aprobadas, de haberlo, se distribuirá entre los socios de la Sociedad en proporción a sus respectivas participaciones

sociales en el capital social de la Sociedad o según lo resuelva la Asamblea General de Socios. -----------------------

-----**ARTÍCULO VIGÉSIMO NOVENO.** En caso de haber pérdidas, éstas serán cubiertas por las reservas de la

Sociedad y si no las hubiere, los socios las soportarán en proporción a sus respectivas participaciones en el capital

10

social de la Sociedad, y cuya responsabilidad estará limitada hasta por el monto de sus participaciones en el capital social.-----------------------------------------------------------------------------------------------------------------------------------

------------------------------------------------**CAPÍTULO OCTAVO** ---------------------------------------------------

------------------------------- **DISOLUCIÓN Y LIQUIDACIÓN DE LA SOCIEDAD**---------------------------------

-----**ARTÍCULO TRIGÉSIMO.** La Sociedad se disolverá en caso de que se cumpla cualquiera de los supuestos señalados en el Artículo 229 (doscientos veintinueve) de la Ley General de Sociedades Mercantiles. La Sociedad deberá en todo momento tener por lo menos 2 (dos) socios a efecto de cumplir con la Ley General de Sociedades Mercantiles.-------------------------------------------------------------------------------------------------------------------

-----La Asamblea General de Socios que se reúna para discutir y resolver sobre la disolución de la Sociedad se considerará válidamente convocada y celebrada en virtud de primera o ulterior convocatoria si el 100% (cien por ciento) de las partes sociales representativas del capital social de la Sociedad se encuentra representado en la misma y sus resoluciones serán válidas únicamente cuando se adopten por el voto favorable de los socios presentes o representados que representan el 100% (cien por ciento) del capital social de la Sociedad. ------------------------------

-----**ARTÍCULO TRIGÉSIMO PRIMERO.** Una vez disuelta la Sociedad, ésta se pondrá en liquidación. La Asamblea General de Socios deberá determinar las reglas, términos y condiciones conforme a los cuales se deberá llevar a cabo la liquidación de la Sociedad. En el caso de que la Asamblea General de Socios que apruebe la disolución de la Sociedad no determine dichas reglas, términos y condiciones, la liquidación de la Sociedad se llevará a cabo conforme a las disposiciones aplicables de la Ley General de Sociedades Mercantiles. Sin embargo, las deudas de la Sociedad deberán ser pagadas con anterioridad a la distribución de las correspondientes cuotas de liquidación. En todo caso, la Asamblea General de Socios designará a 1 (uno) o más liquidadores especificando sus poderes y facultades, su remuneración, el período para llevar a cabo la liquidación y el establecimiento de bases generales para cumplir con sus obligaciones. -------------------------------------------------------------------------

-----**ARTÍCULO TRIGÉSIMO SEGUNDO.** Durante el período de liquidación, las Asambleas Generales de Socios se deberán celebrar conforme a lo previsto por la Ley General de Sociedades Mercantiles y estos Estatutos Sociales. El liquidador o liquidadores deberán asumir las funciones del Gerente o del Consejo de Gerentes, según corresponda, durante la existencia normal de la Sociedad, con los requisitos especiales que impone la liquidación. El Vigilante o el Consejo de Vigilancia de la Sociedad, de haberlo, continuarán en el desempeño de su cargo y mantendrá con el o los liquidadores una relación idéntica a la que mantenía con el Gerente o el Consejo de Gerentes de la Sociedad. --------------------------------------------------------------------------------------------------------------



-----**ARTÍCULO TRIGÉSIMO TERCERO.** Hasta que el nombramiento del liquidador o liquidadores haya sido inscrito en el Registro Público de Comercio del domicilio de la Sociedad, el Gerente o el Consejo de Gerentes, según corresponda, continuará en funciones, pero en ningún caso iniciará nuevas operaciones de la Sociedad.--------------

-----------------------------------------------**CAPÍTULO NOVENO** --------------------------------------------

------------------------------------------- **DISPOSICIONES GENERALES**-----------------------------------

-----**ARTÍCULO TRIGÉSIMO CUARTO.** Los tribunales competentes del estado de Nuevo León, Estados Unidos Mexicanos, serán los únicos con jurisdicción para interpretar y hacer cumplir los presentes Estatutos Sociales. Los socios, el Gerente o los miembros del Consejo de Gerentes, según corresponda, los funcionarios y el Vigilante o los miembros del Consejo de Vigilancia de la Sociedad, en su caso, se someterán a la jurisdicción de

11

dichos tribunales para resolver cualquier controversia que se suscite entre éstos y la Sociedad, para lo cual renuncian a la jurisdicción de los tribunales que pudieren corresponderles por razón de sus domicilios presentes o futuros o por cualquier otra causa.------------------------------------------------------------------------------------------------------

-----**ARTÍCULO TRIGÉSIMO QUINTO.** La Sociedad es de nacionalidad mexicana. Todo extranjero que, en el acto de la constitución o en cualquier tiempo ulterior, adquiera un interés o participación en la Sociedad, será considerado por ese solo hecho como mexicano por lo que se refiere a dicho interés o participación, así como respecto a los bienes, derechos, concesiones, participaciones o intereses que la Sociedad pudiera adquirir o de los derechos y obligaciones que deriven de los contratos celebrados por la Sociedad, y por lo tanto conviene en no invocar la protección de su Gobierno bajo la pena, en caso de no cumplir con su convenio, de perder dicho interés o participación en beneficio de la Nación Mexicana.------------------------------------------------------

-----**ARTÍCULO TRIGÉSIMO SEXTO.** En todo lo no previsto expresamente por estos Estatutos Sociales se estará a lo dispuesto por la Ley General de Sociedades Mercantiles.------------------------------------------------

--------------------------------------------**CLÁUSULAS TRANSITORIAS**--------------------------------------



-----**PRIMERA.** El capital social mínimo fijo de la Sociedad, es decir la cantidad de $10,000.00 (Diez Mil Pesos 00/100 Moneda Nacional), está íntegramente suscrito y pagado en efectivo por sus socios de la siguiente manera: ----

| SOCIOS | PARTES SOCIALES | VALOR |
|---|---|---|
| Servicios Digitales Lusad, Sociedad de Responsabilidad Limitada de Capital Variable. | 1 | $ 9,999.00 |
| Servicios Administrativos Lusad, Sociedad de Responsabilidad Limitada de Capital Variable. | 1 | $ 1.00 |
| TOTAL: | 2 | $10,000.00 |

-----**SEGUNDA.** Los socios, constituidos en Asamblea General de Socios, por unanimidad de votos adoptan las siguientes Resoluciones:-------------------------------------------------------------------------------------------------

-----"1. La administración de la Sociedad se confiará a un Consejo de Gerentes, que estará integrado como sigue:----

-----**CONSEJO DE GERENTES:**---------------------------------------------------------------------------------------

-----FABIO MASSIMO COVARRUBIAS PIFFER. ------------------------------------------------------------------------

-----JULIO ALBERTO BELMONT GARIBAY ---------------------------------------------------------------------------

-----"2. Se designa al señor RODRIGO NUÑEZ SARRAPY, como Secretario, no miembro del Consejo de Gerentes de la Sociedad". ----------------------------------------------------------------------------------------------------

-----"3. Se designa al señor HORACIO ALAMILLA MEDINA con Registro Federal de Contribuyentes AAMH660729BI3 letra "A", letra "A", letra "EME", letra "HACHE", seis, seis, cero, siete, dos, nueve, letra "BE", letra "I", tres, como Vigilante de la Sociedad".---------------------------------------------------------------------------

-----"4. Se otorgan en favor de los señores FABIO MASSIMO COVARRUBIAS PIFFER y JULIO ALBERTO BELMONT GARIBAY con Registro Federal de Contribuyentes COPF580326D24 letra "CE", letra "O", letra "PE", letra "EFE", cinco, ocho, cero, tres, dos, seis, letra "DE", dos, cuatro, y BRGJ-581020 HB4 letra "HACHE", letra "BE", cuatro, en su carácter de Gerentes un Poder General para ser ejercido conjunta o separadamente con las siguientes facultades:------------------------------------------------------------------------------------------------------------

-----(a) Poder General para Pleitos y Cobranzas, de conformidad con lo dispuesto en el primer párrafo del Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con todas las facultades generales y especiales conforme a la Ley, entre las que, enunciativa y no limitativamente, se encuentran las siguientes: Ejercitar toda clase de derechos y acciones en nombre y representación de la Sociedad ante cualesquiera autoridades de la Federación, de los Estados, del Distrito Federal y de los Municipios, ya sea en jurisdicción voluntaria, contenciosa o mixta y se trate de autoridades civiles, judiciales, administrativas, fiscales o del trabajo, sean éstas Juntas de Conciliación o Tribunales de Arbitraje, Locales o Federales; contestar demandas, oponer excepciones y reconvenciones; someterse a cualquier jurisdicción; articular y absolver posiciones; recusar magistrados, jueces, secretarios, peritos y demás personas recusables en Derecho; desistirse de lo principal, de sus incidentes, de cualquier recurso y del Amparo, el que podrán promover cuantas veces lo estimen conveniente; rendir toda clase de pruebas; reconocer firmas y documentos, objetar éstos y redargüirlos de falsos; asistir a juntas, diligencias y almonedas; hacer posturas, pujas y mejoras y obtener para la Sociedad mandante adjudicación de toda clase de bienes y, por cualquier título, hacer cesión de derechos; formular acusaciones, denuncias y querellas; otorgar el perdón y constituirse en parte en causas criminales o coadyuvante del Ministerio Público, causas en las cuales podrán ejercitar las más amplias facultades que el caso requiera. El Gerente o Consejo de Gerentes, según corresponda, podrán asimismo representar a la Sociedad para los efectos de los Artículos 11 (once), 46 (cuarenta y seis), 47 (cuarenta y siete), 134 (ciento treinta y cuatro) fracción III fracción tercera, 523 (quinientos veintitrés), 692 (seiscientos noventa y dos) fracciones I primera, II segunda y III tercera, 786 (setecientos ochenta y seis), 873 (ochocientos setenta y tres), 874 (ochocientos setenta y cuatro), 876 (ochocientos setenta y seis), 878 (ochocientos setenta y ocho), 880 (ochocientos ochenta), 883 (ochocientos ochenta y tres), 884 (ochocientos ochenta y cuatro) y demás Artículos aplicables de la Ley Federal del Trabajo;-------------------------------------------------------------------

-----(b) Poder General para Actos de Administración, de conformidad con lo dispuesto en el segundo párrafo del Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con facultades para realizar todas las operaciones inherentes al objeto de la Sociedad, entre las que, enunciativa y no limitativamente, se encuentran las de celebrar contratos de arrendamiento, de subarrendamiento, de comodato, de crédito, de obra, de prestación de servicios y de cualquier otra índole; ------------------------------------------------



-----(c) Poder General para Actos de Dominio, de conformidad con lo dispuesto en el tercer párrafo del Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con todas las facultades de dueño, entre las que, enunciativa y no limitativamente, se encuentran las de celebrar toda clase de contratos y realizar cualesquier actos, aun cuando impliquen disposición o gravamen de bienes muebles o inmuebles de la Sociedad;-----------------------------------------------------------------------------------------------

-----(d) Poder para otorgar, suscribir, aceptar, emitir, endosar y avalar todo tipo de títulos de crédito en nombre de la Sociedad, de conformidad con el Artículo 9 (Noveno) de la Ley General de Títulos y Operaciones de Crédito; --------

-----(e) Poder para abrir, manejar y cancelar cuentas bancarias y de inversión, así como para hacer depósitos y girar contra ellas y designar otras personas físicas o morales para girar en contra de las mismas; y ----------------------------

-----(f) Poder para otorgar y revocar poderes generales y especiales, con o sin facultades de sustitución, dentro del ámbito de los poderes y facultades otorgados a ellos.--------------------------------------------------------------

-----TERCERA. Se otorgan en favor de los señores JOSÉ ANTONIO ÁLVAREZ TAMAYO, HORACIO ALAMILLA MEDINA, JOSÉ GUILLERMO GARCIAGRANADOS TORRES, FRANCISCO JOSÉ FLORES MELÉNDEZ y ALEJANDRO OLVERA MARTÍNEZ, con Registro Federal de Contribuyentes AATA570126CI9 letra "A", letra "A", letra "TE", letra "A", cinco, siete, cero, uno, dos, seis, letra "CE", letra "I", nueve, AAMH660729BI3 letra "A", letra "A", letra "EME", letra "HACHE", seis, seis, cero, siete, dos, nueve, letra "BE", letra "I", tres, GATG-540909-F98 letra "GE", letra "A", letra "TE", letra "GE", guión, cinco, cuatro, cero, nueve, cero, nueve, guión, letra "EFE", nueve, ocho, , FOMF611215TR5 letra "EFE", letra "O", letra "EME", letra "EFE", seis, uno, uno, dos, uno, cinco, letra "TE", letra "ERRE", cinco, y OEMA530309F68 letra "O", letra "E", letra "EME", letra "A", cinco, tres, cero, tres, cero, nueve, letra "EFE", seis, ocho, respectivamente un Poder General para ser ejercido conjunta o separadamente con las siguientes facultades: --------------------------------------------



-----(a) Poder General para Pleitos y Cobranzas, de conformidad con lo dispuesto en el primer párrafo del Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con todas las facultades generales y especiales conforme a la Ley, entre las que, enunciativa y no limitativamente, se encuentran las siguientes: Ejercitar toda clase de derechos y acciones en nombre y representación de la Sociedad ante cualesquiera autoridades de la Federación, de los Estados, del Distrito Federal y de los Municipios, ya sea en jurisdicción voluntaria, contenciosa o mixta y se trate de autoridades civiles, judiciales, administrativas, fiscales o del trabajo, sean éstas Juntas de Conciliación o Tribunales de Arbitraje, Locales o Federales; contestar demandas, oponer excepciones y reconvenciones; someterse a cualquier jurisdicción; articular y absolver posiciones; recusar magistrados, jueces, secretarios, peritos y demás personas recusables en Derecho; desistirse de lo principal, de sus incidentes, de cualquier recurso y del Amparo, el que podrán promover cuantas veces lo estimen conveniente; rendir toda clase de pruebas; reconocer firmas y documentos, objetar éstos y redargüirlos de falsos; asistir a juntas, diligencias y almonedas; hacer posturas, pujas y mejoras y obtener para la Sociedad mandante adjudicación de toda clase de bienes y, por cualquier título, hacer cesión de derechos; formular acusaciones, denuncias y querellas; otorgar el perdón y constituirse en parte en causas criminales o coadyuvante del Ministerio Público, causas en las cuales podrán ejercitar las más amplias facultades que el caso requiera. El Gerente o Consejo de Gerentes, según corresponda, podrán asimismo representar a la Sociedad para los efectos de los Artículos 11 (once), 46 (cuarenta y seis), 47 (cuarenta y siete), 134 (ciento treinta y cuatro) fracción III tercera, 523 (quinientos veintitrés), 692 (seiscientos noventa y dos) fracciones I primera, II segunda y III tercera, 786 (setecientos ochenta y seis), 873 (ochocientos setenta y tres), 874 (ochocientos setenta y cuatro), 876 (ochocientos setenta y seis), 878 (ochocientos setenta y ocho), 880 (ochocientos ochenta), 883 (ochocientos ochenta y tres), 884 (ochocientos ochenta y cuatro) y demás Artículos aplicables de la Ley Federal del Trabajo;--------------------------------------------------------------------------

-----(b) Poder General para Actos de Administración, de conformidad con lo dispuesto en el segundo párrafo del Artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus artículos correlativos en todos y cada uno de los Códigos Civiles de las entidades federativas de los Estados Unidos Mexicanos, con facultades para realizar todas las operaciones inherentes al objeto de la Sociedad, entre las que, enunciativa y no

14

limitativamente, se encuentran las de celebrar contratos de arrendamiento, de subarrendamiento, de comodato, de crédito, de obra, de prestación de servicios y de cualquier otra índole. ----------------------------------------------------

-----(c) Poder para otorgar y revocar poderes generales y especiales, con o sin facultades de sustitución, dentro del ámbito de los poderes y facultades otorgados a ellos.----------------------------------------------------------------------

-----CUARTA. De conformidad con el Artículo Vigésimo Sexto de los Estatutos Sociales de la Sociedad, los ejercicios sociales correrán del 1° primero de enero al 31 treinta y uno de diciembre de cada año, excepto el primero, el cual será irregular y correrá de la fecha de firma de esta Escritura Pública al 31treinta y uno de diciembre de 2019 dos mil diecinueve. ------------------------------------------------------------------------------------------------------

------------------------------- PERMISO DE LA SECRETARÍA DE ECONOMÍA:---------------------

---- Se solicitó y se tuvo el **PERMISO** que se identifica con el número A201812201941080224 letra "A", dos, cero, uno, ocho, uno, dos, dos, cero, uno, nueve, cuatro, uno, cero, ocho, cero, dos, dos, cuatro, el cual protocolizo agregándolo al Apéndice del Libro de Documentos del Protocolo de la Notaría a mi cargo, bajo el número que se citará en la nota correspondiente, el que en su parte conducente a la letra dice---------------------------------------

-----*"SECRETARÍA DE ECONOMÍA – DIRECCIÓN GENERAL DE NORMATIVIDAD MERCANTIL.-AUTORIZACIÓN DE USO DE DENOMINACIÓN O RAZÓN SOCIAL.- Clave Única del Documento (CUD) A201812201941080224.- Resolución.- En atención a la reserva realizada por RODOLFO null null, a través del Sistema establecido por la Secretaría de Economía para autorizar el uso de Denominaciones o Razones Sociales, y con fundamento en lo dispuesto por los artículos 15, 16 y 16 A de la Ley de Inversión Extranjera; artículo 34, fracción XII bis de la Ley Orgánica de la Administración Pública Federal; artículo 69 C Bis de la Ley Federal de Procedimiento Administrativo, artículo 23, fracciones XXV, XXVII y XXXIII del Reglamento Interior de la Secretaría de Economía y el artículo 17 del Reglamento para la Autorización de Uso de Denominaciones y Razones Sociales, SE RESUELVE AUTORIZAR EL USO DE LA SIGUIENTE DENOMINACIÓN O RAZÓN SOCIAL: LIBRE NUEVO LEON. Lo anterior a partir de la fecha y hora que se indican en la sección de Firma Electrónica más adelante.- Los términos con mayúscula inicial contenidos en la presente Autorización tendrán el significado que se les atribuye a dichos términos en el Reglamento para la Autorización de Uso de Denominaciones y Razones Sociales, con independencia de que se usen en plural o en singular.- De conformidad con lo dispuesto por el artículo 18 del Reglamento para la Autorización de Uso de Denominaciones y Razones Sociales, la presente Autorización se otorga con independencia de la especie de la persona moral de que se trate, de su régimen jurídico, o en su caso, de la modalidad a que pueda estar sujeta.- En términos de lo dispuesto por el artículo 21 del Reglamento para la Autorización de Uso de Denominaciones y Razones Sociales, el Fedatario Público Autorizado o Servidor Público, o tratándose de las sociedades cooperativas, la autoridad, ante quien se constituya la Sociedad o Asociación correspondiente, o en su caso, ante quien se formalice el cambio de su Denominación o Razón Social, deberá cerciorarse previamente a la realización de dichos actos, que se cumple con las condiciones que en su caso resulten aplicables y se encuentren señaladas en la presente Autorización y en el referido Reglamento, y a su vez deberá cerciorarse de que la presente Autorización se encuentre vigente.- Contacto: Alfonso Reyes No.30, Col. Hipódromo Condesa, Del. Cuauhtémoc, Ciudad de México Conmutador: (55) 5729-9100.- SECRETARÍA DE ECONOMÍA – DIRECCIÓN GENERAL DE NORMATIVIDAD MERCANTIL.- AVISO DE USO NECESARIO.- De conformidad con lo dispuesto por el artículo 24 del Reglamento para la Autorización de Uso de Denominaciones y*



Razones Sociales, el Fedatario Público Autorizado o Servidor Público que haya sido elegido conforme al artículo

14 de dicho Reglamento, deberá dar el Aviso de Uso correspondiente a través del Sistema y dentro de los ciento

ochenta días naturales siguientes a la fecha de la presente Autorización, a fin de hacer del conocimiento de la

Secretaría de Economía de que ha iniciado el uso de la Denominación o Razón Social Autorizada por haberse

constituido la Sociedad o Asociación, o formalizado su cambio de Denominación o Razón Social ante su fe.- En

caso de que el Fedatario Público Autorizado o Servidor Público que haya sido elegido conforme al artículo 14 del

Reglamento para la Autorización de Uso de Denominaciones y Razones Sociales no dé el Aviso de Uso conforme al

artículo 24 de dicho Reglamento, éste podrá presentar previo pago de derechos, el Aviso de Uso de forma

extemporánea en cualquiera de las oficinas de la Secretaría de Economía, dentro de los treinta días naturales

contados a partir de la fecha en que concluyó el plazo de ciento ochenta días naturales siguientes a la fecha de la

presente Autorización.- La Secretaría de Economía no reservará el uso exclusivo de la Denominación o Razón

Social otorgada mediante la presente Autorización, en caso de ésta no reciba el Aviso de Uso en los términos antes

señalados, y dentro del plazo establecido en el párrafo que antecede.- AVISO DE LIBERACIÓN.- En caso de fusión

o liquidación de la Sociedad o Asociación, o en el caso de cambio de Denominación o Razón Social de la misma, el

Fedatario Público Autorizado o Servidor Público ante quien se formalizara dicho acto, deberá de dar, a través del

Sistema y dentro de un plazo no mayor a treinta días naturales posteriores a la fecha de formalización del

instrumento respectivo, un Aviso de Liberación de la Denominación o Razón Social.- Tratándose de sociedades

cooperativas que se liquiden, extingan o cambien su Denominación o Razón Social ante alguien distinto de un

Fedatario Público Autorizado, el representante legal de la sociedad cooperativa deberá solicitar por escrito el

apoyo de la Secretaría de Economía para poder dar el Aviso de Liberación correspondiente.- Lo anterior, con

fundamento en el artículo 28 del Reglamento para la Autorización de Uso de Denominaciones o Razones Sociales.-

Contacto: Alfonso Reyes No.30, Col. Hipódromo Condesa, Del. Cuauhtémoc, Ciudad de México Conmutador: (55)

5729-9100.- SECRETARIA DE ECONOMÍA DIRECCION GENERAL DE NORMATIVIDAD MERCANTIL.-

RESPONSABILIDADES.- De conformidad con lo dispuesto por el artículo 22 del Reglamento para la Autorización

de Uso de Denominaciones y Razones Sociales las sociedades o asociaciones que usen o pretendan usar una

Denominación o Razón Social tendrán las obligaciones siguientes: I. Responder por cualquier daño, perjuicio o

afectación que pudiera causar el uso indebido o no autorizado de la Denominación o Razón Social otorgada

mediante la presente Autorización, conforme a la Ley de Inversión Extranjera y al Reglamento para la Autorización

de Uso de Denominaciones y Razones Sociales, y II. Proporcionar a la Secretaría de Economía la información y

documentación que le sea requerida por escrito o a través del Sistema en relación con el uso de la Denominación o

Razón Social otorgada mediante la presente Autorización, al momento de haberla reservado, durante el tiempo en

que se encuentre en uso, y después de que se haya dado el Aviso de Liberación respecto de la misma.- Las

obligaciones establecidas en las fracciones anteriores, deberán constar en el instrumento mediante el cual se

formalice la constitución de la Sociedad o Asociación o el cambio de su Denominación o Razón Social.- La presente

Autorización tiene una vigencia de 180 días naturales a partir de la fecha de su expedición, y se otorga sin perjuicio

de lo establecido por el artículo 91 de la Ley de la Propiedad Industrial.- Firma electrónica.- Cadena Original del

servidor público que emite el dictamen: 6749731 | RAMR681104DU0 | RODOLFO RAMOS MENCHACA | SE

RESUELVE AUTORIZAR EL USO DE LA SIGUIENTE DENOMINACIÓN O RAZÓN SOCIAL: "L1BRE NUEVO

LEON'' | DIMC520311EJ9 | MARIA DEL CARMEN GUADALUPE DIAZ MIRANDA | 20-12-2018|

Njc0OTczMSB8IFJBTVI2ODExMDREVTAgfCBST0RPTEZPIFJBTU9TIE1FTkNIQUNBIHwgU0UgUkVTVUVMVk

UgQVVUT1JJWkFSIEVMIFVTTyBERSBMQSBTSUdVSVUVOVEUgREVOT01JTkFFDScOTTiBPIFJBWsOTTiBTT0N

JQUw6ICJMMUUJSRSBOVUVWTyBMRU9OIiB8IERJTUM1MjAzMTFFSjkgfCBNQVJJQSBERUwgQ0FSTUVOIEd

VQURBTFVPQRSBESUFaIE1JUkFOREEgfCAyMC0xMi0yMDE4 Firma del servidor público del servidor público

que emite el dictamen:qexY0STmfnqiP4o7/K20FL x5Tts4uWjuEsEXrU7ojOM+9Dp8s/vmsI86LHR4VDuXL6Xon8

UD/SS1sw4y4moFjQJ6sRD5hOkJkqimJbdGOp34NZZ1WqraJpzXEXJSr1ZiTG4Y+bkJxuRwERzI1oQHPcrRhbiululz

Qh6UZseazqUICWqhZ7KPZh7zBjYozozIdufJHP2vUVGpDE44I61NctBANf+9PvrbWRj33a0CxTgZ9E9AOUKtXK3

FwNMUH9IjgGzyfLAM6V9zW0Xd1iPO5ZJMLBNSNmsESepqHpLCt1yERPyhNbBd8dMXIvIWvzBjNTNHIHWIR2E

Q9QIIRxZT6Tv     Sello    de   Tiempo   del   momento   de   la   emisión   del   dictamen:

MIIPKTADAgBAMIIPIAYJKoZIhvcNAQcCoIIPETCCDw0CAQMxCzAJBgUrDgMCGgUAMIIBLAYLKoZIhvcNAQ

kQAQSgggEIBIIBBCCARMCAQEGCmCDZGUKgjwoAQEwITAJBgUrDgMCGgUABBR7cD4KpSnvcYfz2PR3Kxt

q1nYMUjgds1Xxa40iKGBMyMDE4MTIyMTAxNDEwNS4wMzlaMASAAgH0AgkAmSBR/c39UqWggbCkga0wgaox

FzAVBgNVBAcTDkFsdmFFybyBPYnJlZZ29uMRkwFwYDVQQIExBDaXVkYWQgZGUgTWV4aWNvMQswCQYDVQQ

GEwJNWDEdMBsGA1UEAxMUVFNBMS5IY29ub21pcYS5nb2IubXgxJzAlBgNVBAsTHm5DaXZBoZXIgRFNFIEVTTj

o0OEQ3LTJERkMtQkY3QiEjfMB0GA1UEChMWU2VjcmV0YXJpYSBkZSBFY29ub21pcYaCCCWQwggXoMIID0KA

DAgECAgEGMA0GCSqGSIb3DQEBCwUAMIIBRTEXMBUGA1UEBxMOQWx2YXJvIE9icmVnb24xGTAXBgNVB

AgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBAYTAk1YMQ4wDAYDVQQREwUwMTAzMDErMCkGA1UECR

MiSW5zdXJnZW50ZZMgU3VyIDE5NDAsIENvbC4gRmxvcmvlkYTFHMEUGA1UEAxM+QXV0b3JpZGFkIENlcnRp

ZmljYWRvcmEgUmFpcBTZWd1bmRhRGIIFNIY3JldGFyaWEgZGUgRWNvbm9tbsaWxENDAyBgNVBAsTK0RpcmmV

jY2lvbiBHZW5lcmFsIGRlIE5vcm1hdGl2aWRhZCBNZXJjYW50aWw5YWE50aWwwxHzAdBgNVBAoTFlNIY3JldGFyaWEgZGUgR

WNvbm9taWEwIzAJBgkqhkiG9w0BCQEWFmFjcjJzZUBIY29ub21pYS5nb2IubXgwHhcNMTcwMjIzMDAwMDAwW

hcNMjkwMjIzMDAwMDAwWjCBqjEXMBUGA1UEBxMOQWx2YXJvIE9icmVnb24xGTAXBgNVBAgTEENpdWRhZ

CBkZSBNZXhpY28xCzAJBgNVBAYTAk1YMR0wGwYDVQQDExRUU0ExLmVjb25vbWlhLmdvYi5teDEnMCUGA1

UECxMebkNpcGhlciBEU0UgRVNOOjQ4RDctMkRGQy1CRjdCMR8wHQYDVQQKExZTZWNyZXRhcmlhIGRlIEV

jb25vbWlhMIIBIjANBgkqhkiG9w0BAQEFAAOCAQ8AMIIBCgKCAQEApiithhRHv7/x4INEtrYDo7YrsGZw3fTG1irj

7RowzzsHf/a9NUuzEjvV/FFghvZvnHUVw1y+GBExaWhDkt0+F0s2dUPn8Ua7CRuuo4W/OkQywgMOqxzV5dO1qK

Jbcnk1EB7yse6bM8K6hcgNy0a6jqrz+fX80lmjf7bPIo/CoVRRIAzY2cwpyaihVRQinEdO7AFnUWhJymjppN9UEYcsv

Q1q1cVp+eBxFUTVq9KOoZxS6iIF0Cv/mQMheskivcXTadub10RCh0hxrAm+xvrJzhMrla6Qf+vNbO2hxs+O/uat3X

6MtXUqGJALiltjaG8SJvT+lqwelT5PGQjnTgtoXQIDAQABo3SsweTAfBgNVHSMEGDAWgBQQgSkqwRINcs01grUh

WFIu96BKBjAdBgNVHQ4EFgQUzaXsouzYEV5BI1P9tBSNRtJ04p4wFgYDVR0lAQH/BAwwCgYIKwYBBQQUHAwg

wDwYDVR0TAQH/BAUwAwIBADAOBgNVHQ8BAf8EBAMCA+gwDQYJKoZIhvcNAQELBQADggIBADChuesKRix

Zj4KoTruhzeE9qg8QJG1nN4IBpPhWBuY01yC1u08OTeQDnOyS1NUZ64DOW05yHV3pmZEZF7igThXrDYDJb4gz

2B2Nzmw7wkQhHhnUvtUuR+I4B1Vtw2gpdGoVfwMea0RCWSNKNbumSHsol+M6ctb1u6Qpf(dsisygifBr6szQvRH

gPVPSqsrFgEIIOea7dcjeepKdZPAvjf5GBbbkX3MaK3uKqzkVJUJ39MvsxP0PR8vWMjFj2Haflkau57YbT0sc6pv0k

HI5q2LtJUWbzAra58gsCH6O7W4gOUrvaNC/40fbDIEp+hMepkxBh7DnIMetoeQbYORYXoBWkIQI9vy9yi5TdsCb

UA2uxIhsCX0LFUQks+ddIkWBATpR/q0UsmRNlzVaI+NJM7Gy1z1TF44avDsejXUHaoxr7+yp0ABmUJIF+LN8K

ByK4MvrVED15AXhnvlHCWEopEljhQEwc33fLbAaTL0KS1ygHsSD7vgGRnmX4dlh2W/Qf7nhEqeni5MXm3rCV8E



oXX3GzrGwk8C8yHJhO86UzWZR3/PTgu12ZQO7dsD/yTHspHW06wYs/jOF+4NdcyVqWJ6WFQ713AJoOJXQXVq

lCWhH1axA7YhR+q8kwqAktGosoI2vDtZE1Lmr0tATuXa9NCd+kcRXfh8k6rX+OTRBmLO6oYIDdDCCAIwCAQEw

gdqhgbCkga0wgaoxFzAVBgNVBAcTDkFsdmFybyBPYnJlZ29uMRkwFwYDVQQIExBDaXVkYWQgZGUgTWV4aW

NvMQswCQYDVQQGEwJNWDEdMBsGA1UEAxMUVFNBMS5IY29ub21pYS5nb2IubXgxJzAlBgNVBAsTHm5DaX

BoZXIgRFNFIEVTTjo0OEQ3LTJERkMtQkY3QjEjMB0GA1UECHMWU2VjcmV0YXJpYSBkZSBFY29ub21pYaIICg

EBMAkGBSsOAwIaBQADFQATlI7fr3AwcUeNdYBkPJPeg9dsw6CBsjCBr6SBrDCBqTEXMBUGA1UEBxMOQWx2

YXJvIE9icmVvb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBAYTAklYMRvwGgYDVQQDE

xNTQzEuZWNvbm9taaWEuZ29iLm14MScwJQYDVQQLEx5uQ2lwaGVyIElE5UUyBFU046RDNFNS1DNjdDLUFENj

kxHzAdBgNVBAoTFlNIY3JldGFyaWEgZGUgRWNvbm9taWEwDQYJKoZIhvcNAQELBQACBQDfxr7uMCIYDzIw

MTgxMjIxMDEyMjU0WhgPMjAxODEyMjgwMTIyNTRaMIGKMEgGCisGAQQBhFkKBAExOjA4MAwCBN/Gvu4

CBAAAAAAwDAIEAAAAAAIEAAFF0DAMAgQAAAAAgQAABQzMAwCBN/P+W4CBAAAAAwPgYKKKwYBBAG

EWQoEAjEwMC4wDAYKYINKZQqCPCgBAaAOMAwCBAAAAAACBAAHoSChDjAMAgQAAAAAAgQAB6EgMA0

GCSqGSIb3DQEBCwUAA4IBAQAB8DoorlBWXh/OTzAK8DPTBeGjo26kB+xcEj3qaTDpqiI/9Mbc7+JvGmukvup0

afgo5pxoodXlluQd6xK12LtixauY4lp2Xn6bt2EGH2yvqyW6Cvs06FJzszGLUiTh7yZDAMo9Xrvf57tMDs3dSYJuMU3

wG1G7YYbnAK7jgamkFodWZXAzlKp3gnNJK9JUFlXqBvMiK16LWPJfjNzjM7kY9nKkX6i9GCz3djDnZx6FWmUN

KYQu1KCX6rVg9XYyEG1bdNpxot4DcfjjVoMOcW8U4zCRr9Bhe0MWMgOdk4NoBldzkIKOePqCa98z3Q7QzzXEe

ShCJJiCCwEWWu0EFGt8MYIEYTCCBF0CAQEwggFMMIIBRTEXMBUGA1UEBxMOQWx2YXJvIE9icmVvb24xG

TAXBgNVBAgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBAYTAklYMQ4wDAYDVQQREwUwMTAzMDErMCk

GA1UECRMiSW5zdXJnZW50ZS5MZXMgU3VyIDE5NDRsIENvbC4gRmxvcvmlkYTFHMEUGA1UEAxM+QXV0b3J3ZGF

kIENlcnRpzmljYWRvcmEgEgUmFpbeiBTZWd1bmRhRlGRIlFNIY3JldGFyaWEgZGUgRWNvbnNnatBgNVBAs

TK0RpcmVjjY2lvbiBHZW5lcmFsIGRIE5vcm1IhdGl2aWRhZCBNZXJjYW50aWw50aWwxHzAdBgNVBAoTFlNIY3JldGFya

WEgZGUgRWNvbm9taWExJTAjBgkqhkiG9w0BCQEWFmFjcjJzZUBIY29ub21pYS5nb2IubXgCAQYwCQYFKw4D

AhoFAKCCAegwGgYJKoZIhvcNAQkDMQ0GCyqGSIb3DQEJEAEEMCMGCSqGSIb3DQEJBDEWBBTesvgulbp

56T4+awqXjvMPipYIjCCAaMGCyqGSIb3DQEJEAIMMMYIBkjCCAY4wggGKMIIBbgQUE5Ze369wMHFHjXWAZD

yT3oPXbMMwggFUMIIBTaSCAUkwggFFMRcwFQYDVQQHEw5BbHZhcm8gT2JyZWdvbjEZMBcGA1UECBMQ

Q2l1ZGFkIGRlIE1leGljbzELMAkGA1UEBhMCTVgxDjAMBgNVBBETBTAxMDMwMSswKQYDVQQLEyJJbnN1c

mdlbnRlcyBTdXIgMTk0MCwgQ29sLiBGbG9yaWRhMUcwRQYDVQQDEz5BdXRvcmlkYWQgQ2VydGlmaWNhWNhZG

9yYSBSYWl6IFNIZ3VuZGEGZGUgU2VjcmV0YXJpYSBkZSBFY29ub21pYTEeMDIGA1UECxMrRGlyZWNjaW9uIGdlIE

dlbmVyYYWgZGUgTm9ybWF0aXZpZGFkIE1lcmNhbnRpbpbDEfMB0GA1UECHMWU2VjcmV0YXJpYSBkZSBFY29u

b21pYTElMCMGCSqGSIb3DQEJARYWYWNyYWNyNbnNlQGVjb25vbWlhLmdvYi5teAIBBjAWBBQYJF3xlmh4AxWGVeL

