# **EXHIBIT 5**

# TÍTULO DE REGISTRO DE MARCA

## SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.

| | |
|---|---|
| Nacionalidad | MEXICO |
| Domicilio | AV. PASEO DE LA REFORMA NUM. EXT. 296 NUM. INT. PISO 41 SUITE/OFICINA 41B130, JUAREZ CUAUHTEMOC, CUAUHTEMOC, CIUDAD DE MEXICO   06600   MEXICO |

| | | | |
|---|---|---|---|
| **Registro** | 1796223 | Tipo de Marca | MIXTA |
| **Signo distintivo** | L1BRE y Diseño | | |

Clase 45

**Se aplica a** SERVICIOS JURIDICOS PARA LA CONCESION DE LA EXPLOTACION Y ADMINISTRACION DEL SERVICIO DE SUSTITUCION DE TAXIMETROS DEL TRANSPORTE PUBLICO INDIVIDUAL DE PASAJEROS.

| | |
|---|---|
| Expediente | 1891261 |
| Fecha de presentación | MAY 16, 2017 |
| Hora | 13:09 |

Clasificación de Elementos Figurativos (7)    27.5.1,27.5.5,27.7.1,27.7.11,29.1.12



La impresión del signo distintivo en este título puede presentar variaciones en el tono de los colores respecto al presentado en la solicitud de registro.
El registro de referencia se otorga con fundamento en los artículos 1º, 2º fracción V, 6º fracción III, 125 y 126 de la Ley de la Propiedad Industrial.

De conformidad con el artículo 95 de la Ley de la Propiedad Industrial, el presente registro tiene una vigencia de diez años contados a partir de la fecha de presentación de la solicitud y el mismo podrá renovarse por periodos de la misma duración, en los términos establecidos en los artículos 133 y 134 del mismo Ordenamiento Legal.

Quien suscribe el presente título lo hace con fundamento en los artículos 6º fracción III y 7º BIS 2 de la Ley de la Propiedad Industrial; 1º, 3º fracción V inciso b), subíndices ii) y iii) primero y segundo guion respectivamente, 4º, 5º, 11, fracción II y último párrafo y 13 fracción III del Reglamento del Instituto Mexicano de la Propiedad Industrial; 1º, 3º, 4º, 5º fracción V inciso b, subíndices ii) y iii) primero y segundo guion respectivamente, 17 fracción III, 28 y 31 del Estatuto Orgánico de este Instituto; 1º, 3º y 6º inciso a) párrafos antepenúltimo, penúltimo y último del Acuerdo que delega facultades en los Directores Generales Adjuntos, Coordinador, Directores Divisionales, Titulares de las Oficinas Regionales, Subdirectores Divisionales, Coordinadores Departamentales y otros Subalternos del Instituto Mexicano de la Propiedad Industrial. Ordenamientos Legales cuyas reformas, adiciones y modificaciones se encuentran vigentes a la fecha de emisión del presente título.

De ser el caso, el presente se signa con firma electrónica avanzada, lo anterior con fundamento en los artículos 7 BIS 2 de la Ley de la Propiedad Industrial; 3o de su Reglamento, y 1 fracción III, 2 fracción V, 26 BIS y 26 TER del Acuerdo por el que se establecen los lineamientos para el uso del Portal de Pagos y Servicios Electrónicos (PASE) del Instituto Mexicano de la Propiedad Industrial, en los trámites que se indican.

CIUDAD DE MEXICO, A 11 DE SEPTIEMBRE DE 2017.
**SUBDIRECTOR DIVISIONAL DE EXAMEN DE SIGNOS DISTINTIVOS 'A'**

IcjphACY9/JENR0Omiq1RZ2fEEWuk/5JraDTCkpux2qI4FqjEJ4yFW4ItiPm+D6JDOkH7kBcQL/1
A+PLlEGK4oAyHekgpLiTgXEL8THs1fIMO2NdBw4XXMHKGW6T2UU2CM8YukMZKdT2YXGz4DNBdErU
An+YwyW2yAwFhPsnc4j9DBOB4wrwrQ54OfHUIXbhuheQ7TyMtp1aH/udtUG6IAVmW0v59U5mQypl
7rqWtW8z4FR72zkMdwDhXCAsZPKNWRpM7Ks8FloZ0N+w9rW55Oxzi3hiBNYqBc1LaMVy7cO1c/Fq
x7zlN4RMRcV+oXyEGUK9s+i6IRN9UTJ3EUgA8w==

