# EXHIBIT 7



# Mook Consulting

### PROPUESTA DE TRABAJO

L1BREREPÚBLICA

———CONFIDENCIAL———

# Mensaje de la Empresa

## Carta del Director General

L1BRE,

En nombre de todo el equipo de Mook Consulting, tengo el placer de presentar nuestra propuesta de trabajo al Taxímetro Digital L1bre República.

Apreciamos la oportunidad que nos presentan al dejarnos integrar nuestros conocimientos a la creación del software para la empresa L1bre.

Confiamos en que ustedes encontrarán nuestra propuesta acorde a sus necesidades. Creemos que Mook puede proporcionar un conocimiento inigualable en la creación de un enfoque integral y de colaboración para los servicios de consultoría en tecnología.

Por favor no duden en ponerse en contacto conmigo por correo electrónico en **miguel@mook.com.mx** o a mi número celular 55 55 07 37 07 con preguntas sobre esta propuesta o cualquier aspecto de nuestros servicios. Esperamos construir una relación valiosa con ustedes.

Miguel Avalos Córdova



4



www.mookconsulting.com

# Acerca de
# **NOSOTROS**

## BREVE HISTORIA

Fundada en 2011, Mook Consulting especializa mucho de su desarrollo en las tecnologías de software utilizando Inteligencia Artificial, trabajando en grandes proyectos de distintas industrias como financieras, industriales, gubernamentales y con soluciones que cubren atención a cliente automatizada, y mejoras de procesos.

5

# FILOSOFÍA EMPRESARIAL

Queremos ser un sinónimo de cálidad y confianza para
todos nuestros clientes, y aplicar nuestro conocimiento
tecnológico para hacer cambios importantes.

www.mookconsulting.com

## El trato personalizado  y trabajo en equipo resuelve todos los problemas

Mook Consulting tiene un enfoque único para cada proyecto, ya que todos los  clientes
son diferentes.  Creemos que una firma de consultoría debe de ir mas allá de su
experiencia y consejo. Nosotros nos ponemos en los zapatos de nuestros clientes,
alineamos nuestras métricas con sus objetivos, y colaboramos para desencadenar todo
su potencial. De esta forma construimos relaciones duraderas y fuertes.

6

L1BRE REPÚBLICA

# RETO
# PRINCIPAL

L1bre cuenta con el reto de asegurar el
funcionamiento de su plataforma operativa
de viajes, el taxímetro digital. La importancia
de asegurar el performance de la plataforma
es clave para el aseguramiento de la
operación diaria y lo que conlleva el ejecutar
un viaje, con los choferes y los clientes.



## Solución

La solución contemplada es una plataforma
integral que estandariza el flujo del proceso
desde el aseguramiento de el funcionamiento
a nivel nacional, el alta e ingreso de la
choferes desde Facilities y los clientes a la
plataforma a través del Hailing App, la
eficiencia y automatización de actividades de
cobranza, la integración de validaciones con
los sistemas externos como C5, la aprobación,
la dispersión y la notificación de las
operaciones le permitirá a L1bre crecer de
acuerdo a sus necesidades y tener una
plataforma con escalabilidad y flexibilidad de
utilización nacional. Esto además permite
tener un control absoluto de la operación
posterior de la plataforma para una mayor
sinergia en las áreas de desarrollo y
operativas de la empresa.

7

# Imaginación del Proyecto

El producto funcional dentro de la empresa se describe posteriormente en base a los procesos analizados. De acuerdo a las necesidades:



w.maskconsulting.com







**Diseño y Procesos**
Primer Paso

Se diseña la aplicación y los procesos de acuerdo a los productos y servicios que ofrece la empresa.

Se diseña la integración de las reglas de negocio y la interconectividad entre sistemas.

**Desarrollo**
Primer Paso

Se desarrolla la plataforma de acuerdo a las necesidades y se integran las reglas de negocio.

La capacidad de escalarlo a nivel nacional se considera desde esta fase.

**Pruebas**
Primer Paso

Se prueba la plataforma y se definen la matrices de prueba y casos de uso que se deben de superar.

Adicionalmente se hacen pruebas de penetración y vulnerabilidades.

# FLUJO DE PROYECTO

| PASO 1 | Definición de la plataforma |
| PASO 2 | Integraciones con Sistemas de Gobierno |
| PASO 3 | Validaciones de Reglas de Negocio |
| PASO 4 | Pruebas de Casos de Uso |

Los anteriores pasos cierran el circulo del flujo dentro de la venta con los clientes actuales de L1bre. Se busca dar una atención especializada utilizando lo más nuevo en la tecnología, incrementando los niveles de servicio por medio de una solución altamente rentable.



### Definición de la plataforma

El sistema definirá de acuerdo a los requerimientos actuales. Los existentes en la plataforma actual.

- Android App
- BPMN Design
- Front-end Development

Adicionalmente se preparará para ser escalable a otros estados, ciudades y reglas de negocio adicionales que funcionen con tarifas de tiempo y distancia por zonas delimitadas geográficamente.

Se identifican los datos que requerirá la plataforma y se genera un documento que cuenta con toda la información para validar el proceso de viaje con el cliente.

### Integraciones con Sistemas de Gobierno

Se definirán los detalles de los procesos de viaje más importantes en base al las reglas definidas por L1bre y la SEMOVI.

- Webservices
- Rest
- Soap
- SSL

Aplicando modelos de comunicación entre plataformas se consultará información que permita levantar emergencias en el C5 y monitorear a la unidad, además de grabar video, la información que requieran los sistemas de gobierno.

Procederemos a la inserción de datos en las diversas plataformas para hacer el registro y seguimiento de una emergencia en el sistema.



# FLUJO DE PROYECTO continuación



**Validaciones en Reglas de Negocio**

Combinando tecnologías con módulos de reglas de negocio de L1bre, nuestro equipo de expertos busca el mejor diseño de los algoritmos de calculo y cobro de dinero en base a los requerimientos previos .

En Mook Consulting diseñamos los algoritmos en base a las reglas de negocio y sus limitantes que tienen actualmente, pero modificando la estructura del sistema para permitir escalar y optimizar de forma sencilla y ágil a futuro.

Posteriormente hacemos pruebas sobre nuestros algoritmos y módulos de la plataforma para identificar cual es el cuello de botella y hacer mas eficientes los procesos y la arquitectura estresando la infraestructura con pruebas.

- Diseño analítico
- Aseguramiento de algoritmos más aptos
- Flujos con reglas de negocio



**Pruebas de Casos de Uso**

Una ves definidos y configurados los procesos comienzan las pruebas y el aseguramiento de la calidad para mejorar la plataforma identificando las áreas de oportunidad dentro de los módulos.

El testing permitirá explotar las capacidades de monitoreo a mediano y largo plazo permitiendo al sistema mejorar con la experiencia y los datos de pruebas.

En base a los resultados de las pruebas se harán mejoras en diseño de casos de uso.

- Pruebas piloto
- Quality Assurance
- Casos de uso

www.mookconsulting.com

10

# Nuestros Recursos

Partes involucradas dentro del proyecto

## Strategic **partner**

Tiene la responsabilidad de integrar exitosamente el proyecto ante oportunidades tecnológicas. Trabaja junto con el *project owner* para establecer un producto de calidad. Este rol es tomado por un recurso altamente experimentado con un profundo entendimiento y conocimiento del proceso de negocio.

## Project **manager**

El Project Manager tiene la responsabilidad de completar y entregar el proyecto de una forma exitosa al supervisar y liderar la plataforma y su desarrollo, debe de definir las responsabilidades del proyecto y los niveles dentro de el mismo con claridad.

## Senior **developer**

El Senior Developer tiene la responsabilidad de liderar y aterrizar todo el aspecto técnico, y funcional del sistema, su responsabilidad es el tomar el liderazgo del equipo de trabajo para asegurar sistemas de alta calidad respetando todos los lineamientos y módulos del trabajo siempre sujeto a las fechas de entrega conforme estén establecidos.

11

# Nuestros Recursos

Partes involucradas dentro del proyecto

## Full-stack Developer

Trabaja y toma posesión de las características de la interfaz web para el análisis de proyectos y de informes. Es capaz de convertir los requerimientos de frontend en soluciones simples, elegantes y óptimas que equilibren las necesidades de la salud de la tecnología pero siempre guiadas por nuestras necesidades empresariales. Estará mejorando el desarrollo existente y estará muy involucrado en hacer buenos juicios de futuro sobre la adopción de nuevas tecnologías.

## User interface

El experto en el diseño de la experiencia (UX) y la interface (UI) del usuario, ve el cuadro grande del Deep Learning y Natural Language. Este papel esencial le diseña y ofrecer una nueva clase de servicios de diseño en enfocado en inteligencia artificial (A.I.) para el desarrollo en los campos emergentes de Deep Learning y N.L.P. Se une al proyecto  para ayudar a construir una herramienta amigable en la era de computación cognitiva.

## Data science

Esta posición implicará el desarrollo y despliegue de tecnologías de análisis de datos y Big Data en áreas tales como el procesamiento grandes cantidades de información, la interacción con el cliente. Esta persona es miembro de un equipo que aplicará sus conocimientos de almacenamiento de datos y procesamiento en tiempo real para ayudar a desarrollar soluciones innovadoras para estos problemas y construir una estrategia para el progreso futuro en esta área.

12

PROCESOS A SEGUIR

# METODOLOGÍAS INTERNAS

Cada consultoría desarrolla sus métodos y técnicas de trabajo, las nuestras son el resultado de años de experiencia y combinación de distintas estrategias las cuales nos permiten un trabajo ágil y eficiente.



## Tecnología y Seguridad

Ofrecen acercamiento para un planeamiento efectivo y una administración correcta. Se alinea y utiliza las mejores prácticas y estándares como SCRUM y PMI

## Desarrollo y Visión

Se implementarán medidas de seguridad de desarrollo que permitirán tener control de las plataformas y aplicaciones.

