# EXHIBIT 8



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*El Poder Judicial de la CDMX*
ÓRGANO DEMOCRÁTICO DE GOBIERNO
**TRIGÉSIMO DE LO CIVIL**

—Firma electrónica SICOR/TSJDF Inicio———— Instancia: Trigésimo de lo Civil Expediente: 191/2019 Secretaría: A Documento: acuerdo publicado: 2019-02-22 Firmante: JC30SA NAS: 5110-6057-7364-6899-445



—Firma electrónica SICOR/TSJDF Inicio———— Instancia: Trigésimo de lo Civil Expediente: 191/2019 Secretaría: A Documento: acuerdo publicado: 2019-02-22 Firmante: JC30J NAS: 5110-6057-7364-6899-445

**191/2019**

**CIUDAD DE MÉXICO A VEINTIUNO DE FEBRERO DE DOS MIL DIECINUEVE.**

Con el escrito de cuenta, documentos y copias simples que se acompañan fórmese expediente y regístrese en el libro de gobierno bajo el número **191/2019** por lo tanto se procede a proveer el escrito inicial de demanda en los siguientes términos:

Se tiene por presentada a **SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE,** por conducto de su apoderado **TOMÁS ANTONIO FREYMAN VALENZUELA, personería que acredita y se le reconoce en términos del testimonio notarial número treinta y un mil ochocientos diecisiete,** de fecha diecisiete de julio del dos mil dieciocho, ante la fe del Licenciado **EDUARDO GARDUÑO VILLALOBOS, titular de la Notaría número ciento treinta y cinco de la Ciudad de México, documento del cual** se ordena la devolución por conducto de persona autorizada, previa copia certificada y razón que de su recibo obre en autos.

Señalando como domicilio para oír y recibir notificaciones el ubicado en el PentHouse del edificio "Petellier", marcado con el número 237 de la calle de Torcuato Tasso, en la Colonia Polanco V Sección, C.P. 11560, Ciudad de México; **asimismo** se autorizan en términos del artículo 1069 tercer párrafo del Código de Comercio a los Licenciados CARLOS DAVID VILLASANTE SANTOYO, TORRES LÁZARO ANGÉLICA JANET, ORTEGA ARELLANES MIGUEL ÁNGEL y MARTÍNEZ GOMEZ MIREYA, quienes cuentan con registro de su cédula profesional ante la Primera Secretaría de Acuerdos y del Pleno de este Tribunal con número de folio **132, 14208, 37392 y 47242,** respectivamente; **de igual manera,** se autorizan para oír y recibir notificaciones, recoger documentos y valores a los CC. RAFAEL ALEJANDRO CORONA SÁNCHEZ, CYNTHIA COROMOTO SÁNCHEZ MOLINA, IVONNE SALGADO ONOFRE, SALVADOR VELAZQUEZ PARIS, SANTIAGO QUIROZ PIMIENTA, ALEJANDRO SÁNCHEZ FITZ, HUGO SÁNCHEZ LÓPEZ e IVÁN GENARO DE LA CRUZ PONCE, a éste último se le autoriza en dichos términos hasta en tanto exhiba copia simple del registro de su cédula profesional. Por otra parte, se ordena guardar en el Seguro del Juzgado para su debido resguardo los documentos exhibidos, quedando a disposición de las partes para su consulta.

Demandando en la Vía **ORDINARIA MERCANTIL** de: **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA,** las prestaciones que indica, en su escrito inicial de demanda. Por lo que con fundamento en los artículos

**TSJCDMX**

**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
EL PODER JUDICIAL DE LA CDMX
ÓRGANO DEMOCRÁTICO DE GOBIERNO
TRIGÉSIMO DE LO CIVIL

1377, 1378, 1379 y demás relativos y aplicables del Código de Comercio, se da trámite a la demanda en la vía y forma propuesta.

