# EXHIBIT 9

 

Subsecretaría de Competitividad y Normatividad
Dirección General de Normas

Of. No. DGN.312.01.2018.3100

**Asunto:** Aprobación de modelo o prototipo, Taxímetro Digital.

Ciudad de México; 28 de septiembre de 2018.

**Lic. Eduardo Zayas Dueñas**
Representante Legal
**Servicios Digitales Lusad, S. de R.L. de C.V.**
Blvd. Manuel Ávila Camacho No. 14 piso 11, colonia Lomas de Chapultepec,
Delegación Miguel Hidalgo, CP. 11000, Ciudad de México.
Presente



Con fundamento en lo dispuesto por los artículos 34 fracciones II y XIII de la *Ley Orgánica de la Administración Pública Federal*; 10, 39 fracción XII y demás aplicables de la *Ley Federal sobre Metrología y Normalización (LFMN)*; 7 de su *Reglamento (RLFMN)*; 22 fracciones I, II, V y XXV del *Reglamento Interior de la Secretaría de Economía (RISE)*; en atención a su escrito con fecha 27 de septiembre de 2018, recibido en esta Unidad Administrativa el día siguiente, identificado con el volante 4696, y en el marco del Trámite SE-04-002 *"Aprobación de modelo o prototipo de instrumentos de medición y patrones sujetos a norma oficial mexicana, previa su comercialización"*, solicitó aprobación de modelo o prototipo del instrumento de medición identificado como **Taxímetro Digital**, y de conformidad con lo siguiente:

I. Que con fundamento en el artículo 7 del *Reglamento de la Ley Federal sobre Metrología y Normalización*, esta Secretaría expedirá la aprobación del modelo o prototipo de instrumentos para medir, con base en los informes de calibración y pruebas emitidos por el **Centro Nacional de Metrología (CENAM)** o por los laboratorios de calibración o de pruebas acreditados.



Alfonso Reyes No. 30 piso 7, colonia Condesa,
CP. 06140, Demarcación Cuauhtémoc, Ciudad de México. Tel. 5229 6100, ext. 43201,
Comentarios, quejas o sugerencias: sugerencias.dgn@economia.gob.mx

1



Subsecretaría de Competitividad y Normatividad
Dirección General de Normas

Of. No. DGN.312.01.2018.3100

II. Que los servicios de transporte por medio de plataformas móviles, como una nueva categoría o modalidad de transporte que mejora las condiciones del mercado actual, son resultados de los avances tecnológicos y del proceso innovador y que constituyen un nuevo producto en el mercado y generan bienestar social.

El uso de estas nuevas plataformas beneficiaran a los consumidores al otorgarlas la posibilidad de conocer la disponibilidad de unidades, los datos del vehículo y chofer que los transportará, una tarifa dinámica, pero predecible, y una coordinación para fijar un punto de encuentro, resolviendo los problemas que ahora se enfrentan con los taxistas que no cuentan con las herramientas para solucionar estos problemas.

Las nuevas aplicaciones conocidas como "APPS", mediante las cuales, con una llamada o mensaje se obtiene el servicio de taxi, se consideran tecnologías sustentables en términos de la Ley de Movilidad de la Ciudad de México, ya que se trata de productos, dispositivos, servicios y/ o procesos amigables con el medio ambiente que contribuyen a la disminución en la utilización de energía, en virtud de que reducen o eliminan el impacto al entorno a través del incremento de la eficiencia en el uso de recursos, mejoras en el desempeño y reducción de emisiones contaminantes. Estas aplicaciones funcionan con un software de localización vía satelital o geolocalización que permite a los usuarios situar el taxi más cercano a su ubicación, conocer el número de placa de la unidad e inclusive la identidad del conductor; este filtro de seguridad es una de las principales razones por las que las personas prefieren utilizarlas en vez de solicitar taxi mediante otros esquemas. Que estas nuevas plataformas permitirán mejorar la calidad del servicio de taxi y dotar a estas unidades de equipos tecnológicos que permitan eficientar el sistema de cobro con mayor exactitud, además de contar con equipo de localización vía satelital para cumplir con la normatividad e implementar innovaciones tecnológicas que permitan brindar mayor seguridad en el servicio.

