# Exhibit EE

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Motion to declare contempt in civil proceedings"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 11, 2019

_____
Wolf Markowitz

_____
Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No  01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

**TARGEM TRANSLATIONS**
143 Rodney Street, Brooklyn, NY 11211    info@targemtranslations.com    718 384 8040    718 388 3516

[Stamp:]
[ILLEGIBLE]
[OFFICE OF THE CHIEF JUDGE]
**RECEIVED**
21 JUN 2019
CENTRAL CIVIL FILING DESK
[ILLEGIBLE]

*I have received MXN 618.00*
[Initials]

[assignment]
Brenda

[106]

**L1BRE HOLDING, LLC**
**VS**
**ESPÍRITU SANTO TECHNOLOGIES, LLC, ET AL.**
**PROCEEDINGS: ORDINARY COMMERCIAL PROCEEDINGS**
**CASE FILE: 334/2019**
<u>*SECRET CASE FILE*</u>

[Stamp:]
[ILLEGIBLE]
[ILLEG.] JUN [24] A [ILLEG.]
SIXTY-THIRD
CIVIL COURT

**HONORABLE JUDGE OF THE SIXTY-THIRD CIVIL COURT OF MEXICO CITY:**

[Handwritten mark]    [Stamp:] 00000008

I, **JOSÉ GARCÍA GRANADOS TORRES,** in my capacity as general agent of the foreign legal entity named L1BRE HOLDING, LLC, having duly established said capacity through the notarially certified copy presented along with the initial complaint, respectfully appear before you to state as follows:

I hereby appear in order to accuse the defendant of default for having failed to respond to the court request made thereto through the order dated May 30, 2019, with the undersigned's certified copy request.

With respect to the foregoing, I attach as **Exhibit 1** the respective receipt of payment for issuance of said certified copies.

[Round stamp:]
COURT [ILLEGIBLE] OF THE
FEDERAL DISTRICT
[ILLEGIBLE]
MEXICO

For the above reasons, I respectfully request that the **COURT**:

**ONE.** Declare default of the defendant for failure to comply with the order dated May 30, 2019.

**TWO.** Acknowledge my presentation of the payment receipt for the purposes of issuance of the requested certified copies.

DULY AFFIRMED UNDER PENALTY OF PERJURY
Mexico City, on June 11, 2019

[Signature]

**JOSÉ GARCÍA GRANADOS TORRES**

L.1BRE HOLDING, LLC
VS
ESPÍRITU SANTO TECHNOLOGIES, LLC; Y OTROS.
JUICIO: ORDINARIO MERCANTIL
EXPEDIENTE: 334/2019
SECRETO

C. JUEZ SEXAGÉSIMO TERCERO CIVIL DE LA
CIUDAD DE MÉXICO.

JOSÉ GARCÍA GRANADOS TORRES, en mi carácter de mandatario general de la persona moral extranjera denominada L1BRE HOLDING, LLC personalidad que tengo debidamente acreditada en mérito del testimonio notarial exhibido con el escrito inicial de demanda, ante Usted respetuosamente comparezco a exponer:

Que por medio del presente escrito, vengo a acusar la rebeldía en que incurrió la parte demandada al no haber desahogado la vista que se le mandó a dar mediante proveído de 30 de mayo de 2019, con la solicitud de las copias certificadas por el suscrito.

En virtud de lo anterior, adjunto como **Anexo1)**, el recibo de pago correspondiente para que las mismas sean expedidas.

Por lo expuesto, **A USTED C. JUEZ**, atentamente pido:

**PRIMERO.-** Acusar la rebeldía en que incurrió la demandada, al no dar cumplimiento al proveído de 30 de mayo de 2019.

**SEGUNDO.-** Tenerme por exhibido el recibo de pago, a efecto de expedir las copias certificadas solicitadas.

PROTESTO LO NECESARIO
Ciudad de México, a 11 de junio de 2019

JOSÉ GARCÍA GRANADOS TORRES