UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ESPIRITU SANTO HOLDINGS, LP,

                Petitioner,

-against-

L1BERO PARTNERS, LP,

       and

ESPIRITU SANTO TECHNOLOGIES, LLC

                Respondents.

----------------------------------------------------------------x

**COURTESY COPY
ORIGINAL ELECTRONICALLY
FILED**

No. 19 Civ. 3930 (CM)

**ORDER TO SHOW CAUSE FOR
CONTEMPT OF COURT**

[stamp: DOCUMENT ELECTRONICALLY FILED DATE FILED: 7/31/19]

Upon the Second Declaration of Santiago Léon Aveleyra, dated July 29, 2019, and the exhibits annexed thereto; the Declaration of Richard C. Lorenzo, dated July 29, 2019; ES Holdings' Memorandum of Law, dated July 30, 2019 (collectively, the "Motion Papers"); and all other pleadings and papers heretofore filed and served in this action, and good and sufficient cause appearing therefore, it is hereby:

ORDERED, that respondent L1bero Partners, LP ("L1bero Partners" or "Respondent") show cause before this Court, at Room 24A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on August 13, 2019, at 2:00 o'clock, p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Local Civil Rule 83.6, 18 U.S.C. § 401, and this Court's inherent authority,[1] holding L1bero Partners in civil contempt of this Court's May 16, 2019 preliminary injunction (Dkt. 39) (the "Preliminary Injunction"), and why appropriate remedies, including monetary sanctions, the reasonable counsel fees incurred by Petitioner Espiritu Santo Holdings,

---

[1] No previous application for this or similar relief has been made. *See* Local Civil Rule 6.1(d).

LP ("Petitioner") in connection with Respondent's contumacious actions and this application, and such other and further relief as this Court deems appropriate, should not be awarded by the Court; and it is

ORDERED that, pursuant to Local Rule 83.6 and the Electronic Case Filing Rules & Instructions of this Court, filing of this order and the Motion Papers via ECF shall constitute good and sufficient service of the same upon Respondent; and it is

ORDERED that Respondent's answering papers, if any, shall be served and filed by ECF no later than August _5th_, 2019 at _5:00_ o'clock, _p_.m., and Petitioner's reply papers, if any, shall be served and filed by ECF no later than August _7_, 2019, at _5:00_ o'clock, _p_.m.

SO ORDERED:

New York, New York
_July 31_, 2019, _2:40_ _p_.m.

_[signature]_

Chief United States District Judge