/tGtjdbCkKTANBgkqhkiG9w0BAQUFAASCAQA3HEldhjx3UMStayoaO/sdPrVynq5m62OOYe0MevEeTAjEFtS4ZJx

az7PHDvNHkg0K37+sGeyUTxGUe2vCqJESDjoA3wRGg43OPBWZaEHSmcMQIZx7+GUFjp1MxrJTL4F464kb0c

4nw8JQzliVuBFPogpzI8hWk3bMOUwXL3JyTwAm6G0N830U+0v3/C+2SCfSexRANnhXC9f69AwLxil0xXrdPJO7z

nRIAWJbZZS1WMuhuzh/IXE+ThbptnuBjyPq1UhE/CrSq7CBAPhr1AF/wJCe9g/OglZj+oh5ANBui9dsZaw0Y7rGDAi

F/LrjNLijOg/U/2sG  YZ7pykmfwsHS.-Antecedentes.- Cadena Original de la persona solicitante: 6749731 |

RAMR681104DU0 | RODOLFO RAMOS MENCHACA | LIBRE NUEVO LEON.- Firma de la persona

solicitante:JMMEX84Est7AKWGfQwhWDafdYPOv6cihYUP/I7FJR71yGpexFOK80CXulB7lW0JK7M7YjccKpCLzu

P9Keq9OzPLVlchfDZs0lH9vYi7qpZ5btioE0xCH/cPAzl649eZxhfbDELAl+oA6wAZBIMG3xmBhqX+eK/OGKxiAvR

kVcu8=.- Sello de tiempo de la solicitud: MIIPKTADAgEAMIIPIAYJKoZIhvcNAQcCoIIPETCCDw0CAQMxCzAJB

gUrDgMCGgUAMIIBLAYLKoZIhvcNAQkQAQSgggEbBIIBFzCCARMCAQEGCmCDZGUKgjwoAQEwITAJBgUr

DgMCGgUABBSAMJk27tZvH5fZaAVJWwA9V3IRIQIGXAxa4tC4GBMyMDE4MTIxODE4MjIwMy4xNTFaMASAA

gH0AgkAmSBR/c39UqWggbCkga0wgaoxFzAVBgNVBAcTDkFsdmFybyBPYnJlZ29uMRkwFwYDVQQIExBDaXVkY

WQgZGUgTWV4aWNvMQswCQYDVQQGEwJNWDEdMBsGA1UEAxMUFVFNBMS5IY29ub21pYS5nb2IubXgxJzAl

BgNVBAsTHm5DaXBoZXIgRFNFNFIEVTTjo0OEQ3LTJERkMtQkY3QjEfMB0GA1UEChMWU2VjcmV0YXJpYSBkZS

BFY29ub21pYaCCCWQwggXoMIID0KADAgECAgEGMA0GCSqGSIb3DQEBCwUAMIIBRTEXMBUGA1UEBxM

OQWx2YXJvIE9icmVnb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBAYTAk1YMQ4wDAYD

VQQREwtbwMTAzMDErMCkGA1UECRMiSW5zdXJnZW50ZXMgU3VyIDE5NDAsIENvbC4gRmxvcmlkYTFFHMEU

GA1UEAxM+OQENb3JpZGFFENlcnRpZmljYWRvcmEgUmFpZTBTZWd1bmRhIGRlIFNY3JldGFyaWEgZGUgRW

Nvbm9taWExNDAyBgNVBAsTK0RpcmVjY2lvbiBHZW5lcmFsIGRlIENvbXB1dGO2aWRhZCBNZXJjYW50aWwxHz

AdBgNVBAoTFINIY3JldGFyaWEgZGUgRWNvbm9taWExAgTABgkqhkiG9w0BCQEWFmFjcjJcZUBIY29ub21pYS5n

b2IubXgwHhcNMTcwMjIzMDAwMDAwWhcNMjkwMjIzMDAwMDAwWjCBqjEXMBUGA1UEBxMOQWx2YXJvIE

9icmVnb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBAYTAk1YMR0wGwYDVQQExRUU0

ExLmVjb25vbWlhLmdvYi5teDEDEnMCUGA1UECxMebkNpcGhlciBEU0UgRVNVNOOjQ4RDctMkRGQy1CRjdCMR8w

HQYDVQQKExZTZWNyZXRhcmlhIGRlIEVjb25vbWlhMBIJANBgkqhkiG9w0BAQEFAAOCAQ8AMIIBCgKCAQE

Ap1ithhRHv7/x4lNEtrYDo7YrsGZw3fTG1trj7RowzzsHfia9NUuzEjvV/FFghvZvnHUVwly+GBExaWhDkt0+F0s2dU

Pn8Ua7CRuuo4W/OkQywgMOqxzV5dO1qKJbcnk1EB7yse6bM8K6hcgNy0a6jqrz+fX80lmjf7bPIo/CoVRRIAzY2cw

pyaihVRQnEdO7AFnUWhJymjppN9UEYcsvQ1q1cVp+eBxFUTVq9KOoZxS6iIF0Cv/mQMheskivcXTadub10RCh0

hxrAm+xvrJzhMrla6Qf+vNbO2hxs+O/uat3X6MtXUqGJALiltjaG8SJvT+lqwelT5PGQjnTgtoXQIDAQABo3sweTAf

BgNVHSMEGDAWgBQQgSkqwRINcs01grUhWFIu96BKBjAdBgNVHQ4EFgQUzaXsouzYEV5BI1P9tBSNRtJ04p4

wFgYDVR0lAQH/BAwwCgYIKwYBBQUHAwgwDwYDVR0TAQH/BAUwAwIBADAOBgNVHQ8BAf8EBAMCA+gw

DQYJKoZIhvcNAQELBQADggIBADChuesKh8Zj4KoTruhzeE9qg8QJG1nN4IBpPhWBuY01yC1u08OTeQDnOyS1

NUZ64DOW05yHV3pmZEZF7igThXrDYDJb4gz2B2Nzmw7wkQhHhnUvtUuR+I4B1Vtw2gpdGoVfwMea0RCWSN

KNbumSHsol+M6ctb1u6QpfCdeioygjfBr6szQyRHgPVPSqsrFgEIIOea7dcjeepKdZPAvjfSGBbbkX3MaK3uKqzkVJU

J39MvsxP0PR8vWMjFj2Haflkau57YbT0sc6pv0kHI5q2LtJUWbzAra58gsCH6O7W4gOUrvaNC/40fbDIEp+hMepkx

Bh7DnlMetoeQbYORYXoBWkIQI9vy9yi5TdsCbUA2uxIhsCX0LFUQks+ddIkWBATpR/q0UsmRNlzVaI+NJM7Gylz

11TF44avDsejXUHaoxr7+yp0ABmUJIF+LN8KByK4MvrVEDI5AXhmvIHCWEopEIjhQEwc33fLbAaTL0KS1ygHsS

D7vgGRnmX4dlh2W/Qf7nhEqeni5MXm3rCV8EoXX3GzrGwk8C8yHJhO86UzWZR3/PTgu12ZQO7dsD/yTHspHW0

6wYs/jOF+4NdcyVqWJ6WFQ713AJoOJXQXVqICWhH1axA7YhR+q8kwqAktGosoI2vDiZE1Lmr0tATuXa9NCd+kc

RXfh8k6rX+OTRBmLO6oYIDdDCCAlwCAQEwgdqhgbCkga0wgaoxFzAVBgNVBAcTDkFsdmFybyBPYnJlZ29uMR

kwFwYDVQQIExBDaXVkYWQgZGUgTWV4aWNvMQswCQYDVQQGEwJNWDEdMBsGA1UEAxMUFVFNBMS5I

29ub21pYS5nb2IubXgxJzAlBgNVBAsTHm5DaXBoZXIgRFNFNFIEVTTjo0OEQ3LTJERkMtQkY3QjEfMB0GA1UECh

MWU2VjcmV0YXJpYSBkZSBFY29ub21pYaIICgEBMAkGBSsOAwIaBQADFQATll7fr3AwcUeNdYBKPJPeg9dsw6C

BsjCBr6Sr8rDCBqTEXMBUGA1UEBxMOQWx2YXJvIE9icmVnb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhp

Y28xCzAJBgNVBAYTAk1YMRowGgYDVQQEExNTQzEuZWNvbm9taWEuZ29iLm14MScwJQYDVQQLEx5uQ2lw

aGVyIE5UUyBFU00u046RDNFNS1DNjdDLUFEnkxHzAdBgNVBAoTFINlY3JldGFyaWEgZGUgRWNvbm9taWEwD

QYJKoZIhvcNAQELBQACBQDfw6IOMCIYDzIwMTgxMjE4MTY0MjU0WhgPMjAxODEyMjUxNjQyNTRaMIGKM



EgGCiaGAQQBhFkKBAExOjA4MAwCBN/Dog4CBAAAAAwDAIEAAAAAIEAAAZnzAMAgQAAAAAgQAABRe

MAwCBN/M3I4CBAAAAAwPgYKKwYBBAGEWQoEAjEwMC4wDAYKYINkZQgCPCgBAaAOMAwCBAAAAAAC

BAAHoSChDjAMAgQAAAAAAgQAB6EgMA0GCSqGSIb3DQEBCwUAA4IBAQAVVHhP2sC1sIBXWkuT+eFFx+fU2

niiaUm8fc2+OdIWRLBzXsxZPBQNJyb6oNdn13LeHW6309UaF1jFoZE542kfja6CCz//qtasRXEoGlH7i4NpSPZCcvr

pvRRBLweBS+EoontOJ+80fDvLerJzpySc0BAwDU1TcUF1svHxVRMSlHWeEXLw/kFKmzyctAsfmhKeZ2JLE8bafEl

leBt0d52qbIXRVIWzhTt1sPkBxxoup6zyYenwJixeru/I3eXEujDYqK70Md+7uVKM0XtYxlbqtZ8qPOeH6Y082A9UyX4

axnjzFygMfm+rMZcyoihdbLiocyaLcIONwh+I63WnSkYS4MYIEYTCCBF0CAQEwggFMMIIBRTEXMBUGA1UEBx

MOQWx2YXJvIE9icmVnba24xGTAXBgNVBAgTEENpdWRhZCBNZSBNZXhpY28xCzAJBgNVBAYTAk1YMQ4wDAY

DVQQREwUwMTAzMDErMCkGA1UECRMiSW5zdXJnZW50ZSMgU3VyIDE5NDAsIENvbC4gRmxvcmlkYTFFHME

UGA1UEAxM+QXV0b3JpZGFkIENlcnRpZmljYWRvcmEgUmFpbBTZWd1bmRhRIGIIFNlY3JldGFyaWEgZGUgR

WNvbm9taWENdAyBgNVBAsTK0RpcmVjVjY2IvbiBHZW5lcmFsIGRIIE5vcm1hdGl2aWRhZCBNZXJjYW50aWxHz

AdBgNVBAoTFlNIY3JldGFyaWEgZGUgRWNvbm9taWExJTAjBgkqhkiG9w0BCQEWFmJcjJzZUBIY29ub21pYYS5n

b2IubXgCAQYwCQYFKw4DAhoFAKCCAegwGgYJKoZIhvcNAQkDMQ0GCyqGSIb3DQEJEAEEMCMGCSqGSIb

3DQEJBDEWBBQ/ZSEb/eSQC0fiEU73dlBTu8K61DCCAaMGCyqGSIb3DQEJEAIMMYIBkjCCAY4wggGKMIIBb

gQUE5Ze369wMHFHjXWAZDyT3oPXbMMwggFUMIIBTaSCAUkwggFFMRcwFQYDVQQHEw5BbHZhcm8g8gT2J

yZWdvbjEZMBcGA1UECBMQQ2IIZGFkIGRIIE1leGljbzELMAkGA1UEBhMCTVgxDjAMBgNVBBETBTAxMDMw

MSSwKQYDVQQJEyJJbnN1cmdlbnRIcyBTdXIgMTk0MCwgQ29sLiBGbG9yaWRhMUUwRQYDVQQDEz5BdXRvc

mlkYWQgQ2VydGlmaWNhWNhZG9yYSBSYWw6IFNIZ3VuZGEgU2VjcmV0YXJpYSBkZSBFY29ub21pYTY0MDIG

A1UECxMrRGlyZWNjaW9uIEdlbmVyYWwgZGUgTm9ybWF0aXZpZGFkIE1lcmNhbnRpbRpbDEfMB0GA1UEChMWU

2VjcmV0YXJpYSBkZSBFY29ub21pYTElMCMGCSqGSIb3DQEJARYWYWNyMnNIQGVjb25vbWlhLmdvYi5teAIBBj

AWBBSffcY8t/OgKH/TN6nIB71O0QyFvDANBgkqhkiG9w0BAQUFAASCAQAjsbAPqwTSAWWo9LcTiXWG6KAwd

BhIJjFvHINdKptC9GoJPYL+rayHP5ZljyioSTh0dPwsqltENkcrX95rZdW7JwXCsJm/nnk2sKuzlyC7sXrVQadgwd7fu

u/jc7/Xjn2jHXtW+d684KI6+kClZEf9JSGZxMcp9E+YUXvWFSW0KZbyEikNca0hrvFtTi7sgWZpl/AJsDoLyP1XflU

WQRhyP3bIsjAKBizIrr1yvlfKTDWSXyo6gbZYbyqqRnKr/nw2GkWRyoEPYRukBWIjIPJKOkh0QCX7ZtNwODj7ern8

f0frWNb4ZlvF3UFDM/MqLfzbCeu1eTl9 DOGn/FN7pvkQ.- Contacto: *Alfonso Reyes No.30, Col. Hipódromo

*Condesa, Del. Cuauhtémoc, Ciudad de México Conmutador: (55) 5729-9100."*.-------------------------------------

-----EXISTENCIA Y PERSONALIDAD:----------------------------------------------------------------------------

-----I. El señor **FABIO MASSIMO COVARRUBIAS PIFFER** expresa bajo protesta de decir verdad, que

**"SERVICIOS DIGITALES LUSAD" SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL**

**VARIABLE** es una sociedad mercantil legalmente constituida conforme a la legislación mexicana, así como que

hasta la fecha del presente no le ha sido revocado el cargo conferido ni menguadas las facultades con que comparece

y acredita la existencia de su representada y las facultades conferidas, con el documento que, literalmente, en lo

conducente, establece: ----------------------------------------------------------------------------------------------

-----1).- *"LIBRO NUMERO TRES MIL CIENTO DOS. ASA/PSM/CPM.- INSTRUMENTO OCHENTA Y CINCO*

*MIL DOSCIENTOS CATORCE.- En la Ciudad de México, a veintidós de diciembre de dos mil diecisiete.-*

*ROBERTO GARZÓN JIMÉNEZ, titular de la notaría número doscientos cuarenta y dos de la Ciudad de México,*

*actuando como asociado en el protocolo de la notaría número doscientos veintinueve de la que es titular el*

*licenciado MARCO ANTONIO RUIZ AGUIRRE, hago constar: .- LA REFORMA DE LAS CLÁUSULAS*



20

*VIGÉSIMA, VIGÉSIMA PRIMERA, VIGÉSIMA SEGUNDA Y VIGÉSIMA CUARTA DE LOS ESTATUTOS SOCIALES; .- II.- EL NOMBRAMIENTO DE LOS MIEMBROS DEL CONSEJO DE GERENTES I DEL CONSEJO DE VIGILANCIA; .- III.- LA REVOCACIÓN Y EL OTORGAMIENTO DE PODERES de "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, que resultan de la protocolización de las resoluciones unánimes tomadas fuera de asamblea, que realizo a solicitud del señor César Octavio Cantoral Cárdenas, al tenor de los siguientes antecedentes y cláusulas: .- ANTECEDENTES: .- I.- Mediante póliza número doce mil doscientos cuarenta, de fecha quince de octubre de dos mil quince, ante el licenciado Francisco Castellanos Guzmán, corredor público número veinte de esta Ciudad de México, cuyo primer original quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número quinientos cuarenta y nueve mil doscientos cuarenta y tres guión uno, se constituyó "SERVICIOS DIGITALES LUSAD", SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE, con domicilio en LA Ciudad de México, duración indefinida, capital social mínimo fijo de veinte mil pesos, moneda nacional, cláusula de admisión de extranjeros y teniendo por objeto el que en dicha escritura se especificó. – II.- Por escritura número setenta y siete mil cuarenta y siete, de fecha primero de marzo de dos mil dieciséis, ante el mí, actuando como asociado en el protocolo de la notaría número doscientos veintinueve de la Ciudad de México, de la que es titular el licenciado Marco Antonio Ruiz Aguirre, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta capital, en el folio mercantil número quinientos cuarenta y nueve mil doscientos cuarenta y tres guión uno, se hizo constar la protocolización del Acta de Asamblea General Extraordinaria de Accionistas de "SERVICIOS DIGITALES LUSAD" SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE, en la que entre otros acuerdos se tomó transformar la sociedad de "SERVICIOS DIGITALES LUSAD" SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE, a "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE y la reforma total de sus estatutos sociales, para quedar con la denominación de "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, domicilio en la Ciudad de México, duración indefinida, capital social mínimo fijo de veinte mil pesos, moneda nacional, cláusula de admisión de extranjeros y teniendo por objeto: .- (a) La compra, venta, importación, exportación y en general la comercialización por cuenta propia o de terceros, ya sea en territorio nacional o en el extranjero, de toda clase de bienes que se encuentren dentro del comercio.- (b) La adquisición, utilización, uso, y/o disposición, bajo cualquier título, por cuenta propia o de terceros, ya sea en territorio nacional o en el extranjero, de toda clase de bienes muebles o inmuebles, así como de derechos personales y/o reales que puedan ser necesarios o recomendables para la realización del objeto social antes mencionado.- (c) La presentación y/o contrataciones de toda clase de servicios consultivos, de supervisión, administrativos, técnicos, por cuenta propia o de terceros relacionadas con su objeto social.- (d) Actuar como representante, apoderado, agente, mediador, intermediario, distribuidor, administrador y, en general realizar cualesquiera de las actividades antedichas en nombre propio o de terceros. – (e) Para organizar, incorporar, y adquirir o enajenar partes sociales o intereses en cualquier clase de sociedades mercantiles o de entidades locales.- (f) Establecer, arrendar, operar y poseer plantas, talleres, bodegas, instalaciones, oficinas y agencias en México o en el extranjero.- (g) Actuar como comisionista y mediador y aceptar el desempeño de representación de negocios de toda especie.- (h) Otorgar garantías en cualquier forma permitida por la Ley, en relación con obligaciones*





21

contraídas por la Sociedad o por sociedades en las cuales la Sociedad sea titular de la mayoría de las acciones o partes sociales o por terceros en general.- (i) Celebrar directamente o a través de terceros la compraventa y arrendamiento de derechos derivados de operaciones de fideicomisos, aunque estas actividades se efectúen dentro o fuera de la República Mexicana.- (j) Obtener todo tipo de préstamos y financiamientos otorgando garantías específicas, emitir obligaciones, certificados bursátiles y pagarés, aceptar, girar, endosar, o avalar toda clase de títulos de crédito y otros documento que amparen derechos de crédito y otorgar fianzas o garantías de cualquier clase, respecto de las obligaciones contraídas o de los títulos emitidos o aceptados por sociedades de las cuales la Sociedad sea la titular de la mayoría de las acciones o partes sociales o por terceros en general. - (k) Otorgar crédito, financiamiento y/o facilidades de pago de tipo comercial respecto de sus derechos de cobro a su clientela, Subsidiarias, Afiliadas o de otras empresas comerciales, pactando al respecto las garantías e intereses aplicables. - (l) Promover la obtención de recursos financieros de toda clase de instituciones de crédito, tanto avío como refaccionarios proporcionados por el Gobierno Federal, Estatal, Municipal, Delegacional y de otras instituciones públicas o privadas a nivel nacional o internacional.- (m) La representación como agente comisionista, consignarla, intermediario, factor, mediador o representante en la República Mexicana o en extranjero de empresas industriales o comerciales o de servicio, ya sean nacionales o extranjeras.- (n) Patentar invenciones, registrar marcas, modelos de diseños industriales, derechos de autor, avisos y nombres especiales así como solicitar autorizaciones para el usos de denominaciones de origen, explotar los derechos propios o que le sean conferidos respecto de todos los anteriores o negociar con todo tipo de derechos de propiedad intelectual, industrial y derechos de autor; recibir u otorgar licencias, sub licencias, franquicias, sub franquicias o autorizaciones en general para el uso y explotación de cualesquiera derechos de propiedad intelectual, industrial o derechos de autor.- (o) Adquirir, enajenar, traspasar, arrendar, subarrendar ceder concesiones, licenciar, sub licenciar, franquiciar o sub franquiciar, importar, exportar, otorgar, adquirir, explotar o ceder por cualquier título legal el uso, goce, disposición o en general al explotación de toda clase de bienes muebles o inmuebles, propiedad intelectual, industrial o de derechos de autor.- (p) Celebrar todo tipo de contratos, convenios o acuerdos con el Gobierno Federal, con Gobiernos Estatales y Municipales, con Gobiernos Extranjeros, con las entidades públicas y privadas, personas físicas y morales, nacionales y extranjeras.- (q) Celebrar y/o llevar a cabo, toda clase de actos (incluyendo actos de dominios, y/o contratos civiles, mercantiles, y de cualquier otra clase necesarios para cumplir con el objeto de la Sociedad.- (r) En general, ofrecer soluciones financieras y asesorías de negocios a terceros para generar oportunidades de crecimiento sostenibles para alcanzar una cierta estabilidad patrimonial.- El objeto de la Sociedad no tendrá más límite que las señaladas por las leyes y en los tratados internacionales. - Y de dicha escritura copio en su parte conducente, lo que es del tenor literal siguiente: …… CAPÍTULO IV.- ADMINISTRACIÓN Y VIGILANCIA.- VIGÉSIMA.- La administración de la Sociedad será encomendada a un Gerente Único o a un Consejo de Gerentes integrado por al menos 2 miembros, según sea determinado por la mayoría de votos de la Asamblea de Socios, la cual también podrá designar Gerentes Suplentes. El Gerente Único o los miembros del Consejo de Gerentes podrán ser o no socios.- El Gerente Único o los miembros del Consejo de Gerentes serán designados por periodos de un año a partir de la fecha de su nombramiento o ratificación, según sea el caso, y podrán ser reelectos por periodos sucesivos y continuar en sus respectivos encargos hasta que sus sucesores entren en funciones. Para este propósito, se considera como un año el tiempo transcurrido entre una

*Asamblea Anual de Socios y la siguiente Asamblea Anual de Socios. - VIGÉSIMA PRIMERA.- El Presidente del*

*Consejo de Gerentes será electo por la Asamblea de Socios. Asimismo, el Consejo de Gerentes o la Asamblea de*

*Socios, según sea el caso, podrán designar a un Secretario, quienes podrán o no ser miembros del Consejo. En caso*

*de que el Consejo de Gerentes o la Asamblea de Socios, según sea el caso, nombre un Secretario no miembro del*

*Consejo de Gerentes de la Sociedad, dichas personas no formarán parte del Consejo de Gerentes de la Sociedad,*

*no tendrán la autoridad de votar o de tomar decisiones en las Sesiones del Consejo de Gerentes, no tendrán*

*responsabilidades administrativas, su asistencia no seré relevante para determinar si existe o no el quórum*

*suficiente para celebrar una Sesión del Consejo de Gerentes y sus funciones estarán limitadas a: (i) asistir a la*

*Asamblea de Socios y a las Sesiones del Consejo de Gerentes con el fin de preparar el acta respectiva; (ii) preparar*

*y mantener el Libro de Actas de Asambleas de Socios, el Libro de Sesiones del Consejo de Gerentes, el Libro de*

*Registro de Socios y el Libro de Variaciones de Capital; y (iii) emitir certificados relacionados con dichos registros*

*corporativos.- VIGÉSIMA SEGUNDA.- El Consejo de Gerentes se reunirá cuando sea convocado por su*

*Presidente, el Secretario de la Sociedad o cualesquiera dos de sus miembros, mediante convocatoria otorgada por*

*escrito a cada uno de los miembros del Consejo, incluyendo suplentes, entregada mediante servicio de mensajería*

*internacional reconocido, con acuse de recibo, cuando menos cinco días antes de la fecha de la reunión o bien,*

*mediante correo electrónico con acuse de recibo. No se necesitará convocatoria previa cuando todos los miembros*

*del Consejo de Gerentes estén presentes en la reunión. Las convocatorias deberán indicar la fecha, hora y lugar de*

*la reunión respectiva, y se  deberán incluir a la misma, además, el Orden del Día, la información y los documentos*

*que se discutirán durante la reunión, y deberá estar firmada por la (s) parte (s) que convoque (n) a la reunión.-*

*VIGÉSIMA TERCERA.- El Presidente del Consejo de Gerentes deberá s presidir las Sesiones del Consejo de*

*Gerentes, y en su ausencia las Sesiones serán presididas por el miembro del Consejo de Gerentes designado por la*

*mayoría de los presentes en la Sesión. El Secretario de la Sociedad actuará como secretario en las Sesiones del*

*Consejo de Gerentes y en la ausencia de este actuará como secretario de la Sesión el miembro del Consejo de*

*Gerentes que sea designado por la mayoría de los presentes. El Consejo de Gerentes podrá reunirse en México o en*

*el extranjero. Asimismo, los miembros del Consejo podrán participar en las sesiones a través de conferencias*

*telefónicas o videoconferencias siempre que ratifiquen sus resoluciones por escrito .- VIGÉSIMA CUARTA.- Para*



*que las Sesiones del Consejo de Gerentes se consideren legalmente instaladas en virtud de primera o ulterior*

*convocatoria será necesaria la presencia de la mayoría de los miembros propietarios o sus respectivos suplentes, si*

*se hubieren designado, y los acuerdos deberán adoptarse por el voto de la mayoría de los miembros del Consejo de*

*Gerentes presentes en la Sesión, sean estos propietarios o suplentes.- Las resoluciones adoptadas fuera de Sesiones*

*del Consejo de Gerentes por el voto unánime de todos los miembros propietarios o suplentes del Consejo de*

*Gerentes serán válidas y legalmente adoptadas siempre y cuando dichas resoluciones sean confirmadas por escrito*

*y sean firmadas por todos los miembros propietarios o suplentes del Consejo  de Gerentes.- VIGÉSIMA QUINTA.-*



*Las actas de las Sesiones del Consejo de Gerentes serán transcritas al Libro de Actas de Sesiones del Consejo de*

*Gerentes y estarán firmadas por todos los presentes o si se autoriza mediante acuerdo expreso de la sesión*

*correspondiente, únicamente por el Presidente y el Secretario de la Sesión. Las actas y los acuerdos unánimes*

*adoptados por los miembros del Consejo de Gerentes serán transcritas en el Libro de Actas de Sesiones del consejo*

*de Gerentes. El Secretario de la Sociedad deberá  integrar  y conservar un expediente para cada acta de Sesión del*

*Consejo de Gerentes, que deberá incluir las actas, la lista de asistencia, las convocatorias, en su caso, así como cualesquier otro documento puestos a disposición de la sesión, tales como reportes, estados financieros y demás documentos importantes... ... III.- Declara el compareciente de manera expresa y bajo protesta de decir verdad que los socios de "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITA DE CAPITAL VARIABLE, tomaron resoluciones unánimes fuera de asamblea de socios, mismas que confirmaron por escrito conforme al documento que agrego al apéndice de esta escritura con la letra "A", y me solicita protocolice, siendo el mismo del tenor literal siguiente: .- "RESOLUCIONES UNÁNIMES DE LOS SOCIOS DE SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V. ... ... RESOLUCIONES.- PRIMERA. Reforma de estatutos de la Sociedad.- 1.1 Se reforma, en su parte conducente, la cláusula Vigésima de los estatutos sociales de la Sociedad, para quedar redactada, a partir de esta fecha, en los términos siguientes: ... ... 1.2 Se aprueba la reforma a la cláusula Vigésima Primera de los estatutos sociales de la Sociedad, para quedar redactada, a partir de esta fecha en los términos siguientes: ..... 1.3 Se aprueba la reforma a la cláusula Vigésima Segunda de los estatutos sociales de la Sociedad, para quedar como sigue: ... ... 1.4 Se aprueba la reforma a la cláusula Vigésima Cuarta de los estatutos sociales de la Sociedad, para quedar como sigue: ... ... 2.5 Se aprueba la designación de los señores Horacio Alamilla Medina y José Luis Valera Muñoz, como integrantes del Consejo de Vigilancia de la Sociedad.- 2.6 Con base en lo anterior, el Consejo de Gerentes y el Consejo de Vigilancia de la Sociedad, queda integrado, a partir de esta fecha y en forma respectiva, de la siguiente forma: .- CONSEJO DE GERENTES.- MIEMBRO PROPIETARIO.- MIEMBROS.- CARGO.- SUPLENTES.- Santiago León Aveleyra.- PRESIDENTE.- Fabio Massimo Covarrubias Piffer.- (así).- Francisco José Flores Meléndez.- CONSEJERO.- Eduardo Zayas Dueñas.- CONSEJERO.- Julio Alejandro Belmont -Oscar Jesús Saitz Zazueta Garibay.- CONSEJERO.- Rodrigo Núñez Sarrapy.- SECRETARIO NO.- MIEMBRO DEL CONSEJO.- CONSEJO DE VIGILANCIA.- MIEMBRO PROPIETARIO.- CARGO.- Horacio Alamilla Medina.- CONSEJERO.- José Luis Valera Muñoz.... CONSEJERO.- TERCERA.- Revocación y otorgamiento de poderes..... 3.2 Se resuelve otorgar en favor de los señores FABIO MASSIMO COVARRUBIAS PIFFER Y EDUARDO ZAYAS DUEÑAS, los siguientes poderes y facultades: I.PARA SER EJERCIDOS EN FORMA INDIVIDUAL: a) PODER GENERAL PARA PLEITOS Y COBRANZAS.- De conformidad con el primer párrafo del Artículo Dos Mil Quinientos Cincuenta y Cuatro del Código Civil para el Distrito Federal y de sus correlativos de todos y cada uno de los Códigos Civiles de los demás Estados de los Estados Unidos Mexicanos, con todas las facultades generales e incluyendo aquellos poderes que requieran cláusula especial de acuerdo a la Ley, entre las que de una manera enunciativa pero no limitativa se citan las siguientes: Ejercitar toda clase de derechos y acciones ante cualquier autoridad de la Federación, de los Estados, del Distrito Federal y de los Municipios, ya sea en jurisdicción voluntaria, contenciosa o mixta y se trate de autoridades civiles, judiciales, administrativas o bien del trabajo, sean éstas Juntas de Conciliación o Tribunales de Arbitraje, locales o federales; contestar demandas, oponer excepciones y reconvenciones; someterse a cualquier jurisdicción; articular y absolver posiciones; recusar magistrados, jueces, secretarios, peritos y demás personas recusables en derecho; comprometer en árbitros; transigir; recibir pagos; desistirse de lo principal, de sus incidentes, de cualquier recurso y del amparo, el que podrá promover cuantas veces lo estime conveniente; rendir toda clase de pruebas; reconocer firmas y documentos, objetar éstos y redargüirlos de falsos; asistir a juntas, diligencias y almonedas; hacer posturas, pujas y mejoras y obtener para la Sociedad adjudicación de toda clase de*

24

*bienes; formular acusaciones, denuncias y querellas; otorgar el perdón y constituirse en parte en causas criminales*

*o coadyuvante del Ministerio Público, causas en las cuales podrá ejercitar las más amplias facultades que el caso*

*requiera. Asimismo, podrá representar a la Sociedad en los términos de los artículos once, cuarenta seis, cuarenta*

*y siente, ciento treinta y cuatro, tres romano, quinientos veintitrés, seiscientos noventa y dos, fracciones primera,*

*segunda y tercera, setecientos ochenta y seis, ochocientos setenta y tres, ochocientos setenta y cuatro, ochocientos*

*setenta y seis, ochocientos ochenta y tres, ochocientos ochenta y cuatro y demás relativos de la Ley Federal del*

*Trabajo. En ningún caso se entenderá conferida la facultad para hacer cesión de bienes o de derechos a nombre de*

*la Sociedad. b) PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN.- De conformidad con lo establecido en*

*el segundo párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y*

*sus correlativos de los Códigos Civiles de los Estados de los Estados Unidos Mexicanos.- C) PODER GENERAL*

*PARA PLEITOS Y COBRANZAS Y PARA ACTOS DE ADMINISTRACIÓN EN MATERIA LABORAL.- De*

*conformidad con los primeros párrafos del artículo 2,554 (dos mil quinientos cincuenta y cuatro) del Código Civil*

*para el Distrito Federal y disposiciones correlativas de las legislaciones de las demás entidades federativas así*

*como el Código Civil Federal, con todas las facultades generales y especiales que requieran cláusula especial de*

*conformidad con el artículo 2,587 (dos mil quinientos ochenta y siete) del Código Civil para el Distrito Federal y*

*disposiciones correlativas de las legislaciones de las demás entidades federativas así como el Código Civil Federal,*

*entre las que de una manera enunciativa, pero no limitativa, se citan las siguientes: ser representantes legales de la*

*Sociedad, teniendo incluso la representación laboral de la misma, pudiendo ejercer toda clase de derechos y*

*acciones ante cualesquiera autoridades de la federación, de los estados, del Distrito Federal y de los municipios, ya*

*sea en jurisdicción voluntaria, contenciosa o mixta y se trate de autoridades civiles, penales, mercantiles,*

*judiciales, fiscales, administrativas o bien del trabajo o de cualquier otro tipo que pudiera haber, sean éstas juntas*

*de conciliación o tribunales de arbitraje, locales y federales; contestar demandas, oponer excepciones y*

*reconvenciones; someterse a cualquier jurisdicción; articular y absolver posiciones; recusar magistrados, jueces,*

*secretarios, peritos y demás personas recusables en derecho; desistirse de lo principal, de sus incidentes, de*

*cualquier recurso y del amparo, el que podrán promover cuantas veces lo estimen convenientes; rendir toda clase de*

*pruebas; reconocer firmas y documentos y objetar éstos; asistir a juntas, diligencias y almonedas; hacer posturas,*

*pujas y mejoras y obtener para la sociedad mandante adjudicación de toda clase de bienes y, por cualquier título,*

*hacer cesión de derechos y bienes; comprometer en árbitros; formular acusaciones, denuncias y querellas; otorgar*

*el perdón y constituirse en parte en causas criminales o coadyuvante del ministerio público, causas en las cuales*

*podrán ejercer las más amplias facultades que el caso requiera.- El apoderado tendrá facultades para representar*

*legalmente a la Sociedad teniendo incluso la representación patronal de la misma en los términos de los artículos*

*11 (once), 46 (cuarenta y seis), 47 (cuarenta y siete), 134 (ciento treinta y cuatro) fracción III, 523 (quinientos*

*veintitrés), 692 (seiscientos noventa y dos) fracciones I, II y III, 786 (setecientos ochenta y seis), 787 (setecientos*

*ochenta y siete),873 (ochocientos setenta y tres), 874 (ochocientos setenta y cuatro), 876 (ochocientos setenta y*

*seis), 880 (ochocientos ochenta), 883 (ochocientos ochenta y tres), 884 (ochocientos ochenta y cuatro) y demás*

*relativos de la Ley Federal del Trabajo. Los representantes legales patronales y apoderados generales podrán, de*

*manera enunciativa y no limitativa, actuar ante o frente al o los sindicatos con los cuales existen celebrados*

*contratos colectivos de trabajo y para todos los efectos de conflictos colectivos; podrán actuar ante o frente a los*



*trabajadores personalmente considerados y para todos los efectos de conflictos individuales; en general para todos los asuntos obrero patronales y para ejercitarse ante cualesquiera de las autoridades del trabajo y servicios sociales a que se refiere el artículo 523 (quinientos veintitrés) de la Ley Federal del Trabajo; podrán asimismo comparecer ante las juntas de conciliación y arbitraje, ya sean locales o federales; en consecuencia, llevarán la representación patronal para efectos del artículo 11 (once), 46 (cuarenta y seis) y 47 (cuarenta y siete) de dicha ley, y también la representación legal de la empresa para los efectos de acreditar la personalidad y la capacidad en juicio o fuera de ellos, en los términos del artículo 692 (seiscientos noventa y dos) fracciones II y III de dicha ley; podrán comparecer al desahogo de la prueba confesional, en los términos de los artículos 787 (setecientos ochenta y siete) y 788 (setecientos ochenta y ocho) de la Ley Federal del Trabajo, con facultades para articular y absolver posiciones y desahogar la prueba confesional en todas sus partes; podrán señalar domicilios convencionales para recibir notificaciones, en los términos del artículo 876 (ochocientos setenta y seis) de dicha ley; podrán comparecer con toda la representación legal bastante y suficiente, para acudir a la audiencia a que se refiere el artículo 873 (ochocientos setenta y tres) de la Ley Federal del Trabajo en sus tres fases de conciliación, de demanda y excepciones y de ofrecimiento y admisión de pruebas, en los términos de los artículos 875 (ochocientos setenta y cinco), 876 (ochocientos setenta y seis) fracciones I y VI, 877 (ochocientos setenta y siete), 878 (ochocientos setenta y ocho) 879 (ochocientos setenta y nueve) y 880 (ochocientos ochenta) de la Ley Federal del Trabajo; también podrán acudir a la audiencia de desahogo de pruebas, en los términos de los artículos 873 (ochocientos setenta y tres) y 874 (ochocientos setenta y cuatro) de la misma ley; asimismo se les confieren facultades para proponer arreglos conciliatorios, celebrar transacciones, tomar toda clase de decisiones, negociar y suscribir convenios laborales; al mismo tiempo podrán actuar como representantes de la empresa en su calidad de administradores, respecto y para toda clase de juicios o procedimientos de trabajo que se tramiten ante cualesquiera autoridades. Podrán celebrar contratos de trabajo y rescindirlos y para tales efectos, los mandatarios gozarán de todas las facultades de MANDATARIOS GENERALES PARA PLEITOS Y COBRANZAS Y ACTOS DE ADMINISTRACIÓN, en la forma que ha quedado descrito y en los términos de los dos primeros párrafos del artículo 2,554 (dos mil quinientos cincuenta y cuatro) y del artículo 2,587 (dos mil quinientos ochenta y siete) del Código Civil Federal.- II. PARA SER EJERCIDOS EN FORMA MANCOMUNADA POR LOS SEÑORES FABIO MASSIMO COVARRUBIAS PIFFER, COMO FIRMA "A" Y POR EL SEÑOR EDUARDO ZAYAS DUEÑAS, COMO FIRMA "B": a) PODER GENERAL PARA ACTOS DE DOMINIO.- Los apoderados tendrán todas las facultades de dueño, tanto en lo relativo a los bienes de la poderdante como para hacer toda clase de gestiones a fin de defenderlos, en los términos del tercer párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil Federal y su correlativo de los Códigos Civiles para los Estados de la República.- b) PODER GENERAL PARA OTORGAR Y SUSCRIBIR TODA CLASE DE TÍTULOS DE CRÉDITO.- En los términos del Artículo Noveno de la Ley General de Títulos y Operaciones de Crédito, pero únicamente para ser ejercido en forma mancomunada, en caso de tratarse de operaciones no incluidas dentro del plan de negocios o presupuesto anual de la Sociedad, aprobado por el Consejo de Gerentes para el ejercicio social de que se trate, o de operaciones que se encuentren fuera del curso normal de las operaciones de la sociedad y que en lo individual o conjuntamente(incluyendo una sucesión de actos vinculados o conexos entre sí por cualquier razón, entre otros por identidad entre las partes contratantes), superen un importe de USD$25,000.00 (veinticinco mil dólares 00/100, Moneda de Curso Legal de los Estados Unidos de América).*

26

Fuera del supuesto anterior, este poder podrá ser ejercido en forma individual. c) PODER ESPECIAL.- Para

otorgar avales en nombre de la Sociedad.- d) PODER ESPECIAL.- Para constituir a la sociedad como fiadora,

obligada solidaria, o en cualquier forma garantizar las obligaciones a cargo de la sociedad o de terceros, personas

físicas o morales en forma onerosa o gratuita pudiendo aceptar o constituir garantías reales o personales.- III.