LIC. JOSE DANIEL GARCIA RODRIGUEZ

NVM/213235
1 de 1





| | |
|---|---|
| IMPI<br>MEXICAN INSTITUTE OF INDUSTRIAL PROPERTY | **TITLE OF TRADEMARK REGISTRATION** |

## SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.

| | |
|---|---|
| Nationality | MEXICO |
| Domicile | AV. PASEO DE LA REFORMA EXTERNAL NUMBER 296 INTERNAL NUMBER FLOOR 41 SUITE/OFFICE 41B130, JUAREZ CUAUHTEMOC, CUAUHTEMOC, MEXICO CITY    06600    MEXICO |

| | | | |
|---|---|---|---|
| **Registration** | 1796223 | Type of Mark | MIXED |
| **Distinctive Mark** | L1BRE and Design | | |
| Class 45 | | | |

**Applies to** LEGAL SERVICES FOR THE CONCESSION OF OPERATION AND ADMINISTRATION OF THE SERVICE OF REPLACEMENT OF TAXIMETERS FOR PUBLIC INDIVIDUAL PASSENGER TRANSPORTATION.

| | |
|---|---|
| File | 1891261 |
| Filing date | MAY 16, 2017 |
| Time | 01:09 PM |

| | | |
|---|---|---|
| Classification of Figurative Elements (7) | 27.5.1, 27.5.5, 27.7.1, 27.7.11, 29.1.12 |  |

The printed version of the distinctive mark in this title may vary in terms of color tones compared with the one filed in the application for registration.

The referenced registration is granted based on Articles 1, 2, Section V, Article 6, Section III, and Articles 125 and 126 of the Mexican Industrial Property Act.

According to Article 95 of the Mexican Industrial Property Act, this present registration is valid for ten years calculated from the filing date of the application, and this registration can be renewed for periods of the same duration, pursuant to the terms set forth in Articles 133 and 134 of the same Legal Regulations.

This present title is signed based on Article 6, Section III, and Article 7 B 2 of the Mexican Industrial Property Act; Articles 1, 3, Section V, Item b), subindices ii) and iii), first and second dash, respectively, Articles 4, 5, 11, Section II and last paragraph, and Article 13, Section III of the Regulation of the Mexican Industrial Property Institute; Articles 1, 3, 4, 5, Section V, Item b, subindices ii) and iii), first and second dash, respectively, Article 17, Section III, Articles 28 and 31 of the Basic Statute of this Institute; Articles 1, 3, and 6, Item a), antepenultimate, next-to-last, and last paragraphs of the Resolution delegating powers to the Deputy General Directors, Coordinator, Divisional Directors, Holders of Regional Offices, Deputy Divisional Directors, Departmental Coordinators and other Deputy Officers of the Mexican Industrial Property Institute. The reforms, additions, and modifications of these Legal Regulations are in force and effect  as of the date of issuance of this present title.

As applicable, this present title is signed by using an advanced electronic signature, based on Article 7 B 2 of the Mexican Industrial Property Act; Article 3 of its Regulation, and Article 1, Section III, Article 2, Section V, Article 26 B and 26 C of the Resolution establishing the guidelines for use of the Electronic Payments and Services Portal (PASE) of the Mexican Industrial Property Institute for the indicated administrative steps.

MEXICO CITY, ON SEPTEMBER 11, 2017.
**THE DEPUTY DIVISIONAL DIRECTOR OF EXAMINATION OF DISTINCTIVE MARKS 'A'**

| | | |
|---|---|---|
| NVM/213235<br>1 of 1 | IcjphACY9/JENR0Omiq1RZ2fEEWuk/5JraDTCkpux2ql4FqjEJ4yFW4ItiPm+D6JDOkH7kBcQL/1<br>A+PLIEGK4oAyHekgpLiTgXEL8THs1fIMO2NdBw4XXMHKGW6T2UU2CM8YukMZKdT2YXGz4DNBdErU<br>An+YwyW2yAwFhPsnc4j9DBOB4wrwrQ54OfHUIXbhuheQ7TyMtp1aH/udtUG6IAVmW0v59U5mQypl<br>7rqWtW8z4FR72zkMdwDhXCAsZPKNWRpM7Ks8FloZ0N+w9rW55Oxzi3hIBNYqBc1LaMVy7cO1c/Fq<br>x7zIN4RMRcV+oXyEGUK9s+i6IRN9UTJ3EUqA8w== | <br>20170830419 |
| | **LIC. JOSE DANIEL GARCIA RODRIGUEZ** | |

THE STATE OF TEXAS }
}
COUNTY OF HARRIS }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Ana Cristina Didoné, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations. I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: "L1bre Design Trademark" is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires: 5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964