## Agilidad

En Metodologías de Trabajo Agil se realizan entregas parciales y regulares del producto final, priorizadas por el beneficio que aportan al receptor del proyecto. Por ello, la metodología está especialmente indicado para proyectos en entornos complejos, donde se necesita obtener resultados pronto

www.mockconsulting.com

13

Descripción de

# Servicios
# Mensuales

Se ofrece conocimiento, experiencia, aseguramiento del uptime de la plataforma. Después del lanzamiento, no es suficiente el solamente tener el desarrollo funcional. Para mantenerse competitivos, es necesario el trabajo continuo. Mook Consulting te da la percepción y la inteligencia accionable para continuarla. Mook ofrece los siguientes servicios que se listan a continuación:

## Mantenimiento de la plataforma

Buscamos mantener el máximo uptime de la plataforma. Gracias a las tecnologías y proveedores de cloud services de Mook, hemos podido asegurar en muchos procesos una disponibilidad casi perfecta.

## Análisis de rendimiento

Nuestro servicio de análisis de rendimiento del sistema es constante para garantizar la mejora continua del sistema. Hacemos análisis de rendimiento para pronosticar migraciones de servidores, o mejoras de los mismos.

## Migración de datos

La demanda bandwith que genera el desarrollo es crítica por la desaceleración del sistema que pueda causar, se brinda el servicio de migración de datos a diversos servidores para mantener eficiente el sistema.

## Medidas de Seguridad y Manejo de Riesgo

Identificadores de alarmas y medidas de seguridad para detección de vulnerabilidades en el sistema y prevención de ataques.

14

Descripción de

# Servicios
# Mensuales Continuación

## Análisis Heurístico de Sistema

Es nuestro método basado en la experiencia que utilizamos como ayuda para resolver problemas y descubrir oportunidades desde calcular recursos necesarios, hasta planear las condiciones de operación e implementación de los sistemas.

## Aseguramiento de Calidad

Integraciones de módulos de quality assurance para garantizar la calidad de los datos que serán alimentados a las bases de datos e infraestructuras de dentro del sistema.

## Auditoria Analítica del Sitio

Nuestros consultores interactúan con el sitio del usuario para inspeccionar elementos de acciones que lo promuevan. Examinamos el código en páginas claves, al igual que los encabezados HTTP. Realizamos una evaluación automatizada a partir de una muestra de páginas (en todos los subdominios), para validar los códigos de rastreo actualizados que funcionan en cada una de ellas. Finalmente revisamos reportes existentes hasta el fondo, señalando oportunidades para mejorar claridad, funcionalidad y precisión.

## Evaluación de Tecnología

Estudiamos y calificamos el sistema actual, junto a tecnologías de hosting y de código. Hacemos comparativos y recomendaciones en base a los estándares actuales de la industria para la continua optimización del sistema. Se analiza el siguiente rango de factores incluyendo: Accesibilidad dentro de los buscadores, compatibilidades, funcionalidad móvil y rendimiento.

15

Trabajo Mensual

# Detalle
# Presupuesto Handoff

El proyecto se va a desarrollar en conjunto con los recursos de L1bre Technologies, por lo que se tendrá un proceso de handoff de 6 meses con una carga de trabajo ligera. El trabajo se hará dentro de la infraestructura de servidores de L1bre, por lo que no habrá necesidad de migración, solamente de entrega y capacitación formalizada.

 **$154,000 MXN**

| |
|---|
| • Project Manager |
| • Lead Developer |
| • Full-Stack Developer |
| • UI/UX Front End |
| • Strategic Partner |

**Perfiles:** Incluyen cuatro recursos trabajando en el proyecto y cubren necesidades integrales de mantenimiento y mejora al desarrollo y proyecto y se adiciona un consultor de estrategia en el proyecto.

Se consideran los montos sin el impuesto al valor agregado, IVA.

www.mockconsulting.com

15

Trabajo Mensual

# Detalle
# Presupuesto Handoff

El proyecto se va a desarrollar en conjunto con los recursos de L1bre
Technologies, por lo que se tendrá un proceso de handoff de 6 meses
con una carga de trabajo ligera. El trabajo se hará dentro de la
infraestructura de servidores de L1bre, por lo que no habrá necesidad de
migración, solamente de entrega y capacitación formalizada.

 **$154,000 MXN**

| |
| --- |
| • Project Manager |
| • Lead Developer |
| • Full-Stack Developer |
| • UI/UX Front End |
| • Strategic Partner |

**Perfiles:** Incluyen cuatro
recursos trabajando en el
proyecto y cubren necesidades
integrales de mantenimiento y
mejora al desarrollo y proyecto y
se adiciona un consultor de
estrategia en el proyecto.

Se consideran los montos sin el impuesto al valor agregado, IVA.

www.myukconsulting.com



VISION GENERAL

# CALENDARIO
# DE TRABAJO

| L1bre República | Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 |
|---|---|---|---|---|---|
| Arquitectura & Procesos | ███ | ███ | ███ | ███ | ███ |
| Configuración de Procesos | | | | | ███ |
| Reglas de Negocio | ███ | | | | |
| Pruebas & Lanzamiento Controlado | | | | | |
| Hailing App | | | | | |

| Semana 6 | Semana 7 | Semana 8 | Semana 9 | Semana 10 | Semana 11 | Semana 12 |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | |
| ███ | ███ | ███ | ███ | ███ | ███ | |
| | | ███ | ███ | ███ | ███ | ███ |
| | | | ███ | ███ | ███ | ███ |
| | | | | | | ███ |

| Semana 13 | Semana 14 | Semana 15 | Semana 16 | Semana 17 | Semana 18 | Semana 19 | Semana 20 |
|---|---|---|---|---|---|---|---|
| | | | | | ███ | | |
| | | | | | ███ | | |
| ███ | ███ | ███ | ███ | ███ | ███ | | |
| | | | ███ | ███ | ███ | ███ | ███ |

Se estima que el desarrollo o adaptación completa del proyecto, en base a las necesidades de tiempos de parte del usuario, sea de un tiempo aproximado de 3 meses en trabajo continuo mas 2 meses y medio de pruebas y posteriormente en la semana 18 la fase 2. Dividiendo el trabajo por sus fases trabajando conforme a los entregables de manera funcional, se establecerá y se detallará un calendario de trabajo con alta precisión de información, el cual funcionará como la medula de trabajo dentro de nuestra metodología ágil de trabajo.

15

Trabajo Mensual

# Detalle
# Presupuesto Handoff

El proyecto se va a desarrollar en conjunto con los recursos de L1bre
Technologies, por lo que se tendrá un proceso de handoff de 6 meses
con una carga de trabajo ligera. El trabajo se hará dentro de la
infraestructura de servidores de L1bre, por lo que no habrá necesidad de
migración, solamente de entrega y capacitación formalizada.



## $154,000 MXN

**Perfiles:** Incluyen cuatro
recursos trabajando en el
proyecto y cubren necesidades
integrales de mantenimiento y
mejora al desarrollo y proyecto y
se adiciona un consultor de
estrategia en el proyecto.

| |
| --- |
| • Project Manager |
| • Lead Developer |
| • Full-Stack Developer |
| • UI/UX Front End |
| • Strategic Partner |

Se consideran los montos sin el impuesto al valor agregado, IVA.

www.mooreconsulting.com

VISION GENERAL

# CALENDARIO
# DE TRABAJO


16

| L1bre República | Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 |
|---|---|---|---|---|---|
| Arquitectura & Procesos | █ | █ | █ | █ | |
| Configuración de Procesos | | | | | █ |
| Reglas de Negocio | █ | █ | █ | | |
| Pruebas & Lanzamiento Controlado | | | | | |
| Hailing App | | | | | |

| Semana 6 | Semana 7 | Semana 8 | Semana 9 | Semana 10 | Semana 11 | Semana 12 |
|---|---|---|---|---|---|---|
| | | | | | | █ |
| █ | █ | █ | | | | |
| | | █ | █ | █ | █ | |
| | | | █ | █ | █ | |
| | | | | | | |

| Semana 13 | Semana 14 | Semana 15 | Semana 16 | Semana 17 | Semana 18 | Semana 19 | Semana 20 |
|---|---|---|---|---|---|---|---|
| | | | | | █ | | |
| | | | | | █ | | |
| █ | █ | █ | | | | | |
| | | | █ | █ | █ | █ | █ |

Se estima que el desarrollo o adaptación completa del proyecto, en base a las necesidades de tiempos de parte del usuario, sea de un tiempo aproximado de 3 meses en trabajo continuo mas 2 meses y medio de pruebas y posteriormente en la semana 18 la fase 2. Dividiendo el trabajo por sus fases trabajando conforme a los entregables de manera funcional, se establecerá y se detallará un calendario de trabajo con alta precisión de información, el cual funcionará como la medula de trabajo dentro de nuestra metodología ágil de trabajo.

Desarrollo Inicial

# Detalle
# Presupuesto





A continuación se detallan los costos del desarrollo de la plataforma. Se divide en 2 fases, la primera con la planeación y la configuración principal de los procesos de negocio de la empresa y la siguiente con la integración de la fase posterior para generar mayor eficiencia en el proceso:

| Entregables documentales de la plataforma | |
|---|---|
| Documentación de procesos y requerimientos | $280,000.00 |
| Arquitectura de sistema e infraestructura y tableros de reportes (New Relic) | $268,000.00 |
| Contratos de conexiones a sistemas externos  (SEMOVI, C5, Facilities, Pagos y Mapas) | $125,000.00 |
| Subtotal | $673,000.00 |
| **Desarrollos de la plataforma** | |
| Desarrollo del Taximetro Digital República (FASE 1) | $978,000.00 |
| Desarrollo de Drivers App (FASE 1) | $750,000.00 |
| Desarrollo de Backend República (FASE 1) | $1,480,000.00 |
| Desarrollo de Tu Ride (FASE 2) | $540,000.00 |
| Desarrollo de Hailing App (FASE 2) | $650,000.00 |
| Subtotal | $4,398,000.00 |
| **Testing** | |
| Definición de matrices de pruebas y QA | $265,000.00 |
| Bitacoras de Testing, funcionales y automatizadas | $190,000.00 |
| Subtotal | $455,000.00 |

Se consideran los montos sin el impuesto al valor agregado, IVA.          **$ 5,526,000 MXN**



18

Desarrollo Inicial

# Calendario de Presupuesto



El proyecto L1bre República considera el siguiente calendario para avanzar en el desarrollo, estrategia y estructuración del equipo de desarrollo y operativo para conseguir unn plataforma exitosa. A continuación se detalla el calendario de pagos:

| Orden de Pagos | Concepto | Monto |
|---|---|---|
| jul-18 | Pago de Kickoff | $ 1,842,000.00 |
| ago-18 | Segundo Pago: Desarrollo Intermedio | $ 1,842,000.00 |
| sep-18 | Tercer Pago: Entrega de Desarrollo | $ 1,842,000.00 |
| Desde oct-18 hasta mar-19 | Mantenimiento Mensual y Handoff | $ 154,000.00 |

Se consideran los montos en MXN y sin el impuesto al valor agregado, IVA.