Bajo ese orden de ideas, se ordena la elaboración de las cédulas de notificación correspondientes y emplácense a los codemandados para que dentro del plazo de **QUINCE DÍAS HÁBILES** contesten la demanda y oponga sus excepciones y defensas si tuvieren; así como para que **ofrezcan sus pruebas en términos del artículo 1378 fracción VIII del Código de Comercio**, previniendo a los codemandados para que señalen domicilio para oír y recibir notificaciones dentro de esta competencia territorial, apercibidos que en caso de no hacerlo, ésta y las subsecuentes notificaciones, aún las de carácter personal, les surtirán efectos por medio del Boletín Judicial, con fundamento en el artículo 1069 del Código de Comercio; asimismo, se le hace saber a los enjuiciados **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA** que en caso de no contestar la demanda dentro del término concedido para ello, se presumirán confesos los hechos de la demanda que se dejen de contestar. Asimismo, de conformidad con el artículo 1378 del Código de Comercio, se tienen por ofrecidas las pruebas que indica la parte actora **SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, reservándose su admisión para el momento procesal oportuno.

Ahora bien, con fundamento en el artículo 89 del Código Federal de Procedimientos Civiles, aplicado supletoriamente a la materia mercantil, **requiérase** a los codemandados **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA** para que, al momento de dar contestación a la demanda instaurada en su contra, exhiban el original o copias certificadas de las documentales marcadas en el escrito inicial de demanda con los apartados **cuatro y cinco, consistentes en:**

- **EL TÍTULO DE CONCESIÓN SEMOVI/DGSTPI/001/2016 OTORGANDO A LUSAD "EL DERECHO Y LA OBLIGACIÓN DE MANERA PREFERENCIAL PARA LA SUSTITUCIÓN, INSTALACIÓN Y MANTENIMIENTO D ETAXÍMETROS DEL SERVICIO DE TRANSPORTE DE PASAJEROS PÚBLICO INDIVIDUAL (TAXI) DE LA CIUDAD DE MÉXICO, CON SISTEMA DE GEOLOCALIZACIÓN SATELITAL; ASÍ COMO DEL DISEÑO, OPERACIÓN Y EXPLOTACIÓN DE LA APLICACIÓN DE CONTRATACIÓN REMOTA DEL TAXI EN LA CIUDAD DE MÉXICO.**

- **EL "NUEVO" TÍTULO DE CONCESIÓN QUE FIRMÓ DE CONFORMIDAD EL SEÑOR EDUARDO ZAYAS DUEÑAS EN REPRESENTACIÓN DE LUSAD EL DÍA SIETE DE NOVIEMBRE DEL DOS MIL DIECIOCHO.**

Lo anterior, bajo el apercibimiento que, en caso de no hacerlo, se tendrán por ciertas las afirmaciones que vierte su contraparte con respecto a tales documentos.



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*EL PODER JUDICIAL DE LA CDMX*
ÓRGANO DEMOCRÁTICO DE GOBIERNO
*TRIGÉSIMO DE LO CIVIL*

En cuanto a la petición contenida en el capítulo titulado "SOLICITUD DE APERCIBIMIENTO A LOS DEMANDADOS", y por así proceder conforme a derecho, con fundamento en los artículos 1067 bis, fracción IV y 1077 del Código de Comercio en relación con el numeral 162 de la Ley General de Sociedades Mercantiles, **requiérase** a los codemandados **EDUARDO ZAYAS DUEÑAS y SANTIAGO LEÓN AVELEYRA** para que se abstengan de ejercer cualquier acto en ejercicio del cargo de miembros del consejo de gerentes de **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.**, toda vez que en términos de dicho precepto legal, al haber resuelto favorablemente los socios de la persona moral antes señalada fincarles responsabilidad, cesaron en su encargo desde la fecha en que se adoptó tal determinación, por lo que se les apercibe para que se abstengan de participar en la sesión del Consejo de Gerentes de dicha sociedad a celebrarse el veintiuno de febrero de dos mil diecinueve, apercibidos que de no hacerlo, con independencia de las responsabilidades penales y civiles en que puedan incurrir, así como de la nulidad absoluta de la que estaría viciada dicha sesión, se les impondrá como medida de apremio un ARRESTO por **el término de TREINTA Y SEIS HORAS.**