*[Stamp: SE SECRETARÍA DE ECONOMÍA, DIRECCIÓN GENERAL DE NORMAS, 28 SEP 2018, OFICIALÍA DE PARTES, OFICIO DESPACHADO]*

Alfonso Reyes No. 30 piso 7, colonia Condesa,
CP. 06140, Demarcación Cuauhtémoc, Ciudad de México. Tel. 5229 6100, ext. 43201,
Comentarios, quejas o sugerencias: sugerencias.dgn@economia.gob.mx

2


Subsecretaría de Competitividad y Normatividad
Dirección General de Normas

Of. No. DGN.312.01.2018.3100

III. Que entre las ventajas de estos Taxímetros Digitales se destacan entre otras funcionalidades, cuenta con la capacidad técnica que permite realizar el cobro de las tarifas autorizadas; cuenta con un programa "software" con localizador vía satélite o geo localizador; cumpla con las pruebas de seguridad y mediciones o servicios de calibración por Centro Nacional de Metrología (CENAM) o laboratorios acreditados en términos de la Ley Federal de Metrología y Normalización; son seguros, no permiten su alteración y garantizan su funcionamiento continuo en temperatura y movimiento, y en caso de no contar con conectividad por transitar en zonas sin conexión, es capaz de funcionar y determinar la tarifa del recorrido sin conexión; estos equipos y su aplicación pueden ser auditables por las autoridades competentes y tener acceso en todo momento de forma remota y en línea, permitiendo conocer información del funcionamiento y del servicio que generen; el software soporte la facturación electrónica de los viajes realizados; su implantación, instalación, mantenimiento no requiere de erogación.

IV. Con base en el **Informe de Medición aprobatorio** expedido por el **Centro Nacional de Metrología (CENAM)** [Informe CNM-AM-510-002/2018 con fecha 13 de septiembre de 2018], relacionado con las pruebas: evaluación de vibraciones, evaluación de tolerancias en función tiempo, evaluación de tolerancia en función distancia, evaluación de velocidad operativa y tolerancia operando en función distancia-tiempo.

Asimismo, el **Informe de Verificación aprobatorio** expedido por el CENAM [Código de Informe: CNM-IV-820-004S/2018 con fecha 26 de septiembre de 2018], relativo a la verificación del sistema de medición (software) conforme a los requerimiento de la NOM-185-SCFI-2012 "Programas informáticos y sistemas electrónicos que controlan el funcionamiento de los sistemas para medición y despacho de gasolina y otros combustibles líquidos- Especificaciones, métodos de prueba y de verificación".




Alfonso Reyes No. 30 piso 7, colonia Condesa,
CP. 06140, Demarcación Cuauhtémoc, Ciudad de México. Tel. 5229 6100, ext. 43201,
Comentarios, quejas o sugerencias: sugerencias.dgn@economia.gob.mx

3



Subsecretaría de Competitividad y Normatividad
Dirección General de Normas

Of. No. DGN.312.01.2018.3100

Esta Dirección General de Normas tiene a bien **otorgar Aprobación de modelo o prototipo al instrumento de medición** que a continuación se describe; **capaz de computar los factores de distancia y/o tiempo del recorrido y tiempo de espera,** para indicar automáticamente el valor del importe a pagar por el servicio, que además ofrece un programa con localización vía satélite o geolocalizador, Sistema de GPS (Sistema de Posicionamiento Glabal).