PARA SER EJERCITADO EN FORMA INDIVIDUAL, POR EL SEÑOR FABIO MASSIMO COVARRUBIAS

PIFFER, COMO FIRMA "A": a) PODER ESPECIAL.- Para abrir y cancelar cuentas bancarias a nombre de la

Sociedad así como para hacer depósitos y girar contra ellas y designar personas que giren en contra de las

mismas.- Lo anterior en el entendido que, en caso de tratarse de operaciones no incluidas dentro del plan de

negocios o presupuesto anual de la Sociedad, aprobado por el Consejo de Gerentes para el ejercicio social de que

se trate,' o de operaciones que se encuentren fuera del curso normal de las operaciones de la sociedad y que en lo

individual o conjuntamente (incluyendo sucesión de actos vinculados o conexos entre sí por cualquier razón, entre

otros por identidad entre las partes contratantes), superen un importe de USD$25,000.00 (veinticinco mil dólares

00/100, Moneda de Curso Legal de los Estados Unidos de América), la firma del apoderado mencionado deberá

concurrir con la firma de un Apoderado con Firma "B". .... CLAUSULAS.- PRIMERA.- Queda protocolizado el

Documento de Resoluciones Unánimes tomadas fuera de Asamblea por los Socios de "SERVICIOS DIGITALES

LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, transcrito en el antecedente

tercero de esta escritura, para que surta todos sus efectos legales. - SEGUNDA.- Queda formalizada la reforma de

las cláusulas vigésima, vigésima primera, vigésima segunda y vigésima cuarta de los estatutos sociales de

"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,

para en lo sucesivo quedar redactados conforme a las resoluciones transcritas en el antecedente tercero de esta

escritura, mismos que son del tenor literal siguiente: .- "...VIGÉSIMA.- La administración de la sociedad será

encomendad a un Consejo de Gerentes, integrado por 4 (cuatro) miembros, los cuales podrán o no ser socios de la

Sociedad. Los miembros del Consejo de Gerentes serán designados por periodos de un año a partir de la fecha de

su nombramiento o ratificación, según sea el caso, y podrán ser reelectos por periodos sucesivos y continuar en sus

respectivos encargos hasta que sus sucesores entren en funciones, en el entendido que el cargo de consejero tendrá

una duración indefinida, hasta que la asamblea de socios determine lo contrario, pero en todo caso deberán

permanecer en sus respectivos encargos, hasta que sus sucesores entren en funciones.- 1.2 Se la reforma a la

cláusula Vigésima Primera de los estatutos sociales de la Sociedad, para quedar redactada, a partir de esta fecha

en los términos siguientes: .- "VIGESIMA PRIMERA.- El Presidente del Consejo de Gerentes será electo por la

Asamblea de Socios. Asimismo, el Consejo de Gerentes de la Sociedad podrá designar a un secretario, quien

deberá ser independiente a los socios de la Sociedad y a sus consejeros,, y quien no será miembro del Consejo de

Gerentes- El secretario deberá cumplir, respecto de los Socios, los Consejeros de la Sociedad y esta última, con los

requisitos de independencia establecidos por el artículo 26 de la Ley del Mercado de Valores (o el que lo sustituya

de tiempo en tiempo durante la vigencia de la Sociedad), y por lo tanto no formará parte del Consejo de Gerentes,

ni tendrá derecho de voto, quedando en consecuencia sus funciones limitadas a: (i) asistir a la Asamblea de Socios

y a las sesiones del Consejo de Gerentes con el fin de levantar el acta respectiva; (ii) preparar y mantener el Libro

de Actas de Asambleas de Socios, el Libro de sesiones del Consejo de Gerentes, el Libro de Registro de Socios y el

Libro de Variaciones de Capital y de las transmisiones de dichas partes sociales y/o de los aumentos o





disminuciones que se realicen respecto del capital social de la Sociedad, de ser el caso; (iii) emitir certificados relacionados con dichos registros corporativos; y (iv) convocar a las asambleas de socios y/o a las sesiones del consejo de gerentes de la Sociedad, de así considerarlo oportuno." .- 1.3 Se aprueba la reforma a la cláusula Vigésima Segunda de los estatutos sociales de la Sociedad, para quedar como sigue: .- "VIGÉSIMA SEGUNDA.- El Consejo de Gerentes se reunirá cuando menos 4 (cuatro) veces por año, cuando sea convocado por su Presidente, el Secretario de la Sociedad o cualesquiera dos de sus miembros, mediante convocatoria notificada por escrito a cada uno de los miembros del Consejo de Gerentes, incluyendo suplentes, y entregada mediante servicio de mensajería internacional reconocido, con acuse de recibo, cuando menos cinco días antes de la fecha de la reunión o bien, mediante correo electrónico con acuse de recibo. No se necesitará convocatoria previa cuando todos los miembros del consejo de Gerentes estén presentes en la reunión. Las convocatorias deberán indicar la fecha, hora y lugar de la reunión respectiva, y se deberán incluir a la misma, además, el Orden del Día, la información y los documentos que se discutirán durante la reunión, y deberá estar firmada por la(s) parte (s) que convoque(n) a la reunión." .- 1.4 Se aprueba la reforma a la cláusula Vigésima Cuarta de los estatutos sociales de la Sociedad, para quedar como sigue: .- "VIGÉSIMA CUARTA.- Para que las sesiones del Consejo de Gerentes se consideren legalmente instaladas en virtud de primera o ulterior convocatoria será necesaria la presencia de por lo menos, 3 (tres) de los miembros propietarios o sus respectivos suplentes, si se hubieren designado, y los acuerdos deberán adoptarse por el voto de la mayoría de los miembros del Consejo de Gerentes presentes en la sesión, sean éstos propietarios o suplentes. Lo anterior con excepción de los asuntos que se enlistan a continuación los cuales serán considerados como un "asunto fundamental" para los cuales se requerirá la presencia en primera o en ulteriores convocatorias, de la totalidad de los miembros del Consejo de Gerentes de la Sociedad y su voto unánime: .- (a) Modificación a los estatutos de la Sociedad o a los documentos de constitución o estatutos de cualquiera de las Afiliadas de la Sociedad.- (b) Incremento o disminución del capital social registrado de la Sociedad y la expedición de unidades, partes sociales o acciones que representen dicho capital social, ya sea con derechos de voto, sin derecho de voto o con derechos limitados; siempre y cuando cualquier incremento al capital social no tenga un efecto de dilución entre los socios de la Sociedad. Cualquier disminución de capital deberá hacerse bajo el principio de pari-passu para mantener y conservar los porcentajes de participación entre los Socios en las mismas proporciones.- (c) La terminación, liquidación o disolución de la Sociedad o de cualquiera de sus afiliadas.- (d) Prenda, hipoteca o cualquier gravamen real que verse sobre los activos materiales de la Sociedad o cualquiera de sus afiliadas para financiar o por otras razones; y/o prenda, gravamen o transmisión por cualquier medio de las partes sociales representativas del capital social de la Sociedad o que representen el capital social de cualquiera de sus afiliadas (o de los derechos de la misma). (e) Fusión, consolidación o escisión con cualquier otra entidad o reorganización de la Sociedad o cualquiera de sus afiliadas, división de la Sociedad o cambio en la estructura corporativa de la Sociedad o de cualquiera de sus afiliadas.- (f) Cualquier ajuste al porcentaje de participación de cada socio en la Sociedad y en cualquiera de sus afiliadas.- (g) La suscripción por parte de la Sociedad o por parte de cualquiera de sus Afiliadas de una sociedad, joint venture u otros acuerdos de coinversión o de distribución de ganancias con un tercero; y/o la aceptación o admisión de socios adicionales a la Sociedad o a sus Afiliadas, directamente o indirectamente. (h) Tomar en préstamo o prestar garantías de cualquier naturaleza a un tercero por la Sociedad o por cualquiera de sus Afiliadas, excepto por préstamos intercompañía, y/o (ii) por los

28

préstamos y financiamientos aprobados por el plan de negocios y/o el presupuesto anual de la Sociedad aprobado en forma unánime por el Consejo de Gerentes. - (i) El plan de negocios anual de la Sociedad y/o el presupuesto anual y cualquier modificación y derivaciones de los mismos.- (j) La designación y remoción de los auditores externos para la auditoria de los estados financieros de la Sociedad o de cualquiera de sus afiliadas y la fijación de sus compensaciones y honorarios.- (k) Planes para el reparto de dividendos o plantes para absorber pérdidas por cada año fiscal diferente a aquellos aprobados en el plan de negocios anual y/o el presupuesto anual o la modificación de las políticas de reparto de dividendos de la Sociedad o de sus afiliadas.- (l) Cualquier transacción o serie de transacciones, incluyendo sin limitar, la adquisición, disposición, gravamen, garantía y/o venta de los activos materiales e inversiones de la Sociedad o en cualquiera de sus afiliadas, que no estén previstas en el plan de negocios anual y/o el presupuesto anual por el año en el que tales transacciones tengan lugar, o tales transacciones son diferentes en vigor o en sustancia a aquellas expresadas en el plan de negocios anual o el presupuesto anual y el valor agregado de cada transacción o series de transacciones exceda USD$150,000.00 (ciento cincuenta mil dólares 00/100, moneda de curso legal en los Estados Unidos de América) o su equivalente en otras monedas.- (m) El otorgamiento de poderes por la Sociedad o cualquiera de sus afiliadas y el ejercicio y ejecución de cualesquiera actos de las mismas para actos de dominio o para la suscripción de títulos de crédito o valores de cualquier naturaleza (o para avalarlos o aceptarlos), hasta el punto en que dichos actos tengan un valor individual o conjunto en un solo acto o sucesión de actos de USD$25,000.00 (veinticinco mil dólares 00/100, moneda de curso legal en los Estados Unidos de América) o más, excepto por (i) la suscripción de títulos de crédito en el curso ordinario del negocio de la Sociedad o de sus afiliadas, y (ii) para los actos aprobados en el plan de negocios o en el presupuesto anual en cuyos casos tales poderes podrán ser ejercitados individualmente por un representante A o un representante B, indistintamente.- (n) La modificación a cualquier préstamo intercompañia y/o los pagarés que los documenten.- (o) La modificación a la Concesión, expedida en favor de la Sociedad con fecha 17 de junio de 2016 por la Secretaria de Movilidad de la Ciudad de México para la sustitución, instalación y mantenimiento de taxímetros, con geo-localización de transporte público individual de pasajeros en la Ciudad de México, así como el desarrollo, operación y explotación de una aplicación móvil para la contratación remota de viajes de taxi; así como su terminación, suspensión, cesión, gravamen, renuncia, rescisión o abandono por cualquier medio. - (p) La aceptación, otorgamiento, modificación o renuncia de cualquier concesión, permiso temporal o autorización administrativa del cual sea titular (o llegue a ser titular) la Sociedad.- (q) La aprobación del paquete de compensaciones de los funcionarios de la Sociedad y/o la contratación por parte de la Sociedad c de sus Afiliadas, de cualquier empleo, servicios o acuerdos similares son "Personas con una compensación anual superior a USD$250,000.00 (doscientas cincuenta mil dólares 007100, moneda de curso legal en los Estados Unidos de América) y el otorgamiento de cualquier compensación o beneficios excepto para aquellos actos aprobados en el Plan de Negocios anual o el Presupuesto Anual.- (r) La ejecución de cualquier acuerdo, acto u operación por la Sociedad o sus afiliadas con una parte relacionada, a la Sociedad o a sus socios directos o indirectos (incluyendo mandantes), o a cualquier director, todos los cuales deberán estar bajo condiciones de mercado.- (s) La quiebra, insolvencia y reorganización (incluyendo el concurso mercantil) o la presentación de peticiones en ese sentido, por la Sociedad o , cualquiera de sus Afiliadas.- (t) La incorporación por la Sociedad o sus Afiliadas de cualquier afiliada directa o indirecta o vehículo de inversión o vehículo con personalidad jurídica



29

*o no, y/o la apertura o prosecución por la Sociedad o por cualquiera de sus Afiliadas de una nueva línea de negocio*

*o inversión no prevista en el plan de negocios anual y/o en el presupuesto anual.- (u) El ejercicio de cualesquiera*

*derechos de voto o corporativos expedidos por las afiliadas y la designación de cualquier apoderado o*

*representante autorizado para votar y aprobar cualquiera de los actos y/o asuntos descritos en los párrafos (a) a*

*(s) de las presentes por cada una de las afiliadas, de ser el caso... ... YO EL NOTARIO CERTIFICO:.- I.- Que a mi*

*juicio el compareciente tiene capacidad legal para el otorgamiento de este acto y que me aseguré de su identidad*

*conforme a la relación que agrego al apéndice  de esa escritura con la letra "B"... ...IX.- Que leída y explicada*

*esta escritura al compareciente y advertido de las penas en que incurren quienes declaran falsamente, habiéndome*

*identificado plenamente como notario, manifestó su conformidad con ella, así como su plena comprehensión y la*

*firmó el día veintidós de diciembre de diciembre del año. en curso, mismo momento en que la autorizo*

*definitivamente.- Doy fe .- Firma del señor Cesar Octavio Cantoral Cárdenas.- Roberto Garzón Jiménez.- Firma...*

*ROBERTO GARZON JIMENEZ, TITULAR DE LA NOTARIA NUMERO DOSCIENTOS CUARENTA Y DOS DE LA*

*CIUDAD DE MEXICO, ACTUANDO COMO ASOCIADO EN EL PROTOCOLO DE LA NOTARIA NUMERO*

*DOSCIENTOS VEINTINUEVE, DE LA QUE ES TITULAR EL LICENCIADO MARCO ANTONIO RUIZ*

*AGUIRRE.- EXPIDO SEGUNDO TESTIMONIO SEGUNDO EN SU ORDEN PARA CONSTANCIA DE*

*"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,*

*EN CUARENTA Y UN PÁGINAS.- CIUDAD DE MEXICO, A VEINTIDÓS DE DICIEMBRE DE DOS MIL*

*DIECISIETE.- DQY FE.- 1 UNA FIRMA ILEGIBLE.- 1 UN SELLO DE AUTORIZAR.".* --------------------------------

-----La escritura pública de referencia se encuentra registrada en Registro Público de Comercio de la ciudad de

México, en el folio mercantil número 549243-1 quinientos cuarenta y nueve mil doscientos cuarenta y tres guion

uno. --------------------------------------------------------------------------------------------------------------------------

-----El suscrito notario doy fe que lo antes inserto concuerda fielmente con su original, el cual tuve a la vista, y que

agrego copia del mismo al Protocolo de la notaría a mi cargo. --------------------------------------------------------------

-----II. el señor **FABIO  MASSIMO COVARRUBIAS PIFFER**, expresa bajo protesta de decir verdad que

**"SERVICIOS ADMINISTRATIVOS LUSAD" SOCIEDAD DE RESPONSABILIDAD LIMITADA DE**

**CAPITAL VARIABLE**, es una sociedad mercantil regular legalmente constituida, así como que hasta la fecha del

presente no le ha sido revocado el cargo conferido ni menguadas las facultades con que comparece y acredita la

existencia de su representada y las facultades conferidas, con el documento que, literalmente, en lo conducente,

establece:-------------------------------------------------------------------------------------------------------------------------

----- 1).- *"LIBRO NUMERO TRES MIL CIENTO TRES. ASA/PSM/CPM.- INSTRUMENTO OCHENTA Y CINCO*

*MIL DOSCIENTOS DIECISÉIS.- En la Ciudad de México, a veintidós de diciembre de dos mil diecisiete.-*

*ROBERTO GARZÓN JIMÉNEZ, titular de la notaría número doscientos cuarenta y dos de la Ciudad de México,*

*actuando como asociado en el protocolo de la notaría número doscientos veintinueve de la que es titular el*

*licenciado MARCO ANTONIO RUIZ AGUIRRE, hago constar: .- LA REFORMA DE LAS CLÁUSULAS*

*VIGÉSIMA, VIGÉSIMA PRIMERA, VIGÉSIMA SEGUNDA Y VIGÉSIMA CUARTA DE LOS ESTATUTOS*

*SOCIALES; .- II.- EL NOMBRAMIENTO DE LOS MIEMBROS DEL CONSEJO DE GERENTES Y DEL CONSEJO*

*DE VIGILANCIA; .- III.- LA REVOCACIÓN Y EL OTORGAMIENTO DE PODERES de "SERVICIOS*

*ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, que*

*resultan de la protocolización de las resoluciones unánimes tomadas fuera de asamblea, que realizo a solicitud del*

*señor César Octavio Cantoral Cárdenas, al tenor de los siguientes antecedentes y cláusulas: .- ANTECEDENTES:*

*.- I.- Mediante escritura número ochenta y un mil noventa, de fecha ocho de febrero de dos mil diecisiete, ante mi,*

*actuando como asociad en el protocolo de la notaría número doscientos veintinueve de la Ciudad de México de la*

*que es titular el Lic. Marco Antonio Ruíz Aguirre, cuyo primer testimonio quedó inscrito en el Registro Público de*

*Comercio de esta capital, en el folio mercantil electrónico número "N-2017018986" (N guion dos cero uno siete*

*cero uno ocho nueve ocho seis), se constituyó "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD ANÓNIMA*

*PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE, con domicilio en la Ciudad de México, duración*

*indefinida, capital social mínimo fijo de veinte mil pesos, moneda nacional, máximo ilimitado, cláusula de admisión*

*de extranjeros y teniendo por objeto: (a) La compra, venta, importación, exportación y en general la*

*comercialización por cuenta propia o de terceros, ya sea en territorio nacional o en el extranjero, de toda clase de*

*bienes que se encuentren dentro del comercio.- (b) La adquisición, utilización, uso, y/o disposición, bajo cualquier*

*título, por cuenta propia o de terceros, ya sea en territorio nacional o en el extranjero, de toda clase de bienes*

*muebles o inmuebles, así como de derechos personales y/o reales que puedan ser necesarios o recomendables para*

*la realización del objeto social antes mencionado.- (c) La presentación y/o contrataciones de toda clase de servicios*

*consultivos, de supervisión, administrativos, técnicos, por cuenta propia o de terceros relacionadas con su objeto*

*social.- (d) Actuar como representante, apoderado, agente, mediador, intermediario, distribuidor, administrador y,*

*en general realizar cualesquiera de las actividades antedichas en nombre propio o de terceros. – (e) Organizar,*

*incorporar, y adquirir suscribir y/o enajenar acciones, partes sociales o intereses en cualquier clase de sociedades*

*mercantiles o de entidades legales.- (f) Establecer, arrendar, operar y poseer plantas, talleres, bodegas,*

*instalaciones, oficinas y agencias en México o en el extranjero.- (g) Actuar como comisionista y mediador y aceptar*

*el desempeño de representación de negocios de toda especie.- (h) Otorgar garantías en cualquier forma permitida*

*por la Ley, en relación con obligaciones contraídas por la Sociedad o por sociedades en las cuales la Sociedad sea*

*titular de la mayoría de las acciones o partes sociales o por terceros en general.- (i) Celebrar directamente o a* 

*través de terceros la compraventa y arrendamiento de derechos derivados de operaciones de fideicomisos, aunque*

*estas actividades se efectúen dentro o fuera de la República Mexicana.- (j) Obtener todo tipo de préstamos y*

*financiamientos otorgando garantías específicas, emitir obligaciones, certificados bursátiles y pagares, aceptar,*

*girar, endosar, o avalar toda clase de títulos de crédito y otros documento que amparen derechos de crédito y*

*otorgar fianzas o garantías de cualquier clase, respecto de las obligaciones contraídas o de los títulos emitidos o*

*aceptados por sociedades de las cuales la Sociedad sea la titular de la mayoría de las acciones o partes sociales o*

*por terceros en general. - (k) Otorgar todo tipo de créditos y financiamientos.- (l) Promover la obtención de* 

*recursos financieros de toda clase de instituciones de crédito, tanto avío como refaccionarios proporcionados por*

*el Gobierno Federal, Estatal, Municipal, Delegacional y de otras instituciones públicas o privadas a nivel nacional*

*o internacional.- (m) La representación como agente comisionista, consignaría, intermediario, factor, mediador o*

*representante en la República Mexicana o en extranjero de empresas industriales o comerciales o de servicio, ya*

*sean nacionales o extranjeras.- (n) Patentar invenciones, registrar marcas, modelos de diseños industriales,*

*derechos de autor, avisos y nombres especiales así como solicitar autorizaciones para el usos de denominaciones*

*de origen, explotar los derechos propios o que le sean conferidos respecto de todos los anteriores o negociar con*

*todo tipo de derechos de propiedad intelectual, industrial y derechos de autor; recibir u otorgar licencias, sub licencias, franquicias, sub franquicias o autorizaciones en general para el uso y explotación de cualesquiera derechos de propiedad intelectual, industrial o derechos de autor.- (o) Adquirir, enajenar, traspasar, arrendar, subarrendar, ceder concesiones, licenciar, sub licenciar, franquiciar o sub franquiciar, importar, exportar, otorgar, adquirir, explotar o ceder por cualquier título legal el uso, goce, disposición o en general al explotación de toda clase de bienes muebles o inmuebles, propiedad intelectual, industrial o de derechos de autor.- (p) Celebrar todo tipo de contratos, convenios o acuerdos con el Gobierno Federal, con Gobiernos Estatales y Municipales, con Gobiernos Extranjeros, con las entidades públicas y privadas, personas físicas y morales, nacionales y extranjeras.- (q) Celebrar y/o llevar a cabo, toda clase de actos (incluyendo actos de dominios, y/o contratos civiles, mercantiles, y de cualquier otra clase necesarios para cumplir con el objeto de la Sociedad.- (r) En general, ofrecer servicios laborales, en forma directa o a través de la figura de la subcontratación laboral, así como de asesorías de negocios a terceros. Y de dicha escritura copio en su parte lo conducente lo que es del tenor literal siguiente: ......... CAPÍTULO IV.- ADMINISTRACIÓN Y VIGILANCIA.- VIGÉSIMA.- La administración de la Sociedad será encomendada a un Gerente Único o a un Consejo de Gerentes integrado por al menos dos miembros, según sea determinado por la mayoría de votos de la Asamblea de Socios, la cual también podrá designar Gerentes Suplentes. El Gerente Único o los miembros del Consejo de Gerentes podrán ser o no socios.- El Gerente Único o los miembros del Consejo de Gerentes serán designados por periodos de un año a partir de la fecha de su nombramiento o ratificación, según sea el caso, y podrán ser reelectos por periodos sucesivos y continuar en sus respectivos encargos hasta que sus sucesores entren en funciones. Para este propósito, se considera como un año el tiempo transcurrido entre una Asamblea Anual de Socios y la siguiente Asamblea Anual de Socios. - VIGÉSIMA PRIMERA.- El Presidente del Consejo de Gerentes será electo por la Asamblea de Socios. Asimismo, el Consejo de Gerentes o la Asamblea de Socios, según sea el caso, podrán designar a un Secretario, quienes podrán o no ser miembros del Consejo. En caso de que el Consejo de Gerentes o la Asamblea de Socios, según sea el caso, nombre un Secretario no miembro del Consejo de Gerentes de la Sociedad, dichas personas no formarán parte del Consejo de Gerentes de la Sociedad, no tendrán la autoridad de votar o de tomar decisiones en las Sesiones del Consejo de Gerentes, no tendrán responsabilidades administrativas, su asistencia no seré relevante para determinar si existe o no el quórum suficiente para celebrar una Sesión del Consejo de Gerentes y sus funciones estarán limitadas a: (i) asistir a la Asamblea de Socios y a las Sesiones del Consejo de Gerentes con el fin de preparar el acta respectiva; (ii) preparar y mantener el Libro de Actas de Asambleas de Socios, el Libro de Sesiones del Consejo de Gerentes, el Libro de Registro de Socios y el Libro de Variaciones de Capital; y (iii) emitir certificados relacionados con dichos registros corporativos.- VIGÉSIMA SEGUNDA.- El Consejo de Gerentes se reunirá cuando sea convocado por su Presidente, el Secretario de la Sociedad o cualesquiera dos de sus miembros, mediante convocatoria otorgada por escrito a cada uno de los miembros del Consejo, incluyendo suplentes, entregada mediante servicio de mensajería internacional reconocido, con acuse de recibo, cuando menos cinco días antes de la fecha de la reunión o bien, mediante correo electrónico con acuse de recibo. No se necesitará convocatoria previa cuando todos los miembros del Consejo de Gerentes estén presentes en la reunión. Las convocatorias deberán indicar la fecha, hora y lugar de la reunión respectiva, y se deberán incluir a la misma, además, el Orden del Día, la información y los documentos que se discutirán durante la reunión, y deberá estar firmada por la (s) parte (s) que convoque (n) a la reunión.-*

32

*VIGÉSIMA TERCERA.- El Presidente del Consejo de Gerentes deberá presidir las Sesiones del Consejo de Gerentes, y en su ausencia las Sesiones serán presididas por el miembro del Consejo de Gerentes designado por la mayoría de los presentes en la Sesión. El Secretario de la Sociedad actuará como secretario en las Sesiones del Consejo de Gerentes y en la ausencia de este actuará como secretario de la Sesión el miembro del Consejo de Gerentes que sea designado por la mayoría de los presentes. El Consejo de Gerentes podrá reunirse en México o en el extranjero. Asimismo, los miembros del Consejo podrán participar en las sesiones a través de conferencias telefónicas o videoconferencias siempre que ratifiquen sus resoluciones por escrito .- VIGÉSIMA CUARTA.- Para que las Sesiones del Consejo de Gerentes se consideren legalmente instaladas en virtud de primera o ulterior convocatoria será necesaria la presencia de la mayoría de los miembros propietarios o sus respectivos suplentes, si se hubieren designado, y los acuerdos deberán adoptarse por el voto de la mayoría de los miembros del Consejo de Gerentes presentes en la Sesión sean estos propietarios o suplentes.- Las resoluciones adoptadas fuera de Sesiones del Consejo de Gerentes por el voto unánime de todos los miembros propietarios o suplentes del Consejo de Gerentes serán válidas y legalmente adoptadas siempre y cuando dichas resoluciones sean confirmadas por escrito y sean firmadas por todos los miembros propietarios o suplentes del Consejo de Gerentes.- VIGÉSIMA QUINTA.- Las actas de las Sesiones del Consejo de Gerentes serán transcritas al Libro de Actas de Sesiones del Consejo de Gerentes y estarán firmadas por todos los presentes o si se autoriza mediante acuerdo expreso de la sesión correspondiente, únicamente por el Presidente y el Secretario de la Sesión. Las actas y los acuerdos unánimes adoptados por los miembros del Consejo de Gerentes serán transcritas en el Libro de Actas de Sesiones del consejo de Gerentes. El Secretario de la Sociedad deberá integrar y conservar un expediente para cada acta de Sesión del Consejo de Gerentes, que deberá incluir las actas, la lista de asistencia, las convocatorias, en su caso, así como cualesquier otro documento puestos a disposición de la sesión, tales como reportes, estados financieros y demás documentos importantes... ... II.- Declara el compareciente de manera expresa y bajo protesta de decir verdad que los socios de "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITA DE CAPITAL VARIABLE, tomaron resoluciones unánimes fuera de asamblea de socios, mismas que confirmaron por escrito conforme al documento que agrego al apéndice de esta escritura con la letra "A", y me solicita protocolice, siendo el mismo del tenor literal siguiente :- "RESOLUCIONES UNÁNIMES DE LOS SOCIOS DE SERVICIOS ADMINISTRATIVOS LUSAD, S. DE R.L. DE C.V. ... ... RESOLUCIONES.- PRIMERA. Reforma de estatutos de la Sociedad.- 1.1 Se reforma, en su parte conducente, la cláusula Vigésima de los estatutos sociales de la Sociedad, para quedar redactada, a partir de esta fecha, en los términos siguientes:... ... 1.2 Se aprueba la reforma a la cláusula Vigésima Primera de los estatutos sociales de la Sociedad, para quedar redactada, a partir de esta fecha en los términos siguientes: ..... 1.3 Se aprueba la reforma a la cláusula Vigésima Segunda de los estatutos sociales de la Sociedad, para quedar como sigue: ... ... 1.4 Se aprueba la reforma a la cláusula Vigésima Cuarta de los estatutos sociales de la Sociedad, para quedar como sigue: ... ... 2.5 Se aprueba la designación de los señores Horacio Alamilla Medina y José Luis Valera Muñoz, como integrantes del Consejo de Vigilancia de la Sociedad.- 2.6 Con base en lo anterior, el Consejo de Gerentes y el Consejo de Vigilancia de la Sociedad, queda integrado, a partir de esta fecha y en forma respectiva, de la siguiente forma: .- CONSEJO DE GERENTES.- MIEMBRO PROPIETARIO.- MIEMBROS.- CARGO.- SUPLENTES.- Santiago León Aveleyra.- PRESIDENTE.- Fabio Massimo Covarrubias Piffer.- Francisco José Flores Meléndez.- CONSEJERO.- Eduardo Zayas Dueñas.-*




33

*CONSEJERO.- Julio Alejandro Belmont -Oscar Jesús Saitz Zazueta Garibay.- CONSEJERO.- Rodrigo Núñez*

*Sarrapy.- SECRETARIO NO.- MIEMBRO DEL CONSEJO.- CONSEJO DE VIGILANCIA.- MIEMBRO*

*PROPIETARIO.- CARGO.- Horacio Alamilla Medina.- CONSEJERO.- José Luis Valera Muñoz.... CONSEJERO.-*

*TERCERA.- Revocación y otorgamiento de poderes..... 3.2 Se resuelve otorgar en favor de los señores FABIO*

*MASSIMO COVARRUBIAS PIFFER Y EDUARDO ZAYAS DUEÑAS, los siguientes poderes y facultades: I.PARA*

*SER EJERCIDOS EN FORMA INDIVIDUAL: a) PODER GENERAL PARA PLEITOS Y COBRANZAS.- De*

*conformidad con el primer párrafo del Artículo Dos Mil Quinientos Cincuenta y Cuatro del Código Civil para el*

*Distrito Federal y de sus correlativos de todos y cada uno de los Códigos Civiles de los demás Estados de los*

*Estados Unidos Mexicanos, con todas las facultades generales e incluyendo aquellos poderes que requieran* 

*cláusula especial de acuerdo a la Ley, entre las que de una manera enunciativa pero no limitativa se citan las*

*siguientes: Ejercitar toda clase de derechos y acciones ante cualquier autoridad de la Federación, de los Estados,*

*del Distrito Federal y de los Municipios, ya sea en jurisdicción voluntaria, contenciosa o mixta y se trate de*

*autoridades civiles, judiciales, administrativas o bien del trabajo, sean éstas Juntas de Conciliación o Tribunales de*

*Arbitraje, locales o federales; contestar demandas, oponer excepciones y reconvenciones; someterse a cualquier*

*jurisdicción; articular y absolver posiciones; recusar magistrados, jueces, secretarios, peritos y demás personas*

*recusables en derecho; comprometer en árbitros; transigir; recibir pagos; desistirse de lo principal, de sus*

*incidentes, de cualquier recurso y del amparo, el que podrá promover cuantas veces lo estime conveniente; rendir*

*toda clase de pruebas; reconocer firmas y documentos, objetar éstos y redargüirlos de falsos; asistir a juntas,*

*diligencias y almonedas; hacer posturas, pujas y mejoras y obtener para la Sociedad adjudicación de toda clase de*

*bienes; formular acusaciones, denuncias y querellas; otorgar el perdón y constituirse en parte en causas criminales*

*o coadyuvante del Ministerio Público, causas en la cuales podrá ejercitar las más amplias facultades que el caso*

*requiera. Asimismo, podrá representar a la Sociedad en los términos de los artículos once, cuarenta seis, cuarenta*

*y siente, ciento treinta y cuatro, tres romano, quinientos veintitrés, seiscientos noventa y dos, fracciones primera,*

*segunda y tercera, setecientos ochenta y seis, ochocientos setenta y tres, ochocientos setenta y cuatro, ochocientos*

*setenta y seis, ochocientos ochenta y tres, ochocientos ochenta y cuatro y demás relativos de la Ley Federal del*

*Trabajo. En ningún caso se entenderá conferida la facultad para hacer cesión de bienes o de derechos a nombre de*

*la Sociedad, b) PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN.- De conformidad con lo establecido en*

*el segundo párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y*

*sus correlativos de los Códigos Civiles de los Estados de los Estados Unidos Mexicanos.- C) PODER GENERAL*

*PARA PLEITOS Y COBRANZAS Y PARA ACTOS DE ADMINISTRACIÓN EN MATERIA LABORAL.- De*

*conformidad con los primeros párrafos del artículo 2,554 (dos mil quinientos cincuenta y cuatro) del Código Civil*

*para el Distrito Federal y disposiciones correlativas de las legislaciones de las demás entidades federativas así*

*como el Código Civil Federal, con todas las facultades generales y especiales que requieran cláusula especial de*

*conformidad con el artículo 2,587 (dos mil quinientos ochenta y siete) del Código Civil para el Distrito Federal y*

*disposiciones correlativas de las legislaciones de las demás entidades federativas así como el Código Civil Federal,*

*entre las que de una manera enunciativa, pero no limitativa, se citan las siguientes: ser representantes legales de la*

*Sociedad, teniendo incluso la representación laboral de la misma, pudiendo ejercer toda clase de derechos y*

*acciones ante cualesquiera autoridades de la federación, de los estados, del Distrito Federal y de los municipios, ya*