# Arquitectura de Infraestructura





20

Entrega Octubre 5, 2018
comenzando trabajo en Junio 2018

Compromiso de Entregas:
Configuración de la Plataforma

Rodrigo Santisteban McCluskey
FIRMA DE VICEPRESIDENCIA

# GARANTÍA
# ENTREGA

## Compromiso Mook Consulting

En Mook Consulting tenemos practicas muy
transparentes de trabajo en dónde en toda
información se respeta la propiedad del contenido
de nuestros clientes y la confidencialidad.





# ACEPTACIÓN
# DE SERVICIOS

Por este medio confirmamos la aceptación de los servicios a
efectuarse de acuerdo a lo propuesto en este documento
nombrado L1BRE REPUBLICA.

El cliente se compromete a cumplir los pagos definidos y Mook se
compromete a otorgar los servicios ofrecidos.

## Responsables

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE CV
FIRMA

Rodrigo Santisteban McCluskey
FIRMA DE VICEPRESIDENCIA



# WORK PROPOSAL



# Company Message

## Letter from the Managing Director

L1BRE

On behalf of the entire Mook Consulting team, I am pleased to introduce our work proposal for the Digital Taximeter L1bre República.

We appreciate the opportunity you have given us, allowing us to integrate our knowledge to the creation of the software for the company L1bre.

We are confident that you will find our proposal in accordance to your needs. We believe that Mook can provide unparalleled knowledge in creating a comprehensive and collaborative approach to technology consulting services.

Please do not hesitate to contact me by email at miguel@mook.com.mx or my cell number + 55 55 55 07 37 07 should you have any questions about this proposal or any aspect of our services. We look forward to building a valuable relationship with you.



Miguel Avalos Córdova





# About US

Founded in 2011. Mook Consulting specializes much of its development in software technologies using artificial intelligence, working on large projects in different industries such as financial, industrial, government, and solutions that cover automated customer service and process improvement.

# BUSINESS PHILOSOPHY

We want to be a synonym of quality and trust for all our customers and apply our technological knowledge to make important changes.

## Personalized treatment and teamwork solves all problems

Mook Consulting has a unique approach to each project, since all clients are different. We believe that a consulting firm should go beyond its experience and advice. We put ourselves in our customers' place, align our metrics with their goals, and collaborate to unleash their full potential. In this way, we build lasting and strong relationships.

6

L1BRE REPUBLICA

# MAIN CHALLENGE

L1bre has the challenge of ensuring the operation of its operational travel platform, the digital taximeter. The importance of ensuring platform performance is key to the assurance of the daily operation, and what going on a trip, with drivers and customers, entails.

Solution

The solution we consider is a comprehensive platform that standardizes the flow of the process, from the assurance of the operation at a national level, the registration and entry of drivers from Facilities and customers to the platform through the Mailing App, the efficiency and automation of collection activities, the integration of validations with external systems such as C5, the approval, dispersion and notification of operations will allow L1bre to grow according to its needs and have a platform with scalability and flexibility of national use. This also allows you to have absolute control of the subsequent operation of the platform for greater synergy in the development and operational areas of the company.



www.meakconsulting.com

7

# Project Design

The functional product within the company is subsequently described based on the analyzed processes. According to the needs:









Design and Processes
Step One

The application and processes are designed according to the products and services offered by the company. The integration of business regimes and interconnect ability between systems is designed.

Development
Step One

The platform is developed according to the needs, and the business rules are integrated.
The capacity to scale it at the national level is considered from this stage.

Evidence
Step One

The platform is tested and the test matrices and use cases are defined, which will need to be passed.
Additionally, penetration and vulnerability tests are performed.

8

# PROJECT WORKFLOW



PASO 1 — Definición de la plataforma

PASO 2 — Integraciones con Sistemas de Gobierno

PASO 3 — Validaciones de Reglas de Negocio

PASO 4 — Pruebas de Casos de Uso

The above steps are part of the workflow within the sales process with L1bre's current customers. We seek to provide specialized care using the latest technology, increasing service levels through a highly cost-effective solution.



### Platform definition

The system will be defined according to current requirements. Existing • current platform.
Design

Additionally, it will be prepared to be scalable to other states, cities, and additional business areas that operate with time and distance rates for geographically delimited zones.

We identify the data that the platform will require and generate a document that has all the information to validate the travel process with the client.

- Android App on the
  - BPMN
  - Front End Development



### Integrations with Government Systems

Details of the most important travel processes will be defined based on • rules defined by L1bre and SEMOVI.

Applying cross-platform communication models, SSL information that allows to raise emergencies
the C5 and monitor the unit will be consulted,
in addition to recording video, information required by government systems.

We will proceed to the insertion of data in the various platforms to record and track an emergency in the system.

- Webservices to the
  - Rest
  - Soap
  - on

# PROJECT WORKFLOW
## Continuation

9



### Validations in Business Rules

Combining technologies with L1bre business rule modules, our team of experts seeks the best design of calculation and money collection algorithms based on previous requirements.

At Mook Consulting, we design algorithms based on the business rules and their limitations they currently have but modifying the structure of the system to allow scaling and optimization in a simple and agile way in the future.

We then test our algorithms and platform modules to identify the bottleneck and make processes and architecture more efficient by stressing the infrastructure with testing.

- Analytical Design
- Assurance of more suitable algorithms
- Workflows with business rules



### Use Case Testing

Once processes have been defined and configured, testing and quality assurance will begin in order to to improve the platform, by identifying opportunities within the modules.

Testing will allow exploiting medium- and long-term monitoring capabilities, allowing the system to improve with experience and test data.

Based on the results of the tests, improvements will be made in the design of use cases.

- Pilot tests
- Quality Assurance
- Use Cases

10

# Our Resources

People involved in the project

## STRATEGIC PARTNER

He is responsible for successfully integrating the project in the face of technological opportunities. He works with the project owner to establish a quality product. This role is taken by a highly experienced resource with a deep understanding and knowledge of the business process.

## PROJECT MANAGER

The Project Manager is responsible for completing and delivering the project successfully by monitoring and leading the platform and its development. He must clearly define the project responsibilities and levels within it.

## SENIOR DEVELOPER

The Senior Developer has the responsibility to lead and define all the technical and functional aspects of the system, his responsibility is to take the leadership of the work team to achieve high quality systems, complying with all the guidelines and modules of the work, always reaching the deadlines established.

10

# Our Resources

People involved in the project

## Full Stack Developer

He works and takes possession of the features of the web interface for project analysis and reporting. He is capable of turning frontend requirements into simple, elegant and optimal solutions that balance the needs of technology, but always guided by our business needs. He will be improving existing development and will be very involved in making good future judgments about the adoption of new technologies.

## User interface

The expert in experience design (UX) and user interface (UI), sees the big picture of Deep Learning and Natural Language. This essential role designs and offers you a new class of Artificial Intelligence (AI) focused on design services for development in the emerging fields of Deep Learning and N.L.P. He joins the project to help build a friendly tool in the age of cognitive computing.

## Data science

This position will involve the development and deployment of data analysis and Big Data technologies in areas such as processing large amounts of information, interaction with the customer. This person is a member of a team that will apply their knowledge of data storage and real-time processing to help develop innovative solutions to these problems and build a strategy for future progress in this area.

12

Processes to follow

# INTERNAL METHODOLOGIES

Each consultancy develops its working methods and techniques, ours are the result of years of experience and combination of different strategies which allow us to work in a fast and efficient manner.



## Technology and Security

They offer approach for an effective planning and a correct administration. It aligns and uses best practices and standards such as SCRUM and PMI

## Development and Vision

Development security measures will be implemented, which will allow control of

## Agility

In Agile Work Methodologies, partial and regular deliveries of the final product are made, prioriti by the benefit they provide to the recipient of t project. Therefore, the methodology is especially suitable for projects in complex environments, where results are needed soon.

Description

# Services Monthly

13

We offer knowledge, experience, and assurance of the platform uptime. After launch, it is not enough just to have functional development. To stay competitive, continuous work is necessary. Mook Consulting gives you the actionable insight and intelligence to continue it. MoOK offers the following services listed below:

## Platform Maintenance

We seek to maintain the maximum uptime of the platform. Thanks to Mook's technologies and cloud service providers, we have been able to ensure almost perfect availability in many processes.

## Performance Analysis

Our system performance analysis service is constant to ensure continuous system improvement. We perform performance analyses to forecast server migrations or improvements.

## Data Migrations

The bandwidth demand generated by the development is critical because of the system slowdown it may cause; the data migration service is provided to various servers to keep the system efficient.

## Security Measure and Risk Management

Alarm identifiers and security measures to detect vulnerabilities in the system and prevention of attacks.

Description

# Services
# Monthly

14

### Heuristic analysis of the system

It's our experience-based method that we use to help solve problems and discover opportunities, from calculating the resources needed to planning the conditions of operation and deployment of systems.

### Quality assurance

Integrations of quality assurance modules to ensure the quality of the data that will be fed to the databases and infrastructures within the system.

### Analytical audit of the site

Our consultants interact with the user's site to inspect elements of actions that promote the user's site. We examine the code on key pages, just like HTTP headers. We perform an automated evaluation from a sample of pages (across all subdomains), to validate the updated tracking codes that work on each of them.
Finally, we review existing reports to the bottom, pointing out ways to improve clarity, functionality, and accuracy.

### Technology Assessment

We study and rate the current system, along with hosting and code technologies. We make comparisons and recommendations based on current industry standards for continuous system optimization. The following range of factors is analyzed, including: Accessibility within search engines, compatibility, mobile functionality, and performance.

15

# Details Budget Handoff

The project will be developed in conjunction with the resources of Libre Technologies, so you will have a handoff process of 6 months with a light workload. The work will be done within Libre's server infrastructure, so there will be no need for migration, but only delivery and formalized training.