Del mismo modo, **requiérase a los señores FABIO MASSIMO COVARRUBIAS PIFFER Y JULIO ALEJANDRO BELMONT**, como miembros el consejo de gerentes de **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.**, así como al señor **RODRIGO NÚÑEZ SARRAPY**, en su carácter de secretario del consejo de gerentes de dicha sociedad, en los domicilios que proporciona el ocursante, para que se abstengan en participar o intervenir en cualquier acto en ejercicio del cargo que les ha sido conferido en el que intervengan los señores **EDUARDO ZAYAS DUEÑAS Y SANTIAGO LEÓN AVELEYRA** ostentándose como miembros del Consejo de Administración, apercibidos que de no hacerlo, con independencia de las responsabilidades penales y civiles en que puedan incurrir, así como de la nulidad absoluta de la que estaría viciada dicha sesión, se les impondrá como mediada de apremio un **ARRESTO** por el término de **TREINTA Y SEIS HORAS**, lo anterior con fundamento en lo dispuesto por el artículo 1067 bis, fracción IV, del Código de Comercio.

**Asimismo**, atento al principio de expedites que rige la función Judicial, así como a lo dispuesto por el artículo 1065 del Código antes invocado, se habilitan días y horas inhábiles para la diligencia ordenada en autos, así como las subsecuentes.

## AVISOS

**A)** Por otra parte, se hace saber a las partes que en términos de lo dispuesto por el artículo 15 y demás relativos del Reglamento del Sistema Institucional de Archivos del Poder Judicial de la Ciudad de México, que una vez que concluya el presente asunto, ya sea por sentencia definitiva cumplimentada, caducidad de la instancia, cosa juzgada, desistimiento, incompetencia, prescripción se procederá a la destrucción del expediente; así como las pruebas, muestras y documentos venidos en el juicio concluido,



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*El Poder Judicial de la CDMX*
ÓRGANO DEMOCRÁTICO DE GOBIERNO
*Trigésimo de lo Civil*

por lo que las partes quedarán obligadas a solicitar la devolución de sus documentos, pruebas y muestras dentro de los **NOVENTA DÍAS NATURALES** contados a partir de la respectiva notificación, ello para los efectos legales a que haya lugar.

**B)** Se hace del conocimiento de las partes que el Tribunal Superior de Justicia de la Ciudad de México, motivado por el interés de que las personas que tienen algún litigio cuenten con otra opción para solucionar su conflicto, proporciona los servicios de mediación a través de su Centro de Justicia Alternativa, donde se les atenderá en forma gratuita, la mediación no es asesoría jurídica. El centro se encuentra ubicado en Av. Niños Héroes 133, Colonia Doctores Delegación Cuauhtémoc, de la Ciudad de México, Código postal 06500, con el teléfono 51-34-11-00 Exts. 1460 y 2362. Servicio de Mediación Civil Mercantil: 52-07-25-84 y 52-08-33-49. mediación.civil.mercantil@tsjdf.gob.mx. Servicio de Mediación Familiar: 55-14-28-60 y 55-14-58-22 mediación.familiar@tsjdf.gob.mx; lo anterior en cumplimiento al Acuerdo 12-28/2018 emitido por el Pleno del Consejo de la Judicatura de la Ciudad de México. **NOTIFÍQUESE.** Lo proveyó y firma el C. Juez Trigésimo de lo Civil **Maestro SILVESTRE CONSTANTINO MENDOZA GONZÁLEZ** ante su Secretario de Acuerdos Licenciado **ADÁN ARTURO LEDESMA ÁLVAREZ**, que autoriza y da fe. Doy fe.

**SCMG/rasf**

-- Firma electrónica SICOR/TSJDF Fin ---------- iF4EABEIAAYFAIxvADwACgkQWymFedIheZO6TwEAunRC3RBEI8Y0FyjbQ4witlaP
elkzesXbpmf52HIQieEBAliVAZ+SC8zkTzT2aCNV6Pbly5oYhWUz73OzIuHMsJK9 =Btxa

-- Firma electrónica SICOR/TSJDF Fin ---------- iF4EABEIAAYFAIxvAEQACgkQWymFedIheZM85QEAtCEnBhOeR2sNwOCn4aeu2vRY
CFJMbQ9rg6N4FKjvLvcBAKXJYPEO0pSIcyjm/VJupqNesKAFx/NsDJGhxcxGDFo9 =FBY7

En el **Boletín Judicial** No. _34_ correspondiente al día _22_ de _febrero_ de _2019_ se hizo la publicación de Ley.— Conste.