| | |
|---|---|
| Instrumento: | Taxímetro Digital |
| Marca: | LIBRE |
| Modelo (s): | W808 |
| No. de Serie | 358712080120221 <br><br> W808180100572 o indistinta |
| País de origen: | México |
| Categoría del producto: | Nuevo. |
| Norma aplicable: | No cuentan con norma oficial mexicana propia; se toma como referencia, hasta donde fue posible en lo aplicable, la norma oficial mexicana NOM-007-SCFI-2003 "Instrumentos de medición-Taxímetros". |
| Vigencia: | La vigencia de la presente aprobación de modelo o prototipo de este de medición se encuentra sujeta a que no se vulneren las condiciones bajo las cuales fue expedida. |



Alfonso Reyes No. 30 piso 7, colonia Condesa,
CP. 06140, Demarcación Cuauhtémoc, Ciudad de México. Tel. 5229 6100, ext. 43201,
Comentarios, quejas o sugerencias: sugerencias.dgn@economia.gob.mx

4

 

Subsecretaría de Competitividad y Normatividad
Dirección General de Normas

Of. No. DGN.312.01.2018.3100

## CONDICIONES DE LA APROBACIÓN DE MODELO O PROTOTIPO.

**PRIMERA.** El instrumento de la marca y modelo comprendido en la presente aprobación que comercialicen o se usen en territorio nacional, deberán satisfacer las características técnicas de seguridad y de información a que están sujetos. Asimismo, no podrá se modificados si no se presenta la solicitud respectiva con 30 días de anticipación, y esta Unidad Administrativa otorgue resolución favorable.

**SEGUNDA.** Cuando los instrumentos se dejen de comercializar o cuando el titular cambie de domicilio o razón social, deberá notificarlo a esta Unidad Administrativa dentro de los siguientes 15 días posteriores a dicha situación.

**TERCERA.** El suministro de partes y refacciones y la póliza de garantía deberán cumplir con los requisitos establecidos en la Ley Federal de Protección al Consumidor, y en su caso, con las normas oficiales mexicanas correspondientes.

**CUARTA.** El titular queda obligado a cumplir las condiciones establecidas, así como lo señalado por la LFMN y la Ley Federal de Protección al Consumidor. El incumplimiento de cualquiera de ellas motivará la suspensión de la presente aprobación sin perjuicio de las acciones y sanciones que procedan, en términos de la Ley y demás disposiciones legales aplicables.

Atentamente,
El Director General de Normas

28 SEP 2018
OFICIALIA DE PARTES
OFICIO DESPACHADO

Lic. Alberto Ulises Esteban Marina

RJCC*fsr    Vol. 4696/Aprobación de modelo o prototipo 2018    CDD 1S.55.2

Alfonso Reyes No. 30 piso 7, colonia Condesa,
CP. 06140, Demarcación Cuauhtémoc, Ciudad de México. Tel. 5229 6100, ext. 43201,
Comentarios, quejas o sugerencias: sugerencias.dgn@economia.gob.mx

5



UNITED MEXICAN STATES

**Office of the Undersecretary of Competition and Regulatory Affairs**

**General Directorate of Regulatory Standards**

MINISTRY OF FINANCE

**Official Correspondence No. DGN.312.01.2018.3100**

**Subject**: Approval of model or prototype. Digital Taximeter

Mexico City, September 28, 2018

> SE
> Ministry of Finance
> General Directorate of Regulatory Standards
> 28 SEP 2018
> Document Intake Desk
> Dispatched Official Correspondence

**Mr. Eduardo Zayas Dueñas**

Legal Representative

**Servicios Digitales Lusad, S. de R. L. de C. V.**

Blvd. Manuel Avila Camacho No. 14, 11th floor, Colonia Lomas de Chapultepec

Delegación Miguel Hidalgo, CP 11000, Mexico City

Hand delivered

Pursuant to the provisions of article 34, sections II and XIII of the *Organic Law of the Federal Public Administration*; Article 10, Article 39, section XII and other applicable provisions of the *Federal Metrology and Standardization Law (LFMN)*; Article 7 of its *Regulations (RLFMN)*; Article 22, sections I, II, V and XXV of the *Internal Regulations of the Ministry of Finance (RISE)*; in response to your correspondence dated September 27, 2018 identified with reference number 4696, received by this Administrative Unit on the following day, and within the scope of Process SE-04-002 *"Approval of model or prototype of measurement instruments and standards subject to official Mexican standards prior to marketing"*, you requested approval of a model or prototype of a metering device identified as a **Digital Taximeter**, in accordance with the following background information:

I.   Based on the provisions of article 7 of the Regulations for the *Federal Metrology and Standardization Law*, this Ministry will issue approval for a model or prototype of metering instruments based on calibration and test reports issued by the **National Metrology Center (CENAM)** or by accredited calibration or test laboratories.

[signatures]

1



UNITED MEXICAN STATES

MINISTRY OF FINANCE

**Office of the Undersecretary of Competition and Regulatory Affairs**

**General Directorate of Regulatory Standards**

**Official Correspondence No. DGN.312.01.2018.3100**

II.   Transportation services that use mobile platforms, a new transportation category or modality that offers improvements to current market conditions, are the result of technological advances and innovative processes that constitute a new product in the market and are in the interest of social welfare.

The use of these new platforms provides benefits to consumers by making it possible for them to know what units are available, information about the vehicle and driver who will transport them, a dynamic but predictable fare, and the ability to coordinate for the purpose of agreeing on a meeting point, thereby resolving issues taxi drivers currently face because they do not have the tools to resolve these problems.

The new applications known as "APPS" whereby taxi service may be obtained through a call or message, are categorized as sustainable technology in terms of the Mexico City Mobility Law, since these are environmentally friendly products, devices, services and/or processes that contribute to decreased energy use, since they reduce or eliminate environmental impact by increasing efficiency in the use of resources, improvements in performance and reduction of contaminating emissions.  These apps operate using satellite or geo-locator software, allowing users to locate the taxi closest to their location, obtain information about the license plate of the unit and even the driver's identity; this safety filter is one of the main reasons why people prefer to use them instead of calling a taxi using other systems.  These new platforms will facilitate improvement of taxi service quality and provide these units with technology equipment that will make it possible for the system to charge fares with greater accuracy, in addition to having satellite location equipment to comply with applicable regulations and implement technological innovations which provide greater safety in the service.

[signatures]

> SE
> Ministry of Finance
> General Directorate of Regulatory Standards
> 28 SEP 2018
> Document Intake Desk
> Dispatched Official Correspondence

2



UNITED MEXICAN STATES

**Office of the Undersecretary of Competition and Regulatory Affairs**

**General Directorate of Regulatory Standards**

MINISTRY OF FINANCE

**Official Correspondence No. DGN.312.01.2018.3100**

III. Among other functions, the advantage of these Digital Taximeters is that they have the technical capacity to ensure that only authorized rates are charged; they have a software program with satellite locator or geo-locator; they comply with security and metering tests or calibration services provided by the National Metrology Center (CENAM) or laboratories accredited under the terms of the Federal Metrology and Standardization Law; they are secure, cannot be tampered with and guarantee continuous operation at different temperatures and under movement, and if they lack connectivity while passing through areas with no connection, they are capable of operating and calculating trip rates without a connection; this equipment and the application may be audited by the appropriate authorities and remote and online access is available at all times, providing information about the operation and services they provide; the software supports electronic billing of completed trips; implementation, installation and maintenance require no expenditures.

IV. Based on the approbatory **Measurement Report** issued by the **National Metrology Center (CENAM)** [Report CNM-AM-510-002/2018 dated September 13, 2018] related to the tests: vibration assessment, time function tolerance assessment, distance function tolerance assessment, operating speed and operating tolerance assessment in distance-time function.