34

sea en jurisdicción voluntaria, contenciosa o mixta y se trate de autoridades civiles, penales, mercantiles,

judiciales, fiscales, administrativas o bien del trabajo o de cualquier otro tipo que pudiera haber, sean éstas juntas

de conciliación o tribunales de arbitraje, locales y federales; contestar demandas, oponer excepciones y

reconvenciones; someterse a cualquier jurisdicción; articular y absolver posiciones; recusar magistrados, jueces,

secretarios, peritos y demás personas recusables en derecho; desistirse de lo principal, de sus incidentes, de

cualquier recurso y del amparo, el que podrán promover cuantas veces lo estimen conveniente; rendir toda clase de

pruebas; reconocer firmas y documentos y objetar éstos; asistir a juntas, diligencias y almonedas; hacer posturas,

pujas y mejoras y obtener para la sociedad mandante adjudicación de toda clase de bienes y, por cualquier título,

hacer cesión de derechos y bienes; comprometer en árbitros; formular acusaciones, denuncias y querellas; otorgar

el perdón y constituirse en parte en causas criminales o coadyuvante del ministerio público, causas en las cuales

podrán ejercer las más amplias facultades que el caso requiera.- El apoderado tendrá facultades para representar

legalmente a la Sociedad teniendo incluso la representación patronal de la misma en los términos de los artículos

11 (once), 46 (cuarenta y seis), 47 (cuarenta y siete), 134 (ciento treinta y cuatro) fracción III, 523 (quinientos

veintitrés), 692 (seiscientos noventa y dos) fracciones I, II y III, 786 (setecientos ochenta y seis), 787 (setecientos

ochenta y siete),873 (ochocientos setenta y tres), 874 (ochocientos setenta y cuatro), 876 (ochocientos setenta y

seis), 880 (ochocientos ochenta), 883 (ochocientos ochenta y tres), 884 (ochocientos ochenta y cuatro) y demás

relativos de la Ley Federal del Trabajo. Los representantes legales patronales y apoderados generales podrán, de

manera enunciativa y no limitativa, actuar ante o frente al o los sindicatos con los cuales existen celebrados

contratos colectivos de trabajo y para todos los efectos de conflictos colectivos; podrán actuar ante o frente a los

trabajadores personalmente considerados y para todos los efectos de conflictos individuales; en general para todos

los asuntos obrero patronales y para ejercitarse ante cualesquiera de las autoridades del trabajo y servicios

sociales a que se refiere el artículo 523 (quinientos veintitrés) de la Ley Federal del Trabajo; podrán asimismo

comparecer ante las juntas de conciliación y arbitraje, ya sean locales o federales; en consecuencia, llevarán la

representación patronal para efectos del artículo 11 (once), 46 (cuarenta y seis) y 47 (cuarenta y siete) de dicha ley,

y también la representación legal de la empresa para los efectos de acreditar la personalidad y la capacidad en

juicio o fuera de ellos, en los términos del artículo 692 (seiscientos noventa y dos) fracciones II y III de dicha ley;

podrán comparecer al deshago de la prueba confesional, en los términos de los artículos 787 (setecientos ochenta y

siete) y 788 (setecientos ochenta y ocho) de la Ley Federal del Trabajo, con facultades para articular y absolver

posiciones y desahogar la prueba confesional en todas sus partes; podrán señalar domicilios convencionales para

recibir notificaciones, en los términos del artículo 876 (ochocientos setenta y seis) de dicha ley; podrán comparecer

con toda la representación legal bastante y suficiente, para acudir a la audiencia a que se refiere el artículo 873

(ochocientos setenta y tres) de la Ley Federal del Trabajo en sus tres fases de conciliación, de demanda y

excepciones y de ofrecimiento y admisión de pruebas, en los términos de los artículos 875 (ochocientos setenta y

cinco), 876 (ochocientos setenta y seis) fracciones I y VI, 877 (ochocientos setenta y siete), 878 (ochocientos setenta

y ocho) 879 (ochocientos setenta y nueve) y 880 (ochocientos ochenta) de la Ley Federal del Trabajo; también

podrán acudir a la audiencia de desahogo de pruebas, en los términos de los artículos 873 (ochocientos setenta y

tres) y 874 (ochocientos setenta y cuatro) de la misma ley; asimismo se les confieren facultades para proponer

arreglos conciliatorios, celebrar transacciones, tomar toda clase de decisiones, negociar y suscribir convenios



35

*laborales; al mismo tiempo podrán actuar como representantes de la empresa en su calidad de administradores,*

*respecto y para toda clase de juicios o procedimientos de trabajo que se tramiten ante cualesquiera autoridades.*

*Podrán celebrar contratos de trabajo y rescindirlos y para tales efectos, los mandatarios gozarán de todas las*

*facultades de MANDATARIOS GENERALES PARA PLEITOS Y COBRANZAS Y ACTOS DE ADMINISTRACIÓN,*

*en la forma que ha quedado descrito y en los términos de los dos primeros párrafos del artículo 2,554 (dos mil*

*quinientos cincuenta y cuatro) y del artículo 2,587 (dos mil quinientos ochenta y siete) del Código Civil Federal.- II.*

*PARA SER EJERCIDOS EN FORMA MANCOMUNADA POR LOS SEÑORES FABIO MASSIMO COVARRUBIAS*

*PIFFER, COMO FIRMA "A" Y POR EL SEÑOR EDUARDO ZAYAS DUEÑAS, COMO FIRMA "B": a) PODER*

*GENERAL PARA ACTOS DE DOMINIO.- Los apoderados tendrán todas las facultades de dueño, tanto en lo*

*relativo a los bienes de la poderdante como para hacer toda clase de gestiones a fin de defenderlos, en los términos*

*del tercer párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil Federal y su correlativo de los*

*Códigos Civiles para los Estados de la República.- b) PODER GENERAL PARA OTORGAR Y SUSCRIBIR TODA*

*CLASE DE TÍTULOS DE CRÉDITO.- En los términos del Artículo Noveno de la Ley General de Títulos y*

*Operaciones de Crédito, pero únicamente para ser ejercido en forma mancomunada, en caso de tratarse de*

*operaciones no incluidas dentro del plan de negocios o presupuesto anual de la Sociedad, aprobado por el Consejo*

*de Gerentes para el ejercicio social de que se trate, o de operaciones que se encuentren fuera del curso normal de*

*las operaciones de la sociedad y que en lo individual o conjuntamente(incluyendo una sucesión de actos vinculados*

*o conexos entre sí por cualquier razón, entre otros por identidad entre las partes contratantes), superen un importe*

*de USD$25,000.00 (veinticinco mil dólares 00/100, Moneda de Curso Legal de los Estados Unidos de América).*

*Fuera del supuesto anterior, este poder podrá ser ejercido en forma individual. c) PODER ESPECIAL.- Para*

*otorgar avales en nombre de la Sociedad.- d) PODER ESPECIAL.- Para constituir a la sociedad como fiadora,*

*obligada solidaria, o en cualquier forma garantizar las obligaciones a cargo de la sociedad o de terceros, personas*

*físicas o morales en forma onerosa o gratuita pudiendo aceptar o constituir garantías reales o personales.- III.*

*PARA SER EJERCITADO EN FORMA INDIVIDUAL, POR EL SEÑOR FABIO MASSIMO COVARRUBIAS*

*PIFFER, COMO FIRMA "A": a) PODER ESPECIAL.- Para abrir y cancelar cuentas bancarias a nombre de la*

*Sociedad así como para hacer depósitos y girar contra ellas y designar personas que giren en contra de las*

*mismas.- Lo anterior en el entendido que, en caso de tratarse de operaciones no incluidas dentro del plan de*

*negocios o presupuesto anual de la Sociedad, aprobado por el Consejo de Gerentes para el ejercicio social de que*

*se trate,' o de operaciones que se encuentren fuera del curso normal de las operaciones de la sociedad y que en lo*

*individual o conjuntamente (incluyendo sucesión de actos vinculados o conexos entre sí por cualquier razón, entre*

*otros por identidad entre las partes contratantes), superen un importe de USD$25,000.00 (veinticinco mil dólares*

*00/100, Moneda de Curso Legal de los Estados Unidos de América), la firma del apoderado mencionado deberá*

*concurrir con la firma de un Apoderado con Firma "B". .... CLAUSULAS.- PRIMERA.- Queda protocolizado el*

*Documento de Resoluciones Unánimes tomadas fuera de Asamblea por los Socios de "SERVICIOS*

*ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,*

*transcrito en el antecedente segundo de esta escritura, para que surta todos sus efectos legales. - SEGUNDA.-*

*Queda formalizada la reforma de las cláusulas vigésima, vigésima primera, vigésima segunda y vigésima cuarta de*

*los estatutos sociales de "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD*



36

*LIMITADA DE CAPITAL VARIABLE, para en lo sucesivo quedar redactados conforme a las resoluciones*

*transcritas en el antecedente tercero de esta escritura, mismos que son del tenor literal siguiente: .- "...VIGÉSIMA.-*

*La administración de la sociedad será encomendad a un Consejo de Gerentes, integrado por 4 (cuatro) miembros,*

*los cuales podrán o no ser socios de la Sociedad. Los miembros del Consejo de Gerentes serán designados por*

*periodos de un año a partir de la fecha de su nombramiento o ratificación, según sea el caso, y podrán ser reelectos*

*por periodos sucesivos y continuar en sus respectivos encargos hasta que sus sucesores entren en funciones, en el*

*entendido que el cargo de consejero tendrá una duración indefinida, hasta que la asamblea de socios determine lo*

*contrario, pero en todo caso deberán permanecer en sus respectivos encargos, hasta que sus sucesores entren en*

*funciones.- 1.2 Se la reforma a la cláusula Vigésima Primera de los estatutos sociales de la Sociedad, para quedar*

*redactada, a partir de esta fecha en los términos siguientes: .- "VIGESIMA PRIMERA.- El Presidente del Consejo*

*de Gerentes será electo por la Asamblea de Socios. Asimismo, el Consejo de Gerentes de la Sociedad podrá*

*designar a un secretario, quien deberá ser independiente a los socios de la Sociedad y a sus consejeros,, y quien no*

*será miembro del Consejo de Gerentes- El secretario deberá cumplir, respecto de los Socios, los Consejeros de la*

*Sociedad y esta última, con los requisitos de independencia establecidos por el artículo 26 de la Ley del Mercado*

*de Valores (o el que lo sustituya de tiempo en tiempo durante la vigencia de la Sociedad), y por lo tanto no formará*

*parte del Consejo de Gerentes, ni tendrá derecho de voto, quedando en consecuencia sus funciones limitadas a: (i)*

*asistir a la Asamblea de Socios y a las sesiones del Consejo de Gerentes con el fin de levantar el acta respectiva;*

*(ii) preparar y mantener el Libro de Actas de Asambleas de Socios, el Libro de sesiones del Consejo de Gerentes, el*

*Libro de Registro de Socios y el Libro de Variaciones de Capital y de las transmisiones de dichas partes sociales*

*y/o de los aumentos o disminuciones que se realicen respecto del capital social de la Sociedad, de ser el caso; (iii)*

*emitir certificados relacionados con dichos registros corporativos; y (iv) convocar a las asambleas de socios y/o a*

*las sesiones del consejo de gerentes de la Sociedad, de así considerarlo oportuno." .- 1.3 Se aprueba la reforma a la*

*cláusula Vigésima Segunda de los estatutos sociales de la Sociedad, para quedar como sigue: .- "VIGÉSIMA*

*SEGUNDA.- El Consejo de Gerentes se reunirá cuando menos 4 (cuatro) veces por año, cuando sea convocado por*

*su Presidente, el Secretario de la Sociedad o cualesquiera dos de sus miembros, mediante convocatoria notificada*

*por escrito a cada uno de los miembros del Consejo de Gerentes, incluyendo suplentes, y entregada mediante*

*servicio de mensajería internacional reconocido, con acuse de recibo, cuando menos cinco días antes de la fecha de*

*la reunión o bien, mediante correo electrónico con acuse de recibo. No se necesitará convocatoria previa cuando*

*todos los miembros del consejo de Gerentes estén presentes en la reunión. Las convocatorias deberán indicar la*

*fecha, hora y lugar de la reunión respectiva, y se deberán incluir a la misma, además, el Orden del Día, la*

*información y los documentos que se discutirán durante la reunión, y deberá estar firmada por la(s) parte (s) que*

*convoque(n) a la reunión." .- 1.4 Se aprueba la reforma a la cláusula Vigésima Cuarta de los estatutos sociales de*

*la Sociedad, para quedar como sigue: .- "VIGÉSIMA CUARTA.- Para que las sesiones del Consejo de Gerentes se*

*consideren legalmente instaladas en virtud de primera o ulterior convocatoria será necesaria la presencia de, por*

*lo menos, 3 (tres) de los miembros propietarios o sus respectivos suplentes, si se hubieren designado, y los acuerdos*

*deberán adoptarse por el voto de la mayoría de los miembros del Consejo de Gerentes presentes en la sesión, sean*

*éstos propietarios o suplentes. Lo anterior con excepción de los asuntos que se enlistan a continuación los cuales*

*serán considerados como un "asunto fundamental" para los cuales se requerirá la presencia en primera o en*



37

*ulteriores convocatorias, de la totalidad de los miembros del Consejo de Gerentes de la sociedad y un voto*

*unánime: .- (a) Modificación a los estatutos de la Sociedad o a los documentos de constitución o estatutos de*

*cualquiera de las Afiliadas de la Sociedad.- (b) Incremento o disminución del capital social registrado de la*

*Sociedad y la expedición de unidades, partes sociales o acciones que representen dicho capital social, ya sea con*

*derechos de voto, sin derecho de voto o con derechos limitados; siempre y cuando cualquier incremento al capital*

*social no tenga un efecto de dilución entre los socios de la Sociedad. Cualquier disminución de capital deberá*

*hacerse bajo el principio de pari-passu para mantener y conservar los porcentajes de participación entre los Socios*

*en las mismas proporciones.- (c) La terminación, liquidación o disolución de la Sociedad o de cualquiera de sus* 

*afiliadas.- (d) Prenda, hipoteca o cualquier gravamen real que verse sobre los activos materiales de la Sociedad o*

*cualquiera de sus afiliadas para financiar o por otras razones; y/o prenda, gravamen o transmisión por cualquier*

*medio de las partes sociales representativas del capital social de la Sociedad o que representen el capital social de*

*cualquiera de sus afiliadas (o de los derechos de la misma). (e) Fusión, consolidación o escisión con cualquier otra*

*entidad o reorganización de la Sociedad o cualquiera de sus afiliadas, división de la Sociedad o cambio en la*

*estructura corporativa de la Sociedad o de cualquiera de sus afiliadas.- (f) Cualquier ajuste al porcentaje de*

*participación de cada socio en la Sociedad y en cualquiera de sus afiliadas.- (g) La suscripción por parte de la*

*Sociedad o por parte de cualquiera de sus Afiliadas de una sociedad, joint venture u otros acuerdos de coinversión*

*o de distribución de ganancias con un tercero; y/o la aceptación o admisión de socios adicionales a la Sociedad o a*

*sus Afiliadas, directamente o indirectamente. (h) Tomar en préstamo o prestar garantías de cualquier naturaleza a*

*un tercero por la Sociedad o por cualquiera de sus Afiliadas, excepto por préstamos intercompañía, y/o (ii) por los*

*préstamos y financiamientos aprobados por el plan de negocios y/o el presupuesto anual de la Sociedad aprobado*

*en forma unánime por el Consejo de Gerentes. - (i) El plan de negocios anual de la Sociedad y/o el presupuesto*

*anual y cualquier modificación y derivaciones de los mismos.- (j) La designación y remoción de los auditores*

*externos para la auditoria de los estados financieros de la Sociedad o de cualquiera de sus afiliadas y la fijación de*

*sus compensaciones y honorarios.- (k) Planes para el reparto de dividendos o plantes para absorber pérdidas por*

*cada año fiscal diferente a aquellos aprobados en el plan de negocios anual y/o el presupuesto anual o la*

*modificación de las políticas de reparto de dividendos de la Sociedad o de sus afiliadas.- (l) Cualquier transacción*

*o serie de transacciones, incluyendo sin limitar, la adquisición, disposición, gravamen, garantía y/o venta de los*

*activos materiales e inversiones de la Sociedad o en cualquiera de sus afiliadas, que no estén previstas en el plan de*

*negocios anual y/o el presupuesto anual por el año en el que tales transacciones  tengan lugar, o tales*

*transacciones son diferentes en vigor  o en sustancia a aquellas expresadas en el plan de negocios anual o el*

*presupuesto anual y el valor agregado de cada transacción o series de transacciones exceda USD$150,000.00*

*(ciento cincuenta mil dólares 00/100, moneda de curso legal en los Estados Unidos de América) o su equivalente en*

*otras monedas.- (m) El otorgamiento de poderes por la Sociedad o cualquiera de sus afiliadas y el ejercicio y*

*ejecución de cualesquiera actos de las mismas para actos de dominio o para la suscripción de títulos de crédito o*

*valores de cualquier naturaleza (o para avalarlos o aceptarlos), hasta el punto en que dichos actos tengan un valor*

*individual o conjunto en un solo acto o sucesión de actos de USD$25,000.00 (veinticinco mil dólares 00/100,*

*moneda de curso legal en los Estados Unidos de América) o más, excepto por (i) la suscripción de títulos de crédito*

*en el curso ordinario del negocio de la Sociedad o de sus afiliadas, y (ii) para los actos aprobados en el plan de*

38

negocios o en el presupuesto anual en cuyos casos tales poderes podrán ser ejercitados individualmente por un representante A o un representante B, indistintamente.- (n) La modificación a cualquier préstamo intercompañía y/o los pagarés que los documenten.- (o) La modificación a la Concesión, expedida en favor de la Sociedad con fecha 17 de junio de 2016 por la Secretaría de Movilidad de la Ciudad de México para la sustitución, instalación y mantenimiento de taxímetros, con geo-localización de transporte público individual de pasajeros en la Ciudad de México, así como el desarrollo, operación y explotación de una aplicación móvil para la contratación remota de viajes de taxi; así como su terminación, suspensión, cesión, gravamen, renuncia, rescisión o abandono por cualquier medio.- (p) La aceptación, otorgamiento, modificación o renuncia de cualquier concesión, permiso temporal o autorización administrativa del cual sea titular (o llegue a ser titular) la Sociedad.- (q) La aprobación del paquete de compensaciones de los funcionarios de la Sociedad y/o la contratación por parte de la Sociedad c de sus Afiliadas, de cualquier empleo, servicios o acuerdos similares son "Personas con una compensación anual superior a USD$250,000.00 (doscientas cincuenta mil dólares 00/100, moneda de curso legal en los Estados Unidos de América) y el otorgamiento de cualquier compensación o beneficios excepto para aquellos actos aprobados en el Plan de Negocios anual o el Presupuesto Anual.- (r) La ejecución de cualquier acuerdo, acto u operación por la Sociedad o sus afiliadas con una parte relacionada, a la Sociedad o a sus socios directos o indirectos (incluyendo mandantes), o a cualquier director, todos los cuales deberán estar bajo condiciones de mercado.- (s) La quiebra, insolvencia y reorganización (incluyendo el concurso mercantil) o la presentación de peticiones en ese sentido, por la Sociedad o , cualquiera de sus Afiliadas.- (t) La incorporación por la Sociedad o sus Afiliadas de cualquier afiliada directa o indirecta o vehículo de inversión o vehículo con personalidad jurídica o no, y/o la apertura o prosecución por la Sociedad o por cualquiera de sus Afiliadas de una nueva línea de negocio o inversión no prevista en el plan de negocios anual y/o en el presupuesto anual.- (u) El ejercicio de cualesquiera derechos de voto o corporativos expedidos por las afiliadas y la designación de cualquier apoderado o representante autorizado para votar y aprobar cualquiera de los actos y/o asuntos descritos en los párrafos (a) a (s) de las presentes por cada una de las afiliadas, de ser el caso... ... YO EL NOTARIO CERTIFICO:.- I.- Que a mi juicio el compareciente tiene capacidad legal para el otorgamiento de este acto y que me aseguré de su identidad conforme a la relación que agrego al apéndice  de esa escritura con la letra "B"... ....IX.- Que leída y explicada esta escritura al compareciente y advertido de las penas en que incurren quienes declaran falsamente, habiéndome identificado plenamente como notario, manifestó su conformidad con ella, así como su plena comprensión y la firmó el día veintidós de diciembre de diciembre del año en curso, mismo momento en que la autorizo definitivamente.- Doy fe .- Firma del señor Cesar Octavio Cantoral Cárdenas.- Roberto Garzón Jiménez.- Firma...



ROBERTO GARZON JIMENEZ, TITULAR DE LA NOTARIA NUMERO DOSCIENTOS CUARENTA Y DOS DE LA CIUDAD DE MEXICO, ACTUANDO COMO ASOCIADO EN EL PROTOCOLO DE LA NOTARIA NUMERO DOSCIENTOS VEINTINUEVE, DE LA QUE ES TITULAR EL LICENCIADO MARCO ANTONIO RUIZ AGUIRRE.- EXPIDO SEGUNDO TESTIMONIO SEGUNDO EN SU ORDEN PARA CONSTANCIA DE "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, EN CUARENTA Y CUATRO PÁGINAS.- CIUDAD DE MEXICO, A VEINTIDÓS DE DICIEMBRE DE DOS MIL DIECISIETE.- DOY FE.- ASA/psm*.-1 UNA FIRMA ILEGIBLE.- 1 UN SELLO DE AUTORIZAR. ". ------



-----La escritura pública de referencia se encuentra registrada en Registro Público de Comercio de la Ciudad de

México, en el folio mercantil número N-2017018986 letra "ENE", guión, dos, cero, uno, siete, cero, uno, ocho, nueve, ocho, seis, ---------------------------------------------------------------------------------------------------

-----El suscrito notario doy fe que lo antes inserto concuerda fielmente con su original, el cual tuve a la vista, del cual agrego copia al Libro de Documentos del Protocolo a mi cargo.-------------------------------------------------------------

--------------------------------------------------INSERTOS:----------------------------------------------------

-----ARTÍCULO 2,554 DOS MIL QUINIENTOS CINCUENTA Y CUATRO DEL CÓDIGO CIVIL FEDERAL:-------------------------------------------------------------------------------------------------------------------

----- *"En todos los poderes generales para pleitos y cobranzas bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna.*----------------------------------------------------------------------------------------

-----*En los poderes generales para administrar bienes, bastará expresar que se dan con ese carácter para que el apoderado tenga toda clase de facultades administrativas.*--------------------------------------------------------------

-----*En los poderes generales, para ejercer actos de dominio, bastará que se den con ese carácter para que el apoderado tenga todas las facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones, a fin de defenderlos.* -----------------------------------------------------------------------------------------

-----*Cuando se quisieren limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones, o los poderes serán especiales.* --------------------------------------------------------

-----*Los notarios insertarán este artículo en los testimonios de los poderes que otorguen".*--------------------------------

-----ARTÍCULOS APLICABLES DEL CÓDIGO CIVIL DEL ESTADO DE JALISCO:-----------------------------

-----*"ARTICULO 2,206.- Son mandatos generales: I.- Poder judicial; II.- Poder para administrar bienes; y III.- Poder para ejercer actos de dominio".* ---------------------------------------------------------------------------------

-----*"ARTICULO 2,207.- En los poderes generales judiciales, bastará decir que se otorgan en ese carácter, para que el apoderado pueda representar al poderdante en todo negocio de jurisdicción voluntaria, mixta y contenciosa, desde su principio hasta su fin; siempre que no se trate de actos que conforme a las leyes requieran poder especial, en tal caso se consignarán detalladamente las facultades que se confieran con su carácter de especialidad.* -----------

----- *"Este tipo de poderes sólo podrá otorgarse a personas que tengan el título de Abogado, Licenciado en derecho o a quien no tenga ese carácter se encuentre asesorado necesariamente por profesionales del derecho, quién deberá de suscribir y actuar conjuntamente con el apoderado, en todos los trámites judiciales.- En los poderes generales para administrar bienes, bastará decir que se otorgan con tal carácter para que el apoderado tenga toda clase de facultades administrativas.- En los poderes generales para ejercer actos de dominio será suficiente que se exprese que se confieren con ese carácter, a efecto de que el apoderado tenga las facultades de propietario, en lo relativo a los bienes como en su defensa".* ------------------------------------------------------------------------

-----*"ARTICULO 2,214.- Ningún poder se otorgará por una duración mayor a 5 cinco años, salvo que antes de que se cumpla ese tiempo, el mandante lo revoque.- Cuando durante la vigencia del poder, se hubiere iniciado un negocio cuya duración trascienda el término de la vigencia, se entenderán prorrogadas las facultades, hasta su conclusión, quedando comprendida la de intentar el Juicio de Amparo.* -------------------------------------------------------

-----------------------------------------------FE NOTARIAL:---------------------------------------------

----Yo, el Notario, certifico y doy fe:------------------------------------------------------------------------------------



-------------------------------- **CERTIFICACIÓN**: ---------------------------

----Que los insertos que contiene ésta escritura concuerdan fielmente con sus documentos originales de donde los

compulsé. ------------------------------------------------------------------------------------------------------

------------------------------ **CAPACIDAD:**------------------------

------**a).-** Que conceptúo al compareciente con capacidad legal, para contratar y obligarse, quien a pesar de ser de mi

conocimiento, y de conformidad con las leyes respectivas, procuré su identificación a través del documento oficial

que me exhibe, que es pasaporte expedido por la Secretaria de Relaciones Exteriores con los números E14391769

letra "E", uno, cuatro, tres, nueve, uno, siete, seis, nueve, del cual agrego copia que doy fe concuerdan fielmente

con su original al Apéndice del Libro de Documentos del Protocolo de la Notaria a mi cargo, bajo el número que se

insertará en la nota correspondiente. ---------------------------------------------------------------------------

------**b).-** Que hice saber al compareciente que esta Notaría a mi cargo está comprometida con la protección de sus

datos personales, al ser responsable de su uso, manejo y confidencialidad; y, al respecto previamente a que me los

proporcionará, le di el aviso de privacidad mediante el cual me identifiqué con el compareciente en mi calidad de

Notario Público, proporcionándole el domicilio de mi oficio notarial ubicado en Avenida de las Américas número

1,500 mil quinientos, Piso 14 catorce, en la Colonia Country Club del Municipio de Guadalajara, Jalisco, Código

Postal 44610 cuatro, cuatro, seis, uno, cero, teléfonos 39-15-94-75 tres, nueve, guión, uno, cinco, guión, nueve,

cuatro, guión, siete, cinco, 39-15-94-76 tres, nueve, guión, uno, cinco, guión, nueve, cuatro, guión, siete, seis y 39-

15-94-77 tres, nueve, guión, uno, cinco, guión, nueve, cuatro, guión, siete, siete, correo electrónico

**protecciondedatospersonales@gorm.com.mx**, y por el que le informé:--------------------------------------

------**b.1).-** Que sus datos personales se le solicitan en cumplimiento a disposiciones expresas de la Ley del Notariado

del Estado de Jalisco y demás ordenamientos legales que atañen a la función notarial, se usan para confirmar su

identidad, entender y atender sus necesidades de carácter legal, otorgar seguridad y certeza jurídica a los hechos,

actos y negocios jurídicos que celebran mediante este instrumento público, redactar este instrumento, llevar a cabo

gestiones administrativas y fiscales de apoyo a las autoridades competentes, brindarles asesoría y plasmar su

voluntad en este instrumento en el marco de la Ley del Notariado del Estado de Jalisco, cumplir con los requisitos

legales aplicables y verificar la información que me proporciona.------------------------------------------------

------**b.2).-.-** Que para prestarle el servicio que me solicita requerí sus datos que obran en esta escritura. ----------------

------**b.3).-** Que de forma eventual, sus datos personales se comparten para el cumplimiento de requerimientos

legales o la atención de una orden fundada y motivada de las autoridades competentes en ejercicio de mis funciones

de notificación, vigilancia y fiscalización, concretamente, según sea el caso con el Registro Público de la Propiedad

y de Comercio del Estado de Jalisco, Direcciones de Catastro y Tesorerías Municipales, Servicio de Administración

Tributaria, Dirección del Archivo de Instrumentos Públicos, así como otras autoridades judiciales y administrativas

locales o federales en el marco de la legislación mexicana.-----------------------------------------------------

------**b.4).-** Que el compareciente por la presente acusa recibo el precitado aviso de privacidad y realizan todas las

manifestaciones contenidas en esta escritura, bajo protesta de decir verdad conforme a lo dispuesto por el artículo

130 (ciento treinta) de la Constitución General de la República, y advertido en los términos de Ley. --------------------

------**b.5).-** Que, solicité al compareciente información acerca de si tiene conocimiento de la existencia del dueño

beneficiario y, en su caso, exhiba documentación oficial que permita identificarlo, si ésta obrare en su poder; y, que



41

me declara que, salvo el mismo, no existe otro dueño beneficiario. ------------------------------------------

-----b.6).- Que el compareciente declara bajo protesta de conducirse con verdad, que los recursos con que constituye

la sociedad, tienen **procedencia lícita.**------------------------------------------------------------------------------

----c).- Que hice saber al otorgante la obligación que se tiene de solicitar la inscripción de la sociedad constituida en

el Registro Federal de Contribuyentes, así como la necesidad que tiene de comprobar al Notario que actúa dentro del

mes siguiente a la firma de esta escritura, que ha presentado tal solicitud, previniéndole que en caso contrario deberé

informar de dicha omisión a la Secretaría de Hacienda y Crédito Público, dentro del mes siguiente a la autorización

de esta escritura. -----------------------------------------------------------------------------------------------------------

-----d).- Que asimismo hice saber al otorgante que conforme a lo dispuesto por el Código Fiscal de la Federación, en

su artículo 11 (once), fracción I uno, el ejercicio fiscal de la sociedad constituida debe coincidir con el año del

calendario, y que en caso de que la sociedad inicie sus actividades con posterioridad al día 1 primero de enero del

año en curso, el presente ejercicio fiscal será irregular, debiendo iniciarse el día en que comience actividades y

terminarse el día 31 treinta y uno de diciembre del mismo año.----------------------------------------------------------

----e).- Que el suscrito Notario, advirtió al otorgante que le compruebe dentro del mes siguiente a la firma de la

presente escritura, que han presentado el aviso respectivo, en el Registro Estatal de Contribuyentes, de la persona

jurídica que en este acto constituye, y que en caso contrario deberé de informar de dicha omisión a la Secretaría de

Planeación, Administración y Finanzas dentro del mes siguiente a la autorización de la escritura.------------------------

-----f) Que igualmente hice saber al otorgante la obligación que existe de inscribir la presente escritura en el

Registro Público de Comercio a cargo del Registro Público de la Propiedad de Monterrey, Nuevo León.---------------

-----g).- Que en cumplimiento a lo ordenado por el artículo 27 (veintisiete) del Código Fiscal de la Federación,

solicité al compareciente la exhibición de la Cédula de Identificación Fiscal de los socios, exhibiendo en este acto la

correspondiente a **"SERVICIOS DIGITALES LUSAD" SOCIEDAD DE RESPONSABILIDAD LIMITADA**

**DE CAPITAL VARIABLE**, de la cual se desprende que le corresponde el Registro Federal de Contribuyentes

SDL1510159S5 letra "ESE", letra "DE", letra "ELE", uno, cinco, uno, cero, uno, cinco, nueve, letra "ESE", cinco, y

**"SERVICIOS ADMINISTRATIVOS LUSAD" SOCIEDAD DE RESPONSABILIDAD LIMITADA DE**

**CAPITAL VARIABLE.**, de la cual se desprende que le corresponde el Registro Federal de Contribuyentes

SAL170208UW2 letra "ESE", letra "A", letra "ELE", uno, siete, cero, dos, cero, ocho, letra "U", letra "DOBLE U",

dos, . ---------------------------------------------------------------------------------------------------------------------------

-----h).- Que el compareciente expresa ser :--------------------------------------------------------------------------------

-----El señor **FABIO MASSIMO COVARRUBIAS PIFFER**  casado, empresario, nacido en Roma, Italia, el día

26 veintiséis de marzo de 1958 mil novecientos cincuenta y ocho, mexicano por naturalización según documento

que exhibe y del que obra agregada copia al libro de Documentos del Protocolo de la notaría a mi cargo en términos

de la escritura pública número 467 cuatrocientos sesenta y siete, con domicilio en Montes Urales 455 cuatrocientos

cincuenta y cinco, piso 7 siete, de la Colonia Lomas de Chapultepec I primera sección, Delegación Miguel Hidalgo,

México, Distrito Federal, teléfono 5517212400 cinco, cinco, uno, siete, dos, uno, dos, cuatro, cero, cero, correo

electrónico fabiocovarrubias@gmail.com  y de paso en esta ciudad, con Registro Federal de Contribuyentes

COPF580326D24 letra "CE", letra "O", letra "PE", letra "EFE", cinco, ocho, cero, tres, dos, seis, letra "DE", dos,

cuatro, Clave Única de Registro de Población COPF580326HDFVFB07 letra "CE", letra "O", letra "PE", letra



"EFE", cinco, ocho, cero, tres, dos, seis, letra "HACHE", letra "DE", letra "EFE", letra "VE", letra "EFE", letra "BE", cero, siete. ------------------------------------------------------------------------------------------------------

-----Leí la presente escritura al compareciente, le advierto su alcance, consecuencias y la necesidad de su registro, se manifiesta conforme con su contenido, lo ratifica y termina de firmar ante mí a las: 10:00 diez horas del día 14 catorce de febrero de 2019 dos mil diecinueve.- Doy fe. -------------------------------------------------------------------------

-----Firmado: 1 una firma ilegible.- **FABIO MASSIMO COVARRUBIAS PIFFER** en su carácter de Apoderado "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE y de "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE.- R. RAMOS M.- Rúbrica. - LICENCIADO RODOLFO RAMOS MENCHACA. - El sello de autorizar del Notario." ------------------------------------------------------------------

----- EL LICENCIADO RODOLFO RAMOS MENCHACA, NOTARIO PUBLICO TITULAR NUMERO 117 CIENTO DIECISIETE DE ESTA MUNICIPALIDAD, ------------------------------------------------------------------------

------------------------------------- C E R T I F I C A: ------------------------

----- QUE LA PRESENTE COPIA ES TRASUNTO FIEL DE SU MATRIZ QUE TUVE A LA VISTA Y QUE OBRA ASENTADA EN EL FOLIO 161325 CIENTO SESENTA Y UNO MIL TRESCIENTOS VEINTICINCO AL 161346 CIENTO SESENTA Y UNO MIL TRESCIENTOS CUARENTA Y SEIS, LIBRO 7 SIETE, DEL TOMO LXXXI OCTOGÉSIMO PRIMERO, DEL PROTOCOLO A MI CARGO, EXPIDO LA PRESENTE PREVIO COTEJO Y CORRECCIÓN, PARA Y A SOLICITUD DE **FABIO MASSIMO COVARRUBIAS PIFFER**, PARA LOS FINES QUE LE CONVENGAN Y VA EN 22 VEINTIDÓS HOJAS ÚTILES ESCRITAS POR AMBOS LADOS CON EXCEPCIÓN DE LA ÚLTIMA ESCRITA SOLO POR EL ANVERSO.- "ESTA CERTIFICACIÓN NO RELEVA A SU TENEDOR DE LA OBLIGACIÓN QUE TUVIERE DE JUSTIFICAR LA LICITUD Y VALIDEZ DEL DOCUMENTO MATERIA DE LA COMPULSA".- DOY FE. ----- GUADALAJARA, JALISCO, A 14 CATORCE DEL MES DE FEBRERO DEL AÑO 2019 DOS MIL DIECINUEVE . --------------------------------------------------------------------------------------------------



--- NUMBER: 14420 FOURTEEN THOUSAND FOUR HUNDRED TWENTY.---------------------------

--- VOLUME: EIGHTY FIRST LXXXI.----------------------------------------------------------------

--- BOOK: 7 SEVEN. ------------------------------------------------------------ —------ ------------------

--- In the city of Guadalajara, Jalisco, Mexico, on January 31 of the year two thousand nineteen, before me, Licenciado RODOLFO RAMOS MENCHACA, Notary Public Holder of Number 117 one hundred and seventeen, of this Municipality, Mr. FABIO MASSIMO COVARRUBIAS PIFFER appears in his capacity as Attorney's in Fact of "SERVICIOS DIGITALES LUSAD", VARIABLE CAPITAL LIMITED LIABILITY COMPANY and "SERVICIOS ADMINISTRATIVOS LUSAD", VARIABLE CAPITAL LIMITED LIABILITY COMPANY. ----------------------------------------

- — He states that he appears to organize the FORMATION of a LIMITED LIABILITY COMPANY OF VARIABLE CAPITAL formalized in this Deed, in accordance with the following Company's Articles of Association:------------------------------------------------------------------------------------      —

------------------------------------------ CHAPTER 1:-------------------------------------------------------

-------------------------------------------FORMATION:------------------------------------------------------

— NAME. DOMICILE. PURPOSE AND TERM OF DURATION. --------------------------------------------

--- ARTICLE 1. The name of the Company shall be Libre Nuevo León, which must always be followed by the words Sociedad de Responsabilidad Limitada de Capital Variable or its abbreviation S. de R.L. de C.V. -----------------------------------------------------------------------------

....ARTICLE 2. The purpose of the Company shall be:  --------------------------------------------------

--- (a) The purchase, sale, import, export and in general marketing on its own account or by third parties, whether in national territory or abroad, of any kind of goods within the trade.-----------

--- (b) The acquisition, utilization, use, and/or disposition, under any title, on its own account or by third parties, whether in national territory or abroad, of any kind of movable or immovable property, as well as personal and/or real rights that may be necessary or recommended for the furtherance of the aforementioned business purpose. ---------------------------------------------------

--- (c) The presentation and/or contracting of any kind of advisory, supervisory, administrative, technical services, of its own account or of third parties related to its business purpose. -------------

--- (d) Act as representative, proxy, agent, mediator, intermediary, distributor, administrator and, in general, carry out any of the above activities on behalf of itself or of third parties. ------------------

--- (e) Organize, incorporate, and acquire or dispose of parties or interest in any kind of business or local entities.-------------------------------------------------------------------------------------

--- (f) Establish, lease, operate and own plants, workshops, warehouses, facilities, offices and agencies within and without Mexico.