 $154,000 MXN

Profiles: They include four resources working on the project and cover comprehensive maintenance and improvement needs to the development and project, and a strategy consultant is added to the project

The amounts are considered without value added tax, VAT

| |
|---|
| • Project Manager |
| • Lead Developer |
| • Full-Stack Developer |
| • UI/UX Front End |
| • Strategic Partner |

15

# Details Budget Handoff

—

The project will be developed in conjunction with the resources of Libre Technologies, so you will have a handoff process of 6 months with a light workload. The work will be done within Libre's server infrastructure, so there will be no need for migration, but only delivery and formalized training.



## $154,000 MXN

Profiles: They include four resources working on the project and cover comprehensive maintenance and improvement need to the development and project, and a strategy consultant is added to the project.

The amounts are considered without value added tax, VAT.

| |
|---|
| • Project Manager |
| • Lead Developer |
| • Full-Stack Developer |
| • UI/UX Front End |
| • Strategic Partner |

# WORK SCHEDULE

16

**L1BRE REPUBLICA**

Architecture & Processes

Configuring Processes Business

Rules

Testing & Controlled Launch

Hailing App

| | Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 |
|---|---|---|---|---|---|

| Semana 6 | Semana 7 | Semar |
|---|---|---|

| Semana 13 | Semana 14 | Semana 15 | Semana 16 | Semana 17 | Semana 18 | Semana 19 | Semana 20 |
|---|---|---|---|---|---|---|---|

It is estimated that the complete development or adaptation of the project, based on the needs of the user, will be of an approximate time of 3 months in continuous work, plus 2 and a half months of testing, and then, phase 2 will begin at week 18 . Dividing the work into its phases, working in accordance with the deliverables in a functional way, a work schedule with high accuracy of information will be established and detailed, which will function as the core of work within our agile work methodology.

# Details Budget Handoff

15

The project will be developed in conjunction with the resources of Libre Technologies, so you will have a handoff process of 6 months with a light workload. The work will be done within Libre's server infrastructure, so there will be no need for migration, but only delivery and formalized training.



### $154,000 MXN

Profiles: They include four resources working on the project and cover comprehensive maintenance and improvement need to the development and project, and a strategy consultant is added to the project.

The amounts are considered without value added tax, VAT.

| |
|---|
| • Project Manager |
| • Lead Developer |
| • Full-Stack Developer |
| • UI/UX Front End |
| • Strategic Partner |

16

OVERVIEW

# WORK SCHEDULE

## L1bre Republica

Architecture & Processes

Configuration Processes

Business Rules

Testing & Controlled Launch

Hailing App



It is estimated that the complete development or adaptation of the project, based on the needs of the user, will be of an approximate time of 3 months in continuous work, plus 2 and a half months of testing, and then, phase 2 will begin at week 18. Dividing the work into its phases, working in accordance with the deliverables in a functional way, a work schedule with high accuracy of information will be established and detailed, which will function as the core of work within our agile work methodology.

Initial development

# Detail Budget



The following are the costs of developing the platform. It is divided into 2 phases, the first with the main planning and configuration of the business processes of the company, and the following phase with the integration of the subsequent phase to generate greater efficiency in the process:

| Documentary deliverables of the platform | |
|---|---|
| Process and Requirements Documentation | $280 ~ 000 ^ 00 \| |
| System Architecture and Infrastructure and Reporting Boards (New Relie) | $268,000.00 |
| Connections to external systems (SEMOVI, C5, Facilities, Payments and Maps) Contracts | $125,000.00 |
| Subtotal | $673,000.00! |
| Development of Platform 1 | 1 ! |
| Development of the República Digital Taximeter (PHASE 1) | $978,000.00 \| |
| Development of Drivers App (PHASE 1) | $750,000.00 |
| República Backend Development (PHASE 1) | $1,480,000.00 |
| Development of Tu Ride (PHASE 2) | $540,000.00 |
| Development of Hailing App (PHASE 2) | $650,000.00 |
| Subtotal | $4,398,000.00 |
| Testing | |
| Defining Test Arrays and QA | $265,000.00 |
| Functional and automated Testing Blogs | $190.000.00 |
| Subtotal | < $455,000.00 |

$5,526,000 MXN

nounts are considered without value added tax, VAT.

Initial development

# Detail Budget



The Libre República project considers the following timetable to advance in the development, strategy, and structuring of the development and operational team to achieve a successful platform. The payment schedule is as follows:

| Payment Order | Concept | Amount |
|---|---|---|
| jul-18 | Kickoff Payment | $ 1,842,000.00 |
| ago-18 | Second Payment: Intermediate | $ 1,842,000.00 |
| sep-18 | Third payment: Development | $ 1,842,000.00 |
| Desde oct-18 hasta mar-19 | Monthly maintenance and Handoff | $ 154,000.00 |

The amounts are considered in MXN and without value added tax, VAT.

# Infrastructure Architecture



Delivery October 5, 2018
starting work in June 2018

The commitment of Deliveries:
Platform Configuration,

Rodrigo Santiesteban McCluskey
VICE PRESIDENT'S SIGNATURE

# DELIVERY GUARANTEE

## Mook Consulting Commitment

At Mook Consulting we have very
transparent working practices, where all
information respects the ownership of the content
of our customers and confidentiality.



# ACCEPTANCE
# OF SERVICES

We hereby confirm the acceptance of the services to be carried out according to what is proposed in this document,
named LIBRE REPUBLICA.

The customer undertakes to fulfill the defined payments, and Mook undertakes to provide the services offered.

Responsible



SERVICIOS ADMINISTRA
LUSAD S DE RL

Rodrigo Sanisteben McC

**THE STATE OF TEXAS**　　}

**COUNTY OF HARRIS**　　}

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ana Cristina Didoné</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations.  I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Mook Consulting Proposal"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires:　5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964

 Mook Consulting

**Cotización de Servicios de Desarrollo de Software**
**Proyecto Desarrollo de Sistema de Citas para L1bre**

El sistema de citas es indispensable para la operación de L1bre. Le permitirá a través de una pagina web, generar una cita en el centro de instalación deseado a la hora deseada de acuerdo a la capacidad del centro. El sistema contará con niveles de acceso y un panel de administración para configurar los centros de instalación y su número de bahías, ademas de que contará con la comunicación con los servicios de la SEMOVI para validar la placa y la licencia del conductor permitiendoles generar una cita.

La siguiente tabla presenta los costos de lo servicios de Mook.

Los costos son considerados de acuerdo a los tiempos urgentes de desarrollo y se contempla el costo del diseño y desarrollo del la plataforma. Mook también hará la conexión a los servicios otorgados por SEMOVI.

La siguiente tabla contiene rubros cobrados en MXN.

| Concepto | Monto | |
|---|---|---|
| Sistema de Citas | $150,000.00 | |
| IVA | | $ 24,000.00 |
| Total | | $174,000.00 |

Ciento setenta y cuatro mil pesos 01/100 M.N.

Miguel Avalos y Rodrigo Santisteban.
Mook Consulting

Dirigida a: Dirección de L1bre.

# ACEPTACIÓN
# DE SERVICIOS

Por este medio confirmamos la aceptación de los servicios a efectuarse de acuerdo a lo propuesto en este documento nombrado DESARROLLO DE SISTEMA DE CITAS PARA L1BRE.

El cliente se compromete a cumplir los pagos definidos y Mook se compromete a otorgar los servicios ofrecidos.

## Responsables

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE CV
FIRMA

Rodrigo Santisteban McCluskey
FIRMA DE VICEPRESIDENCIA

Mook Consulting

**Software Development Services Quote**

**Project Development of Appointment System for L1bre**

The appointment system is indispensable for the operation of L1bre. It will allow you through a web page, to generate an appointment in the desired installation center at the desired time according to the capacity of the center. The system will have access levels and an administration panel to configure the installation centers and their number of bays, in addition to having communication with the services of SEMOVI to validate the license plate and the driver allowing them to generate an appointment .

The following table presents the costs of Mook services

The costs are considered according to the urgent development time and the cost of the design and development of the platform is contemplated. Mook will also make the connection to the services provided by SEMOVI

The following table contains items collected in MXN

| Concept | Amount | |
|---|---|---|
| **Appointment Systems** | **$150,000.00** | |
| VAT | **$24,000.00** | |
| <u>**Total**</u> | **$174,000.00** | |

One hundred and seventy-four thousand pesos 01/100 M.N.

Miguel Avalos and Rodrigo Santisteban

Mook Consulting

Addressed To: L1bre Address

Mook Consulting, 2018. Bosque de Alisos 47B PB34.
Bosques de las Lomas, Cuajimalpa de Morelos (05120), City of Mexico

**ACCEPTANCE**

**OF SERVICES**

By this means we confirm the acceptance of the services to be carried out according to the proposal in this document named DEVELOPMENT OF APPOINTMENT SYSTEMS FOR L1BRE

The customer agrees to meet the defined payments and Mook is committed to provide the defined services.

**ANSWERABLE**

[Two illiegible signatures]

---

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE VC

[Illegible signature]

---

Rodrigo Santisteban McClusky
Vice President's Signature

Mook Consulting, 2018. Bosque de Alisos 47B PB34.

Bosques de las Lomas, Cuajimalpa de Morelos (05120), City of Mexico

THE STATE OF TEXAS     }

COUNTY OF HARRIS     }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Ana Cristina Didoné, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations. I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Mook Appointment System Quote"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires: 5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

# ACEPTACIÓN
# DE SERVICIOS

Por este medio confirmamos la aceptación de los servicios a efectuarse de acuerdo a lo propuesto en este documento nombrado SITIO WEB L1BRE.

El cliente se compromete a cumplir los pagos definidos y Mook se compromete a otorgar los servicios definidos.

## Responsables

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE CV

FIRMA

Rodrigo Santisteban McCluskey

FIRMA DE VICEPRESIDENCIA

 Mook Consulting

**Cotización de Servicios de Desarrollo de Software**
**Proyecto Sitio Web L1bre**

El proyecto consiste en el desarrollo del sitio web para L1bre desde cero. Debido a las necesidades de gestión de contenido y administración de la información del sitio, se propone desarrollar un sitio completamente responsivo con los lineamientos de la dirección de L1bre que permitan a los clientes finales y usuarios de la plataforma mostrar las capacidades de la empresa y los beneficios que ofrece su plataforma.

La siguiente tabla presenta los costos de lo servicios de Mook.