El _25_ de _febrero_ del _2019_, surtió efectos la notificación anterior.— Conste.

[Logo]
**Mexico City Superior Court of Justice**

**MEXICO CITY SUPERIOR COURT OF JUSTICE**
*Mexico City Judiciary*
*democratic government body*
*Thirtieth Civil Court*

*80*

- Electronic signature SICORT/TSJDF Begin ----------- Instance: 30th Civil Court Case no.: 191/2019 Clerk's office: A Document: agreement published 02/22/2019 Signed by: JC30SA NAS: 5110-6057-7364-6899-445

- Electronic signature SICORT/TSJDF Begin ----------- Instance: 30th Civil Court Docket no.: 191/2019 Clerk's office: A Document: agreement published 02/22/2019 Signed by: JC30SA NAS: 5110-6057-7364-6899-445

**191/2019**

**MEXICO CITY, FEBRUARY 21, 2019**

A record is ordered to be made – with the attached filing received by the Court and the attached documents and non-certified copies – and to be entered in the docket under number **191/2019**; wherefore, an initial complaint is issued as follows:

**SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, appears by and through its counsel, **TOMÁS ANTONIO FREYMAN VALENZUELA, whose legal representation is verified and recognized through notarial document number 31,817 dated July 17, 2018, made before and witnessed by EDUARDO GARDUÑO VILLALOBOS, Esq., Mexico City civil-law notary number 135, which document** is ordered to be returned by an authorized person after a certified copy has been made and the receipt thereof has been entered in the record.

The address for service is at the penthouse in the Petellier building located at 237 Torcuato Tasso street, Colonia Polanco V Sección, C.P. 11560, Mexico City. **In addition**, pursuant to the Commercial Code, Article 1069, third paragraph, CARLOS DAVID VILLASANTE SANTOYO, ESQ.; ANGÉLICA JANET TORRES LÁZARO, ESQ.; MIGUEL ÁNGEL ORTEGA ARELLANES, ESQ.; and MIREYA MARTÍNEZ GOMEZ, ESQ., whose professional licenses are on file with the First Office of the Clerk of the Plenary of the Court on pages **132, 14208, 37392, and 47242**, respectively, **as well as** Mr. RAFAEL ALEJANDRO CORONA SÁNCHEZ, Ms. CYNTHIA COROMOTO SÁNCHEZ MOLINA, Ms. IVONNE SALGADO ONOFREM, Mr. SALVADOR VELAZQUEZ PARIS, Mr. SANTIAGO QUIROZ PIMIENTA, Mr. ALEJANDRO SÁNCHEZ FITZ, Mr. HUGO SÁNCHEZ LÓPEZ, and Mr. IVÁN GENARO DE LA CRUZ PONCE, are authorized to hear and receive service of notice, with Mr. DE LA CRUZ PONCE being authorized according to said terms after he produces a non-certified copy of the registration of his professional license. Moreover, the presented documents are ordered to be filed in the safe of the Court and will be available for examination by the parties.

The Plaintiff has filed a complaint against **EDUARDO ZAYAS DUEÑAS and SANTIAGO LEÓN AVELEYRA** through **ordinary commercial proceedings** for the performance of their obligations as set forth in the Plaintiff's initial complaint. WHEREFORE, pursuant to Articles 1377, 1378, 1379, and other related and

[Logo]
**Mexico City Superior Court of Justice**

**MEXICO CITY SUPERIOR COURT OF JUSTICE**
*MEXICO CITY JUDICIARY*
*DEMOCRATIC GOVERNMENT BODY*
*THIRTIETH CIVIL COURT*

*80*

applicable articles of the Commercial Code, the complaint is processed as proposed.