Also, the approbatory **Verification Report** issued by **CENAM** [Report Code: CNM-IV-820-004S/2018 dated September 26, 2018] related to the verification of the metering system (software) based on the requirements of NOM-185-SCFI-2012 "Computer programs and electronic systems that control operation of systems used for the metering and dispatch of gasoline and other liquid fuels – Specifications, test methods and verification".

> SE
> Ministry of Finance
> General Directorate of Regulatory Standards
> 28 SEP 2018
> Document Intake Desk
> Dispatched Official Correspondence

3



UNITED MEXICAN STATES

**Office of the Undersecretary of Competition and Regulatory Affairs**

**General Directorate of Regulatory Standards**

MINISTRY OF FINANCE

**Official Correspondence No. DGN.312.01.2018.3100**

This General Directorate of Standards is pleased to grant its **Approval for the model or prototype of the metering system described below**; which is capable of computing trip distance and/or time factors and wait times, automatically indicating the amount payable for the service, and also offering a program with satellite or geo-locator program, GPS (Global Positioning System).

| Instrument: | Digital Taximeter |
|---|---|
| Brand: | LIBRE |
| Model (s): | W808 |
| Serial Number: | 358712080120221<br>W808180100572 or indistinct |
| Country of origin: | Mexico |
| Product category: | New |
| Applicable standard: | No official Mexican standard directly applies; as a reference and to the extent applicable, Official Mexican Standard NOM-007-SCFI-2003 "Metering Instruments – Taximeters" was used. |
| Validity: | The term of this approval of model or prototype of this metering equipment is subject to non-violation of the conditions under which it was issued. |

> SE
> Ministry of Finance
> General Directorate of Regulatory Standards
> 28 SEP 2018
> Document Intake Desk
> Dispatched Official Correspondence

4

Alfonso Reyes No. 30, 7th Floor, Colonia Condesa
CP 06140, Demarcación Cuauhtemoc, Mexico City, Tel. 5229 6100, ext. 43201
Comments, complaints or suggestions: sugerencias.dgn@economia.gob.mx



UNITED MEXICAN STATES

MINISTRY OF FINANCE

**Office of the Undersecretary of Competition and Regulatory Affairs**

**General Directorate of Regulatory Standards**

**Official Correspondence No. DGN.312.01.2018.3100**

CONDITIONS FOR APPROVAL OF MODEL OR PROTOTYPE

ONE.   The instrument of the make and model described in this approval to be sold or used in the national territory must meet the technical security and information requirements to which they are subject. Furthermore, it may not be modified unless the respective application is submitted 30 days in advance, and this Administrative Unit grants a favorable resolution in that regard.

TWO.   When the instruments are no longer sold or when the holder of the approval changes its address or company name, this Administrative Unit must be notified within 15 days after the date on which the change occurs.

THREE. The supply of spare parts and the warranty policy must comply with the requirements of the Federal Consumer Protection Law and with any corresponding official Mexican standards that may apply.

FOUR.  The holder of this authorization shall be obligated to comply with the established conditions as well as the provisions of the LFMN [Federal Metrology and Standardization Law] and the Federal Consumer Protection Law.  Violation of any such condition shall be grounds for the suspension of this approval without prejudice to applicable legal measures and penalties under the terms of the Law and other applicable legal provisions.

Yours truly,

The General Director of Regulatory Standards

[signature]

**Alberto Ulises Esteban Marina**

| | |
|---|---|
| | SE |
| | Ministry of Finance |
| | General Directorate of Regulatory Standards |
| | 28 SEP 2018 |
| | Document Intake Desk |
| | Dispatched Official Correspondence |

RJCC*fsr        Vol. 4696/2018 Approval of model or prototype        CDD 18.55.3

[signature]

5

THE STATE OF TEXAS }
}
COUNTY OF HARRIS }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ana Cristina Didoné</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations. I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Taximetro Approval"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this May 12, 2019

Notary Public in and for the State of Texas
My commission expires: 5-19-21

TODD FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2021
Notary ID 129411929

Certified Translations.713.444.5964