....(g) Act as commissioner and mediator and accept the performance of business representation of all kinds. -----------------------------------------------------------------------------------

--- (h) Grant guarantees in any manner permitted by law, in relation to obligations undertaken by the Company or by companies in which the Company holds the majority of shares or share interest or by third parties in general. ----------------------------------------------------------------------

--- (i) Enter into, directly or through third parties, the sale and lease of rights derived from trust operations, even if these activities are carried out within or without the Mexican Republic.-----------

--- (j) Obtain all types of loans and financing by granting specific guarantees, issue bonds, securities certificates and promissory notes, accept, rotate, endorse, or endorse all kinds of credit instruments and other documents that protect credit rights and grant guarantees or guarantees of any kind, in respect of the obligations assumed or securities issued or accepted by companies of which the Company holds the majority of shares or share interest or by third parties in general. -------------------------------------------------------------------------------------

--- (k) Provide credit, financing and/or payment facilities of commercial type with respect to their collection rights to their clients, subsidiaries, affiliates or other commercial companies, agreeing on the applicable guarantees and interest.-------------------------------------------------------------------

--- (J) Promote the obtaining of financial resources from all kinds of credit institutions, both collateralized loans and capital investment loans provided by the Federal, State, Municipal, Regional and other public or private institutions at the national or international level. -----------------

--- (m) Representation as commission agent, as intermediary, factor, mediator or representative in the Mexican Republic or abroad of industrial or commercial or service companies, whether domestic or foreign. --------------------------------------------------------------------------------------------

--- (n) Patenting inventions, registering trademarks, industrial design models, copyright, notices and special names as well as requesting authorizations for the use of names of origin, exploiting their own or conferred rights in respect of all of the above, or negotiating with all kinds of intellectual property rights, and copyrights; receive or grant licenses, sub licenses, franchises, sub franchises or authorizations in general for the use and exploitation of any intellectual, industrial or copyright rights. ------------------------------------------------------------------

 ... (o) Participate in all kinds of tenders or tenders called by federal, state or municipal authorities. --------------------------------------------------------------------------------------------------------

--- (p) Acquire, operate, dispose, transfer, lease, sublease, assign concessions granted by federal, state or municipal authorities of Mexico or any of its federal entities, license, sub license, franchise or sub franchise, import, export, grant, acquire, exploit or assign for any legal title the use, enjoyment, disposition or in general to the exploitation of all kinds of movable or immovable property, intellectual, industrial or copyright property. --------------------------------------------

--- (q) The operation, use and administration of applications, computer platforms and technology in general, related, among others, to the control, geolocation and remote contracting through fixed or mobile devices, the private transport service under the mode of driver, or the public transport service under the mode of "taxi" by third parties, and the operation of database platforms for such purposes; as well as obtaining 'any registration, authorization or permit related to the foregoing in terms of the applicable legal provisions. ----------------------------------------

--- (r) Enter into all kinds of contracts, agreements or agreements with the Federal Government, with State and Municipal Governments, with Foreign Governments, with public and private entities, natural and legal persons, both national and foreign. --------------------------------------------

--- (s) Celebrate and/or carry out all kinds of acts (including acts of domains, and/or civil, commercial contracts, and any other kind necessary to the fulfillment of the purpose of the Company. --------------------------------------------------------------------------------------------

--- (t) In general, provide financial solutions and business advice to third parties to generate sustainable growth opportunities to achieve a certain wealth stability.-----------------------------------

... The purpose of the Company shall have no limits other than those specified by the laws and international treaties. -

--- ARTICLE 3. The term of duration of the Company shall be 99 ninety nine years from the date of execution of this document.-----------------------------------------------------------------------------

... ARTICLE 4. The registered office of the Company is the City of Monterrey, Nuevo León, United Mexican States. The Company may establish offices, agencies, branches and address for service of notices anywhere in the United Mexican States or abroad without it being considered as a change of the corporate domicile. -------------------------------------------------------

... CHAPTER TWO-----------------------------------------------------------------------------------------------

-------------- COMPANY CAPITAL AND SHARE INTEREST ...

ARTICLE 5. The company capital shall be variable. The minimum fixed company capital without withdrawal rights of the Company shall be the amount of $10,000.00 M.N. (Ten Thousand Pesos 00/100 National Currency). The variable company capital of the Company shall be unlimited.-------------------------------------------------------------------------------------------------------

--- ARTICLE 6. The capital of the Company shall be divided into as many parts of the company as there are members in the Company. Members' Interest may be subscribed and acquired by natural or legal persons, whether national or foreign. Interest representing the company's capital shall confer on their owners the same rights and obligations. Notwithstanding the foregoing, each member may have more than one interest in the event that the Company issues, by resolution of the Meeting of Members, different types or categories of interest that grant their owners different rights, in accordance with applicable legal provisions. Those interest shall represent the participation of the members in the  capital of the Company. Members shall be liable only up to the amount of their respective share interest in the capital of the Company. — —

ARTICLE 7. Increases or decreases to the minimum fixed or variable capital of the Company, as well as the division or amortization of the Company's share interest, shall be discussed and resolved exclusively by a General Meeting of Partners. Such General Meetings of Partners shall be legally called and held pursuant to a first or subsequent call if 51% (fifty-one percent) of the Company's capital is represented therein and their resolutions shall be valid only when they are adopted by a majority vote of the members present or represented in it.----------------------------

--- Members of the Company shall have the right of preference to subscribe the shares representing the increases to the minimum fixed or variable share capital of the Company, in proportion to their respective shares * in the share capital of the Company. It will always be subject to the provisions of the second paragraph of Article 7 (2) of the General Companies Law.

---Increases or decreases to the minimum fixed capital of the Company shall always require the amendment of the Company's Articles of Association. Increases or decreases in the Company's variable capital shall not require such amendment.-------------------------------------------------------------

---Decreases of the minimum fixed or variable capital of the Company shall be carried out

3

as follows: ------------------------------------------------------------------------------------------

--- (a) the General Meeting of Members shall determine the conditions for carrying out the proposed decrease in order to calculate, on a pro rata basis, the members contributions and the date of repayment of the corresponding interest; and------------------------------------------------------

--- (b) in the event that members withdraw all or part of their respective ownership in the variable capital of the Company, the provisions of Articles 220 (two hundred twenty) and 221 (two hundred twenty-one) of the General Companies Law shall apply.-------------------------------------

--- ARTICLE 8. The General Meeting of Members shall not decide on increases to the fixed minimum capital or variable capital unless the interest of the Company members relating to increases prior to the capital have been paid in full. -----------------------------------------------------------

... ARTICLE 9. All increases or decreases to the minimum fixed  capital or variable capital of the Company shall be recorded in the Book of Registry of Capital Changes referred to in Article 219 (two hundred and nineteen) of the General Companies Law. In addition, the Company shall keep a Special Membership Book, which shall include the name, nationality, address, where applicable, the password of the Federal Register of Taxpayers of the members and the number and value of ownership of each of the members representing the capital of the Company, as well as the registration of any transfer of interest in accordance with the provisions of Article 12 of these Articles of Association. The entries in the Book of Capital Variations and the Special Book of Members shall be signed by the Secretary or Assistant Secretary of the Company, if any, the Manager or the person appointed by the Board of Managers of the Company, as appropriate. -------------------------------------------------------------------------------------------------

--- ARTICLE 10. The Company shall only consider as members those who are registered in the Special Membership Book. The Secretary or Assistant Secretary of the Company, if any, the Manager or the person appointed by the Board of Managers of the Company, as appropriate, may issue certified copies of the respective entries.--------------------------------------------------------------

--- The Company may issue Certificates of Interest, which shall contain: -----------------

--- (a) name, nationality and address of the member concerned;----------------------------

--- (b) company name, registered office and term of duration of the Company; ---------

--- c) date of organization of the Company, amendments to the Articles of Association and details of registration in the Public Register of Commerce of its registered office;-----------------------

... (d) the amount of the company capital and the value of members' interest concerned;  -----------

... (e) the amount of the share that has been paid by the respective member or a statement to the effect that the share has been fully paid; and ----------------------------------------------------------

--- (f) a summary of the main rights and obligations of the members, as well as the specific rights corresponding to the type or category of the members' interest, and the limitations on voting rights. ------------------------------------------------------------------------------------------------

--- The Certificates of Participation shall be signed by the Manager, two members of the Board of Managers, the Secretary or Assistant Secretary of the Company or by the person appointed by the Board of Managers of the Company. —

--- By definition of law, Certificates of Participation are not credit instruments, and may not be used to convey the character and rights of the members of the Company.---------------------------------

-ARTICLE 11. Notwithstanding any other provision to the contrary contained in these Articles of Association, the transfer of interest in favor of other members of the Company or third parties shall only be valid by virtue of ordinary assignment, either for its total value or in multiples of $1.00 (One Peso 00/100 National Currency), with the prior approval of the majority of the members of the Company under the terms of Article 65 (sixty-five) of the General Companies Law. The members of the Company shall at all times have the right to both acquire the interest that are being transferred. Those members shall exercise their right within 15 (fifteen) calendar days following the date on which the members of the Company have approved the transfer of relevant interest.-------------------------------------------------------------------------------------------------------

-----ARTICLE 12. Transmissions of parts of the Company shall always be in the Special Members' Book. The Secretary of the Company or the Assistant Secretary of the Company, if any, the Manager or the President signed by the Board of Managers of the Company, as appropriate, shall record in that Book all transfer of interest, but in no case shall they make such entries if they have no evidence that rights granted to the Members of the Company has been observed in accordance with the provisions of Article 11 above and Article *66* (sixty-six) of the General Companies Law.

---------------------------------------------CHAPTER THREE-------------------------------------------

-..................................................GENERAL MEETINGS OF MEMBERS-------------------------

-----ARTICLE 13. The highest body of the Company shall be the Regular and Special Meeting of Members. The General Meeting of Members shall have the broadest powers and authority to determine and ratify all kinds of acts and operations of the Company, but in any case a General Meeting of Members shall be called  and held to discuss, as necessary, the matters referred to in Article 78 (seventy-eight) of the General Companies Law. Resolutions adopted by the General Meeting of Members shall be implemented by the person or persons appointed by the respective General Meeting of Members. Such resolutions shall be binding on all members, including those who have been absent from the relevant General Meetings of Members or who have voted against such resolutions. -------------------------------------------------------------------------------

-----General Meetings of Members shall be considered validly called and held under the first or  subsequent call if 51% (fifty-one percent) of the Company capital is represented therein and its resolutions shall be valid only when adopted by a majority of votes of the members present

or represented therein, except for matters specifically specified in these Articles of Association. -------------------------------------------------------------------------------------------

----- All amendments to these Articles of Association shall be discussed and decided by a General Meeting of Members, which shall be validly convened and held by virtue of first or subsequent convocation if 75% (seventy-five percent) of the shares representing the capital of the Company are represented in the and its decisions shall be valid only when adopted by the vote of the members present or represented representing 75% (seventy-five percent) of the Company's legal entity, except in the case of the modification of the company's business object and/or rules determining an increase in the obligations of the members, in which case the General Meeting of Members shall be validly convened and held by virtue of first or subsequent call if 100% (one hundred percent) of the shares representing the share capital of the Company is represented therein and its resolutions shall be valid only when adopted by vote of present or represented members representing 100% (one hundred percent) of the Company's share capital. — -----------------------------------------------------------------------------------------------------

--- ARTICLE 14. Members of the Company shall always have the right to participate in the General Meetings of Members, and are entitled to 1 (one) vote per each $1.00 (One Peso 00/100 National Currency) represented by their respective members´ interest. To be admitted to the General Meetings of Members, they shall be registered in the Special Membership Book. Members may appear in person or may be represented by one or more proxies. Representation in the General Meetings of Members may be accredited by means of General or Special Power of Attorney or by means of a simple Letter of Authorization granted before two witnesses. -------------------------------------------------------------------------------------------------------

--- In pursuance with Article 82 (eighty-two) of the General Companies Law, members may take decisions without having to hold General Meetings of Members. In such case, resolutions shall be adopted in writing, by the unanimous vote of all the members of the Company, who shall send their vote to the registered office by certified mail with acknowledgment of receipt, postage paid in advance or by specialized courier. For all legal purposes to which there may be, the resolutions thus adopted shall be equally valid to those adopted at a General Meeting of Members. Such decisions shall be transcribed in the Minutes Book of the Company Meetings, and the Secretary or Assistant Secretary of the Society, if any, or the person appointed for such

purpose in the document, shall certify that the transcript is a true copy of its original.------------------

--- ARTICLE 15. The General Meetings of Members shall be held at the registered office of the Company in accordance with the provisions of the corresponding call, when convened by the Manager or Board of Managers, as appropriate, or by the Secretary or Assistant Secretary of the Company, if any, the Company's Controller or by any member of the Company. ------------------

--- Calls for the General Meeting of Members shall be signed by the person or persons who make them and shall specify the place, day and time of the General Meeting of Members, as well as the Matters for Discussion. The call shall specify whether the General Meeting of Members is held pursuant to first or subsequent call. Calls shall be made by means of the call system enabled by the Ministry of Economy, and may be made by sending at least 15 (fifteen) days prior to the date of the Meeting to each of the members of the Company registered in the Special Members Book, by facsimile confirmed in writing sent by registered mail with acknowledgement of receipt, prepaid delivery or by specialized courier, to the registered address of the members with the Company.-------------------------------------------------------------

--- There shall be no need for call when all the members of the Company are present or represented at the corresponding General Meeting of Members, or in the case of the continuation of a legally called and held General Meeting of Members, provided that when such Meeting has been adjourned, the place, day and the time of its continuation has been set.----------

ARTICLE 16. The General Meetings of Members shall be chaired by the Manager or by the Chairman of the Board of Managers of the Company, as appropriate, or in their absence, by the person appointed by the respective General Meeting of Members. The person acting as Secretary or Assistant Secretary of the Company, if any, or the person appointed by the respective General Meeting of Members shall act as Secretary at the General Meetings of Members. ---------------------------------------------------------------------------------------------------

Minutes shall be prepared for all the General Meeting of Members that are held, including those that are not held due to lack of quorum and shall be recorded in the corresponding Minutes of Meetings Company Book. The minutes of the General Meeting of Members shall be signed by those who have acted as President and Secretary, as well as by members present or represented who wish to do so. A copy of the calls, the documents that have been submitted for the consideration of the Meeting in question, an Attendance List duly signed by the members present or represented therein shall be attached to the file opened of each General Meeting of Members held, as appropriate, as well as the Powers of Attorney or Letters of Authorization that accredit the representation of the members in them. If for any reason the Minutes of a General Meeting of Members cannot not be transcribed in the Minutes of the Company Book, said Minutes shall be notarized before a Notary Public. --------------------------------------------------------

CHAPTER 4------------------------------------------------------------------------------------------------------

-MANAGEMENT ----------------------------------------------------------------------------------------------------

--- ARTICLE 17. The Management of the Company shall be entrusted to 1 (one) or more Owner Managers appointed by the General Meeting of Members. In the event that 2 (two) or more Owners are appointed, they shall always act jointly, constituting the Board of Managers of the Company. A corresponding number of Alternate Managers may be appointed to replace the Owner Managers in the event of their absence or incapacity. The Manager or the persons forming the Board of Managers, as appropriate, Owners or Alternates, shall hold their positions as decided by the General Meeting of Members that appointed them, may be reelected as many times as deemed appropriate and shall continue in the performance of their duties until their successors, as appropriate, have been appointed and have taken office. --------------------------

--- The Board of Managers or the General Meeting of Members, as appropriate, shall appoint a Chairman of the Board of Managers. The General Meeting of Members or the Manager or the Board of Managers, as appropriate, may appoint a Secretary and an Assistant Secretary of the Company, who may not be the Manager but does not require membership of the Board of Managers, if applicable. An Alternate Secretary may also be appointed. --------------------------------

....The General Meeting of Members, the Manager or the Board of Managers, as appropriate, may appoint one or more officers of the Company, who shall be conferred powers and

authorizations that are necessary or desirable within the scope of powers and limitations as may be, as appropriate, in the terms of these Articles of Association, to manage the Company in everyday affairs. The powers granted to such officers shall be limited to not performing acts or taking decisions that are exclusively reserved to the General Meeting of Members, the Manager or the Board of Managers, as appropriate, or in accordance with the provisions of these Articles of Association. Such officers shall hold their office indefinitely until they resign or their powers and authorizations are revoked by the General Meeting of Members or by the Board of Managers.  ----------------------------------------------------------------------------------------------------

--- ARTICLE 18. The remuneration of the Manager or Members of the Board of Managers of the Company, Owners or Alternates, as appropriate, shall be fixed by the General Meeting of Members appointing them. The remuneration of Company officers shall be fixed by the person who appoints them, where appropriate.-------------------------------------------------------------------------

--- ARTICLE 19. Meetings of the Board of Managers shall be held when called by any member of the Board or by the Secretary or Assistant Secretary of the Company, if

7

any. Calls shall be signed by the person making them and shall specify the place, day and time of the relevant Board of Managers Session, as well as the Agenda. Calls shall be sent by facsimile, confirmed in writing sent by registered mail with acknowledgement of receipt, prepaid delivery or specialized courier, to each of the members of the Board of Managers, Owners or Alternates, at least 15 (fifteen) calendar days prior to the date of celebration of the corresponding Session of the Board of Managers, to the facsimile numbers and addresses that the members of the Board of Managers of the Company have registered with it. ----------------------

--- There will be no need for call when: (i) all members of the Board of Managers, Owners or Alternates are present, provided that the members present agree on the Agenda of the corresponding Board Session; and (ii) the members of the Board of Managers adopt resolutions of the Board by telephone or facsimile, confirmed in writing sent by registered mail and with acknowledgement of receipt, delivery paid in advance or by specialized courier, to the Company address. For all legal effects that may take place, resolutions thus adopted shall be equally valid to those adopted at a Meeting of the Board of Managers,  and the documents containing said resolutions shall be transcribed in the Book of Minutes of the Board of Managers of the Company, and the Secretary or Assistant Secretary of the Company, if any, or the person appointed for such purpose in said document, shall certify that the transcript is a true copy of its original.--------------------------------------------------------------------------------------------

--- ARTICLE 20. Meetings of the Board of Managers, if any, shall be chaired by its Chairman and, in his absence, by the person appointed by the Board of Managers. The Secretary or Assistant Secretary of the Company, if any, shall act as Secretary in any Assembly of Managers and, in his absence, the person appointed by the Board of Managers shall act as Secretary. -------  —

--- The Chairman of the Board of Managers, or the persons appointed to do so, shall execute the decisions adopted by the Board of Managers. ----------------------------------------------------------------

--- ARTICLE 21. In order for the Board of Managers to meet validly by virtue of first or subsequent call, at least a majority of its members, owners or alternates shall always be present. In order for the agreements or resolutions adopted at a Board of Managers to be valid, they must be adopted by the favorable vote of a majority of the managers, owners or alternates, who have attended the session in question. In the event of a tie, the President shall have a quality vote.----------------------------------------------------------------------------------------------

--- ARTICLE 22. Minutes of all meetings of the Board of Managers that are held, including those that are not held due to lack of a quorum, should be prepared and recorded in the Book of Minutes of the Board of Managers that is opened for this purpose. The Minutes of the Meetings of the Board of Directors shall be signed by the persons who appear to them.--------------

--- ARTICLE 23. The Company Manager or Board of Managers, as appropriate, shall have the following powers and authorizations: -------------------------------------------------------------------------------

--- (a) General Power of Attorney for Litigation and Collection, in accordance with the provisions of the first paragraph of Article 2554 (two thousand five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every one of the Civil Codes of the federal entities of the United Mexican States, with all the general powers and in accordance with the Act, among which, without limitation, are the

following: Exercise all kinds of rights and actions in the name and representation of the Company before any authorities of the Federation, the States, the Federal District and the Municipalities, whether in voluntary, contentious or mixed jurisdiction and whether civil, judicial, administrative, fiscal or labor authorities, whether these Boards of Conciliation or Arbitration Courts, Local or Federal; answer claims, file all legal exceptions and counterclaims; submit to any jurisdiction; pose and answer interrogatories; challenge magistrates, judges, secretaries, experts and other persons that may be challenged in law; dismiss the principal, their incidents, any appeal and the appeal for legal protection, which they may promote as many times as they deem appropriate; produce all kinds of evidence; recognize signatures and documents, challenge them and challenging them as false; attend meetings, proceedings and hearings; make proposals, bids and improvements; and obtain for the Mandatory Company the award of all kinds of property and, by any means, assignment of rights, file charges, civil and criminal complaints; grant pardon and be part of criminal cases or aiding the Public Prosecutor, cases in which they may exercise the broadest powers that the case requires. The Manager or Board of Managers, as applicable, may also represent the Company for the purposes of Articles 11 (eleven), 46 (forty-six), 47 (forty-seven), 134 (one hundred thirty-four) third paragraph, 523 (five hundred twenty-three), 692 (six hundred ninety-two) paragraph I, II and III, 786 (seven hundred and eighty-six), 873 (eight hundred seventy-three), 874 (eight hundred seventy-four), 876 (eight hundred seventy-six), 878 (eight hundred seventy-eight), 880 (eight hundred eighty), 883 (eight hundred eighty-three), 884 (eight hundred eighty-four) and other applicable articles of the Federal Labor Law;----------------------------------------------------------------------------------------------------------(b) General Power for Acts of Management, in accordance with the provisions of the second paragraph of Article 2554 (two thousand five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every one of the Civil Codes of the federal entities of the United Mexican States, with powers to carry out all transactions inherent in the purpose of the Company, including, without limitation,   entering into contracts of lease, sublease, gratuitous bailment, credit, construction, services and any other kind;----------------------------(c) General Power for Acts of Ownership, in accordance with the provisions of the third paragraph of Article 2554 (two thousand five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every one of the Civil Codes of the states of the

United Mexican States, with all the powers of owner, between those which, without limitation, are to enter into all kinds of contracts and perform any acts, even if they involve disposal or encumbrance of movable or immovable property of the Company; ----------------------------------------

..........(d) Power to grant, subscribe, accept, issue, endorse and guarantee all types of negotiable instrument on behalf of the Company, in accordance with Article 9 of the General Law on Credits and Transactions;

-------- (e) Power to open, manage and cancel bank and investment accounts, as well as to make deposits and withdraw funds against them and appoint other natural or legal persons to withdraw funds against them; *and* --------------------------------------------------------------------------

---------(f) Power to grant and revoke general and special powers, with or without substitution powers, within the scope of the powers and authorizations conferred by these Articles of Association.---------------------------------------------------------------------------------------------

-------- In the event that the Company is managed by a sole Manager, such Manager shall not have the power to exercise the power of ownership referred to in subparagraph (c) above, unless such power is specifically granted by Members at the General Meeting of Partners. ---------9

------------------------------------------ CHAPTER 5---------------------------------------------------

------------------------------------- SUPERVISION OF THE COMPANY -------------------------

---ARTICLE 24. If the General Meeting of Members deems it appropriate, the supervision of the Company's operations shall be entrusted to 1 (one) or more Supervisor, who shall form the Supervisory Board. The Supervisor or the members of the Supervisory Board of the Company may or may not be members of the Company. The Supervisor or the members of the Supervisory Board of the Company shall perform their duties as determined by the General Meeting of Members which appoints them, may be re-elected as many times as deemed appropriate and shall continue in the performance of their duties until their successors have been appointed

and have taken office. -------------------------------------------   ------------------------------------

------------------------------------------- CHAPTER SIX-----------------------------------------------

--------------------------- ADDITIONAL OBLIGATIONS OF THE MEMBERS -----------------

---ARTICLE 25. Company Members shall have no obligation to make additional contributions to or provide services to the Company, unless otherwise agreed by the General Meeting of Members in

accordance with Article 70 (seventy) of the General Companies Law.-------------------------------------
---

-------------------------------------------CHAPTER SEVEN-------------------------------------------

-------------------------FISCAL YEAR. FINANCIAL STATEMENTS. --------------------------

-------------------------------------- PROFITS AND LOSSES-------------- ----------------------

_— ARTICLE 26. The Company's Fiscal Year shall never exceed 12 (twelve) months and shall run
according to the calendar year, or as required by applicable Mexican laws. -----------------------------

---ARTICLE 27. Within 3 (three) months of the end of each fiscal year, the financial statements for
such fiscal year shall be prepared under the responsibility of the Manager or the Board of
Managers, as appropriate for submission to the General Meeting of Members that shall discuss,
approve or modify them in the terms of Article 78 (seventy-eight) of the General Companies Law. At
the discretion of the General Meeting of Members or as required by the applicable law, a firm of
external auditors may be requested to conduct an annual audit of the Company's Financial
Statements and Profit and Loss Statement. -------------------------------------------------------------------

— ARTICLE 28. Net Profits resulting from the Company's Financial Statements, once they have
been approved by the General Meeting of Members, shall be allocated as follows: -------------------

---(a) at least 5% (five percent) shall be separated in order to constitute the legal reserve fund, until
such fund reaches 20% (twenty percent) of the Company's capital, as provided for in Article 20
(twenty) of the General Companies Law; and -------------------------------------------------------------------

---b) the remaining profits, less the separate amounts to create special reserves and/or approved
reinvestments, if any, shall be distributed among the members of the Company in proportion to their
respective interest in the Company's capital contributions or as decided by the General Meeting of
Members. --------------------------------------------------------------------------------------------------------------

---ARTICLE 29. In the event of losses, they will be covered by the Company's reserves and if there
are no reserves, members shall bear them in proportion to their respective interest in the Company
capital
and whose liability shall be limited up to the amount of their contributions in the Company capital.
--------------------------------------------------------------------------------------------------
CHAPTER EIGHT -------------------------------------------------------------------------------------------------------
------------------------------DISSOLUTION AND LIQUIDATION OF THE COMPANY----------
-------ARTICLE 30.  The Company shall be dissolved upon the occurrence of any of the events
referred to in Article 229 (two hundred and twenty-nine) of the General Companies Law. The

Company shall at all times have at least 2 (two) members in order to comply with the General Companies Law.---------------------------------------------------------------------------------------------------------

-------The General Meeting of Members that meets to discuss and decide on the dissolution of the Company shall be deemed validly called and held by virtue of first or subsequent call if 100% (one hundred percent) of the interest representing the capital of the Company are represented therein and decisions shall be valid only when they are adopted by the favorable vote of the members present or represented by proxy, representing 100% (one hundred percent) of the Company's capital. ----------------------------------------------------------------------------------------------------------

--ARTICLE 31. Upon dissolution of the Company, it shall be liquidated. The General Meeting of Members shall determine the rules, terms and conditions under which the liquidation of the Company shall be carried out. In the event that the General Meeting of Members approving the dissolution of the Company does not determine such rules, terms and conditions, the liquidation of the Company shall be carried out in accordance with the applicable provisions of the General Companies Law. However, the debts of the Company shall be paid prior to the distribution of the corresponding settlement fees. In any event, the General Meeting of Members shall appoint 1 (one) or more liquidators specifying their powers and authorizations, remuneration, the period for carrying out the liquidation and the setting of general bases for fulfilling their obligations.-----------------------

— — ARTICLE 32. During the liquidation period, the General Meetings of Members shall be held in accordance with the provisions of the General Companies Law and these Articles of Association. The liquidator(s) shall assume the functions of the Manager or Board of Managers, as appropriate, during the normal existence of the Company, with the special requirements imposed by the liquidation. The Supervisor or the Supervisory Board of the Company, if any, shall continue in the performance of his or her duties and shall maintain an identical relationship with the Company's Manager or Board of Managers. -------------------------------------------------------------------------------------

-------ARTICLE 33. Until the appointment of the liquidator(s) has been registered in the Public Registry of Commerce of the Company's domicile, the Manager or the Board of Managers, as appropriate, shall continue in office, but in no case will they initiate new operations of the Company.

----------------- -----------------  ---------- CHAPTER 9------------------------------------------------------------------

-------------------------------------------GENERAL PROVISIONS ----------------------------------------------------

-------ARTICLE 34. The competent courts of the State of Nuevo León, United Mexican States, shall

be the only courts with jurisdiction to construe and enforce these Articles of Association. The Members, the Manager or the members of the Board of Managers, as appropriate, the Officers and the Auditor or the members of the Company's Supervisory Board, as applicable, shall be subject to the jurisdiction of

said courts to resolve any dispute arising between them and the Company; because of this, they waive the jurisdiction of the courts that may correspond to them due to their present or future domiciles or for any other reason. -------------------------------------------------------------------------------

--- ARTICLE 35. The Company is Mexican. Any foreign person who, in the act of incorporation or at any subsequent time, purchases an interest or participation in the Company, shall be considered by that single act as Mexican with regard to said interest or share interest, as well as in relation to the goods, rights, concessions, share interests or interests that the Company may purchase or the rights and obligations arising from agreements entered into by the Company and, therefore, agrees on not invoking the protection of its Government under the penalty, in case of failure to comply with its agreement, of losing such interest or share interest to the benefit of the Mexican Nation. --------

--- ARTICLE 36. Whenever a matter is not included in these Articles of Association, the General Corporations Law shall govern. -------------------------------------------------------------------------

-------------------------------------- TRANSITIONAL PROVISIONS -------------------------------------------

--- FIRST. The minimum capital stock of the Company, i.e., the amount of $10,000.00 (Ten Thousand Pesos 00/100 National Currency), is fully subscribed and paid in cash by its Members as follows:

| MEMBERS | INTERESTS | AMOUNT |
|---|---|---|
| Servicios Digitales Lusad, Sociedad de Responsabilidad Limitada de Capital Variable. | 1 | $ 9,999.00 |
| Servicios Administrativos Lusad, Sociedad de Responsabilidad Limitada de Capital Variable. | 1 | $ 1,00 |
| TOTAL: | 2 | $ 10,000.00 |

--- SECOND. The Members, constituted in a General Meeting of Members, by unanimous vote adopt the following Resolutions: -------------------------------------------------------------------------------

--- "1. The administration of the Company shall be entrusted to a Board of Managers, which shall be composed as follows:

BOARD OF MANAGERS: --------------------------------------------------------------------------------

FABIO MASSIMO COVARRUBIAS PIFFER --------------------------------------------------------------------

JULIO ALBERTO BELMONT GARIBAY". -------------------------------------------------------------------

... "2. Mr. RODRIGO NUÑEZ SARRAPY is appointed as the Secretary, not a member of the Board of Directors of the Company ".-------------------------------------------------------------------------------------------

--- "3. Mr. HORACIO ALAMILLA MEDINA, with Federal Register of Taxpayers

AAMH660729BI3 letter "A", letter "A", letter "M", letter "HE", six, six, zero, seven, two, nine, letter "B", letter "I", three, is appointed as Auditor". ----------------------------------------------------------------------

--- "4. A General Power of Attorney is granted in favor of Mr. FABIO MASSIMO COVARRUBIAS PIFFER and Mr. JULIO ALBERTO BELMONT GARIBAY, with Federal Register of Taxpayers COPF580326D24 letter "C", letter "O", letter "P", letter "F", five, eight, zero, three, two, six, letter "D", two, four, and BRGJ-581020 HB4 letter "H", letter "B", for, acting as Managers to be exercised jointly or separately with the following powers:-------------------------------------------------------------------------

--- (a) General Power of Attorney for Litigation and Collections, in accordance with the provisions set forth in the first paragraph of Article 2554 (two thousand, five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every Civil Code of the federal entities of the United Mexican States, with all the general powers and special powers as per the Act, including, but not limited to, the following: to exercise all kinds of rights and actions on behalf of and in representation of the Company before any authority of the Federation, the States, Mexico City and the Municipalities, whether in a voluntary, contentious or mixed jurisdiction and whether it is a civil, judicial, administrative, tax or labor authority, whether these are Conciliation Boards or Arbitration Courts, Local or Federal; to answer to complaints, assert and respond to counterclaims; submit to any jurisdiction; to formulate and answer interrogatories; to challenge justices, judges, secretaries, experts and any other person who may be challenged by Law; to abandon the original suit, the incidental proceedings, any appeal and the Amparo [an action for protection of constitutional rights or guarantees], which may be filed as many times as deemed appropriate; to provide all kinds of evidence; to acknowledge signatures and documents, to object to them and rebut their authenticity; to attend meetings, proceedings and auctions; to bid at auctions, place bids and increase them; and to obtain an award of all kind of goods for the Company granting the power of attorney and, by any legal means, make assignments of rights; to file charges, complaints and criminal complaints; to grant a pardon and to act as a party in criminal cases or as the coadjutor of the Public Prosecutor's Office, in cases in which they may exercise the broadest powers that the case may require. The Manager or the Board of Managers, as appropriate, may also represent the

Company for the purposes of Articles 11 (eleven), 46 (forty-six), 47 (forty-seven), 134 (one hundred and thirty-four) Section III (third), 523 (five hundred and twenty-three), 692 (six hundred and ninety-two) Sections I (first), II (second) and III (third), 786 (seven hundred and eighty-six), 873 (eight hundred and seventy-three), 874 (eight hundred and seventy-four), 876 (eight hundred and seventy-six), 878 (eight hundred and seventy-eight), 880 (eight hundred and eighty), 883 (eight hundred and eighty-three), 884 (eight hundred and eighty-four) and any other article applicable of the Federal Labor Law;-------------------------------------------------------------------------------------- --- --------------------------------------------------------------------------------------------------------------

.... (b) General Power for Acts of Administration, in accordance with the provisions set forth in the second paragraph of Article 2554 (two thousand and five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every Civil Code of the federal entities of the United Mexican States, with powers to carry out all the transactions related to the object of the Company, including, but not limited to, those of entering into lease, sublease, gratuitous loan, credit, works and provision of services agreements and of any other kind;------------------------------

----(c) General Power for Acts of Ownership, in accordance with the provisions set forth in the third paragraph of Article 2554 (two thousand five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every Civil Code of the federal entities of the United Mexican States, with all the powers an owner has, including, but not limited to, those of performing any kind of act, even if they imply the disposition or encumbrance of movable property of the Company;

(d) Power of attorney to grant, execute, accept, issue, check and loan all types of negotiable instruments on behalf of the Company, in accordance with Article 9 (ninth) of the General Law on Negotiable Instruments and Credit Transactions; ----------------------------------------------------------------

----(e) Power of attorney to open, manage and cancel bank and investment accounts, as well as to make deposits and turn against them and designate other natural or legal persons to draw against them; and ----------------------------------------------------------------------------------------------------

----(f) Power of attorney to grant and revoke general and special powers, with or without powers of delegation, within the scope of the powers and authorities granted to them.-----------------------------
----

---THIRD. A General Power of Attorney is granted in favor of Mr. JOSÉ ANTONIO ÁLVAREZ TAMAYO, Mr. HORACIO ALAMILLA MEDINA, Mr. JOSÉ GUILLERMO GARCIA GRANADOS TORRES, Mr. FRANCISCO JOSÉ FLORES MELÉNDEZ and Mr. ALEJANDRO OLVERA MARTÍNEZ, with Federal Registry of Taxpayers AATA570126CI9 letter "A" letter "A", letter "T", letter "A", five, seven, zero, one, two, six, letter "C", letter "I, nine, AAMH660729BI3, letter "A", letter "A", letter "M", letter "H", six, six, zero, seven, two, nine, letter "B", letter "I", three, GATG-540909-F98, letter "G", letter "A", letter "T", letter "G", dash, five, four, zero, nine, zero, nine, dash, letter "F", nine, eight, FOMF611215TR5, letter "F", letter "O", letter "M", letter "F", six, one, one, two, one, five, letter "T", letter "R", five, and OEMA530309F68, letter "O", letter "E", letter "M", letter "A", five, three, zero, three, zero, nine, letter "F", six, eight, respectively, so it is exercised jointly or separately with the following powers: -------------------------------------------------------------------------------------------------------