Los costos son considerados de acuerdo a los tiempos de desarrollo y se contempla el costo del diseño y desarrollo del la plataforma.

La siguiente tabla contiene rubros cobrados en MXN.

| Concepto | Monto | |
|---|---|---|
| Sistema de Citas | $70,000.00 | |
| IVA | | $ 11,200.00 |
| Total | | $81,200.00 |

Ciento setenta y cuatro mil pesos 01/100 M.N.

Miguel Avalos y Rodrigo Santisteban.
Mook Consulting

Dirigida a: Dirección de L1bre.

**ACCEPTANCE**

**OF SERVICES**

By this means we confirm the acceptance of the services to be carried out according to the proposal in this document named L1BRE WEBSITE

The customer agrees to meet the defined payments and Mook is committed to provide the defined services.

Parties:

[Two illegible signatures]

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE VC

[Illegible signature]

Rodrigo Santisteban McClusky
Vice President's Signature

Mook Consulting

Mook Consulting, 2018. Bosque de Alisos 47B PB34.
Bosques de las Lomas, Cuajimalpa de Morelos (05120), City of Mexico

**Software Development Services Quote**

**L1bre Website Project**

The project consists in the development of the website for L1bre from scratch. Due to the content management and information management needs of the site, it is proposed to develop a completely responsive site with the guidelines of the L1bre address that allow the final clients and users of the platform to show the capabilities of the company and the benefits offered by its platform.

The following table presents the costs of Mook services.

The costs are considered according to the development times and the cost of the design and development of the platform is contemplated.

The following table contains items collected in MXN.

| Concept | Amount | |
|---|---|---|
| **System of Appointments** | **70,000.00** | |
| <u>IVA</u> | **$11,200.00** | |
| <u>Total</u> | **$81,200.00** | |

Eighty-one thousand two-hundred 01/100 M.N.[translators note: crossed out]

Miguel Avalos and Rodrigo Santisteban

Mook Consulting

Addressed To: L1bre Address

Mook Consulting, 2018. Bosque de Alisos 47B PB34.
Bosques de las Lomas, Cuajimalpa de Morelos (05120), City of Mexico

THE STATE OF TEXAS        }
                          }
COUNTY OF  HARRIS         }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ana Cristina Didoné</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations.  I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Mook Web Site"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.


ANA CRISTINA DIDONE, MA
Certified by American Translators Association


Sworn to before me this May 12, 2019


Notary Public in and for the State of Texas
My commission expires:   5.19.21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964

 Mook Consulting

**Cotización de Servicios de Desarrollo de Software**
**Proyecto Desarrollo y Conexión Hailing App al Backend Plataforma Kichink**

El Hailing App es la aplicación necesaria para hacer peticiones de viaje a distancia, como objetivo en el proyecto se busca crear el hailing app que cumpla con las condiciones necesarias e iniciales de la consesión pedidas por L1bre, las cuales implican la petición de un servicio a distancia así como el inicio y cierre del viaje.

La siguiente tabla presenta los costos de lo servicios de Mook.

Los costos son considerados desde el 1 de Septiembre del 2018 al 13 de Septiembre del 2018 fecha tentativa de entrega de Mook dependiendo de la recepción de los servicios de Kichink.

Se contempla el costo del diseño y desarrollo del hailing app versión 1 de L1bre, aprobado en la junta del día jueves 30 de Agosto. Mook también hará la conexión a los servicios del backend otorgados por Kichink.

Los servicios a los que se integrará serán los siguientes:

1.  Petición de viaje
2.  Cancelación de petición de viaje
3.  Inicio de viaje
4.  Cierre de viaje

El SaaS como Google Maps, y los servidores, son costos que absorverá L1bre.

La siguiente tabla contiene rubros cobrados en MXN.

| Concepto | Monto | Fecha de Entrega |
|---|---|---|
| Hailing App Plataforma 1 | $386,000.00 | 13-14 de Septiembre |
| IVA | $ 61,760.00 | |
| Total | $447,760.00 | |

CUATROSCIENTOS CUARENTA Y SIETE MIL SETESCIENTOS SESENTA PESOS 01/100 M.N.

Miguel Avalos y Rodrigo Santisteban.
Mook Consulting
Fecha de la propuesta: 11/09/2018

Dirigida a: Dirección de L1bre.



# ACEPTACIÓN
# DE SERVICIOS

Por este medio confirmamos la aceptación de los servicios a efectuarse de acuerdo a lo propuesto en este documento nombrado DESARROLLO Y CONEXIÓN HAILING APP AL BACKEND PLATAFORMA KICHINK.

El cliente se compromete a cumplir los pagos definidos y Mook se compromete a otorgar los servicios definidos.

## Responsables

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE CV
FIRMA

Rodrigo Santisteban McCluskey
FIRMA DE VICEPRESIDENCIA



Mook Consulting

**Cotizaci6n de Servicios de Desarrollo de Software**

**Proyecto Desarrollo y Conexi6n Hailing App al Backend Plataforma Kichink**

El Hailing App es la aplicaci6n necesaria para hacer peticiones de viaje a distancia, como objetivo en el proyecto se busca crear el hailing app que cumpla con las condiciones necesarias e iniciales de la consesi6n pedidas por Libre, las cuales implican la petici6n de un servicio a distancia asi como el inicio y cierre del viaje.

La siguiente tabla presenta los costos de lo servicios de Mook.

Los costos son considerados desde el 1 de Septiembre del 2018 al 13 de Septiembre del 2018 fecha tentativa de entrega de Mook dependiendo de la recepci6n de los servicios de Kichink.

Se contempla el costo del diseno y desarrollo del hailing app version 1 de Libre, aprobado en la junta del dia jueves 30 de Agosto. Mook tambien hara la conexi6n a los servicios del backend otorgados por Kichink.

Los servicios a los que se integrara seran los siguientes:

1. Petici6n de viaje
2. Cancelaci6n de petici6n de viaje
3. Inicio de viaje
4. Cierre de viaje

El Saas como Google Maps, y los servidores, son costos que absorvera Libre.

La siguiente tabla contiene rubros cobrados en MXN.

| Concepto | Monto | Fecha de Entrega |
|---|---|---|
| **Hailing App Plataforma 1** | $386,000.00 | **13-14 de Septiembre** |
| **IVA** | $61,760.00 | |
| **Total** | $447,760.00 | |

CUATROSCIENTOS CUARENTA Y SIETE MIL SETESCIENTOS SESENTA PESOS 01/100 M.N.

Miguel Avalos y Rodrigo Santisteban.

Mook Consulting

Fecha de la propuesta: 11/09/2018

Dirigida a: Direcci6n de Libre.

# ACEPTACION
# DE SERVICIOS

Por este medio confirmamos la aceptaci6n de los servicios a efectuarse de acuerdo a lo propuesto en este documento nombrado DESARROLLO Y CONEXION HAILING APP AL BACKEND PLATAFORMA I<ICHINK.

El cliente se compromete a cumplir los pagos definidos y Mook se compromete a otorgar los servicios definidos.

## Responsables

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE CV

**FIRMA**

Rod rig Santis steban McCluskey

**FIRMA DE VICE PRESIDENCIA**

**THE STATE OF TEXAS**  }
}
**COUNTY OF HARRIS**  }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ana Cristina Didoné</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations.  I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Mook Hailing App Quote"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.


ANA CRISTINA DIDONE, MA
Certified by American Translators Association


Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires: 5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964



# L1BRE

# PROPUESTA FINAL
Auditoría de plataforma tecnológica L1bre & Spotit

Preparado Para:

**L1bre**
Fabio **Covarrubias**
Dirección Ejecutiva

# L1BRE

# SpotIt

Fecha: Noviembre 30, 2017
Versión de Documento: 1.0



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Carta Portada

**Estimado Fabio,**

En nombre de todo el equipo de Mook Consulting, tengo el placer de presentar nuestra respuesta colectiva a la Propuesta de Trabajo de los esfuerzos de auditoría para desarrollos de software y plataformas digitales.

Apreciamos la oportunidad que nos presentan al dejarnos proponer nuestros servicios, los cuales se encuentran descritos a lo largo del documento.

Confiamos en que ustedes encontrarán nuestra propuesta acorde a sus necesidades. Creemos que Mook puede proporcionar un conocimiento inigualable en la creación de un enfoque integral y de colaboración para los servicios de consultoría en tecnología.

Por favor no duden en ponerse en contacto conmigo por correo electrónico en miguel@mook.com.mx o a mi número celular +52 55 55 07 37 07 con preguntas sobre esta propuesta o cualquier aspecto de nuestros servicios. Esperamos construir una relación valiosa con ustedes.


**Sinceramente,**




**Miguel Avalos**
**Director General**



# Acerca de Nosotros



Mook comenzó en el 2011 como una empresa enfocada en el retail de eCommerce. Viendo una oportunidad enorme en el sector tecnológico se enfocó al desarrollo de plataformas y soluciones para otras empresas, transformándose en Mook Consulting. Desde entonces se ha aliado siendo partner de empresas del nivel de IBM en Tecnologías Cognitivas, Magento; la plataforma líder mundial de ecommerce parte de eBay, SAP, Oracle, Epicor y otros más para la implementación y desarrollo de plataformas de, ERP's, WMS's, CRM's, etc. El enfoque de la empresa se distingue de las demás por tener absoluto entendimiento de las operaciones y los procesos. Esto ha permitido lograr proyectos de gran escala.

Ahora Mook Consulting especializa mucho de su desarrollo en las tecnologías Cognitivas y de Inteligencia Artificial, trabajando en grandes proyectos de distintas industrias como financieras, de medios, legales de juego y con soluciones que cubren atención a cliente automatizada, reconocimientos visuales y entendimiento de lenguaje natural.

### Nuestra Filosofía

Mook Consulting tiene un enfoque único para cada proyecto, ya que todos los clientes son diferentes. Creemos que una firma de consultoría debe ir mas allá de su experiencia y consejo. Nosotros nos ponemos en los zapatos de nuestros clientes, alineamos nuestras métricas con sus objetivos, y colaboramos para desencadenar todo su potencial. De esta forma construimos relaciones duraderas y fuertes.