In accordance with the foregoing, the corresponding notices are ordered to be prepared and the co-defendants are ordered to be served with an order to answer to the complaint and file their objections and defenses, if any, within **14 (fourteen) business days**, as well as to present their evidence **pursuant to the provisions of Article 1378(VIII) of the Commercial Code**. The co-defendants are ordered to provide an address for notice within this jurisdiction and are admonished that failure to do so will cause this and any subsequent notices, including any personal notices, to take effect through the Court Bulletin pursuant to Article 1069 of the Commercial Code. In addition, the defendants, **EDUARDO ZAYAS DUEÑAS and SANTIAGO LEÓN AVELEYRA**, are informed that failure to answer to the complaint within the established deadline will cause a default judgment to be issued against them concerning any facts in the complaint to which an answer has not been given. Furthermore, pursuant to Article 1378 of the Commercial Code, the evidence presented by the plaintiff, **SERVICIOS DIGITALES LUSAD, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE**, is deemed to have been presented and will be admitted in the due course of the proceedings.

WHEREFORE, pursuant to Article 89 of the Federal Code of Civil Procedure, with supplemental applicability to commerce, the co-defendants, **EDUARDO ZAYAS DUEÑAS and SANTIAGO LEÓN AVELEYRA <u>are ordered to</u>** – at such time as they file an answer to the complaint filed against them – present the original documents, or certified copies thereof, listed in paragraphs four and five of the initial complaint, which consist of the following:

- **CONTRACT NUMBER SEMOVI/DGSTPI/001/2016, WHICH GRANTS TO LUSAD THE PREFERENTIAL RIGHT AND OBLIGATION TO REPLACE, INSTALL, AND MAINTAIN TAXIMETERS FOR INDIVIDUAL PUBLIC PASSENGER TRANSPORTATION SERVICE (TAXI) IN MEXICO CITY WITH A GLOBAL POSITIONING SYSTEM, AS WELL AS TO DESIGN, OPERATE, AND EXPLOIT A REMOTE SYSTEM FOR HIRING A TAXI IN MEXICO CITY.**

- **THE "NEW" CONTRACT, DULY SIGNED BY MR. EDUARDO ZAYAS DUEÑAS ON BEHALF OF LUSAD ON NOVEMBER 7, 2018.**

The co-defendants are admonished that if they do not present the documents above listed, the plaintiff will be deemed to have met its burden of proof with regard to said documents.

[Text cut off in lower margin]

[Logo]
**Mexico City Superior Court of Justice**

**MEXICO CITY SUPERIOR COURT OF JUSTICE**
MEXICO CITY JUDICIARY
DEMOCRATIC GOVERNMENT BODY
THIRTIETH CIVIL COURT

*80*

With regard to the petition contained in the chapter titled Motion for Admonishment of Defendants, and as legally required pursuant to Articles 1067 bis (IV) and 1077 of the Commercial Code as they relate to subsection 162 of the Mexican Commercial Companies Act, the co-defendants, **EDUARDO ZAYAS DUEÑAS and SANTIAGO LEÓN AVELEYRA**, are ordered to abstain from performing any other activity as members of the Board of Directors of **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V.**, inasmuch the partners from the legal entity above stated have resolved to hold said co-defendants civilly liable pursuant to the above statute, causing the said co-defendants' directorship to become null and void effective on the date when this decision was made. Hence, they are admonished to abstain from participating in the meeting of the Board of Directors of said corporation, to be held on February 21, 2019. They are admonished that failure to comply with the foregoing is punishable by **36 hours of incarceration**. This is in addition to any applicable criminal or civil liability, as well as the fact that said meeting would be rendered null and void.