---(a) General Power of Attorney for Litigation and Collections, in accordance with the provisions set forth in the first paragraph of Article 2554 (two thousand, five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every Civil Code of the federal entities of the United Mexican States, with all the general powers and special powers as per the Act, including, but not limited to, the following: exercise all kinds of rights and actions on behalf of and in representation of the Company before any authority of the Federation, the States, Mexico City and the Municipalities, whether in a voluntary, contentious or mixed jurisdiction and whether it is a civil, judicial, administrative, tax or labor authority, whether these are Conciliation Boards or Arbitration Courts, Local or Federal; to answer to complaints, assert and respond to counterclaims; submit to any jurisdiction; to formulate and answer interrogatories; to challenge justices, judges, secretaries, experts and any other person who may be challenged by Law; to abandon the original suit, the incidental proceedings, any appeal and the Amparo [an action for protection of constitutional rights or guarantees], which may be filed as many times as deemed appropriate; to provide all kinds of evidence; to acknowledge signatures and documents, to object to them and rebut their authenticity; to attend meetings, proceedings and auctions; to bid at auctions, place bids and increase them; and to obtain an award of all kind of goods for the Company granting the power of attorney and, by any legal means, make assignments of rights; to file charges, complaints and criminal complaints; to grant a pardon and to act as a party in criminal cases or as the coadjutor of the Public Prosecutor's Office, in cases in which they may exercise. The Manager or the Board of

Directors, as appropriate, may also represent the Company for the purposes of Articles 11 (eleven), 46 (forty-six), 47 (forty-seven), 134 (one hundred and thirty-four) third, 523 (five hundred and twenty-three), 692 (six hundred and ninety-two) Sections I (first), II (second) and III (third), 786 (seven hundred and eighty-six), 873 (eight hundred and seventy-three), 874 (eight hundred and seventy-four), 876 (eight hundred and seventy-six), 878 (eight hundred and seventy-eight), 880 (eight hundred and eighty), 883 (eight hundred and eighty-three), 884 (eight hundred and eighty-four) and any other article applicable of the Federal Labor Law; ---------------------------------------------

--- (b) General Power of attorney for Acts of Administration, in accordance with the provisions set forth in the second paragraph of Article 2554 (two thousand, five hundred and fifty-four) of the Federal Civil Code and its corresponding articles in each and every Civil Code of the federal entities of the United Mexican States, with the power to carry out all the transactions related to the object of the Company, including, but not limited to lease, sublease, gratuitous loan, credit, works and provision of services agreements and of any other kind. --------------------------------------------------

--- (c) Power of attorney to grant and revoke general and special powers, with or without powers of delegation, within the scope of the powers and authorities granted to them.------------------------------

--- FOURTH. In accordance with Article Twenty-sixth of the Company's Articles of Incorporation, the fiscal years will be from January 1 to December 31 of each year, except for the first year, which will be irregular and be from the date of signing of this Public Deed to December 31 (thirty-first), 2019 (two thousand and nineteen). -------------------------------------------------------------------------------------

--- --------------------------------------------------------------------------------------------------------------------

----------------------PERMISSION BY THE MINISTRY OF ECONOMY:----------------

Permission was requested and obtained, which is identified with number A201812201941080224 letter "A", two, zero, one, eight, one, two, two, zero, one, nine, four, one, zero, eight, zero, two, two, four, which I record by adding it to the Appendix of the Protocol Records Book in the Notary's Office under my charge, under the number which shall be mentioned in the corresponding note, which reads as follows in its relevant section ---------------------------------------------------------------------------------------------------------------------"

*MINISTRY OF ECONOMY - DIRECTORATE GENERAL FOR TRADE REGULATIONS - AUTHORIZATION OF USE OF NAME OR CORPORATE NAME - Unique Document Code (CUD) A201812201941080224.- Resolution.- With regard to the reservation made by RODOLFO null,*

through the System established by the Ministry of Economy to authorize the use of Names or Corporate Names, and based on Articles 15, 16 and 16 A of the Foreign Investment Act; Article 34, Section XII bis of the Organic Law of the Federal Public Administration; Article 69 C bis of the Federal Administrative Procedures Act, Article 23, Sections XXV, XXVII and XXXIII of the Internal Regulations of the Ministry of Economy and Article 17 of the Regulation for the Authorization of Use of Names and Corporate Names, THE AUTHORIZATION TO USE THE FOLLOWING NAME OR CORPORATE NAME IS DECIDED ON: LIBRE NUEVO LEON. The foregoing shall be applicable as from the date and time mentioned in the section of the Electronic Signature below. The terms with initial capital letter contained in this Authorization shall have the meaning attributed to those terms in the Regulations for Authorization of Use of Names and Corporate Names, regardless of whether they are used in plural or singular. In accordance with the provisions set forth in Article 18 of the Regulations for the Authorization of Use of Names and Corporate Names, this Authorization is granted regardless of the kind of the legal entity implied, its legal regime or, where appropriate, the kind of terms it may be subject to. In terms of the provisions set forth in Article 21 of the Regulation for the Authorization of Use of Names and Corporate Names, the Authorized Certified Public Officer or Public Servant or, in the case of cooperative companies, the authority before whom the corresponding Company or Association is established or, where appropriate, before whom the change of its Name or Corporate Name is made, shall verify, prior to the performance of such acts, that the conditions that are applicable in such case and that are indicated in this Authorization and in the aforementioned Regulation are complied with and, in turn, it shall ensure that this Authorization is in force. Contact: Alfonso Reyes No.30, Col. Hipódromo Condesa, Del. Cuauhtémoc, Mexico City, Switchboard: (55) 5729-9100.- MINISTRY OF ECONOMY - DIRECTORATE GENERAL FOR TRADE REGULATIONS - NOTICE OF NECESSARY USE - In accordance with the provisions set forth in Article 24 of the Regulation for the Authorization of Use of Names and Corporate Names, the Authorized Certified Public Officer or Public Servant who has been chosen in accordance with Article 14 of said Regulation, shall give the corresponding Notice of Use through the System and within one hundred and eighty calendar days as from the date of this Authorization, in order to notify the Ministry of Economy that the use of the Authorized Name or Legal Name has started since the Company or Association has been established, or that the change of Name or Corporate Name has been formalized before you. In case the Authorized

Certified Public Officer or Public Servant who has been chosen in accordance with Article 14 of the Regulation for Authorization of Use of Names and Corporate Names does not provide for the Notice of Use in accordance with Article 24 of the said Regulation, it may submit, upon payment of rights, the Notice of Use extemporaneously in any of the offices of the Ministry of Economy, within thirty calendar days from the date on which the period of one hundred eighty calendar days as from the date of this Authorization. The Ministry of Economy shall not reserve the exclusive use of the Name or Corporate Name granted by means of this Authorization, if the Notice of Use is not received within the aforementioned terms, and within the period established in paragraph above. NOTICE OF RELEASE. In the event of a merger or liquidation of the Company or Association, or in the event of a change in its Name or Corporate Name, the Authorized Certified Public Officer or Public Servant before whom such act was formalized, shall provide for, through the System and within a period no longer than thirty calendar days after the date of formalization of the corresponding instrument, a Notice of Release of the Name or Corporate Name. In the case of cooperative companies that are liquidated, extinguished or which changed their Name or Corporate Name before a person other than an Authorized Certified Public Officer, the legal representative of the cooperative company shall request in writing the support of the Ministry of Economy so as to give the corresponding Notice of Release. The aforesaid, based on Article 28 of the Regulation for Authorization of Use of Names or Corporate Names. Contact: Alfonso Reyes No.30, Col. Hipódromo Condesa, Del. Cuauhtémoc, Mexico City, Switchboard: (55) 5729-9100.- DIRECTORATE GENERAL FOR TRADE REGULATIONS - RESPONSIBILITIES - In accordance with the provisions set forth in Article 22 of the Regulation for Authorization of Use of Names and Corporate Names, the companies or associations that use or intend to use a Name or Corporate Name shall have the following obligations: I. Be liable for any damage, harm or detriment that may be caused by the improper or unauthorized use of the Name or Corporate Name granted by this Authorization, in accordance with the Foreign Investment Law and the Regulation for Authorization of Use of Names and Corporate Names, and II. Provide the Ministry of Economy with the information and documentation required in writing or through the System in relation to the use of the Name or Corporate Name granted by this Authorization, at the time of reserving it, for the time it is in use, and after the Notice of Release with regard to it has been provided. The obligations set forth in the sections above must be included in the instrument by which the incorporation of the

Company or Association is formalized or the change of its Name or Corporate Name. This Authorization shall be valid for 180 calendar days as from the date of its issuance, and is granted without prejudice to the provisions set forth in Article 91 of the Industrial Property Law. Electronic signature. Original chain of the public servant issuing the opinion: 6749731RAMR681104DU0 RODOLFO RAMOS MENCHACA THE AUTHORIZATION OF USE OF THE FOLLOWING NAME OR COMPANY NAME IS DECIDED ON: "LIBRE NUEVO

*LEON" DIMC5203I1EJ9 MARIA DEL CARMEN GUADALUPE DIAZ MIRANDA 20-12-2018*

*jc0OTczMSB8IFJBTVl2ODExMDREVTAgfCBST0RPTEZP!FJBTU9TIEIFTkNlQUNBIHwgU0UgUk VTVUVMVk*

*UgQVVUTlJJWkFSIEVMIFVTTyBERSBMQSBTU dVSUVOVEUgREVOT0IJTkFDScOTTiBPIFJB WsOTTiBTTON*

*JQUw6ICJMMUJSRSBOVUVWTyBMRU90IiB8IERJTUMIMj'AzMTFFSjkgfCBNQVJJQSBERURUwgQ OFSTUVOIEd VQURBTFVQRSBESUFaIElJUkFFOREEgfCAyMCOxMiOyMDE4* Signature of the public servant issuing the opinion: *qexY0STmJhqiP4o7/K20FLx5Tts4uWjuEsEXrU7ojOM+9Dp8s/vmsI86LHR4VDuXL6Xon8*

*UD/SSlsw4y4moFjQJ6sRD5hOkJkqitnJbdGOp34NZZi WqraJpzXEXJSrtZiTG4Y+bkJxuRwERzll oQHPcrRhbiululzh6UZseazqUlCWqhZ7KPZh7zBjYozozIdufJHP2vUVGpDE44I6iNctBANf+9PvrbW Rj33aOCxTgZ9E9AOUKtXK3*

*FwNMÚm$^¡zyjL4M6V9zW0XdliPO5ZJMLBNSNmsESepqHpLCtly£RPyhNbBd8dMXlvIWvzBjNTN HlHWIR2E % Q9QllRxZT6T\v^y\*Timestamp at the moment of issuance of the opinion:
O

*MHPKTADAgEAÉÍfi'IAYJKoZIhvcNAQcCoIIPETCCDwOCAQMxCzAJBgUrDgMCGgUAMUBLAYL KoZíhvcNAQkQAQSgg¿E#&IWl&CCARMCAQEGCmCDZGUKgjwoAQEwITAJBgUrDgMCGgUAB BR7cD4KpSnvcYfz2PR3Kxtq¡nYM{^g^¡^fxa40iKGBMyMDE4MTIyMTAxNDEwNS4wMz}aMASAAg H0AgkAmSBR/c39UqWggbCkga(hvgaox FzA VBgNVBAcTDkFsdmFybyBPYnJIZ29uMRkwFw YD VQQIExBDaXVkYWQgZGUgTWV4aWNvMQswCQYDVQQ*

*gewjnwdedmbsga ueaxmuvfnbms5ly29ub21pys5nb21ubxgxjzalbgnvbasthm5daxbozxigrfnfievttj oooeq3ltjerkmtqky3qjefmboga l uechmwu2 vjcm v0yxjpysbkzsbfy29ub21pyacccwqwggxomiidoka Dagecagegma 0GCSqgsib3dqebcw UAMUBRTEXMBUGA1 uebxMoqwx2yxjvie9icm vnb24xgTAxbgnvb*

Agteenpdwrhzcbkzsbnzxhpy28xczajbgnvbaytakl   Ymq4wda   Yd   vqqqrew   uwmtazmdermckga 1UECR

My   WSZDXJNZ   W50ZxMGU3   Vyide5ndaslenVBC4GRMXVCMLKYTFHMEUGA   1   UEAXM   + QXV0B3JPZGFKiENLCNRP

Zmlj   Y   wrvcmegumfpeib   tzwdl   bmrhigrufnly3jldgfya   wegzg   uGR   wnvbm9ta   wexndaybgn vbastkorpcm V

j   Y2   lvb   iBHz   W5LCMFSIGRLLE5Vcm       LHDGL2a       WRHZCBNZxJJ       YW50A WxHzadBGNVBaotflnly3JldGfya WeGzG UGR

Wnvbm9tawexjtajbgkqhkig9w0bcqewfmfjcjjzzubly29ub21pys5nb21ubxgwhhcnmtcwmjizmdawmda ww

hcnmjhvmjlzmdawmdaw       wjcbqjexmbuga       1       uebxm0qwx2       yxjvie9icm vnb24xgtaxbgnvbagteenpdivrhz

cbkzsbnzxhpy28xczajbgnvba andtakl ymrowgwydvqdexruuoexlm vjb25vb wlhlmdvyistedenmcuga 1 UECxmebknpcghlcibeuougrvnoojq4rdctmkrgqylcrjdcmr8whqydvqkexztzwnyzxrhcmlhigrliev

jb25vb wlhmiibijanbgkqhkig9wobaqefaaocaq8amlibcgkcaqeapl ithhrhv7/x4lnetrydo7yrsgzw3jtgi ¡rj 7rowzzshf/A9nuuzejv v/FFGHVzvn HU Vwly + GBExa WHDKio+F0S2DUPn8 Ua 7CRUUO4 w/OkqYWGMOQXZvsDOIQK

Jbcnkl   eb7yse6bm8k6hcgny0a6jqrz   +   jx80lmjf7bpio/co   vrrlazy2cwpyaih vrqined07afnuwhymjppn9ueycsv

QLQCvP                                                                                    +

EBXFutVQ9KooZxS6lIF0cV/MQMHESKlVCXTADUBL0RCH0HxRAM               +
XVRJZHMRLA6QF + VNBO2HXS + O/UAT3x

6mtxuqgjaliitjag8sjvt + lqwelt5pgqyntgtoxqldaqabo3swetajbgnvhsmegdawgbqgskqwrlncso! GRUH wflu96bkbjadbgnvhq4efgquzaxsouzyev5bilp9tbsnrtj04p4wfgydvr0laqh/bawwcgyikwybbquhawg

WdW   YD   VRO   TA   QH/BA   UWAWA   DA0BGNVHQ8BAFSEBAMCA   +   GWDQ YJKOZIHVCNAQELBQA DGGIBA DC >

zj4kotruhzee9qg8qjgl                       nn41bpph              wBu              yolycl u08oteqdnoyslnuz64dow05yhv3pmzezf7iepáxrdfdjb4gz

2b2nzmw7wkqhhhnuvtuur + i4bivtw2gpdgovfwmea0rcwsnknbumshsol + m6ctbiu6qpj (gl & itygifbr6szqyrh

*gP* *vpsqsrfgeiioea*

7dcjeepkdzpavjf5gbbbkx3mak3ukqzkvjuj39mvsxp0pr8vwmjfj2hajlkau57ybt0sc6pv0k

HI5Q2LTJUWBZARA58GSCH6O7W4GOURVANC/40JBDIEP  +  HMEPKXBH  7DNLMETOEQB

YorYXOBWKLQL9VY9Yi5 TDSCB

Ua2uxihscx0lfuqks  +  ddikwbatpr/q0usmrnizvai  +  njm7gylzltf44avdsejxuhaoxr7  +  yp0abmujif  +

LN8K

Byk4mvr  Vedlsaxhnvlhc  Weopeljhqewc33flbaatl0kslyghssd7vggrttmx4dih2w/qf7nheqeni5mxm3rc

V8E



0XX3GzrGwk8C8yHJh086UzWZR3/PTguI2ZQ0      7dsD/yTHspHW06w       Ys/jOF+4NdcyVq

WJ6WFQ713AJoOJXQXVq       IC      WhHl      axA7YhR+q8kwqAktGosoI2vDiZEl       LmrOtA

TuXa9NCd+kcRXJh8k6rX+ÜTRBmL06o                                  YlDdDCCAlwCAQEw

gdqhgbCkga0wgaoxFzAVBgNVBAcTDkFsdmFybyBPYnJJ¡Z29uMRkwFwYDVQQIExBDaXVkYYWQ

gZGUgTWV4aW

NvMQswCQYDVQQGEwJNWDEdMBsGAlUEAxMUVFNBMS5lY29ub21p¥S5nb2IubXgxJzAlBgNV

BAsTHm5DaX

BoZXIgRFNFIEVTTjoOOEQ3LTJERkMtQkY3QjEJMBOGAlUEChMWU2VjcmVVOYXJJpYSBkZSBFY

29ub21pYaIICg

EBMAkGBSsOAwlaBQADFQATIl7jr3AwcUeNdYBkPJPeg9dsw6CBsjCBr6SBrDCBqTEXMBUGAlU

EBxMOQWx2      YXJvIEPicm       Vnb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhp

Y28xCzAJBgNVBA         YTAkl         YMRwwGgYD         VQQDE

xNTQzEuZWNvbm9taWEuZ29iLmI4MScwJQYDVQQLEx5uQ2!waGVyIE5       VUyBFU046RDNFNSl

DNjdDL                                                         UFENj

kxHzAdBgNVBAoTFINlY3JldGFyaWEgZGUgRWNvbm9taW£wDQYJKoZIhvcNAQELBQACBQDfxr

7uMClYDzIw

MTgxMjIxMDEyMjU0WhgPMjAxODEyMjgwMTIyNTRaMIGKMEgGCisGAQQBhFkKBAExOjA4MA

wCBN/Gvu4

CBAAAAAAwDAIEAAAAAA¡EAAFF0DAMAgQAAAAAgQAABQzMAwCBN/P+W4CBAAAAAAwP

gYKKwYBBAG

EWQoEAjEwMC4wDAYKYINkZQqCPCgBAaAOMAwCBAAAAAACBAAHoSChDjAMAgQAAAAAA

gQAB6EgMAO

GCSqGSIb3DQEBCwUAA4IBAQAB8DoorIBWXh/OTzAK8DPTBeGjo26kB+xeEj3qaTDpqiI/9Mbc7

+JvGmukvupO                                                    afgo5pxoodXlluQd6xKl2Ltixau

Y4lp2Xn6bt2EGH2yvqyW6Cvs06FJzszGLUiTh7yZDAMo9Xrvfi        7tMDs3dSYJuMU3

wGlG7YYbnAK7jgamkFodWZXAzIKp3gnNJK9JUFlXqBvMiKt6LWPJj}NzjM7kY9nKkX6i9GCz3djDn

Zx6FWmUN            KYQul         KCX6rVg9XYyEG                      i

bdNpxot4Dcf/jVoMOcW8U4zCRr9BheOMWMgQdk4NoBldzklKOePqCa98z3Q7QzzXEe

ShCJJiCCwEWWu0EFGt8MYlEYTCCBF0CAQEwggFMMIIBRTEXMBUGA      1    UEBxM0QWx2

YXJv¡E9icm    Vnb24xG    TAXBgNVBAgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBÁ    YTAkl

YMQ4wDA  YD  VQQREw  UwMTA  zMDErMCk  GA1  UECRMiSW5zdXJnZW50ZXMgU3
VylDE5NDAslENvbC4gRmxvvcmlkYTFFHMEUGA  1  UEAxM+QXV0b3JpZGGF
klENIcnRpZmljYWRvcmEgUmFpeiBTZWdlbmRhRhIGRUFNIY3JldGFyaWEgZGUgRWNvbm9taWExN
DAyBgNVBAs  TKORpcm  VjY2lvbiBHZW5lcmFsIGRlRUE5vcmlhdGl2a  WRhZCBNZXJjYW50aWwg
WwxHzAdBgNVBAoTFINIY3JldGFya
WEgZTGUgRWNvbm9taWExJTAjBgkqhkiG9w0BCQEWFmFjcjJcZUBIY29ub2lpYS5nb2IubXgCAQY
wCQYFKw4D
AhoFAKCCAegwGgYJKoZIhvcNAQkDMQ0GCyqGSIb3DQEJEAEEMCMGCSqGSIb3DQEJBDEW
BBTTesvgulbp
56T4+awqXjvMPipYljCCAaMGCyqGSIb3DQEJEAIMMYlBkjCCAY4wggGKMIIBbgQUE5Ze369wM
HFHjXWAZD            yT3oPXbMMwggFUMIIBTaSCA            UkwggFFMRcwFQYD
VQQHEw5BbHZhcm8gT2JyZWdvbjEZMBcGA  1UECBMQ  Q2llZGFkIGRIIEI  leGljbzELMAkGAI
UEBhMCTVgxDjAMBgNVBBETBTAxMDMwMSswKQYD                        VQQJEyJJbnNIc
mdlbnRlcyBTdXlgMTkOMCwgQ29sLiBGbG9yaWRhMUcwRQYDVQQDEz5BdXRvcmlkYWQgQ2V
ydGlmaWNhWNhZG            9yYSBS            YWI            6IFN1Z3            VuZGEgEzGUgUgU2VJcm
V0YXJpYSBkZSBFY29ub21pYTE0MDIGAWECxMrRGlyZWNjaW9ulE  dlbm  VyYWwgZGUgTm9yb
WFOaXZpZGFkIEl  IcmNhbnRpbpbDEJMBOGA  1  UEChMWU2  Vjcm  V0YXJpYSBkZSBFY29u
b21pYTElMCMGCSqGSIb3DQEJARYWYWNyMnNIQG            Vjb25vb  WlhLmdv  YiSteAlBBjA
WBBQYJF3xlmh4AxWG                                          VeL
/IGtjdbCkKTANBgkqhkiG9w0BAQUFAASCAQA3HEIdhjx3UMStayoaO/sdPrVynq5m62OOYe0Mev
EeTAjEFIS4ZJx                      az                      7PHDvNHkgOK3
7+sGeyUTxGUe2vCqJESDjoA3\vRGg430PBWZaEHSmcMQlZx7+GUFjpl    MxrJTL4F464kbOc
4mv8JQzIiVuBFPogpzI8hWk3bMOUwXL3JyTwAm6G0N830U+0v3/C+2SCjSexRANnhXC9f59AwL
xil0xXrdPJO7z            nRIA            WJbZZSl            WMuhirMlXE+
ThbptnuBjyPqlUhE/CrSq7CBAPhrlAF/wJCe9g/OglZj+oh5ANBui9dsZawOY7rGDAi

F/LrjNLijOg/U/2$G  YZ7pykmfwsHS. -Background. - Original chain of the applicant: 6749731 RAMR681104DU0|RODOLFO RAMOS MENCHACA LIBRE NUEVO LEON.- Signature of the applicant:   jmmex84est7akwgjqwhwdafdypov6cihyup/l7fjr71ygpexfok80cxulb7lw0jk7m7yjcckpclzu p9keq90zplvlchfdzsolh9vyi7qpz5btioeoxcwcpazl649ezxhjbdelal + oa6waPzhjbdelal 3xMBHQX + EK/OGKXIAVR

*KvCUS           ^           .-           Timestamp           of           the           request:*

*MIIPKTADAgEAMIIPIAYJKoZlhvcNAQcCoIIPETCCDwOCAQMxCzAJB*

*gUrDgMCGgUAMIIBLAYLKoZlhvcNAQkQAQSgggEbBIIBFzCCARMCAQEGCmCDZGUKgfwoAQE*

*wITAJBgUr      DgMCGgUA     BBS      A     MJk2     7tZvH5fZaA     VJWwA     9*

*V3IRlQlGXAm4tC4GBMyMDE4MTlxODE4MjhvMy4xNTFaMASA      A      gH0AgkAmSBR/c39Uq*

*WggbCkgaOwgaoxFzA   VBgNVBAcTDkFsdmFybyBP   YnJlZ29uMRhvFw   YD   VQQlExBDaXVkY*

*WQgZGUgTWV4aWNvMQswCQYDVQQGEwJNWDEdMBsGAIUEAxMUVFNBMS5lY29ub21pcyS5*

*nb2IubXgxJzAl*

*BgNVBAsTHm5DaXBoZXIgRFNFIEVTTTjoOOEQ3LTJERkMtQkY3QfEfMBOGAIUEChMWU2VjcmV*

*OYXJpcYSBkZS   BFY29ub21pcYaCCC   WQwggXoMIJDOKA   DAgECAgEGMA   OG   CSqGSIb3*

*DQEBCw      UA      M1IBRTEXMB      UGAI      UEBxM      OQWx2YXJvIE9icm*

*Vnb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhpY28xCzAJBgNVBA   YTAkI   YMQ4wDA   YD*

*VQ@REtirbki>£fTAzMDErMCkGAIUECRMiSW5zdXJnZW50ZXMgU3VyJDE5NDAsIENvbC4gRmx*

*vcmlkYTFHMEU                                                                         GAIÜEAÍ'm-*

*<Sfc$mjpZGFkIENlcnRpZmljYWRvcmEgUmFpZiBTZWdlbmRhIGREFNY3JidGFEyaWEgZGUgRW*

*Nvbm      9ta      WExÑDA$B^N      VBAsTKORpcm      VjY2lvbiBHZW$lcmFsIGREU5vcmlhIhIdGl2a*

*WRhZCBNZXJjYW50aW50a WwxHz*

*A    dBgN    VBAoTFIM&fldGFya    WEgZG    UgR    WNvbm9ta    WExJT4jBgkqhkiG9w    OBCQE*

*WFmFjcjJzZUBI Y29ub2¡p YS5n*

*"V,*

*• m\-//*

*b2IubXgivÜñ(^M/nvMjIzMDAwMDAw      WhcNMjkwMjIzMDAwMDAw      WjCBqjEXMB      UGAI*

*UEBxM0QWx2                                                                         YXJvIE*

*9icmVxb24xGTAXBgNVBAgTEENpdWR}tZCBkZSBNZXhpY28xCzAJBgNVBA   YTAkI   YMROwGw*

*YD                                                                 VQQDExRUUO*

ExLmVjb25vbWlhLmdvYi5teDEnMCUGA1UECxMebkNpcGhlciBEUOUgRVNOOjQ4RDctMkRGQyl

CR/dCMR8w HQ YD VQQKExZTZ WNyZXRhcmlhlGRUE Vjb25vb WlhMHBIjANBgkqhkiG9w OBA

QEFAA          0CAQ8A          MllBCgKCA          QE          Api

ithhRHv7/x4lNEírYDo7YrsGZw3fTGlirj7RowzzsHf/a9NUuzEjv          V/FFghvZvnHUVwly+GBExa

WhDkt0+F0s2dU  Pn8  Ua7CRuuo4  W/OkQywgMOqxz  V5d01  qKJbcnkl  EB7yse  6bM8K6h

cgNy0a6jqrz+JX80lmjf7b                Pío/Co                VRRlAzY2cw

pyaihVRQinEd07AFnUWhJymjppN9UEYcsvQlqlcVp+eBxFUTVq9KOoZxS6ilFOCv/mQMheskivcXT

adublORChO

hxrAm+xvrJzhMrla6Qf+vNb02hxs+0/uat3X6MtXUqGJALiltjaG8SJvT+lqwelT5PGQjnTgtoXQIDAQA

Bo3sweTAf                BgNVHSMEGDA                WgBQQgSkqwRlNcsOlgrUh

WFlu96BKBjAdBgNVHQ4EFgQUzaX$ouzYEV5Bll  P9tBSNRtJ04p4  wFgYD  VROIA  QH/BA

wwCgYlKw  YBBQUHAwgwDw  YDVROTAQH/BA  UwAwlBADAOBgNVHQ8BAf8EBAMCA  +gw

DQYJKoZIhvcNAQELBQADgglBADChuesKh8Zj4KoTruhze£9qg8QJGlnN4IBpPhWBuY01yCltiQ8O

TeQDnOySl

NUZ64DC>W05yHV3pmZEZF7igThXrDYDJb4gz2B2Nzmw7wkQhHhnUvtUuR+I4BlVtw2gpdGoVj

wMea0RCWSN  KNbumSHsol+M6ctb  1  u6  QpJCde  ioygjJBrószQyRHgP  VPSqsrFgEllOea

7dcjeepKdZPAvjf5GBbbkX3                MaK3uKqzk                VJU

J39MvsxP0PR8vWMjFj2Hajlkau57YbT0sc6pv0kHI5q2LtJUWbzAra58gsCH6O7W4gOUrvaNC/4()J

bDlEp+hMepkx    Bh    7DnlMetoeQb    YOR    YXoBWklQl9vy9yi5TdsCb

UA2uxlhsCX0LFUQks+ddlkWBA        TpR/qOUsmRNlz        Val+NJM7Gylz        11

TF44avDsejXUHaoxr7+ypOABm  UJ1F+  LN8KByK4Mvr  VEDI  5AXhnvlHC  WEopEljh

QEwc33fLbAaTLOKS                                    lygHsS

D7vgGRnmX4dlh2W/Qf7nhEqeni5MXm3rCV8EoXX3GzrGwk8C8yHJhO86UzWZR3/PTguJ2ZQO7

dsD/yTHspHIV0  6w  Ys/jOF+  4  Ndcy  Vq  WJ6WFQ713AJoOJXQXVqlCWhHiaxA

7YhR+q8kwqAktGosoI2vDiZEILmt'0tA                        TuXa9NCd+kc

RXJh8k6rX+OTRBmLO6oYlDdDCCAlwCAQEwgdqhgbCkga0wgaoxFzAVBgNVBAcTDkFsdmFyby

BPYnJlZ29uMR          kwFw          YDVQQlExBDaXVkYYWQgZGUgTWV4a          WNvMQswCQYD

VQQGEwJNWDEdMBsGA  1  UEAxMUVFj  29ub21p  YS5nb2htbXgxJzAlBgN  VBA  s

THmSDaXBoZXlgRFNFIE VTTjoQOEQ3LTJERkMtQk Y3 QjEfiA ¿illECh AÍWU2 Vjcm VO YXJp

YSBkZSBFY2 9ub2lp YallCgEBMAkGBSsOA wlaBQA DFQA Tll7fr3A wc Ue, Y^kf>JPeg9dsw6C

BsjCBróSBrDCBqTEXMBUGA                    1                    UEBxMOQWx2YXJvIE9icm

Vnb24xGTAXBgNVBAgTEENpdWRhZCBkZSBNZXhp   Y28xCzAJBgNVBA   YTAkl   YMRwwGgYD

VQQDExNTQzEuZWNvbm9m            WEuZ29iLml4MScwJQYD        VQQLEx5uQ2l\v        aG

VyIE5UUyBFU046RDNFNSl                    DNjdDLUFENjkxHzAdBgNVBAoTFlNIY3JldGFya

WEgZGUgRWNvbm9taWEwD        Q        YJKoZlh        vcNA        QELBQA

CBQDJ\v61OMCIYDzIwMTgxMjE4hfTY0Mj UO WhgPMjAxODEyMjUxNjQyNTRaMIGKM
19

EgGCisGAQQBhFkKBAExOjA4MAwCBN/Dog4CBAAAAAwDAIEAAAAAAIEAAAZnzAMAgQAAA

AAAgQAABRe

MAwCBN/M3I4CBAAAAAwPgYKKwYBBAG£WQoEAjEwMC4wDAYKYINkZQqCPCgBAaAOMAw

CBAAAAAAC

BAAHoSChDjAMAgQAAAAAgQAB6EgMA0GCSqGSIb3DQEBCwUAA4IBAQAVHhP2sCIsIBXWk

uT+eFFx+fU2

ₙiiaUm8fc2+OdIWRLBzXsxZPBQNJyb6oNdnl3LeHW6309UaFljFoZE542kjja6CCz//qtasRX£oGlH7i

4NpSPZCcvr

pvRRBLweBS+EoontOJ+80fDvLerJzpySc0BAwDUlTcUFisvHxVRMSlHWeEXLv/kFKmzyctAsfmhK

eZ2JLE8bafEl

JeBtOd52qbIXRVIWzhTtIsPkBxxoup6zyYemvJixeru/I3eXEujDYqK70Md+7uVKMOXtYx¡bqtZ8qPOe

H6YC)82A9UyX4

axnjzFygMfm+rRMZcyoihdbLiocyaLclONwh                                           +163

WnSkYS4MYIEYTCCBF0CAQEwggFMMIIBRTEXMBUGAI UEBx

MOQWx2YXJvIE9icm    Vnb24xGTAXBgNVBAgTEENpdWRhZCBCkZSBNZXhpY28xCzAJBgNVBA

YTAkI YMQ4wDA Y

D        VQQREw        UwMTAzMDErMCkGA        1        UECRMiSW5zdXJnZW50ZXMgU3

VylDE5NDAsIENvbC4gRmxvcmlkYTFHME

UGAIUEAxM+QXV0b3JpZGFkIENlcnRpZmljYWRvcmEgUmFpeiBTZWdlbmRhIGRlIFNlY3JldGFya

WEgZGUgR



WNvbm9taWExNDAyBgNVBAsTK0RpcmVjY2lvbiBHZW5lcmFsIGRlIE5vcmlhdGl2aWRhZCBNZX

JjYW50aWWlvxHz

AdBgNVBAoTFlNlY3JldGFyaWEgZGUgRWNvbm9taWExJTAjBgkqhkiG9w0BCQEWFmFjcjIzZUBl

Y29ub21pYS5n

b2Iu bXgCA Q Yw CQ YFKw4DAhoFAKCCAegw GgYJKoZIhvcNA QkDMQ0GCyqGSIb3 DQEJEA

EEMCMGCSq GSIb

3DQEJBDEWBBQ/ZS£b/e5QC0fiEU73dlBTu8K61DCCAaMGCyqGSIb3DQEJEAIMMYIBkjCCAY4

wggGKM!IBb

gQUE5Ze369wMHFHjXWAZDyT3oPXbMMwggFUMIIBTaSCAUkwggFFMRcwFQYDVQQHEw5Bb

HZhcm8gT2J

yZWdvbjEZMBcGA    1    UECBMQQ2IIZGFkJGRIIEIIeGljbzELMAkGAI    UEBhMCTVgxDjA

MBgNVBBETB TAxMDMw

MSswKQYD VQQJEyJJbnNI cmdlbnRlRIcyB TdXIgMTkOMCwgQ29sLiBGb G9ya WRhMUcwRO YD

VQQDEz5BdXRvc

mlkYWQgQ2         VydGlmaWNhZG9yYSBSYWI6IFNIZ3         VuZGEgZGUgU2         Vjcm

V0YXJpYSBkZSBFY29ub2 IpYTEOMDIG

AI    UECxMrRGlyZWNja         W9uIEdlbm        VyYWwgZGUgTm9yb        WFOaXZpZGFkIEI

IcmNhbbnRpbDEJMBOGA 1 UEChMWU

l Vjcm   V0YXJpYSBkZSBFY29ub21pYTEIMCMGCSqGSIb3DQEJARYWYWNyMnNlQG   Vjb25vb

WlhLmdv Yi5teAIBBj

A WBBSfRc Y8t/OgKH/TN6nIB71 OOQyFvDANBgkqhkiG9w OBA Q UFAASCA QAjsbA Pqw TSA

WWo9LcTiXÍVG6KA wd

BhIJjFvHI NdKptC9GoJP YL+rayHP5Zljyio5 Th 0dP\vsqltENkcrX95rZdW7JwXCsJm/tmk2sKuzlyC

7sXr V0adgwd7fu

u/jc7/Xjn2jHX(W+d684Kl6+kClZEJ9JSGZxMcp9E+YUXvWFSW0KZbyEikNca0hrvFtTi7sgfVZpl/AJs

DoLyPlXflU

WQRhyP3b]sjAKBiz}rr)yvljKTDWSXyo6gbZYbyqqRnKr/mv2GkWRyoEPYRukBWIjIPJKOkhOQCX

7ZtNwODj7ern8

j0jrWNb4ZlvF3UFDM/MqLfzbCeuleTl9  D0Gn/FN7pvkQ.-  Contact:  Alfonso  Reyes  No.30,  Col.
Hipódromo

Condesa, Del. Cuauhtémoc, Mexico City, Switchboard (55) 5729-9100". --------------------------------

— EXISTENCE AND STANDING:---------------------------------------------------------------------------------

--- I. Mr FABIO MASSIMO COVARRUBIAS PIFFER states, under the oath to tell the truth, that

"SERVICIOS DIGITAL LUSAD" SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE is a trade company legally established as per Mexican law, and that until the date hereof the position granted has not been revoked nor the powers with which it appears and proves the existence of its client and the powers conferred have been diminished, with the document which, literally, in this regard states:-------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------------------