### Nuestros Servicios

·Inteligencia Artificial (A.I.) Aplicada
·Auditoría de Plataformas Digitales
·Consultoría en Estrategia
·eCommerce
·Consultoría en Operaciones
·Logística y Transporte
·Fintech



# Resumen Ejecutivo



### Reto

L1bre tiene actualmente una oportunidad en la atracción, atención y servicio en los segmentos medios y masivos de transporte público en la CDMX. En este momento el proyecto se encuentra en sus fases de desarrollo finales en algunos de sus aplicativos y en algunos otros en sus inicios.   El grupo de socios ejecutivos y operativo de la empresa busca un brazo tecnológico de confianza para **identificar de forma clara y concreta el estado actual de la tecnología**, así como la sustentabilidad de la plataforma a corto mediano y largo plazo.

La plataforma L1bre cuenta con 12 aplicaciones que han sido desarrolladas por mas de 20 personas y el trabajo ha migrado por diferentes equipos de desarrollo en diversos países. Dentro de las aplicaciones se encuentra el taxímetro digital, facilities ,el app del conductor y del pasajero, payment flow, reporteo y war-room. La plataforma busca abrir las puertas a 39,000 usuarios de aquí a abril en grupos de miles mensuales.

Adicionalmente **se busca hacer el** *due diligence* **técnico de la plataforma de hardware y software desarrollada en .net Spotit, en Cuernavaca**, en donde se tienen alrededor de 30,000 líneas de código, 12,000 lineas de codigo del front sin store procedures y middleware mas las adicionales. Spotit cuenta con 3 registros en el IMPI, el core, la base de datos, la cometida de información y una parte del front. Se busca identificar las capacidades y riesgos de la plataforma y sus módulos.

### Solución

La propuesta de Mook contempla todas estas necesidades y requerimientos del grupo y quisiera sumar su conocimiento en el desarrollo de soluciones tecnológicas para proveer con un servicio de auditoría en el cual se busca estabilizar la operación y el desarrollo de la plataforma L1bre, adicionalmente al due diligence técnico de Spotit e identificar los siguientes puntos:

i.Identificar el avance en los supuestos desarrollos existentes y el estado de los mismos, tanto tecnológicamente como operativamente.

ii.Evaluación del trabajo de desarrollo actual.

iii.Análisis y propuesta de desarrollo posterior.



# Imaginación del Proyecto



**Auditoría y Evaluación**
De Software e Infraestructura

Utilizando las metodologías de vanguardia se hará un trabajo partido en tres principales fases en las cuales se concretará el proyecto.







**Revisión de documentación**
Primera Fase

Como primer paso se busca identificar las lagunas de definiciones y documentación de la plataforma (documentación de requerimientos, definiciones y código).

En ésta etapa se recopilará todo con lo que se cuenta y lo que se ha hecho hasta el momento desde el inicio del proyecto.

**Análisis de riesgos y capacidad actual**
Segunda Fase

Posteriormente, se realizará un análisis del riesgo de acuerdo a lo recopilado en la fase uno.

Se revisará la documentación, el código, la arquitectura y el modelo de datos, así como las metodologías de trabajo para identificar los principales riesgos operativos del proyecto..

**Propuesta de trabajo**
Tercera Fase

Al final del proyecto y como última fase se hará una propuesta detallada enfocada a las necesidades actuales de desarrollo e infraestructura para garantizar el éxito de la plataforma y su escalabilidad de acuerdo a las necesidades.



# Descripción de Trabajo

Se desarrollará un plan de acuerdo a los estándares más altos en desarrollo de sistemas, con la flexibilidad necesaria y la escalabilidad para integrar fases adicionales en el camino del proyecto.

| Objetivos Claves | |
|---|---|
| • Desarrollo de un plan de auditoría y documentación | Arranque |
| • Revisión de código | Análisis |
| • Análisis de infraestructura | Capacidades |
| • Análisis de riesgos operativos | Visibilidad |
| • Propuesta de plan de trabajo posterior | Siguientes Pasos |

La combinación de las fases definidas anteriormente nos permitirà tener un panorama claro de la etapa en la que estamos posicionados, así como las áreas de necesidad mayores y los riesgos latentes del proyecto de acuerdo al impacto que tendrían y la probabilidad de su ocurrencia.

La identificación de los puntos posteriores nos permitirán en conjunto con el cliente definir una estratégia completa de acuerdo a las necesidades y con nuestras recomendaciones desde el punto de vista operativo y estratégico para el negocio.



# Flujo de Proyecto

| PASO 1 | Desarrollo de un plan de auditoría y documentación |
| PASO 2 | Revisión de Código y Análisis de Infraestructura |
| PASO 3 | Análisis de Riesgos Operativos |
| PASO 4 | Propuesta de Plan de Trabajo Posterior |

Los anteriores pasos cierran el circulo del flujo dentro de auditoría para la plataforma L1BRE.
A continuación se describe cada paso del proyecto con más detalle.



## Desarrollo de un plan de auditoría y documentación

El comiendo del proyecto consistirá con la planeación concisa de las actividades, la identificación de los involucrados y los responsables para definir tiempos claros, reales sobre un proyecto qe busca ser rápido y de calidad.

Nuestro Project Manager en conjunto con el arquitecto definirán un plan realista y validarán su viabilidad y sentido con los líderes de L1bre.

Posteriormente se hará la recopilación de toda la información.



## Revisión de código y análisis de infraestructura

Una vez teniendo la información completa de lo que se cuenta actualmente, el equipo técnico hará un análisis profundo sobre la calidad del código y generará un reporte de los diferentes aplicativos.

Después del reporte se analizará y validará la información contra la existencia de la infraestructura definida así como la arquitectura de la plataforma.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Flujo del Proyecto continuación



**PASO 3**

### Análisis de riesgos operativos

El riesgo operacional en un proyecto tecnológico es uno de los mayores ya que la inexistencia de activos físicos y la incertidumbre de la forma de ser de las cosas puede ser una bomba de tiempo de gran magnitud.

En base al punto 2 y 3 se definirá una matriz de riesgos de acuerdo a la volumetría, la transaccionalidad y las tecnologías usadas en el desarrollo.

El análisis de riesgo nos dará una visibilidad sobre la cual en conjunto se harán reuniones de estratégia sobre las cuales se tomarán decisiones.



**PASO 4**

### Propuesta de plan de trabajo posterior e integración de RRHH.  (Solo para L1bre)

Para un proyecto en el cual se desarrolla una plataforma digital con 12 aplicaciones y mas de 20 personas involucradas en la programación full time, buscaremos identificar la mejor forma de hacer un cambio gradual en el cual se tomen las riendas poco a poco hasta tener un control absoluto de el desarrollo y la operación tecnológica de la plataforma.

Nuestro objetivo será alinear las expectativas del grupo directivo de L1bre con la funcionalidad y escalabilidad necesaria minimizando el riesgo operativo del proyecto.  En ésta fase integraremos a los recursos humanos designados para operar la plataforma.

www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Nuestros Recursos

## Recursos Asignados al Proyecto

A continuación se presentan los recursos asignados al proyecto en base al análisis establecido y las necesidades de trabajo que se requieren para los tiempos establecidos:

**Project**
Owner

Se asegura de que el equipo conozca la perspectiva del negocio. Gestiona las historias de usuario, las prioriza, y las mantiene en el product backlog.

**Project**
Manager

El Project Manager tiene la responsabilidad de completar y entregar el proyecto de una forma exitosa al supervisar y liderar la plataforma y su desarrollo. Funciona como un vínculo entre el cliente, el grupo del cliente, y los integradores, para asegurar una funcionalidad optima y una gran relación de trabajo entre ambas partes. Adicionalmente puede el asignar Project Manager(s) para realizar las mismas tareas en el caso de ser necesario. El puede delegar y asignar responsabilidades -- sin embargo -- el Project Manager debe de definir las responsabilidades del proyecto y los niveles dentro de el mismo con claridad.

**Lead**
Architect

El Lead Architect tiene la responsabilidad de liderar y aterrizar todo el aspecto técnico, y funcional del sistema, su responsabilidad es el tomar el liderazgo del equipo de trabajo para asegurar sistemas de alta calidad respetando todos los lineamientos y módulos del trabajo siempre sujeto a las fechas de entrega conforme estén establecidos en los contratos.

**Strategic**
Partner

El Partner de estrategia tiene la responsabilidad de integrar exitosamente el área de comercial y estrategias comerciales conjunto con el desarrollo, y los sistemas técnicos. Trabaja junto con el Project Owner para establecer un producto de calidad. Este rol es tomado por un recurso altamente experimentado con un profundo entendimiento y conocimiento del proceso de negocio.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

**Computer Science**
Chief Data

Como parte del equipo, desarrollará su experiencia en Big Data, Sistemas Cognitivos, DevOps, Aprendizaje de A.I / Machine Learning, Ciencia de Ontología, Gestión del Conocimiento, Integración de Datos y Gobernanza de Datos. Su labor en la auditoría será clave para la identificación de riesgos a corto y mediano plazo.

**User**
Interface & Experience

El experto en el diseño de la experiencia (UX) y la interface (UI) del usuario, ve el cuadro grande dede un punto de vista de experiencia y usabilidad. Se une al proyecto para ayudar a documentar e identificar los lineamientos que se deben de seguir desde los aspectos de experiencia y visuales del proyecto.

**Machine Learning &**
Artifical Intelligence

Esta posición implicará el desarrollo y despliegue de tecnología de Inteligencia Artificial en áreas tales como el reconocimiento visual, el procesamiento del lenguaje natural, la interacción con el cliente, el deep learning y las tendencias cognitivas. Esta persona es miembro de un equipo que buscará ayudar en la definición del trabajo posterior para poder explotar los datos que se vayan generando en la plataforma para automatizar tareas generando ahorros operativos importantes



www.mookconsulting.com
corporativo : +52 (55)  5361 0584

# Metodología de Implementación

 **Administración**

Ofrecen acercamiento para un planeamiento efectivo y una administración correcta. Se alinea y utiliza las mejores prácticas y estándares como SCRUM y PMI para planificar y monitorear el desarrollo y el contenido del proyecto en el que verificamos, validamos y diseñamos un proceso certero con entregables adecuados para el proyecto.

 **Desarrollo y Despliegue**

Dirige los requerimientos de administración del proyecto junto con sus análisis de eventos, controles de proceso y configuraciones de paquetes. Se dirige en las tareas para diseñar, desarrollar y probar los componentes personalizados del software implementado en el proyecto. Se enfoca en la transición a las nuevas aplicaciones, incluye el planeamiento de tareas relacionadas con las ideas y estrategias comerciales, prueba del producto final, pruebas del sistema y aplicación del sistema.