Likewise, **Mr. FABIO MASSIMO COVARRUBIAS PIFFER and Mr. JULIO ALEJANDRO BELMONT**, as members of the Board of Directors of **SERVICIOS DIGITALES LUSAD, S. DE R.L. DE C.V., as well as Mr. RODRIGO NÚÑEZ SARRAPY,** as secretary of the Board of Directors, <u>are ordered</u> – at the addresses provided by the plaintiff – to abstain from participating in or attending any activity associated with exercising the office which they have been granted whenever such activities are attended by Mr. **EDUARDO ZAYAS DUEÑAS and Mr. SANTIAGO LEÓN AVELEYRA** as members of the Board of Directors. They are admonished that pursuant to Article 1067 bis (IV) of the Commercial Code, failure to comply with the foregoing is punishable by **36 hours of incarceration**. This is in addition to any applicable criminal or civil liability, as well as the fact that said meeting would be rendered null and void.

**Moreover**, in accordance with the principle of speedy process that governs the judiciary, as well as the provisions of Article 1065 of the Commercial Code referenced above, days and times other than regular business days will be made available for proceedings ordered by the court, as well as for any future proceedings.

### NOTICES

**A)** Furthermore, the parties are advised that, pursuant to Article 15 and other applicable provisions of the Regulations of the Institutional Archives System of the Mexico City Judiciary, once this matter has concluded, whether by final judgment, dismissal for failure to prosecute, res judicata, voluntary dismissal, lack of jurisdiction, or because of expiration of the statute of limitations, the court will proceed to destroy the record, as well as any evidence, exhibits, and documents

[Logo]
**Mexico City Superior Court of Justice**

**MEXICO CITY SUPERIOR COURT OF JUSTICE**
MEXICO CITY JUDICIARY
DEMOCRATIC GOVERNMENT BODY
THIRTIETH CIVIL COURT

*80*

submitted during the terminated lawsuit. Hence, the parties will have **90 calendar days** from the date of the applicable notice to request the return of their documents, evidence, and exhibits. This is for any legal effect that this might have.

**B)** The parties are advised that the Mexico City Superior Court of Justice – in the interest of offering litigants an alternative option for resolving their disputes – provides mediation services through its Alternative Justice Center where litigants can receive assistance free of charge. Mediation is not legal advice. The Alternative Justice Center is located at Av. Niños Héroes 133, Colonia Doctores Delegación Cuauhtémoc, Mexico City, postal code 06500, telephone number 51-34-11-00, extensions 1460 and 2362. Civil Commercial Medication Service: 52-07-25-84 and 52-08-3349. mediación.civil.mercantil@tsjdf.gob.mx. Family Mediation Service: 55-14-28-60 and 55-14-58-22 mediación.familiar@tsjdf.gob.mx. The foregoing is in accordance with Agreement 12-28/2018 issued by the Plenary of the Mexico City Judiciary Council. **NOTICE TO BE SERVED.** Issued and signed by Judge **SILVESTRE CONSTANTINO MENDOZA GONZÁLEZ** of the 30th Civil Court before his clerk, Mr. **ADÁN ARTURO LEDESMA ÁLVAREZ,** Esq., who authorizes and certifies. I certify.

*[Signature]*

**SCMG**/rasf    *[Signature]*



- Electronic signature SICORT/TSJDF End ------- iF4EABElAAYFAIxvADwACgkQWymFedIheZO6TwEAunRC3RBEi8Y0FyjbQ4wItIaP elkzesXbpmf62HIQieEBAliVAZ+SC8zkTzT2aCNV6Pbly5oYhWUz73OzIuHMsJK9 =Btxa

- Electronic signature SICORT/TSJDF End ------- iF4EABElAAYFAIxvAEQACgkQWymFedIheZM85QEAtCEnBhOeR2sNwOCn4aeu2vRY CFJMbQ9rg6N4FKjvLvcBAKXJYPEO0pSIcyjm/VJupqNesKAFx/NsDJGhxcxGDFo9 =FBY7

The legal notice was published in **Court Bulletin** no. __34__ on *February 22, 2019*. Be it known.

The notice mentioned above took effect on *February 25, 2019*. Be it known.

THE STATE OF TEXAS            }
                              }
COUNTY OF HARRIS              }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Ana Cristina Didoné, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations. I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: "February 21, 2019 Mexican Civil Order" is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

_____
Notary Public in and for the State of Texas
My commission expires: 5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964