--- 1). "BOOK NUMBER THREE THOUSAND, ONE HUNDRED AND TWO. ASA/PSM/CPM - INSTRUMENT EIGHTY-FIVE THOUSAND, TWO HUNDRED AND FOURTEEN - In Mexico City, on December the twenty-second, two thousand and seventeen. ROBERTO GARZÓN JIMÉNEZ, Proprietor of the Notary's Office number two hundred and forty-two in Mexico City, acting as an associate in the protocol of Notary's Office number two hundred and twenty-nine, where Mr. MARCO ANTONIO RUIZ AGUIRRE is the Proprietor, I state: THE AMENDMENT OF CLAUSES TWENTIETH, TWENTY-FIRST, TWENTY-SECOND AND TWENTY-FOURTH OF THE ARTICLES OF INCORPORATION; II. THE APPOINTMENT OF THE MEMBERS OF THE BOARD OF MANAGERS I OF THE SUPERVISORY BOARD; III THE REVOCATION AND THE GRANTING OF "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, resulting from the formal record of the unanimous resolutions taken outside the Meeting, which I make at the request of Mr. César Octavio Cantoral Cárdenas, according to the following background and clauses: BACKGROUND: I. By means of the policy number twelve thousand, two hundred and forty, dated October the fifteenth, two thousand fifteen, before Mr. Francisco Castellanos Guzmán, Notary Public number twenty in Mexico City, whose first original copy was registered in the Public Registry of Commerce of this city, in the commercial page number five hundred, forty-nine thousand, two hundred and forty-three, script one, was consituated "SERVICIOS DIGITALES LUSAD", SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE, was established with domicile in Mexico City, with indefinite duration, with a minimum fixed capital stock of twenty thousand pesos, national currency, acceptance clause for foreigners and whose purpose is the one specified in the articles of incorporation. II. By deed

*number seventy-seven thousand and forty-seven, dated March the first, two thousand sixteen, before me, acting as an associate in the protocol of the Notary's Office two hundred and twenty-nine in Mexico City, of which Mr Marco Antonio Ruiz Aguirre is the Proprietor, whose first certified copy was recorded in the Public Registry of Commerce of this city, in commercial page number five hundred, forty-nine thousand, two hundred and forty-three dash one, the formal record of the Minutes of the Extraordinary General Meeting of Shareholders "SERVICIOS DIGITALES LUSAD" SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE was registered, in which, among other agreements, the company "SERVICIOS DIGITAL LUSAD" SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE was converted into "SERVICIOS DIGITAL LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, and the total amendment of its articles of incorporation, to have hereinafter the name "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, with domicile in Mexico City, indefinite duration, a minimum fixed capital stock of twenty thousand pesos, national currency, an acceptance clause for foreigners and having the following purpose: (a) The purchase,sale, import, export and in general the commercialization on its own account or as third parties, whether in national territory or abroad, of any kind of goods available for trade; (b) The acquisition, usage, use, and/or disposal of, by any means, on its own account or as third parties, whether in national territory or abroad, of any kind of movable or immovable property, as well as personal rights and/or rights in rem that may be necessary or recommended for the execution of the aforementioned purpose; (c) The submission and/or contracting of any kind of consultancy, supervisory, administrative or technical services, on its own account or as third parties, in relation to the purpose of the company; (d) To act as the representative, agent, broker, intermediary, distributor, administrator and, in general, carry out any of the aforementioned activities on its own behalf or as third parties; (e) To organize, add, and acquire or sell share interests or interests in any kind of trade company or local entity; (f) To establish, lease, run and own plants, workshops, warehouses, facilities, offices and agencies in Mexico or abroad; (g) To act as a commission agent and broker and accept the business representation performance of all kinds; (h) To provide guarantees in any form permitted by Law, in relation to obligations*

*industrial, commercial or service companies, whether national or foreign; (n) To patent the invention, to register trademarks, industrial design models, copyright, notices and special names, as well as*

*undertaken by the Company or by companies in which the Company is the holder of the majority of shares or interests or by means of third parties in general; (i) To directly enter into or by third parties the sale and lease of rights derived from trust operations, even if these activities are carried out inside or outside the Mexican Republic; (j) To obtain all types of loans and financing by granting specific guarantees, to issue bonds, stock exchange certificates and promissory notes, to accept, draw, check or loan any kind of negotiable instruments and other documents that protect credit rights and to issue sureties or guarantees of any kind, with regard to the obligations undertaken or of the securities issued or accepted by companies where the Company is the holder of the majority*  *of shares or interests or by means of third parties in general; (k) To offer credit, financing and/or commercial payment facilities regarding their collection rights to their clients, Subsidiaries, Affiliates or other trade companies, agreeing on the applicable guarantees and interest; (l) To promote the obtaining of financial resources of any kind from credit institutions, both for preparation and backing, provided by the Federal, State, Municipal and Regional Government and any other public or private institution at the national or international level; (m) The representation as commission agent, consignee, intermediary, proxy, broker or representative in the Mexican Republic or abroad I to request authorizations for the use of designations of origin, to exploit their own rights or those conferred to them with regard to all of the above, or to negotiate with all kinds of intellectual, industrial and copyright rights; to receive or grant licenses, sublicenses, franchises, subfranchises or authorizations in general for the use and exploitation of any intellectual, industrial or copyright right; (o) To acquire, sell, transfer, lease, sublease, assign concessions, license, sublicense, franchise or subfranchise, import, export, grant, acquire, exploit or assign by any legal means the use, enjoyment, disposition of or in general the exploitation of all kinds of movable or immovable property, intellectual and industrial property or copyright rights; (p) To enter into all types of contracts, agreements or covenants with the Federal Government, with State and Municipal Governments, with Foreign Governments, with public and private entities, with individual and legal entities, both national and foreign; (q) To perform and/or carry out all kinds of acts (including acts of ownership, and/or civil, commercial agreements) and any other kind necessary to comply with the*

*purpose of the Company; (r) In general, to provide financial solutions and business advice to third parties to generate growth opportunities which are sustainable to achieve a certain balance in the equity accounts. The purpose of the Company will not have any other limit than those indicated by laws and international treaties.*

*Considering said deed I copy, in its relevant part, the following literal part: -------------------------------*

*CHAPTER IV -*

*ADMINISTRATION AND CONTROL - TWENTIETH. The administration of the Company shall be entrusted to a Sole Manager or to a Board of Managers composed of at least 2 members, as determined by the majority of votes of the Meeting of Members, which may also appoint Deputy Managers. The Sole Manager or the members of the Board of Managers may or may not be members. The Sole Manager or the members of the Board of Managers shall be appointed for periods of one year as from the date of their appointment or ratification, as the case may be, and they may be re-elected for successive terms and continue in their corresponding positions until their successors come into office. For this purpose, the time elapsed between a year. TWENTY-FIRST. The Chairman of the Board of Managers shall be elected by the Meeting of Members. Likewise, the Board of Managers or the Meeting of Members may, as the case may be, appoint a Secretary, who may or may not be a member of the Board. In case the Board of Managers or the Meeting of Members, as the case may be, appoint a Secretary who is not a member of the Board of Managers of the Company, such persons shall not be part of the Board of Managers of the Company, said party will not have the authority to vote or make decisions in the Sessions of the Board of Managers, it will not have administrative responsibilities, its assistance will not be relevant to determine whether there is a sufficient quorum or not to hold a Board of Managers' Session and its functions shall be limited to: (i) assisting the Meeting of Members and the Sessions of the Board of Managers in order to prepare the relevant Minutes; (ii) preparing and keeping the Book of Minutes of the Meeting of Members, the Book of Sessions of the Board of Managers, the Record of Members Book and the Stock Variation Record Book; and (iii) issuing certificates related to such corporate records.*

*TWENTY-SECOND. - The Board of Managers shall meet when summoned by its Chairman, the Secretary of the Company or any other two members, by means of a call issued by members of the Board, including deputies, delivered by an international well-known courier service with*

*acknowledgement of receipt, at least five days in advance before the date of the meeting or by e-mail with acknowledgement of receipt. No prior call will be required when all the members of the Board of Managers are present at the meeting. The calls must indicate the date, time and place of the corresponding meeting, and the Agenda, the information and the documents that will be discussed during the meeting shall be included in it; it must also be signed by the party(ies) calling for the meeting.*

*TWENTY-THIRD - The Chairman of the Board of Managers shall preside over the Sessions of the Board of Managers and, in its absence, the Sessions shall be presided over by the member of the Board of Managers appointed by the majority those present at the Session. The Secretary of the Company will act as a secretary in the Sessions of the Board of Managers and, in its absence, the member of the Board of Managers who is appointed by the majority of those present will act as a secretary in the Session. The Board of Managers may meet in Mexico or abroad. Moreover, the members of the Board may participate in sessions through phone conferences or videoconferences provided that they ratify their resolutions in writing.*

*TWENTIETH-FOURTH. In order for the Sessions of the Board of Managers be considered legally open by virtue of the first or later call, the presence of a majority of the regular members or their corresponding deputies shall be necessary, if they would have been appointed, and the agreements shall be adopted by the vote of the majority of the members of the Board of Managers who are present at the Session, whether these are regular members or deputies. The resolutions taken outside Sessions of the Board of Managers by the unanimous vote of all the regular or deputy members of the Board of Managers shall be valid and legally adopted as long as said resolutions are confirmed in writing and signed by all the regular or deputy members of the Board of Managers.*

*TWENTY-FIFTH  The Minutes of the Sessions of the Board of Managers shall be transcribed to the Book of Minutes of Sessions of the Board of Managers and shall be signed by those who are present or, if authorized by express agreement of the corresponding session, only by the Chairman and the Secretary of the Session. The Minutes and unanimous agreements adopted by the members of the Board of Managers shall be transcribed in the Book of Minutes of Sessions of the Board of Managers. The Secretary of the Company must complete and keep a file for each Minute of Session of Board of Managers, which shall include the Minutes, an attendance list, the calls, as appropriate, and any other document made available to the session, such as reports, financial*





*statements and other important documents. ---------------------------------------------------------------------------*

III. *The appearing party expressly states and under the oath to tell the truth that*

*the Members of "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, made unanimous resolutions outside the Meeting of Members, and that these were confirmed in writing according to the document I attach to the Appendix in this Deed with letter "A", which I am requested to formally record; said text literally reads as follows: "UNANIMOUS RESOLUTIONS BY THE MEMBERS OF SERVICIOS*

*DIGITALES LUSAD, S. DE R.L. DE C.V. ---------------------------------------------------------------------------*

*RESOLUTIONS - FIRST Amendment to the articles of incorporation of the Company. 1.1 Clause Twentieth of the articles of incorporation of the Company is amended in its relevant part*

*so that it is drafted, as from the date hereof, as follows:....... 1.2 The amendment to Clause Twenty-First of the articles of incorporation of the Company is approved, so that it is drafted, as from the date hereof, in the following terms:...................................... 1.3 The amendment to the Twenty-Second Clause of the articles of association of the Company is approved, to read as follows: -----*

*1.4 The amendment to Clause Twenty-Fourth of the articles of incorporation of the Company is approved, to read as follows: ............................................. 2.5 The appointment of Mr. Horacio Alamilla Medina and José Luis Valera Muñoz is approved, as members of the Supervisory Board of the Company. In view of the foregoing, the Board of Managers and the Supervisory Board of the Company, will be composed of, as from the date hereof and respectively, as follows: BOARD OF MANAGERS. REGULAR MEMBER. MEMBERS. POSITION. DEPUTIES. Mr. Santiago León Aveleyra. CHAIRMAN. Mr. Fabio Massimo Covarrubias Piffer (sic). Mr. Francisco José Flores Melendez. COUNSELOR. Mr. Eduardo Zayas Dueñas. COUNSELOR. Mr. Julio Alejandro Belmont. Mr. Oscar Jesús Saitz Zazueta Garibay. COUNSELOR. Mr. Rodrigo Núñez Sarrapy. SECRETARY NON-MEMBER OF THE BOARD. SUPERVISORY BOARD. REGULAR OWNER. POSITION. Mr. Horacio Alamilla Medina. COUNSELOR. Mr. José Luis Valera Muñoz. BOARD MEMBER.-*

*THREE. Revocation and granting of Powers of Attorney  3.2 It is decided to grant in favor of FABIO MASSIMO COVARRUBIAS P1FFER and EDUARDO ZAYAS DUEÑAS, the following powers and authorizations: I. TO BE EXERCISED INDIVIDUALLY: a) GENERAL POWER OF ATTORNEY FOR LAWSUITS AND COLLECTIONS.- In accordance with the first paragraph of Article Two thousand five hundred and fifty-four of the Civil Code for the Federal District and*

*correlatives of each and every one of the Civil Codes of the other States of the United Mexican States, with all the general powers and including those powers requiring a special clause in accordance with the Law, including but not limited to the following: Exercise all kinds of rights and actions before any authority of the Federation, the States, the Federal District and the Municipalities, whether in voluntary, administrative or mixed jurisdiction and whether civil, judicial, administrative or labor authorities, either Conciliation Boards or Arbitration Courts, local or federal; answer claims, make exceptions and counterclaims; submit to any jurisdiction; to formulate and answer interrogatives; challenge magistrates, judges, secretaries, experts and other persons that may be challenged in law; engage in arbitrators; compromise; receive payments; withdraw from the principal, their incidents, any appeal and the Amparo (an action for protection of constitutional rights or guarantees), which they may file as many times as they deem it appropriate; render all kinds of evidence; recognize signatures and documents, object to them and rebut their authenticity; to attend meetings, proceedings and auctions; to bid at auctions, place bids and increase them; and to obtain an award of all kinds of*

24

*goods for the Company, to make accusations, complaints and criminal complaints, to grant pardon and to act as a party in criminal cases or as an adjunct to the Public Prosecutor's Office, in which they may exercise the broadest powers that the case may require. They may also represent the Company It may also represent the Company in the terms of Articles eleven, forty-six, forty-seven, forty-three, one hundred and thirty-four, Roman three, five hundred and twenty-three, six hundred and ninety-two, first, second and third Sections, seven hundred and eighty-six, eight hundred and seventy-three, eight hundred and seventy-four, eight hundred and seventy-six, eight hundred and eighty-three, eight hundred and eighty-four and other articles related in the Federal Labor Act. Under no circumstances shall the power to transfer property or rights in the name of the Company be construed, b) GENERAL POWER FOR ACTS OF ADMINISTRATION In accordance with the provisions of the second paragraph of Article two thousand five hundred and fifty four of the Civil Code for the Federal District and the Civil Codes of the States of the Mexican United States.- C) GENERAL POWER FINANCE AND ACTS OF ADMINISTRATION IN LABOR MATTERS-        In accordance with the first paragraphs of Article 2554 (two thousand five hundred and fifty-four) of the Civil Code for the Federal District and its Correlative provisions of the laws of the other states as well such as the Federal Civil Code, with all the general and special powers that require special clause of Article 2587 (two thousand five hundred eighty-seven) of the Civil Code for the Federal District and Correlative provisions of the laws of the other federal entities as well as the Federal Civil Code, including, but not limited to, the following are cited: being legal representatives of the Company, even having employment representation of the Company, and being able to exercise all kinds of rights and actions before any authorities of the federation, the states, the Federal District and the municipalities, whether in voluntary, administrative or mixed jurisdiction and whether civil, criminal, commercial, judicial, fiscal, administrative or labor authorities or any other type that may exist, be these conciliation boards or arbitration courts, local and federal; answer claims, raise defenses and counterclaims; submit to any jurisdiction; formulate and answer interrogatives; challenge magistrates, judges, secretaries, experts and other persons that may be challenged in law; desists from the principal, their incidents, any remedy and amparo (an action for protection of constitutional rights or guarantees); which they may file as many times as they deem it appropriate; render all kinds of evidence; recognize signatures and documents, object to them and rebut their authenticity; to attend meetings, proceedings and auctions; to bid at auctions, place bids and*

*increase them; and to obtain an award of all kind of goods for the Company and to file charges, complaints and criminal complaints; to grant a pardon and to act as a party in criminal cases or as the coadjutor of the Public Prosecutor's Office, in cases in which they may exercise the broadest powers that the case may require. The proxy shall have the power to represent the Company legally, even having the representation of the same in terms of Articles 11 (eleven), 46 (forty-six), 47 (forty-seven), 134 (one hundred and thirty-four) paragraph III, 423 (four hundred and twenty-three), 692 (six hundred and ninety-two) paragraphs I, II and III, 786 (seven hundred eighty and cents), 787 (seven hundred and eighty-seven),873 (eight hundred and seventy-three), 874 (eight hundred seventy-four), 876 (eight hundred and seventy-six), 880 (eight hundred and eighty), 883 (eight hundred and eighty-three), 884 (eight hundred and eighty-four) and other related provisions of the Federal Labor Law. The legal representatives of employers and general representatives may, without limitation, act before or against the trade unions with which collective labor contracts are concluded and for all purposes of collective disputes; they may act before or against*

*employees personally considered and for all the effects of individual conflicts; in general, for all employers' affairs and for exercising before any of the labor and social service authorities referred to in article 523 (five hundred and twenty-three) of the Federal Labor Act; they may also appear before conciliation and arbitration boards, whether local or federal; accordingly, they shall be represented by employers for the purposes of Article 11 (eleven), Article 46 (forty-six) and Article 47 (forty-seven) of that Act, and also the legal representation of the company for the purposes of accrediting personality and capacity in trial or out of court, within the meaning of Article 692 (six hundred and ninety-two), sections II and III of the said law; they may appear to dismiss confessional evidence under articles 787 (seven hundred and eighty-seven) and 788 (seven hundred and eighty-eight) of the Federal Labor Act, with the power to formulate and answer interrogatories and evict confessional evidence in all its parts; they may fix domiciles for service of notice within the meaning of Article 876 (eight hundred and seventy-six) of the said Act; they may, with all sufficient and enough legal representation, attend the hearing referred to in a*, exceptions and the offer and admission of evidence, within the terms of articles 875 (eight hundred and eighty *five), 876 (eight hundred seventy-six) paragraphs 1 and VI, 877 (eight hundred seventy-seven), 878 (eight hundred seventy-nine) 879 (eight hundred seventy-nine) and 880 (eight hundred eighty)* of the Federal Law of Trabaj may attend the hearing for evidence under articles 873 (eight hundred *seventy-three) and 874 (eight hundred seventy-seven) and (four) of the same Act; they are also empowered to propose conciliatory arrangements, enter into transactions, make all kinds of decisions, negotiate and enter into labor agreements; at the same time, they may act as representatives of the company in their capacity as managers, in respect of and for all kinds of judgments or proceedings to be dealt with before any authorities. They may enter into and terminate employment contracts, and for this purpose, the representatives shall enjoy all powers of general representatives for lawsuits and collections and administrative acts, in the manner described and in the terms of the first two paragraphs of Article 2554 (two thousand five hundred and fifty-four) and article 2587 (two thousand five hundred and eighty-seven) of the Federal Civil Code. TO BE EXERCISED IN A JOINT MANNER BY FABIO MASSIMO o be exercised in a joint*



*manner by FABIO MASSIMO COVARRUBIAS PIFFER, AS SIGNATURE "A" AND BY EDUARDO ZAYAS DUEÑAS, AS SIGNATURE "B": a) GENERAL POWER FOR ACTS OF OWNERSHIP. The attorneys-in-fact will have all the powers of the owner, both relating to the assets of the power of authority and to make any kind of action to defend them, in the terms of of the third paragraph of article two thousand five hundred fifty-four of the Federal Civil Code and its correlative of the Civil Codes for the states of the Republic.- b) GENERAL POWER TO AWARD AND ISSUE ALL KIND OF NEGOTIABLE INSTRUMENTS.- Under the terms of Article Ninth of the General Law on Securities and Operations of Credit, but only to be exercised jointly, in the case of transactions not included in the Company's business plan or annual budget, approved by the Board of Managers for the business year in question, or of operations that are outside the normal course of the company's operations and which in the individually or jointly (including a succession of events linked to or related to each other for any reason, including by identity between the contracting parties), exceed an amount of USDS25,000.00 ($25,000 00/100, U.S. Legal Exchange Currency).*

*Apart from the foregoing case, this power of attorney may be exercised individually c) SPECIAL POWER OF ATTORNEY. To grant sureties on behalf of the Company. d) SPECIAL POWER OF ATTORNEY. To establish the Company as guarantor, joint and several obligor, or in any way guarantee the obligations in charge of the Company or third parties, individual or legal entities onerously or gratuitously, being able to accept or constitute collateral or personal guarantees. III. TO BE EXERCISED INDIVIDUALLY BY FABIO MASSIMO COVARRUBIAS PIFFER, AS SIGNATURE "A": a) SPECIAL POWER OF ATTORNEY.- To open and cancel bank accounts in the name of the Company as well as to make deposits and withdraw funds against them and appoint persons to draw funds against them.- The above is understood that, in the event of transactions not included in the business plan or annual budget of the Company, approved by the Board of Managers for the fiscal year  in question, for operations which are outside the normal course of the company's business and which, in the case of individual or jointly, including a succession of acts linked to or related to each other for any reason, between others by identity between the contracting parties), exceed an amount of USD $25,000.00 (twenty-five thousand dollars * j*

*00/100, Legal currency of the United States of America), the signature of the aforementioned attorney-in-fact shall be jointly with the signature of an attorney-in-fact with signature "B"....*
*CLAUSES.- ONE The document of Unanimous Resolutions in lieu of the Meeting of Members by the Members of "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, transcribed in recital Tree of this Deed, is hereby notarized so that it has all its legal effects. - SECOND. - The amendment  of the twentieth, twenty-first, twenty-second and twenty-fourth clauses of the Articles of association of "SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, to henceforth be drafted in accordance with the resolutions transcribed in the third recital of this*
*Deed, which are of the following literal wording: .- "... VIGESIMA.- The management of the company shall be entrusted to a Board of Members, composed of 4 (four) members, who may or may not be members of the Company. The members of the Board of Managers shall be appointed for a period of one year from the date of their appointment or ratification, as the case may be, and may be re-elected for successive terms and continue in their duties until their successors take office, on the understanding that the position of Board Member shall have an indefinite duration, until Members at the Meeting of Members determine otherwise, but in any case they shall remain in their respective duties, until their successors take office. 1.2 Clause Number Twenty-first of the Company's Articles of Association is amended, to be drafted, from this date*

*in the following terms: "21. - The Chairman of the Board of Managers shall be elected by*

*Members at the Meeting of Members. In addition, the Board of Managers of the Company may*

*appoint a Secretary, who shall be independent of the members of the Company and its Managers,*

*and who shall not be a member of the Board of Managers- The Secretary shall comply, with*

*respect to the Members, the Board of Managers of the Company and the latter, with the*

*requirements of independence set forth in Article 26 of the Securities Market Act (or those which*

*replace it from time to time during the term of duration of the Company), and therefore shall not be*

*part of the Board of Managers, nor shall he have the right to vote, and consequently his functions*

*are limited to: (i) attending the Meeting of Members and meetings of the Board of Managers in*

*order to prepare the relevant minutes; (ii) preparing and keeping the Book of Minutes of Meetings*

*of Members, the Board of Managers Meetings Book, the Members Registration Book and the*

*Book of Capital Variations and the transfer of such interest and/or increases or decreases made in*

*respect of the Company's share capital, if applicable; (iii) issue certificates related to such corporate*

*records; and (iv) call meetings of members and/or meetings of the Board of Managers of the*

*Company, if he/she deems it appropriate." 1.3 The amendment to Clause Twenty-Second of the*

*Company's Articles of Association is approved to reads as follows: .- "22. - The Board of Managers*

*shall meet at least 4 (four) times a year, when called by its President, the Secretary of the*

*Company or any two of its members, by call notified in writing to each of the members of the Board*

*of Managers, including alternates, and delivered by recognized international courier service, with*

*acknowledgement of receipt, sent no less than five days before the date of the meeting or by e-mail*

*with acknowledgement of receipt. No prior call shall be required when all members of the Board of*

*Managers are present at the meeting. Calls shall indicate the date, time and place of the respective*

*meeting, and shall include the Agenda, the information and documents to be discussed during the*

*meeting, and shall be signed by the member(s) calling the meeting. "1.4 Amendment to Clause 24*

*of the Articles of Association of the Company to be as follows: .- "24 - For meetings of the Board of*

*Managers to consider legally installed by virtue of first or subsequent call it will be necessary the*

*presence                              of                                                                           at*

*-------------------------------------------------------------------------------------------------------------------------le*

*ast 3 (three) owner members or their respective alternates, if appointed, and resolutions shall be*

*agreed upon by the vote of a majority of the members of the Board of Managers present at the*

*meeting, whether they are owners or alternates. The foregoing with the exception of the matters listed below which will be considered as a "fundamental matter" for which the presence of all the members of the Board of Manager of the Company will be required at first or in subsequent calls, and their unanimous vote shall be required: .- (a) Amendment of the Articles of Association of the Company or the documents of incorporation or Articles of Association of any of the Affiliates of the Company. - (b) Increase or decrease in the registered share capital of the Company and the issuance of units, interest or shares representing such capital, either with voting rights, without voting rights or with limited rights; provided that any increase in the company capital does not have a dilution effect among the members of the Company. Any capital decrease shall be made under the principle of pari-passu to maintain and retain the shares between Members in the same proportions - (c) Termination, liquidation or dissolution of the Company or any of its affiliates - (d) Pledge, mortgage or any real lien on the material assets of the Company or any of its affiliates to finance or for other reasons; and/or pledge, encumbrance or transfer by any means of the shares representing the share capital of the Company or representing the share capital of any of its affiliates (or the rights thereof), (e) Merger, consolidation or division with any other entity or reorganization of the Company or any of its affiliates, division of the Company or change in the corporate structure of the Company or any of its affiliates. - (f) Any adjustment to the percentage of participation of each member in the Company and any of its affiliates.- (g)  The execution by the Company or any of its Affiliates of a company, joint venture or other co-investment or profit-sharing agreements with a third party; and/or the acceptance or admission of additional partners to the Company or its Affiliates, directly or indirectly, (h) Borrow or provide guarantees from any nature to a third party by the Company or any of its Affiliates, except for intercompany loans, and/or (ii) by the*

*loans and /orders approved by the business plan and/or the annual budget of the Company unanimously approved by the Board of Managers. - (i) The annual business plan of the Company and/or the annual budget and any changes and derivations therefrom. - (j) The appointment and removal of external auditors for the audit of the financial statements of the Company or any of its affiliates and the fixing of its compensations and fees.- (k) Plans for the distribution of dividends or plants to absorb losses for each fiscal year other than those approved in the annual business plan and/or the annual budget or the modification of the policies of distribution of dividends of the Company or its affiliates. - (1) Any transaction or series of transactions, including without limitation, the acquisition, disposition, encumbrance, guarantee and/or sale of material assets and investments of the Company or any of its affiliates, which are not provided for in the four-phase business plan and/or budget for the year in which such transactions take place, or such transactions are valid or in substance to those expressed in the annual business plan or the*

*budget; annual and the aggregate value of each transaction or series of transactions exceeding USD $150,000.00 (one hundred and fifty thousand Dollars with 00/100, legal tender currency in the United States of America) or its equivalent in other currencies-.- ------------------------------------------------------------------------------------------------------------------------------gr anting of powers by the Company or any of its affiliates and the exercise and executionof any of the acts thereof for acts of domain or for the subscription of credit or securities of any kind (or to endorse or accept them), to the extent that such acts have an individual or joint value in a single act or succession of acts of USDS25,000.00 (twenty-five thousand dollars 00/100, currency of legal tender in the United States of America) or more, except for (i) the subscription of credit in the ordinary course of business of the Company or its affiliates, and (ii) for acts approved in the business plan or in the annual budget in which cases such powers may be exercised individually by a representative A or a representative B, indistinctly. - (n) The modification to any intercompany loan and/or promissory notes documenting them.- (o) The modification to the Concession, issued in favor of the Company on June 17, 2016 by the Secretary of Mobility of Mexico City for the replacement, installation and maintenance of taximeters, with geo- location of individual public passenger transport in Mexico City, as well as the development, operation and operation of a mobile application for the remote contracting of taxi trips; as well as its termination, suspension, assignment, encumbrance, waiver, termination or abandonment by any means. - (p) Acceptance,*



*granting, modification or waiver of any concession, temporary permit or administrative authorization of which the Company holds (or becomes the holder). - (q) Approval of the compensation package for the operations of the Company and/or the hiring by the Company c its Affiliates of any employment, services or agreements similar are "Persons with an annual compensation exceeding USDS250,000.00 (two hundred and fifty thousand dollars 007100, legal tender currency in the United States of America) and the granting of any compensation or benefits except for those acts approved in the Annual Business Plan or the Annual Budget. - (r) Execution of any Agreement, act or operation by the Company or its affiliates with a related party, to the Company or its direct or indirect members (including principals), or to any manager, all of whom shall be under market conditions.- (s) Bankruptcy, insolvency and reorganization (including the commercial tender) or the filing of requests to that effect, by the Company or any of its Affiliates. - (t) The incorporation by the Company or its Affiliates of any direct or indirect affiliate or investment vehicle or vehicle with legal personality*

*or not, and/or the opening or continuation by the Company or any of its Affiliates of a new line of business or investment not provided for in the annual business plan and/or in the annual budget- (u) The exercise of any voting or corporate rights issued by the affiliates and the appointment of any proxy or representative authorized to vote and approve any of the acts and/or matters described in paragraphs (a) to (s) present by each of the affiliates, if applicable ------------------------ I, THE NOTARY HEREBY CERTIFY: .- I - That to the best of my knowledge and belief, the appearing person has legal capacity to grant this act and that I made sure of his identity, in accordance with the relationship I add to the appendix of that Deed with the letter "B" ---------------------------------------------------------------------------------------------------------IX*

*.- That read and explained*

*this writing to the person and warned of the penalties incurred by those who declare falsely, having fully identified me as a notary, expressed his agreement with it, as well as his full comprehension and signed it on the twenty-second day of December of this year. Signature of Mr. Cesar Octavio*

*ROBERTO GARZON JIMENEZ, HOLDER OF THE NOTARIAL OFFICE NUMBER TWO HUNDRED FORTY-TWO OF THE CITY OF*

*MEXICO CITY, ACTING AS PARTNER IN THE PROTOCOL OF NOTARIAL OFFICE NUMBER TWO HUNDRED TWENTY NINE, HELD BY MARCO ANTONIO*

*AGUIRRE.- I ISSUE SECOND CERTIFIED COPY UPON THE REQUEST OF THE INTERESTED PARTY FOR THE RECORD*

*Cantoral Cárdenas.- Roberto Garzón Jiménez.- Signature...*

*"SERVICIOS DIGITALES LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE IN FORTY ONE PAGES.- CITY OF MEXICO, ON THIS DECEMBER TWENTY TWO, TWO THOSUAND*

*SIXTEEN.- I ATTEST.-1 ILLEGIBLE SIGNATURE. - I A STAMP TO AUTHORIZE".- ------------------*

--- The public deed of reference is registered in the Public Registry of Commerce of the city of Mexico, in the commercial folio number 549243-1 five hundred forty-nine thousand two hundred forty-three scripts

One. -------------------------------------------------------------------------------------------------------

--- The notary undersigned I attest that the earlier inserted faithfully agrees with its original, which I had in sight, and that

I add a copy of it to the Protocol of the notarial office in my custody.----------------------------------------

--- II. Mr FABIO MASSIMO COVARRUBIAS PIFFER, states under oath, that

"SERVICIOS ADMINISTRATIVOS LUSAD" SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE is a regular commercial company legally organized, and that until the date of this date has not been revoked the charge conferred nor diminished the powers with which he appears and proves the existence of its representative and the powers conferred; with the document that, as relevant to this case,

states: ---------------------------------------------------------------------------------------------------------------

--- 1 / - *"BOOK NUMBER THREE THOUSAND ONE HUNDRED THREE. ASA/PSM/CPM.- DOCUMENT EIGHTY FIVE*

*In Mexico City, on December twenty-second of the year two thousand and sixteen. - ROBERTO GARZÓN JIMENEZ, holder of the notarial office number two hundred forty-two in Mexico City, acting as an associate in the protocol of the notarial office number two hundred twenty-nine under the custody of MARCO ANTONIO RUIZ AGUIRRE, I hereby attest: - AMENDMENT OF THE TWENTIETH, TWENTY-FIRST, TWENTY-SECOND AND TWENTY FOUR CLAUSE OF THE ARTICLES OF ASSOCIATION; - II- APPOINTMENT OF THE MEMBERS OF THE BOARD OF MANAGERS AND OF THE SUPERVISORY BOARD; .- III.- REVOCATION AND GRANTING OF POWERS OF Revocation and the granting of powers of "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, which*

*result from the protocol of the unanimous resolutions taken in lieu of the Meeting, which I make at the request of Mr. César Octavio Cantoral Cárdenas, according to the following recitals and clauses: .- RECITALS: .-I By Deed number eighty-one thousand ninety, dated February 8, two thousand and seventeen, acting as associated in the protocol of the notarial Office number two hundred and twenty-nine in Mexico City, under the custody of Lic. Marco Antonio Ruíz Aguirre, whose first notarial Certified Copy was recorded in the Public Registry of Commerce of this capital, in the electronic business sheet number "N-2017018986" (N dash two zero one seven zero one eight nine eight six), "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD ANÓNIMA PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE was organized, with domicile in Mexico City, of indefinite duration, with capital at the fixed minimum of twenty thousand pesos, national currency, unlimited maximum, admission clause for foreigners and with the purpose of: (a) The purchase, sale, import, export and in general*

— o

*marketing on its own account or by third parties, whether in national territory or abroad, of any kind of goods*

.· ⌐

.. ⌐

*within the trade,- (b) The acquisition, utilization, use, and/or disposition, under any title, on its own account or by third parties, whether in national territory or abroad, of any kind of movable or immovable property, as well as personal and/or real rights that may be necessary or recommended for the furtherance of the aforementioned business purpose.- (c) The presentation and/or contracting of any kind of advisory, supervisory, administrative, technical services, of its own account or of third parties related to its business purpose.- (d) Act as representative, proxy, agent, mediator, intermediary, distributor, administrator and, in general, carry out any of the above activities on behalf of itself or of third parties. - (e) Organize, incorporate, and acquire or dispose of parties or interest in any kind of business or local entities.s. - (f) Establish, lease, operate and own plants, workshops, warehouses, facilities, offices and agencies within and without Mexico.- (g) Act as commissioner and mediator and accept the performance of business representation of all kinds. - (h) Grant guarantees in any manner permitted by law, in relation to obligations undertaken by the Company or by companies in which the Company holds the majority of shares or share interest or by third parties in general.- (i) Enter into, directly or through third parties, the sale and lease of rights derived from trust operations, even if these activities are carried out within or without the Mexican Republic.- (j) Obtain all types of*



*loans and financing by granting specific guarantees, issue bonds, securities certificates and promissory notes, accept, rotate, endorse, or endorse all kinds of credit instruments and other documents that protect credit rights and grant guarantees or guarantees of any kind, in respect of the obligations assumed or securities issued or accepted by companies of which the Company holds the majority of shares or share interest or by third parties in general. - (k) Grant all types of credits and financings.- (l) Promote the obtaining of financial resources from all kinds of credit institutions, both collateralized loans and capital investment loans provided by the Federal, State, Municipal, Regional and other public or private institutions at the national*

*or*

*international level.- (m) Representation as commission agent, as intermediary, factor, mediator or representative in the Mexican Republic or abroad of industrial or commercial or service companies, whether domestic or foreign. - (n) Patenting inventions, registering trademarks, industrial design models, copyright, notices and special names as well as requesting authorizations for the use of names of origin, exploiting their own or conferred rights in respect of all of the above, or negotiating with*

*with all kinds of intellectual property rights, and copyrights; receive or grant licenses, sub licenses, franchises, sub franchises or authorizations in general for the use and exploitation of any intellectual, industrial or copyright right.- (o) Acquire, operate, dispose, transfer, lease, sublease, assign concessions granted by federal, state or municipal authorities of Mexico or any of its federal entities, license, sub license, franchise or sub franchise, import, export, grant, acquire, exploit or assign for any legal title the use, enjoyment, disposition or in general to the exploitation of all kinds of movable or immovable property, intellectual, industrial or copyright property.- (p) Enter into all kinds of contracts, agreements or agreements with the Federal Government, with State and Municipal Governments, with Foreign Governments, with public and private entities, natural and legal persons, both national and foreign.- (q) Celebrate and/or carry out all kinds of acts (including acts of domains, and/or civil, commercial contracts, and any other kind necessary to the fulfillment of the purpose of the Company.- (r) In general, to offer labor services, directly or through the figure of labor subcontracting, as well as advisory services of business*

*to third parties. And from this Dee I copy in its part what is of the following literal wording: ----------*

*CHAPTER IV.- MANAGEMENT AND SUPERVISION.- VIGÉSIMA. - The management of the Company shall be entrusted to a Single Manager or to a Board of Managers composed of at least two members, as determined by the majority of votes of the Meeting of Members, which may also appoint Deputy Managers. The Single Manager or the members of the Board of Managers may or may not be members.- The Single Manager or the members of the Board of Managers shall be appointed for periods of one year from the date of their appointment or ratification, as the case may be, and may be re-elected for successive periods and continue in their respective assignments until their successors come into office. For this purpose, the time elapsed between an Annual Meeting of Members and the next Annual Meeting of Members is considered as one year. - The Chairman of the Board of Managers shall be elected by the Meeting of Members. Likewise, the Board of Members or the Meeting of Members, as the case may be, may appoint a Secretary, who may or may not be members of the Board. In the event that the Board of Members or the Meeting of Members, as the case may be, appoint a Secretary not a member of the Board of Members of the Company, such persons shall not be on the Board of Members of the Company, shall not have the authority to vote or make decisions in the Meetings of the Board of Managers, shall not have responsibilities, your attendance will not be relevant in determining whether or not there is sufficient*