 **Tecnología**

Define el enfoque, desarrollo, prueba y operación de la infraestructura del software y los componentes requeridos para la aplicación del sistema. Se enfoca  en la adaptación y sustentabilidad de los cambios que inicia. Abarca e integra los acercamientos a las comunicaciones, participaciones de los interesados, preparación, entrenamiento, capacitación y lineamientos organizacionales transitivos. Controladores de versiones actualizados y estructurados en GitHub/BitBucket.

 **Metodología**

En SCRUM se realizan entregas parciales y regulares del producto final, priorizadas por el beneficio que aportan al receptor del proyecto. Por ello, SCRUM está especialmente indicado para proyectos en entornos complejos, donde se necesita obtener resultados pronto, donde los requisitos son cambiantes o poco definidos, donde la innovación, la competitividad, la flexibilidad y la productividad son fundamentales.

La metodología de implementación anteriormente mencionada consiste en los recursos, tareas y entregables para el proyecto que se utilizan para un proyecto de este tamaño y complejidad. Los recursos de implementación en general se alinean a estas metodologías.

Estos componentes se combinan para brindar un nivel de esfuerzo y satisfacción los cuales se derivan dentro de los planeamientos de el presupuesto.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Detalle de Presupuesto

El estimado de los costos del proyecto están basados en una combinación de experiencias previas de parte de Mook y contemplan todo lo requerido para tener esta plataforma totalmente funcional. La implementación y sus respectivos componentes requeridos para la producción del sistema se listan en la tabla mostrada a continuación:

| Auditoria Tecnológica L1bre | |
|---|---|
| Desarrollo de Plan de Auditoría y Documentación | $683,000 |
| Revisión de Código & Infraestructura | $340,000 |
| Análisis de Riesgos Operativos | $448,000 |
| Management y Estratégia (12 meses)* | $2,309,000 |

| Auditoria Tecnológica Cuernavaca Spotit | |
|---|---|
| Desarrollo de Plan de Auditoría y Documentación | $135,000 |
| Revisión de Código & Infraestructura | $170,000 |
| Análisis de Riesgos Operativos | $90,000 |

| Resumen de Costos | |
|---|---|
| Auditoría tecnológica L1bre | $3,780,000 |
| Auditoría tecnológica Spotit | $395,000 |
| **Total** | **$4,175,000** |

- Los precios no incluyen el impuesto al valor agregado.
- Los precios mostrados dentro de esta tabla de trabajo son en Moneda Nacional (MXN).



# Calendario de Presupuesto

A continuación se presentan los tiempos de pagos por periodos de tiempo proporcionales a las entregas del producto final. El primer pago debe de ser cubierto para el comienzo formal del desarrollo, y los demás pagos van presentados a continuación. El proyecto no se deberá de pagar por completo hasta no estar entregado de forma total y 100% funcional.

| Calendario L1bre | |
|---|---|
| Primer Pago: Enero | $ 976,750 |
| Segundo Pago: Febrero | $ 1,066,083.33 |
| Tercer Pago: Marzo | $ 1,066,083.33 |
| Cuarto Pago: Abril (Entrega de Proyecto) | $ 1,066,083.33 |

- Los precios no incluyen el impuesto al valor agregado.
- Los precios mostrados dentro de esta tabla de trabajo son en moneda nacional (MXN).



# Calendario de Trabajo

### Visión General

Se estima que el trabajo completo del proyecto, en base a las necesidades de tiempos de parte del cliente, sea de un tiempo aproximado de 12 semanas. Dividiendo el trabajo del proyecto en cuatro fases, trabajando primero con el entregable de la documentación seguido del análisis de código & infraestructura. Posteriormente se realiza el análisis de riesgo y se concluye con una propuesta de trabajo para trabajo conjunto de la continuación del proyecto.

| Descripción / Fase L1bre | Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 | Semana 6 |
|---|---|---|---|---|---|---|
| Plan & Documentación | ■ | ■ | | | | |
| Revisión de Código | ■ | ■ | | | | |
| Análisis de Riesgos | | | ■ | ■ | | |
| Propuesta Formal | | | | | ■ | ■ |

| | Semana 7 | Semana 8 | Semana 9 | Semana 10 | Semana 11 | Semana 12 |
|---|---|---|---|---|---|---|
| | ■ | ■ | | | | |
| | ■ | ■ | | | | |
| | | | ■ | ■ | | |
| | | | | | ■ | ■ |

| Descripción / Fase Spotit | Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 | Semana 6 |
|---|---|---|---|---|---|---|
| Plan & Documentación | ■ | ■ | | | | |
| Revisión de Código | ■ | ■ | | | | |
| Análisis de Riesgos | | | ■ | ■ | | |
| Propuesta Formal | | | | | ■ | ■ |



# Compromiso de Entrega

> Auditoría de Tecnología y Servicios de Consultoría L1BRE

**Mook Consulting Corporativo**
Bahía de Todos los Santos 87, Piso 3
Verónica Anzures, 11300 Ciudad de México
Teléfono +52 (55) 2167 6556

rodrigo@mook.com.mx

Tiempo de Entrega:
**12 Semanas (L1bre)**
**6  Semanas (Spotit)**

Fecha de Entrega:
**Febrero 28, 2018 (L1bre)**
**Enero 15, 2018 (Spotit)**

Rodrigo Santisteban McCluskey
_____
Nombre

Vicepresidencia
_____
Área

_____        Noviembre 30, 2017
Firma                                        Fecha

## Datos de la Empresa

**Mook S.A.P.I. de C.V.**
RFC PQU111007B27
**Banco** Banorte
**CLABE** 072180008880245168

## Compromiso Mook Consulting

En Mook Consulting tenemos practicas muy
transparentes de trabajo con nuestros clientes  en
dónde todo el trabajo es documentado y entregado
formalmente.





# ACEPTACIÓN
# DE SERVICIOS

Por este medio confirmamos la aceptación de los servicios a efectuarse de acuerdo a lo propuesto en este documento nombrado AUDITORÍA DE PLATAFROMA TECNOLÓGICA L1BRE Y SPOTIT.

El cliente se compromete a cumplir los pagos definidos y Mook se compromete a otorgar los servicios ofrecidos.

**Responsables**

SERVICIOS ADMINISTRATIVOS
LUSAD S DE RL DE CV
FIRMA

Rodrigo Santisteban McCluskey
FIRMA DE VICEPRESIDENCIA

# FINAL PROPOSAL

# AUDIT OF TECHNOLOGICAL PLATFORM L1BRE AND SPOTIT

Prepared For:

L1bre
Fabio Covarrubias
Executive
Management



Date: November 30, 2017
Document Version: 1.0



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Cover Letter

Dear Fabio,

On behalf of the entire Mook Consulting team, I am pleased to introduce our collective response to the Work Proposal for auditing efforts for software developments and digital platforms.

We appreciate the opportunity presented to us by letting us propose our services, which are described throughout the document.

We are confident that you will find our proposal in accordance to your needs. We believe that Mook can provide unparalleled knowledge in creating a comprehensive and collaborative approach to technology consulting services.

Please do not hesitate to contact me by email at miguel@mook.com.mx or my cell number + 52 55 55 07 37 07 should you have any questions about this proposal or any aspect of our services. We look forward to building a valuable relationship with you.

Sincerely,

Miguel Avalos
Managing Director



About Us



Mook started in 2011 as an eCommerce retail company. Overseeing a huge opportunity in the technology sector, we focused on the development of platforms and solutions for other companies, thus becoming Mook Consulting. Since then, it has partnered with companies such as IBM in Cognitive Technologies, Magento; the world's leading ecommerce platform used by eBay, SAP, Oracle, Epicor and others for the implementation and development of ERP, WMS, and CRM platforms, among others. The approach of the company stands out by having an absolute understanding of operations and processes.
This has made it possible to complete large-scale projects.

Nowadays, Mook Consulting specializes much of its development in Cognitive and Artificial Intelligence technologies, working on large projects in different industries such as financial, media, gaming, legal, and solutions that include automated customer service, visual recognition, and natural language understanding.

Our Philosophy

As we understand that all customers are different, Mook Consulting has a unique approach to each project. We believe that a consulting firm should go beyond its expertise and advice. We put ourselves in our customers' place, align our metrics with their goals, and collaborate to unleash their full potential. In this way, we build lasting and strong relationships.

Our Services

• Applied Artificial Intelligence (A.I.)
• Audit of Digital Platforms
• Strategy Consulting
• eCommerce
• Operations Consultancy
• Logistics and Transport
• Fintech

www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Executive Summary



Libre currently has an opportunity in the attraction, attention and service in the middle and mass segments of public transport in the CDMX. At this moment, the project is in its final development phases in some of its applications, and in some others, in its beginnings. The group of executive and operational partners of the company seeks a reliable technology partner to **identify the current state of the technology clearly and concretely**, as well as the sustainability of the platform in the short, medium, and long term.

The L1bre platform has 12 applications that have been developed by more than 20 people, and the work has migrated through different development teams in different countries. Inside the applications is the digital meter, the driver and passenger app facilities, the payment flow, reporting and war-room. The platform seeks to open doors to 39,000 users, from now until April, in groups of thousands monthly.

In addition, **we seek to do the technical due diligence of the hardware and software platform developed in .net Spotit, in Cuernavaca,** where there are about 30,000 lines of code, 12,000 lines of front code without store procedures, and middleware, plus additional ones. Spotit has 3 records in the IMPI, the core, the database, the information commission, and a part of the front. The aim is to identify the capabilities and risks of the platform and its modules.

**Solution**

Mook's proposal addresses all these needs and requirements of the group and would like to add their knowledge in the development of technological solutions to provide an audit service that seeks to stabilize the operation and development of the L1bre platform, in addition to Spotit's technical due diligence, and to identify the following points: Identify the progress in the alleged existing developments and their current status, both technologically and operationally.

ⅰ Evaluation of current development work.

ⅰ Analysis and proposal of further development.

L1BRE Technology Audit



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Project Design



Software and Infrastructure
Audit and Evaluation

Using cutting-edge methodologies, work
will be carried out in three main phases in
which the project is carried out.