*quorum to hold a Board of Managers Meeting and its functions will be limited to: (i) attending the Meeting of Members and Meetings of the Board of Managers for the purpose of preparing the relevant minutes; (ii) preparing and maintaining the Meetings of Members, the Board of Managers Meeting Book, the Members Registration Book and the Capital Variations Book; and (iii) issue certificates related to such company registrations.- TWENTIETH SECOND. - The Board of Managers shall meet when convened by its President, the Secretary of the Company or any two of its members, by means of written notice to each member of the Board, including alternates, delivered by recognized international courier service, with acknowledgement of receipt, at least five days before the date of the meeting or by e-mail with acknowledgement of receipt. No prior call will be required when all members of the Board of Managers are present at the meeting. Calls must indicate the date, time and place of the respective meeting, and must also include the Agenda, the information and documents to be discussed during the meeting, and must be signed by the member(s) convening the meeting. -*

*THREE - The Chairman of the Board of Managers shall preside over the Meetings of the Board of Managers, and in his absence the Meetings shall be chaired by the member of the Board of Managers appointed by a majority of those present at the Meeting. The Secretary of the Company shall act as secretary in the Meetings of the Board of Directors and in the absence of the Board of Directors shall act as secretary of the Session the member of the Board of Directors appointed by a majority of those present. The Board of Managers may meet in Mexico or abroad. Likewise, the members of the Board may participate in the meetings through telephone conferences or videoconferences provided that they ratify their resolutions in writing. 24. - In order for the Meetings of the Board of Managers to be considered legally installed by virtue of first or subsequent call with the presence of a majority of the owner members or their respective alternates, if*

*they have been appointed; 'and resolutions shall be adopted by the vote of a majority of the members of the Board of*
OI
O
*Managers present at the Meeting whether owners or alternates.- Resolutions adopted in lieu of the Meetings*
I'm
*of the Board of Managers by the unanimous vote of all the regular or deputy members of the Board of*
9 m

*Managers shall be legally adopted as long as such decisions are confirmed in writing*

*and are signed by all the owner members or alternate members of the Board of Managers.- 25.-*

*The minutes of the Meetings of the Board of Members shall be recorded in the Book of Minutes of the Board of Directors of*

*Managers and will be signed by all present or if authorized by express agreement of the relevant meeting,*

*only by the President and Secretary of the Meeting. The minutes and unanimous agreements adopted by the members of the Board of Managers will be recorded in the Board of Managers' Meeting*

*Book. The Secretary of the Company shall integrate and keep a file for each Meeting of the Board of Managers, which shall include the minutes, attendance list, calls, if applicable, as well as any other documents made available to the meeting, such as reports, financial statements and other*

*important documents--------------------------------------------------------------------------------------------------II.*

*- The appearing party declares in an express manner and under oath that*

*the members of "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITA DE*

*CAPITAL VARIABLE, took unanimous decisions of the meeting of members, which confirmed in writing in accordance with the document I add to the appendix to this Deed with the letter "A", and requests me to protocolize,*

*being the same as the following wording: - "UNANIMOUS RESOLUTIONS OF MEMBERS OF SERVICIOS*

*ADMINISTRATIVOS LUSAD, S. DE R.L. DEC. V.  ---------------------------------------------------------*

*RESOLUTIONS.- FIRST. Amendments of Articles of Association of the*

*Company.- 1.1 In its leading part, the twentieth clause of the Company's articles of association is amended,*

*to be drafted, as from this date, as follows:........................... 1.2 The amendment of the*

*21st clause of the Company's articles of association, to be drafted, from that date*

*in the following terms: ----------------------------------------------------------------------------------------------*

*1.3 Amendment to Clause Twenty-Second of the Articles of Association*

*of the Company is approved, and reads as follows:  -----------------------------------------------------------*

*1.4 Amendment to Clause Twenty-Fourth of the*

*company articles of association is hereby approved, and reads as follows: -----------------------------*

*2.5 The appointment of*

*Horacio Alamilla Medina and José Luis Valera Muñoz, as members of the Supervisory Board of the Company, is hereby approved.*

*2.6 Based on the above, the Board of Managers and the Board of Supervisory of the Company, is formed,*

*from this date and on a respective basis, as follows: BOARD OF MANAGERS.- MEMBER*

*OWNER.- MEMBERS - POSITION.- ALTERNATES - Santiago León Aveleyra.- PRESIDENT.- Fabio*

*Massimo Covarrubias Piffer.- Francisco José Flores Melendez.- BOARD MEMBER.- Eduardo Zayas Dueñas.-*
33

*BOARD MEMBER.- Julio Alejandro Belmont -Oscar Jesús Saitz Zazueta Garibay.- BOARD MEMBER.- Rodrigo Núñez Sarrapy- SECRETARY NO.- MEMBER OF THE COUNCIL - SUPERVISORY COUNCIL - OWNER MEMBER. - POSITION.- Horacio Alamilla Medina.- BOARD MEMBER.- José Luis Valera Muñoz... COUNSELOR.*

*THIRD. Revocation and granting of powers 3.2 The granting of the following powers and authorities to*

*Mr. MASSIMO COVARRUBIAS PIFFER and EDUARDO ZAYAS DUEÑAS is decided on: I.To be exercised individually: a) GENERAL POWER OF ATTORNEY FOR LITIGATION AND COLLECTIONS. In accordance with the first paragraph of Article Two Thousand, Five Hundred and Fifty-Four of the Civil Code for Mexico City and its correlative articles of each and every Civil Code of the other States of the United Mexican States, with all the general powers and including those that require a special clause in accordance with the Law, including but not limited to, the following: To exercise all kinds of rights and actions before any authority of the Federation, the States, Mexico City and the Municipalities, whether in a voluntary, contentious or mixed jurisdiction and whether it is a civil, judicial, administrative, tax or labor authority, whether these are Conciliation Boards or Arbitration Courts, Local or Federal; to answer to complaints, assert and respond to counterclaims; submit to any jurisdiction; to formulate and answer interrogatories; to challenge justices, judges, secretaries, experts and any other person who may be challenged by Law; to submit to arbitration and reach settlements; to receive payments; to abandon the original suit, the incidental proceedings, any appeal and the Amparo [an action for protection of constitutional rights or guarantees], which may be filed as many times as deemed appropriate; to provide all kinds of evidence; to acknowledge signatures and documents, to object to them and rebut their authenticity; to attend meetings, proceedings and auctions; to bid at auctions, place bids and increase them; and to obtain an award of all kind of goods for the Company and to file charges, complaints and criminal complaints; to grant a pardon and to act as a party in criminal cases or as the coadjutor of the Public Prosecutor's Office, in cases in which they may exercise the broadest powers that the case may require. It may also represent the Company in the terms of Articles eleven, forty-six, forty-seven, forty-three, one hundred and thirty-four, Roman three, five hundred and twenty-three, six hundred and ninety-two, first, second and third Sections, seven hundred and eighty-six, eight hundred and seventy-three, eight hundred and seventy-four, eight hundred and seventy-six, eight*

*hundred and eighty-three, eight hundred and eighty-four and other articles related in the Federal Labor Act. In no case shall the power to transfer property or rights on behalf of the Company be deemed conferred, b) GENERAL POWER OF ATTORNEY FOR ACTS OF ADMINISTRATION. In accordance with the provisions set forth in the second paragraph of Article two thousand, five hundred and fifty-four of the Civil Code for Mexico City and their correlative of the Civil Codes of the States in the Mexican United States. C) GENERAL POWER OF ATTORNEY FOR LITIGATION AND COLLECTIONS AND FOR ACTS OF ADMINISTRATION IN LABOR MATTERS. In accordance with the first paragraphs of Article 2554 (two thousand, five hundred and fifty-four) of the Civil Code of Mexico City and the corresponding provisions of the laws of other federal entities as well as the Federal Civil Code, with all the general and special powers that require a special clause in accordance with Article 2587 (two thousand, five hundred and eighty-seven) of the Civil Code of Mexico City and the corresponding provisions of the laws of the other federal entities as well as the Federal Civil Code, including, but not limited to, the following: being legal representatives of the Company, even having the labor representation of it, being able to exercise all kinds of rights and actions before any authority of the Federation, the States, Mexico City and the Municipalities, whether in a voluntary, contentious or mixed jurisdiction and whether they are civil, criminal, commercial, judicial, tax, administrative or labor authorities or any other type that may exist, whether they are Conciliation Boards or Arbitration Courts, Local and Federal; to answer to complaints, assert and respond to counterclaims; submit to any jurisdiction; to formulate and answer interrogatories; to challenge justices, judges, secretaries, experts and any other person who may be challenged by Law; to abandon the original suit, the incidental proceedings, any appeal and the Amparo [an action for protection of constitutional rights or guarantees], which may be filed as many times as deemed appropriate; to provide all kinds of evidence; to acknowledge signatures and documents, to object to them and rebut their authenticity; to attend meetings, proceedings and auctions; to bid at auctions, place bids and increase them; and to obtain an award of all kind of goods for the Company granting the power of attorney and, by any legal means, to assign rights and goods, to submit to arbitration; to file charges, complaints and criminal complaints; to grant a pardon and to act as a party in criminal cases or as the coadjutor of the Public Prosecutor's Office, in cases in which they may exercise the broadest powers that the case may require. The proxy shall have the power to legally represent the Company, even having the*

*employer's representation in the terms of Articles*

*11* *(eleven), 46 (forty-six), 47 (forty-seven), 134 (one hundred and thirty-four) Section III, 523 (five hundred and twenty-three), 692 (six hundred and ninety-two) Sections I, II and III, 786 (seven hundred and eighty-six), 787 (seven hundred and eighty-seven),873 (eight hundred and seventy-three), 874 (eight hundred and seventy-four), 876 (one hundred and seventy-six), 880 (eight hundred and eighty), 883 (eight hundred and eighty-three), 884 (eight hundred and eighty-four) and other articles related in the Federal Labor Act. The employer's legal representatives and the general representatives may, without limitation, act before or against the trade union(s) with which collective bargaining agreements are executed and for all the collective disputes purposes; they may act before or against the workers personally considered and for all the individual disputes purposes; they may act against or against workers personally considered and for all purposes of collective disputes; in general for all the affairs between employers and employees and to be exercised before any labor and social service authority referred to in Article 523 (five hundred and twenty-three) in the Federal Labor Law; they may also appear before conciliation and arbitration boards, either local or federal; accordingly, they shall carry the employer's representation for the purposes of Article 11 (eleven), 46 (forty-six) and 47 (forty-seven) of the said law, as well as the legal representation of the company for the purposes of proving its standing and capacity in trial or outside it, under the terms of Article 692 (six hundred and ninety-two), Sections II and III of said Law; they may appear at the examination of the parties, under the terms of Articles 787 (seven hundred and eighty-seven) and 788 (seven hundred and eighty-eight) in the Federal Labor Law, with the power to formulate and answer interrogatories and to fully examine the parties; they may chose elected domiciles to receive notices, under the terms of Article 876 (eight hundred and seventy-six) of said law; they may appear with all the sufficient legal representation to attend the hearing referred to in Article 873 (eight hundred and seventy-three) in the Federal Labor Law in its three phases of conciliation, complaints and pleas and of offer and admission of evidence, under the terms of Articles 875 (eight hundred and seventy-five), 876 (eight hundred and seventy-six) Sections I and VI, 877 (eight hundred and seventy-seven), 878 (eight hundred and seventy-eight) 879 (eight hundred and seventy-nine) and 880 (eight hundred and eighty) in the Federal Labor Law; they may also attend the hearing to examine the parties, under the terms in Articles 873 (eight hundred and seventy-three) and 874 (eight hundred and seventy-four) of the same law; they are*

*also granted the powers to propose conciliatory arrangements, enter into transactions, take all kinds of decisions, negotiate and enter into labor*

*at the same time, they may act as representatives of the Company in their capacity as administrators, with regard to and for any kind of trial or labor proceedings before any authority. They may execute employment contracts and terminate them and, for this purpose, the principals shall enjoy all the powers of GENERAL PRINCIPALS FOR LITIGATION AND COLLECTIONS AND ACTS OF ADMINISTRATION, in the manner described above and under the terms of the first two paragraphs of Article 2554 (two thousand, five hundred and fifty-four) and Article 2587 (two thousand, five hundred and eighty-seven) of the Federal Civil Code. II. TO BE EXERCISED JOINTLY BY MR. FABIO MASSIMO COVARRUBIAS PIFFER AS SIGNATURE "A" AND BY MR. EDUARDO ZAYAS DUEÑAS AS SIGNATURE "B": a) GENERAL POWER OF ATTORNEY FOR ACTS OF OWNERSHIP. The principals shall have all the powers of the holder, both in relation to the goods of the grantor of power and to make any kind of proceeding in order to defend them, under the terms of the third paragraph of Article two thousand, five hundred and fifty-four of the Federal Civil Code and its correlative articles of the Civil Codes for the States of the Republic. b) GENERAL POWER OF ATTORNEY TO GRANT AND SUBSCRIBE ALL KINDS OF NEGOTIABLE INSTRUMENTS. Under the terms of Article Ninth of the General Law on Negotiable Instruments and Credit Transactions, but only to be exercised jointly, in the case of transactions not included in the business plan or annual budget of the Company, approved by the Board of Managers for the financial year in question, or transactions that are outside the normal course of operations and that individually or jointly (including a succession of acts linked to or related to each other for any reason, among others by identity between the contracting parties) exceed an amount of USD $ 25,000.00 (twenty-five thousand dollars 00/100, national currency of the United States of America). Apart from the foregoing case, this power of attorney may be exercised individually c) SPECIAL POWER OF ATTORNEY. To grant sureties on behalf of the Company. d) SPECIAL POWER OF ATTORNEY. To establish the Company as guarantor, joint and several obligor, or in any way*



*guarantee the obligations in charge of the Company or third parties, individual or legal entities onerously or gratuitously, being able to accept or constitute collateral or personal guarantees. III. TO BE EXERCISED INDIVIDUALLY, BY MR. FABIO MASSIMO COVARRUBIAS PIFFER AS SIGNATURE "A": a) SPECIAL POWER OF ATTORNEY. To open and cancel bank accounts on behalf of the Company, as well as to make deposits and draw against them and appoint persons who draw against them. The foregoing is understood that, in case of transactions not included in the business plan or annual budget of the Company, approved by the Board of Managers for the business year in question, or operations which are outside the normal course of the Company's operations and which individually or jointly (including a succession of connected or related acts among themselves for any reason, among others by identity between the contracting parties), exceed an amount of USD $ 25,000.00 (twenty-five thousand dollars 00/100, national currency of the United States of America), the signature of the aforementioned proxy must concur with the signature of a Proxy with Signature "B". CLAUSES. FIRST. The Document of Unanimous Resolutions taken outside the Meeting by the Members of "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE is hereby formally recorded, transcribed in the second recital of this deed, so that it has all its legal effects. SECOND. The amendment of Clauses Twentieth, Twenty-First, Twenty-Second and Twenty-Fourth of the Articles of Incorporation of "SERVICIOS ADMINISTRATIVOS LUSAD", SOCIEDAD DE RESPONSABILIDAD*

*LIMITADA DE CAPITAL VARIABLE is hereby formally recorded, so that they are henceforth drafted in accordance with the resolutions transcribed in the third recital of this Deed, which are literally as follows: TWENTIETH. The administration of the Company shall be entrusted to a Board of Managers, composed of 4 (four) members, who may or may not be members of the Company. The members of the Board of Managers shall be appointed for periods of one year as from the date of their appointment or ratification, as the case may be, and they may be re-elected in successive terms and continue in their corresponding positions until their successors enter into office, providing that the position of Counselor is indefinite, until the Meeting of Members determines otherwise but, in any case, they must remain in their corresponding duties until their successors enter into office. 1.2 Clause Twenty-First of the Articles of Incorporation of the Company is amended to be drafted, as from that date hereof, on the following terms: "TWENTY-FIRST. The Chairman of the Board of Managers shall be elected by the Meeting of Members. Likewise, the Board of Directors of the Company may appoint a Secretary, who shall be independent of the Members of the Company and its Counselors, and who shall not be a member of the Board of Managers. The Secretary shall comply, regarding the Members, the Counselors of the Company and the latter, with the requirements of independence established by Article 26 of the Stock Market Law (or the one that replaces it from time to time during the Company's term) and, therefore, it shall not be part of the Board of Managers, nor have the right to vote; consequently, its meetings are limited to: (i) attending the Meeting of Members and the sessions of the Board of Managers in order to issue the corresponding Minutes; (ii) preparing and keeping the Book of Minutes of the Meetings of Members, the Book of Sessions of the Board of Managers, the Record of Members Book and the Stock Variation Record Book and of the transactions of said share interests and/or any increase or decrease made with regard to the capital stock of the Company, if applicable; (iii) issuing certificates related to such corporate registrations; and (iv) summoning*



*meetings of Members and/or meetings of the Board of Managers of the Company, if deemed appropriate". 1.3 The amendment to Clause Twenty-Second of the Articles of Incorporation of the Company is hereby approved to read as follows: "TWENTY-SECOND. - The Board of Managers shall meet at least 4 (four) times a year, when summoned by its Chairman, the Secretary of the Company or any two of its members, by means of a summon notified in writing to each member of the Board of Managers, including deputies, and delivered by an international well-known courier service, with acknowledgement of receipt, at least five days in advance before the date of the meeting or by e-mail with acknowledgement of receipt. No prior call shall be required when all the members of the Board of Directors are present at the meeting. The calls must indicate the date, time and place of the corresponding meeting, and it must also include the Agenda, the information and documents to be discussed during the meeting, and be signed by the party(ies) calling the meeting."1.4 The amendment to Clause Twenty-Fourth of the Articles of Association of the Company is hereby approved to be as follows: "TWENTY-FOURTH. - So that the sessions of the Board of Managers are considered legally open by virtue of the first or later call, the presence of at least 3 (three) of the regular members or their corresponding deputies shall be necessary, if they have been appointed, and the agreements shall be adopted by the vote of a majority of the members of the Board of Managers present at the session, whether they are regular or deputies. The foregoing, with the exception of the cases listed below, which shall be considered as an essential matter" for which the presence will be required at the first or*

*later calls, of all the members of the Board of Managers of the Company and their unanimous vote: (a) Amendment to the Articles of Increase of the Company or the documents for incorporation or articles of incorporation of any Affiliate of the Company. (b) Increase or decrease in the registered capital stock of the Company and the issuance of units, share interests or shares representing such capital stock, whether with voting rights, without voting rights or with limited rights; provided that any increase in the capital stock does not have a dilution effect between the Members of the Company. Any capital reduction must be made under the principle of pari-passu in order to maintain and keep the interest percentages among the Members in the same proportions. (c) The termination, liquidation or dissolution of the Company or any of its Affiliates. (d) Pledge, mortgage or any encumber on real property on the material assets of the Company or any of its Affiliates for finance purposes or for other reasons; and/or pledge, encumbrance or transfer by any means of the share interests representing the capital stock of the Company or representing the capital stock of any of its Affiliates (or the rights thereof), (e) Merger, consolidation or division with any other entity or reorganization of the Company or any of its Affiliates, division of the Company or change in the corporate structure of the Company or any of its Affiliates. (f) Any adjustment to the interest percentage of each Member in the Company and any of its Affiliates. (g) The subscription by the Company or by part of any of its Affiliates of a company, joint venture or other co-investment or profit-sharing agreements with a third party; and/or the acceptance or admission of additional members to the Company or its Affiliates, directly or indirectly, (h) Borrow or provide guarantees from any nature to a third party by the Company or any of its Affiliates, except for intercompany loans, and/or (ii) for loans and financings approved by the business plan and/or the annual budget of the Company unanimously approved by the Board of Managers. (i) The Company's annual business plan and/or budget and any amendment or derivation from them. (j) Appointment and removal of external auditors for the audit of the financial*

*statements of the Company or any of its Affiliates and the setting of their compensations and professional fees. (k) Plans for the distribution of dividends or plans to deal with losses for each tax year other than those approved in the annual business plan and/or the annual budget or the modification of the dividend sharing policies of the Company or its Affiliates. (I) Any transaction oseries of transactions, including without limitation,  the acquisition, disposition, encumbrance, guarantee, and/or sale of material assets and investments of the Company or any of its affiliates, which are not provided for in the annual business plan and/or annual budget for the year in which such transactions take place, or such transactions are different in force or in substance to those expressed in the annual business plan or the annual budget and the added value of each transaction or series of transactions exceeds USD $150,000.00 (one hundred and fifty thousand dollars 00/100, legal tender currency in the United States of America) or its equivalent in other currencies.- (m) The granting of powers by the Company or any of its affiliates and the exercise and execution of any acts thereof for acts of ownership or for the subscription of credit or securities of any kind (or to endorse or accept them), to the extent that such acts have an individual or joint value in a single act or succession of acts of USDS25,000.00 (twenty-five thousand dollars 00/100, legal tender currency in the United States of America) or more, except for (i) the subscription of securities in the ordinary course of business of the Company or its affiliates, and (ii) for acts approved in the business plan or in the annual budget in which cases such powers may be exercised individually by a representative A or a representative B, indistinctly. - (n) The modification to any intercompany loan and/or promissory notes documenting them.- (o) The modification to the Concession, issued in favor of the Company on June 17, 2016 by the Secretary of Mobility of Mexico City to the replacement, installation and maintenance of taxi meters, with geo-location of individual public passenger transport in Mexico City, as well as the development, operation, and deployment of a mobile application for the remote hiring of taxi rides; as well as its termination,*

*suspension, assignment, tax, resignation, termination or abandonment by any means. - (p) Acceptance, granting, modification or waiver of any concession, temporary permit or administrative authorization of which the Company is the owner (or becomes the owner). - (q) Approval of the compensation package of the Company's officials and/or recruitment by the Company or of its Affiliates, of any employment, services or similar agreements are "Persons with an annual compensation exceeding USD $250,000.00 (two hundred and fifty thousand dollars 007100, legal tender currency in the United States of America) and the granting of any compensation or benefits except for those acts approved in the Annual Business Plan or the Annual Budget.-  (r) The execution of any agreement, act or operation by the Company or its affiliates with a related party, the Company or its direct or indirect partners (including constituents), or any director, all of whom shall be under market condition.- (s) Bankruptcy, insolvency and reorganization ( including commercial solicitation) or the filing of petitions to that effect, by the Company or any of its Affiliates. - (t) The incorporation by the Company or its Affiliates of any direct or indirect affiliate or investment vehicle or vehicle with legal personality or not, and/or the opening or continuation by the Company or by any of its Affiliates of a new Unea business or investment not provided for in the annual business plan and/or in the annual budget- (u) The exercise of any voting or corporate rights issued by the affiliates and the appointment of any proxy or representative authorized to vote and approve any of the acts and/or matters described in paragraphs (a) to (s) herein by each of the affiliates, if applicable..... I, THE NOTARY, CERTIFY: .- /.- That to my*

*judgement, the appearing party has legal capacity to grant this act and that I acknowledged his identity*

*according to the relationship I add to the appendix of that deed with the letter "B"................................................................................................... IX.-    Having read and explained*

*this deed to the appearing party, and warned of the penalties incurred by those*

*who declare falsely, having fully identified myself as a notary, expressed his agreement with it, as well as his full understanding, and having signed it on the twenty-second day of December of this year, at the same time when I definitively authorize it. In witness whereof, signed by Mr. Cesar Octavio Cantoral Cárdenas.- Roberto Garzón Jiménez - Signature... ROBERTO GARZON JIMENEZ, HOLDER OF NOTARY NUMBER TWO HUNDRED AND FORTY-TWO OF THE CITY OF MEXICO, ACTING AS ASSOCIATE IN THE PROTOCOL OF NOTARY TWO HUNDRED AND TWENTY-NINE OF WHICH LICENCIADO MARCO ANTONIO RUIZ AGUIRRE IS TITLE-OWNER.- I HEREBY ISSUE SECOND TESTIMONY, SECOND IN ORDER FOR THE RECORDS OF "SERVICIOS DIGITALES LUSAD", A VARIABLE CAPITAL LIMITED LIABILITY COMPANY, ALONG FORTY-ONE PAGES. - MEXICO CITY, ON THE TWENTY-SECOND DAY OF DECEMBER,*

*TWO THOUSAND AND SEVENTEEN. - I ATTEST.- ASA/psm\*.- 1 ILLEGIBLE SIGNATURE.- 1 AUTHORIZING STAMP. --------------------------------------------------------------------------*

--- The public deed of reference is registered in the Public Registry of Commerce of the Mexico

City, in commercial folio number N-2017018986 letter "EN", dash, two, zero, one, seven, zero, one, eight nine, eight, six, ------------------------------------------------------------------- --------------------------------

---I, the notary undersigned, attest that the above inserted faithfully agrees with its original, which I had in view, of which I add a copy to the Book of Documents of the Protocol under my command. --------------------------------------------------------------------------------------------------------

---------------------------------------------- INSERTS: --------------------------------------------------------

---"In all the general powers of attorney for lawsuits and collections, it is sufficient to say that it is granted with all the general and special powers requiring special clauses under the law, to be understood conferred without limitation. -----------------------------------------------------------

---In the general powers of administration of assets, it is sufficient to state that they are given with that character so that the titleholder has all kinds of administrative powers. -------------------------------------------

---In the general powers, in order to exercise acts of dominance, it shall be sufficient for the titleholder to have all the powers of the owner, both in relation to property, and in order to make all kinds of actions, in order to defend them. --------------------------------------------------------------------

---If, in the three cases mentioned above, the powers of the titleholder are to be limited, the limitations shall be recorded, or the powers shall be special. ----------------------------------------

---Notaries will insert this article in the testimony of the powers they grant." ------------------------------

---APPLICABLE ARTICLES OF THE CIVIL CODE OF THE STATE OF JALISCO:.................................................................................. --------------------------

-- "Article 2,206. The following are general mandates: I. Judiciary; II.Power to administer property; and /// .- /// .- Power to exercise acts of dominance ".----------------------------------------------------------------

--- *"Article 2,207.- In the general judicial powers, it shall suffice to say that they are granted in that capacity, in order for*

*the titleholder to be able to represent the power of attorney in any business of voluntary, mixed and contentious jurisdiction, from the outset to its end, provided that the law does not require special power,*

*in such a case, the powers conferred on them as a specialty shall be specified in detail.*-------------------------------------------------------------------------------------------

--- *"Such powers may be granted only to persons holding the title of Lawyer, Bachelor of Laws*

*or* ---------------------------------------------------------------------------------------------------*those who do not hav*

*such a character to ensure that the agent has all kinds of powers. Administrative.- In general powers to exercise acts of ownership, it is sufficient to state that they are conferred with that character, so that the agent has the powers of proprietor, as regards*

*goods as well as in their defense* -----------------------------------------------------------------

--- *"ARTICLE 2, 214. No power of attorney shall be granted for a period of more than 5 five years, except that before*

*that time is met, the grantor revokes it. If, during the period of the power of attorney, a business has been initiated whose duration extends beyond the term of validity, the powers shall be deemed to have been extended, until conclusion, including that of attempting the amparo proceedings.*-------------------------------------------

--------------- ----------------------------- NOTARIAL FAITH: -------------------------------------------------------

- I, the Notary, certify and attest: ---------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------C

— That the inserts contained in this deed match faithfully with their original documents from where

I observed them. --------------------------------------------------------------------------------------

-------------------------------------------- CAPACITY: -----------------------------------------------------

---a) .- That I conceive the person with legal capacity, to hire and force himself, who despite being of my

knowledge, and in accordance with the respective laws, I sought its identification through the official document that he shows me, which is a passport issued by the Secretary of Foreign Affairs with the numbers E14391769 "E", one, four, three, nine, one, seven, six, nine, of which I add a copy that I attest faithfully or original to the Appendix to the Book of Documents of the Protocol of the Notary under the number

in the relevant note. --------------------------------------------------------------------------------

-b) .- That I informed the person that this Notary in my charge is committed to the protection of his personal data, being responsible for its use, handling and confidentiality; and, in this regard prior to providing them to me, I gave him the privacy notice by which I identified myself with the person in my capacity as Notary Public, providing you with the address of my notarial office located in Avenida de las Américas number 1,500 thousand five hundred, 14th Floor, in Colonia Country Club of the Municipality of Guadalajara, Jalisco, ZIP Code 44610 four, four, six, one, zero, phones 39-15-94-75 three, nine, dash, one, five, dash, nine, four, dash, seven, five, 39 -15-94-76 three, nine, dash, one, five, dash, nine, four, dash, seven, six and 39- 15-94-77 three, nine, dash, one, five, dash, nine, four, dash, seven, email

protecciondedatospersonales@gorm.com.mx, and by which I informed him: --------------------------

---b.l) .- That his personal data is requested in compliance with the written provisions of the Notary Law

of the State of Jalisco and other legal systems pertaining to the notarial function, are used to confirm their identity, understand and meet their legal

needs, provide legal certainty and certainty to the legal acts, acts and businesses that they conduct through this public instrument, draft this instrument, carry out procedures administrative and fiscal support to the competent authorities, to provide advice and to express their will in this instrument within the framework of the Law on Notaries of the State of Jalisco, to comply with the requirements

and verify the information provided to me. ------------------------------------------------------------------------

... b.2) .-.- That in order to provide the service required of me, I required the data that appears in this writing. ------------------------------------------------------------------------

... b.3), - That his personal data is eventually shared for compliance with requirements

or the attention of a reasoned and motivated order of the competent authorities in the exercise of my functions of notification, supervision and supervision, specifically, as the case may be with the Public Registry of Property and Commerce of the State of Jalisco, Registry and Municipal Treasuries Directorates, Tax Administration, Directorate of the Archive of Public Instruments, as well as other judicial *and*  local or federal authorities within the framework of Mexican legislation.

--- b.4)   .-  That the defendant hereby acknowledges receipt of the aforementioned privacy notice and perform all the

manifestations contained in this deed, under protest of telling the truth in accordance with the provisions of article

130 (one hundred and thirty) of the General Constitution of the Republic, and warned in the terms of law. ------------------------------------------------------------------------

--- b.5) .- That I asked the appearing party information regarding his knowledge of the existence of the owner

and, where appropriate, to exhibit official documentation identifying him, if it is in his possession; and, that he declares to me that, except himself, there is no other beneficial owner.------------------------------------------------------------------------

---b.6) .- That the appearing party declares, under oath, that the resources with

which he constitutes

the partnership, have legal origins. --------------------------------------------------------------------

- — c). ~ That I informed the grantor of the obligation to apply for the registration of the company incorporated in the Federal Register of Taxpayers, as well as the need to verify to the Notary that acts within the month following the signature of this deed, which has submitted such an application, warning him that I shall inform the Ministry of Finance and Public Credit of this omission within the month following the authorization

of this deed. ----------------------------------------------------------------------------------------------

 -- d) .- That I also informed the grantor that, in accordance with the provisions of the Federal Tax Code, in

Article 11 (eleven), paragraph I one, the fiscal year of the incorporated company must coincide with the calendar year, and if the company commences its activities after 1 January of the current year, the present fiscal year shall be irregular, starting on the day on which it commences business and

end on the 31st day of December of the same year. ----------------------------------------------

 -- e) .- That the undersigned Notary warned the grantor to verify it within the month following the signature of

this deed, of which the corresponding notice has been submitted, in the State Register of Taxpayers, of the legal person that in this act constitutes, and that otherwise I shall inform the Secretariat of

Planning, Administration and Finance of such omission within the month following the authorization of the deed. -------------------------------------------------------------

 -- (i) That I also informed the grantor of the obligation to register this deed in the

Public Registry of Commerce in charge of the Public Property Registry of Monterrey, Nuevo León. -----------------------------------------------------------------------

 -- (g) - That, pursuant to article 27 (twenty-seven) of the Federal Tax Code,

I asked the appearing party to display the Tax Identification Card of the partners, exhibiting in this act the one corresponding to "SERVICIOS

DIGITALES LUSAD", A LIMITED LIABILITY COMPANY OF VARIABLE

CAPITAL, from which it follows that it is assigned to the Federal Registry of

Taxpayers SDL1510159S5 letter "S", letter "D", letter "L" ", one, five, one, zero,

one, five, nine, letter "S", five, and "SERVICIOS ADMINISTRATIVOS LUSAD",

A VARIABLE CAPITAL LIMITED LIABILITY COMPANY, from which it follows

that it is assigned to the Federal Registry of Taxpayers SALI70208UW2 letter

"S", letter "A" letter "L", letter "L", one, one, seven, seven, letter "L",

two,. ------------------------------------------  -------------------------------------------------------------------------

--- h) .- That the appearing party claims to be: ------------------------------------------------  ----------------

---Mr. FABIO MASSIMO COVARRUBIAS PIFFER married, a businessman,

born in Rome, Italy, on the

26 twenty-sixth day of March, 1958 one thousand, nine hundred and fifty-eight,

Mexican by naturalization according to document that he exhibits and of which I

added a work copy to the book of Documents of the Protocol of the notary to

my charge in terms of public deed number 467 four hundred and sixty-seven,

domiciled at Montes Urales 455 four hundred and fifty-five, floor 7 seven,

Colonia Lomas de Chapultepec I first section, Delegation Miguel Hidalgo,

Mexico, Federal District, phone 5517212400 five, five, one, seven, two, one,

two, four, zero, zero, email fabiocovarrubias@gmail.com and passing in this

city, with Federal Registry of Taxpayers COPF580326D24 letter "C", letter " O",

letter "P", letter "F", five, eight, zero, three, two, six, letter "D", two, four, Single

Population Registry Key COPF580326HDFVFB07 letter "C", letter "O", letter

"P", letter
42
"F", five, eight, zero, three, two, six, letter "H", letter "D", letter "F", letter "V", letter" F ", letter

"B", zero, seven.---------------------------------------------------------------------------------------------------------

----------------I have read this deed to the appearing party, I have warned him of its scope,

consequences and the need for its record, he

expresses his agreement with its content, ratifies it and finishes signing before me at: 10:00 ten

hours of the 14

__          fourteenth day of February, 2019 two thousand and nineteen. - I attest.-------------------

.          Signed: 1 one illegible signature. - FABIO MASSIMO COVARRUBIAS PIFFER in its

capacity as a Titleholder

of "SERVICIOS DIGITALES LUSAD", A LIMITED LIABILITY COMPANY WITH VARIABLE CAPITAL

I          and "SERVICIOS ADMINISTRATIVOS LUSAD", A LIMITED LIABILITY COMPANY

OF VARIABLE CAPITAL - R. RAMOS M.- Rubric. - LICENCIADO RODOLFO RAMOS

MENCHACA. - The authorizing stamp of the Notary."--------------------------------------------------------

..................LICENCIADO RODOLFO RAMOS MENCHACA, NOTARY PUBLIC HOLDER

NUMBER 117

ONE HUNDRED AND SEVENTEEN OF THIS MUNICIPALITY,--------------------------------------------

--------------------------------------------------CERTIFIES:--------------------------------------------------

- — THAT THIS COPY IS A FAITHFUL TRANSCRIPT OF ITS MATRIX WHICH I HAD IN SIGHT

AND THAT IS RECORDED IN FOLIO 161325 ONE HUNDRED SIXTY-ONE THOUSAND, THREE

HUNDRED AND TWENTY-FIVE TO 161346 ONE HUNDRED SIXTY-ONE THOUSAND, THREE

HUNDRED AND FORTY-SIX, BOOK 7, OF VOLUME LXXXI EIGHTIETH FIRST, OF THE

PROTOCOL UNDER MY CHARGE, I ISSUED THE DEED HEREIN, PRIOR COMPARISON AND

CORRECTION, FOR AND AT THE REQUEST OF FABIO MASSIMO COVARRUBIAS PIFFER,

FOR THE PURPOSES THAT SUIT HIM AND IS 22 TWENTY-TWO USEFUL SHEETS LONG,

WRITTEN ON BOTH SIDES WITH THE EXCEPTION OF THE LAST WRITTEN ONLY ON THE

BACK.- "THIS CERTIFICATION DOES NOT RELIEVE ITS HOLDER OF THE OBLIGATION HE

HAS TO JUSTIFY THE LAWFULNESS AND VALIDITY OF THE DOCUMENT SUBJECT OF THE

COPY" .- I ATTEST.

..................GUADALAJARA, JALISCO, ON THE 14 FOURTEENTH DAY OF FEBRUARY, 2019

TWO THOUSAND AND

NINETEEN.--------------------------------------------------------------------------------------------------------------



THE STATE OF TEXAS     }
                             }
COUNTY OF  HARRIS    }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Ana Cristina Didoné, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations.  I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: "Libre Nuevo Leon S de R.L de C.V Incorporation Deed (ESC 14420)" is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires:  5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929