**Documentation Review**

First Phase

The first step is to identify
the gaps in definitions and
documentation of the
platform (documentation of
requirements, definitions,
and code).

At this stage, everything that
is owned and has been
done so far since the start of
the project will be collected.

**Risk analysis and current
capacity**

Second Phase

Subsequently, a risk
analysis will be carried out
according to what was
collected in phase one.

The documentation, code,
architecture and data model,
as well as the work
methodologies to identify
the main operational risks of
the project, will be reviewed.

At the project's end, and as the
last stage, a detailed proposal will
be made, focused on the current
development and infrastructure
needs, to ensure the success of
the platform and its scalability
according to the needs.

**Work Proposal**

Third Phase



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Job Description

An agreed-upon plan will be developed at the highest standards in systems development, with the necessary flexibility and scalability to integrate additional phases into the project path.

| KEY OBJECTIVES |
| --- |

- Development of an audit and documentation plan
- Code review
- Infrastructure analysis
- Operational risk analysis
- Proposal for a subsequent workplan

Kick-off

Analysis

Capabilities

Visibility

Next Steps

The combination of the phases defined above will allow us to have a clear picture of the stage in which we are positioned, as well as the areas of need and the latent risks of the project, according to the impact they would have and the probability of their occurrence.

The identification of the subsequent points will allow us, together with the client, to define a complete strategy according to the needs and our recommendations, from the operational and strategic point of view for the business.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Project Flow

| PASO 1 | Desarrollo de un plan de auditoría y documentación |
|---|---|
| PASO 2 | Revisión de Código y Análisis de Infraestructura |
| PASO 3 | Análisis de Riesgos Operativos |
| PASO 4 | Propuesta de Plan de Trabajo Posterior |

The above steps close the flow circle within the audit for the L1BRE platform. Each step of the project is described in more detail below.



Development of an audit and documentation plan

The project start will consist of the concise planning of activities, the identification of those involved and those responsible, to define clear, real times about a project that seeks to be fast and quality-like.

Our Project Manager, together with the architect, will define a realistic plan and validate its viability and sense with the L1BRE leaders.

All the information will then be collected.



Code review and infrastructure analysis

Once we have the complete information of what we currently have, the technical team will make an in-depth analysis of the quality of the code and generate a report of the different applications.

After the report, we will analyze and validate the information against the existence of the defined infrastructure and the architecture of the platform.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Project Flow - Continuation



**Operational risk analysis**

Operational risk in a technology project is one of the greatest, since the absence of physical assets and the uncertainty of the way things are, can be a time bomb of great magnitude.

Based on points 2 and 3, a risk matrix will be defined according to the volume, the transactionality, and the technologies used in the development.

Risk analysis will give us visibility on which strategic meetings will be held, on which decisions will be taken.



**Subsequent work plan proposal and HR integration. (Only for L1bre)**

For a project in which a digital platform is developed with 12 applications and more than 20 people involved in full time programming, we will seek to identify the best way to make a gradual change in which control will be taken gradually, until absolute control of the development and technological operation of the platform is held.

Our goal will be to align the expectations of the L1bre management group with the functionality and scalability required, by minimizing the operational risk of the project. In this phase, we will integrate the human resources appointed for the operation of the platform.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Our Resources

**Resources Assigned to the Project**

The resources allocated to the project, based on the established analysis and the work needs required for the established times, are proposed below:

**Project** Owner

Ensures that the team knows the business perspective. Manages user histories, prioritizes them, and keeps them in the product backlog.

**Project** Manager

The Project Manager is responsible for completing and delivering the project successfully by monitoring and leading the platform and its development. He works as a link between the client, the client group, and the integrators, to ensure optimal functionality and a great working relationship between the two parties. Additionally, he can assign more Project Manager (s) to perform the same tasks if necessary. He can delegate and assign responsibilities; however, the Project Manager must clearly define project responsibilities and levels within the project.

**Lead** Architect

The Lead Architect has the responsibility to lead and define all the technical and functional aspects of the system, his responsibility is to take the leadership of the work team to ensure high quality systems, complying with all the guidelines and modules of the work, always reaching the deadlines established in the contracts.

**Strategic** Partner

The Strategic Partner has the responsibility to successfully integrate the area of commercial and joint business strategies with development, and technical systems. He works with the Project Owner to establish a quality product. This role is taken by a highly experienced resource with a deep understanding and knowledge of the business process.

**Computer Science**

Chief Data


As part of the team, he will develop his experience in Big Data, Cognitive Systems, DevOps, A.I./Machine Learning, Ontology Science, Knowledge Management, Data Integration, and Data Governance. His audit work will be key to identifying risks in the short and medium term.


**User**

Interface L Experience


The user experience (UX) and interface (UI) design expert sees the big picture from an experience and usability point of view. He joins the project to help document and identify the guidelines to be followed from the experience and visual aspects of the project.


**Machine Learning &**

Artificial Intelligence

This position will involve the development and deployment of Artificial Intelligence technology in areas such as visual recognition, natural language processing, customer interaction, deep learning, and cognitive trends. This person is a member of a team that will seek to help in the definition of further work in order to exploit the data generated on the platform to automate tasks generating important operational savings.



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Implementation Methodology

### Administration

They offer approach for effective planning and correct management. It aligns and uses best practices and standards such as SCRUM and PMI to plan and monitor the development and content of the project in which we verify, validate, and design an accurate process with suitable deliverables for the project.

### Development and Deployment

Directs project management requirements along with its event analysis, process controls, and package configurations. It is directed in the tasks to design, develop, and test the custom components of the software implemented in the project. It focuses on the transition to new applications. It includes task planning related to business ideas and strategies, final product testing, system testing, and system application.

### Technology

Defines the approach, development, testing, and operation of the software infrastructure and components required for the system application. It focuses on the adaptation and sustainability of the changes it initiates. It covers and integrates approaches to communications, stakeholder participation, preparation, training, training, and transitional organizational guidelines. Updated and structured version drivers in GitHub/BitBucket.

### Methodology

In SCRUM, partial and regular deliveries of the final product are made, prioritized by the benefit they provide to the recipient of the project. Therefore, SCRUM is particularly suitable for projects in complex environments, where results are needed soon, where requirements are changing or poorly defined, where innovation, competitiveness, flexibility, and productivity are critical.

The implementation methodology mentioned above consists of the resources, tasks, and deliverables for the project that are used for a project of this size and complexity. Deployment resources are generally aligned to these methodologies.

These components combine to provide a level of effort and satisfaction that are derived from budget planning.



Budget Detail

The estimated costs of the project are based on a combination of previous experiences from Mook and consider everything required to have this platform fully functional. The implementation and their respective components required for system production are listed in the table below:

| Free Technology Audit | |
|---|---|
| • Development of an Audit and Documentation Plan | $683,000 |
| - Code & Infrastructure Review | $340,000 |
| • Operational Risk Analysis | $448,000 |
| - Management and Strategy (12 months) | **$2,309,000** |

| Technological Audit Cuernavaca Spotit | |
|---|---|
| • Development of Audit and Documentation Plan | $135,000 |
| • Code & Infrastructure Review | $170,000 |
| • Operational Risk Analysis | $90,000 |

| Cost Summary | |
|---|---|
| • L1bre Technology Audit | $3,780,000 |
| • Spotit Technology Audit | $395,000 |
| Total | $4,175,000 |

- Prices do not include value added tax.
- The prices shown in this table are in National Currency (MXN).



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

Budget Calendar

The following are the payment times for time periods, proportional to the final product deliveries. The first payment must be covered for the formal start of the development, and the other payment schedule is shown below. The project must not be fully paid until it is fully delivered and 100% functional.

- Prices do not include value added tax.
- The prices shown in this worktable are in national currency (MXN).

| Free Calendar | | - |
|---|---|---|
| First Payment: January | $976,750 | |
| Second Payment: February | $ 1,066,083.33 | • |
| Third Payment: March | $ 1,066,083.33 | |
| Fourth Payment: April (Project Delivery) | $ 1,066,083.33 | |



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Work Calendar

Overview

It is estimated that the completion of the project, based on the needs of the client, will be approximately 12 weeks. The work of the project will be divided into four phases, working first with the deliverable of the documentation, followed by the Code and Infrastructure analysis. The risk analysis is then carried out and it is concluded with a proposal for joint work on the continuation of the project.

**Description / Free Phase**

Plan & Documentation

Code Revision Risk

Analysis Formal

Proposal

| Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 | Semana 6 |
|---|---|---|---|---|---|

| Semana 7 | Semana 8 | Semana 9 | Semana 10 | Semana 11 | Semana 12 |
|---|---|---|---|---|---|

**Description / Spotit Phase**

Plan & Documentation

Code Revision

Risk Analysis

Formal Proposal

| Semana 1 | Semana 2 | Semana 3 | Semana 4 | Semana 5 | Semana 6 |
|---|---|---|---|---|---|



www.mookconsulting.com
corporativo : +52 (55) 5361 0584

# Commitment of Delivery

L1BRE TECHNOLOGY AUDIT AND CONSULTING SERVICES

**Mook Corporate Consulting**

Bahia de Todos los Santos 87, Piso 3

Verónica Anzures, J1300 Mexico City

Phone + 52 (55) 2167 6556

rodrigo@mook.com.mx

Delivery Time:

**12 Weeks (L1BRE)**

**6 Weeks (Spotit)**

Delivery Date:

February 28, 2018

(L1BRE) January 15,

2018 (Spotit)

Rodrigo Santisteban McCluskey
_____

Name

Vice-Presidency
_____

Area

November 30, 2017
_____

Signature                                           Date

**Company Data**

**Mook S.A.P.I. de C.V.**

RFC PQU111007B27

Banco Banorte

CLABE

072180008880245168

**Mook Consulting Commitment**

At Mook Consulting, we have very transparent
practices of working with our clients, where all
work is documented and formally delivered.



www.mookconsulting.com

# ACCEPTANCE
# OF SERVICES

We hereby confirm the acceptance of the services to be carried out according to what is proposed in this document, named: AUDIT OF L1BRE AND SPOTIT TECHNOLOGY PLATFORMS.

The customer commits to meet the defined payments, and Mook commits to provide the services offered.

**Responsible**

THE STATE OF TEXAS          }
                            }
COUNTY OF HARRIS            }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ana Cristina Didoné</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations.  I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Mook Audit"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires: 5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964